UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                            :    Bankruptcy Case No. 11-10219 (ALG)
                                                 :
    KENNETH IRA STARR                            :    Motion for Enlargement of Time
                                                 :
-----------------------------------------------------------x

FEB 1 4 2011

KENNETH IRA STARR, appearing *pro se* moves, pursuant to Federal Rules of Bankruptcy Procedure, Rule 9006, for an extension of time to file responsive pleadings in the above action.

It is respectfully submitted that the following circumstances constitute good cause for granting this motion:.

1. The affidavit of service filed in the above captioned case states that service of the summons and involuntary petition was made to my home address on January 27, 2011 by mail.

2. I am currently in custody at the Metropolitan Correctional Center awaiting sentence in the Southern District of New York, under Indictment No. 10 CR 520 (SAS).

3. In addition, I am the defendant in a related case, *U. S. Securities and Commission v Starr, et. al.* 10 CIV 4270 (SHS).

4. I am scheduled to be sentenced in the criminal proceeding before Judge Shira Scheindlin on March 2, 2011.

1

5. At the present time, I have no access to my personal records which are in the custody of the Receiver appointed in the SEC case.

6. On February 8, 2011, Judge Stein ordered the Receiver to produce an index of the records in her possession to my defense attorney in the criminal proceeding.

7. Upon receipt of the index, I anticipate that I will be able to retrieve my personal financial records and will be in a better position to respond to the Involuntary Petition.

8. Furthermore, I require time to retain bankruptcy counsel to represent me in the within proceeding.

WHEREFORE, for the above reasons I respectfully request an extension of time of sixty (60) days or until April 18, 2011 to file responsive papers in the above proceeding.

Respectfully submitted,

*Kenneth Starr*
Kenneth Starr