# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS*
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH*▲†
MATTHEW E. HEARLE

J. TED DONOVAN
DORAN I. GOLUBTCHIK
ARTHUR A. HIRSCHLER
STEPHEN BORDANARO
DANIEL J. SLATZ
AUBREY E. RICCARDI*
GIL NAHMIAS
CARL A. LASKE
GERALD BUKARY
RANDI K. STEMPLER†
ELI RAIDER
SERGIO J. TUERO*
CHRISTOPHER R. CLARKE
ANNYROSE PAHL

MARK E. KAUFMAN
LEWIS KUPER
BENJAMIN C. KIRSCHENBAUM
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

Kevin J. Nash, Esq.
Facsimile (212) 422-6836
knash@gwfglaw.com
kjnash@finkgold.com

* ALSO MEMBER OF NEW JERSEY BAR
▲ ALSO MEMBER OF TEXAS BAR
† ALSO MEMBER OF MASSACHUSETTS BAR

June 17, 2011



**BY ELECTRONIC CASE FILING (ECF)**
Hon. Allan L. Gropper
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:   In re. Kenneth Ira Starr (Involuntary Chapter 7) (Case No. 11-10219-ALG)

Dear Judge Gropper:

I write to Your Honor in connection with the Court's Order dated June 8, 2011 [ECF Docket No. 26] ("Order") respectfully requesting a ten (10) day extension for Mr. Starr to file additional papers, if any, before the Court enters an order for relief. The Order provides a deadline of June 20, 2011 to file such papers.

Before I can see Mr. Starr at the Metropolitan Correctional Center, I need to extend my access privileges which will take me another few days to renew. Thereafter, I intend to meet Mr. Starr personally to review the joinder by the third creditor. I have limited access to Mr. Starr outside of a personal meeting and would greatly appreciate the extension until June 30, 2011. I have reviewed my request with Mr. Lawlor, who was waiting to hear from his client and in the interim, I am filing this request.

Respectfully submitted,

Kevin J. Nash

CC:   James N. Lawlor, Esq.
       (by ECF and email – jlawlor@wmd-law.com)
       All other parties (by ECF)

*Request granted.*
*Papers due June 30, 2011.*
*s/ ALG*
*6/20/11*