**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    **In re**

    Kenneth Ira Starr

                                                 **Case No.** 11-10219-alg

    **Alleged Debtor**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**REQUEST FOR ORDER FOR RELIEF AND ORDER TO FILE SCHEDULES:**
**ALLEGED DEBTOR CONSENT OR FAILURE TO ANSWER**

    An involuntary petition under Chapter ( 7 ) of the Bankruptcy Code was filed on 01/21/2011 against the above alleged debtor, and an affidavit of service of the involuntary summons and petition has been entered on the case docket. The alleged debtor filed an answer on April 11, 2011. Counsel for the alleged debtor filed a letter on June 30, 2011 stating that a trial is not needed on the petition.

    It is therefore requested that an "Order For Relief" and an "Order To File Schedules" be entered in the above proceeding.

| July 12, 2011 | /s/Rosalyn Chou |
|---|---|
| Date | Case Administrator |

**ORDER FOR RELIEF AND ORDER TO FILE SCHEDULES**

    On consideration of the petition filed on 01/21/2011 against the above-named debtor, an order for relief under Chapter ( 7 ) of the Bankruptcy Code is granted. The debtor is ordered to file schedules and a floppy disk with creditors (up to 1000 creditors; see General Order M-408). The floppy disk shall be prepared in accordance with the specifications contained in General Order M-408. The schedules and disk shall be filed within fourteen (14) days from the date of the entry of this order.

Dated:  July 12, 2011
          New York, New York

                                                     */s/ Allan L. Gropper*
                                                   UNITED STATES BANKRUPTCY JUDGE