

**U.S. Department of Justice**

Office of the United States Trustee
*Southern District of New York*

*33 Whitehall Street*         *(212) 510-0500*
*21st Floor*         *Fax: (212) 668-2255*
*New York, New York 10004*

## INVOLUNTARY CASE MEMORANDUM

TO:         Case Administration-Judge Team for
            Judge <u>Allan L. Gropper</u>
            New York, New York

FROM:        Tracy Hope Davis
            United States Trustee

PREPARED BY:   Marilyn Felton

DATE:        July 12, 2011

RE:         **Kenneth Ira Starr, Case No. 11-10219(ALG)**
            **Appointment of Interim Trustee**

---

    **Robert L. Geltzer, Esq.,** has been appointed as the interim trustee in this involuntary case. His address is **Law Offices of Robert L. Geltzer, 1556 Third Avenue, Suite 1500, New York, New York 10128. Telephone Number (212)410-0100 and fax number (212) 410-0400.**

    **Do not schedule a section 341(a) meeting at this time.**

    **Please prepare your regular notice regarding the order for relief and indicate that Robert L. Geltzer, Esq. is the Interim Trustee.**

cc: Robert L. Geltzer, Interim Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
In re                            :     Case No. 11-10219 (ALG)
                                 :
Kenneth Ira Starr,               :     NOTICE TO TRUSTEE OF
                                 :     APPOINTMENT AND FIXING
                                 :     <u>AMOUNT OF BOND</u>
             Debtor.             :
                                 :
---------------------------------X


**TO:  Robert L. Geltzer, Esq.**
**     Law Offices of Robert L. Geltzer**
**     1556 Third Avenue, Suite 1500**
**     New York, New York  10128**


    An order for relief having been signed in the above-captioned involuntary case (11 U.S.C. § 303(h)) which was commenced on January 21, 2011, you have been appointed, pursuant to 11 U.S.C. § 701(a), as Interim Trustee of the estate of the above-named debtor.  If no trustee is elected, you shall serve as the trustee in this case by operation of law.  11 U.S.C. § 702(d).

    The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by Liberty Mutual Insurance Company which is on file with this Office and the Bankruptcy Court.  <u>See</u> 11 U.S.C. § 322(a); FRBP 2008; FRBP 2010(a)).  You are required to notify the undersigned in writing within five (5) business days after receipt of this notice in the event you reject this appointment.

Dated:  New York, New York
        July 12, 2011

                                               **TRACY HOPE DAVIS**
                                               **TRACY HOPE DAVIS**
                                               **UNITED STATES TRUSTEE**
                                               33 Whitehall Street
                                               21st Floor
                                               New York, New York 10004
                                               Tel. No. (212) 510-0500

▸▸FILE A:\INV.7