# EXHIBIT 2

## INVOICES FOR PERIODS COVERED BY FIRST FEE APPLICATION

TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: 212-704-6000
Fax: 212-704-6288
Lee W. Stremba

*Attorneys for Receiver*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                                        :
SECURITIES AND EXCHANGE COMMISSION,                                     :
                                                                        :
                                        Plaintiff,                      :
                                                                        :         10 CIV. 4270 (SHS)
-against-                                                               :
                                                                        :
KENNETH IRA STARR, STARR INVESTMENT                                     :
ADVISORS, LLC, and STARR & COMPANY, LLC,                                :
                                                                        :
                                                                        :
                                        Defendants,                     :
                                                                        :
DIANE PASSAGE and COLCAVE, LLC,                                         :
                                                                        :
                                        Relief Defendants.              :
                                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## <u>INVOICES IN SUPPORT OF:</u>

**FIRST INTERIM APPLICATION OF AURORA CASSIRER,**
**RECEIVER, AND TROUTMAN SANDERS LLP, AS ATTORNEYS**
**FOR THE RECEIVER, FOR COMPENSATION FOR**
**PROFESSIONAL SERVICES RENDERED AND FOR**
**REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**
**INCURRED DURING THE FIRST INTERIM FEE PERIOD FROM**
**JUNE 1, 2010 THROUGH AUGUST 31, 2010**

# June 2010 Statement

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

---

AURORA CASSIRER AS MONITOR
Attn: AURORA CASSIRER AS MONITOR
405 Lexington Ave
New York, NY 10174-0001

| | |
|---|---|
| Invoice Date | 07/19/10 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1290656 |
| File No. | 238328.000001 |

**RE:    SEC v. STARR ET AL.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/10 | $7,725.00 |
| Costs and Expenses Through 06/30/10 | $111.72 |
| **Total Amount of This Invoice** | **$7,836.72** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 07/19/10
Invoice Number 1290656
File No. 238328.000001
Page 2

AURORA CASSIRER AS MONITOR

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 06/01/10 | AC | Telephone conference with Judge Stein; meeting with Lee Stremba, Steve Rinehart; telephone calls with SEC, Michael Gilbert, Ed Hayes, AUSA Bosworth and Harrington; meeting with Ron Starr and Roseann Ragano at Starr offices | 5.5 | 1,375.00 |
| 06/02/10 | AC | Meeting at Starr offices with Christine Murphy; telephone calls with Ron Starr and Roseann Ragano.  Review lists of bank accounts and the list of client-managed accounts from which Starr pays mortgages, pays employees' salaries through Paychex, and otherwise provides various other services for the clients.  Discussions regarding releasing client files to the clients, Starr employees unemployment issues and payment of health insurance premiums; telephone calls with attorneys for clients Vigliano and Berg regarding their accounts; telephone calls with the IT servicer, Paychex, which facilitates payroll services, and CMC Interactive which deals with 401(K) accounts for Starr; office conferences with Troutman IT personnel regarding setting up a Website; strategy conferences with Lee Stremba, Steve Rinehart, Brett Goodman; telephone conferences with Tim Casey and Sandeep Satwalekar of the SEC | 10.2 | 2,550.00 |
| 06/03/10 | AC | Meetings with various personnel at Starr office; review documents; telephone calls with Robert Schwartz regarding Starr Client Sarofim; Starr client Bran Ferren, Marissa Vucci Starr regarding Starr client Dolores Vucci; Mort Taubman regarding his client Dr. Harvey Schiller; Stuart Abrams regarding his client Jonathan Podell; conferences with SEC; Strategy conferences with Lee Stremba and Steve Rinehart | 8.0 | 2,000.00 |
| 06/04/10 | AC | Meetings at Starr offices; review documents; revise first monitor report to court; numerous telephone conferences with SEC; telephone calls with and email correspondence with client representatives regarding their client's files; discussions regarding employment issues | 7.2 | 1,800.00 |
| | | Totals | 30.9 | 7,725.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1290656
File No. 238328.000001
Page 3

AURORA CASSIRER AS MONITOR

SEC v. STARR ET AL.

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cassirer | 30.9 | 250.00 | 7,725.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 06/30/10**

| Description | Amount | |
|-------------|--------|--|
| Court Reporter/Deposition Costs | 111.72 | |
| | Total: | 111.72 |

Total Fees & Costs:    $7,836.72

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238328
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS MONITOR
Attn: AURORA CASSIRER AS MONITOR
405 Lexington Ave
New York, NY 10174-0001

| | |
|---|---|
| Invoice Date | 07/19/10 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1290656 |
| File No. | 238328 |

**Total Amount of This Invoice**            $7,836.72

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 07/19/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A Cassirer |
| TROUTMAN SANDERS LLP | Direct Dial | 212-704-6249 |
| 405 LEXINGTON AVENUE | Invoice No. | 1300568 |
| New York, NY 10174 | File No. | 238379.000001 |

RE:    SEC v. STARR ET AL.

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/10 | $33,125.00 |
| **Total Amount of This Invoice** | **$33,125.00** |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1300568
File No. 238379.000001
Page 2

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 06/07/10 | AC | Preparation for and court appearance (3) ; review order appointing receiver; review draft preliminary injunction order; meetings, telephone calls with forensic accounting firms; email correspondence with Ron Starr and Roseann Ragano regarding employment issues; conferences with Lee Stremba and Steve Rinehart; consulting regarding receivership Website | 11.5 | 2,875.00 |
| 06/08/10 | AC | Oversee Starr business operations, including meetings at Starr offices with staff (4.00); meeting with AUSA and SEC (1.30); conferences regarding Website creation, including letter to employees and clients to be posted to same (1.30); telephone call with Abe Lowell regarding his possible representation of Diane Passage (.30); calls with client/investors and/or their representatives:  Robert Juman re Linda Wachner; Josh Rovine of Blackstone; bill Zabel re Matt Lauer; Karen Gartenberg re Rachel Mellon and Stacy Lloyd (1.1) | 8.0 | 2,000.00 |
| 06/09/10 | AC | Email correspondence, telephone calls with SEC, conference with Lee Stremba regarding same(.70); conference with Lee Stremba regarding preparation for court appearance, and strategy moving forward with Stanton and Stallone cases(.70) review Marissa Starr's divorce documentation (.40); review liens on Colcave apartment (.40); review documents including results on investigation of contents of safe (.80); review and comment on proposed website structure and contents and consultations with IT personnel regarding status of Website creation (2.00) | 5.0 | 1,250.00 |
| 06/10/10 | AC | Court appearance; telephone conferences with the AUSA and SEC; review updated indictment; telephone conferences with JP Morgan Chase regarding demand letters; meetings at Starr offices; meeting at apartment; telephone calls and email correspondence with former clients of Starr; conferences with Lee Stremba regarding various legal issues | 11.0 | 2,750.00 |
| 06/11/10 | AC | Meeting with Starr employees regarding termination; conference with Norman Jenkins regarding termination letters; client/investor relations, including telephone calls and email correspondence with the following regarding file transfers, concerns about original files, etc.:  Michael Gurland re Heyman Trust, Walter Green, robert Henke, Danton Rissner, Hrdy, Michael Frankfurt; confer regarding changes to Website; arrange for opening recievership bank accounts; conference with Lee Stremba regarding asset forfeiture, subpoena from SEC for records | 9.6 | 2,400.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1300568
File No. 238379.000001
Page 3

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 06/14/10 | AC | Email correspondence, telephone calls with former client/investors or their representatives, including Andrea Zellan re Arabov; Kristen Witbread re Barbara Mertz; Luis Melo regarding James Wyatt; Gary Press regarding Gale Hayman and Jamie Nieven; Courtney Rockett regarding Mary Gilbert; David Mills re Pacino (5.00); administrative matters, including opening checking accounts; email correspondence with former employees regarding Website questions (1.50); email correspondence with cminteractive regarding 401k plan, review plan document, outstanding requests, discuss issues with Jonathan Kenter (1.10); instructions on approving 401 k plan distributions (.80) conferences regarding termination letter and termination of employee health coverage and required notice to employees (.80); conferences regarding asset recovery, telephone conference wth Sharon Levine and Michael Lockard regarding same (1.00) | 10.2 | 2,550.00 |
| 06/15/10 | AC | Meeting with Howard Grossman, financial representative of Marlo Thomas and Phil Donohue (1.20); numerous phone calls and email correspondence with former clients/ investors and/or their representatives, including Robert Juman regarding Linda Wachner; Christine Murphy regarding Graydon Carder; Steve Madsen regarding William Hrdy; Seth Zoracki regarding Rachel Mellon, Clement Alis regarding Tucci; Steve Hayes re Blaam Partners and Blacap; Josh Rovine re Blackstone; Joanna Helferich regarding a settlement agreement with on-going obligations to her client (4.80); conference with counsel regarding employee termination letter; revise same; email correspondence from former employees regarding termination and Website access and passwords; discussion with counsel on Marissa Starrs employee termination letter (2.40); email correspondence, conferences regarding asset recovery, telphone call with Michael Lockard, Michael Boswith and Bill Harrington re same (1.00) | 9.4 | 2,350.00 |
| 06/16/10 | AC | Email correspondence telephone calls with former clients and/or their representatives, including Avedon entities; Wolfert regarding Gayle Hayman, Lea Thompson, Jarrod Reich regarding Boies Schiller; email correspondence with Abbe Lowell regarding financial statements on Passage and Starr; finalize termination letter; conferences with counsel regarding same; Website questions; asset recovery analysis and conferences | 10.8 | 2,700.00 |
| 06/17/10 | AC | Planning and strategy meeting with Starr team (1.3); review email correspondence, return phone calls of clients/investors (3.6); telephone conference with CMC | 6.3 | 1,575.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1300568
File No. 238379.000001
Page 4

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | regarding 401 K approvals (.40); conferences regarding bank accounts (.2); email correspondence and telephone calls with SEC, US attorneys' office re various on-going matters (.80) | | |
| 06/18/10 | AC | Email correspondence, telephone calls regarding open office hours at Starr; email correspondence, telephone calls with client/investors regarding their files; telephone call with Tim Casey of the SEC, telephone call with Robert Berringer of the IRS; email correspondence, office conferences regarding Starr email kickback; email correspondence and conferences regarding Starr Website; checking accounts | 8.0 | 2,000.00 |
| 06/21/10 | AC | Email correspondence, telephone calls with former Starr clients; 401K distribution approvals; checking account deposits and wires; possible tax liens; court appearance in US v. Starr (Scheindlin, J.); conferences with counsel regarding the above and other matters; conference with Tim Casey; brief conference with court-appointed attorney for Ken Starr | 8.3 | 2,075.00 |
| 06/22/10 | AC | Numerous questions, emails, correspondence regarding Starr former clients; conference with KKR (former client); consultation with counsel regarding various issues, including computer hard drives; 401K distribution approvals | 8.3 | 2,075.00 |
| 06/23/10 | AC | Email correspondence telephone calls with former clients of Starr; conferences regarding moving forward with transfer of documents; email correspondence with Lee Stremba, Kevin Wallace, Harriet Cohen regarding mail, telephone calls and contents of files and safe at Starr; employee verification and 401K distribution approval | 3.5 | 875.00 |
| 06/24/10 | AC | Meeting with counsel (1.3); numerous phone calls and email correspondence regarding former Starr clients (1.10); 401 K distribution requests from employees, employee verification(.50); status on collections (.30); telephone calls with Tim Casey (.50); email correspondence with Michael Lockard (.1) | 3.8 | 950.00 |
| 06/25/10 | AC | Investor/client relations, including telephone calls with Arnie Hermann of Citrin, email correspondence regarding James Neiven, Paul Simon; review file inventory, 401K distribution approvals; telephone conference with Tim Casey and Lee Stremba regarding asset discovery; email correspondence regarding Diane Passage; email correspondence regarding Marissa Starr tax refund | 5.3 | 1,325.00 |
| 06/28/10 | AC | Client/investor matters, including file transfer authorizations etc, from: Crowe & Dunlevy re Weitzenhoffer Ltd. Partnership, Clara Limited Partnership Company, The | 2.6 | 650.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 07/19/10
Invoice Number 1300568
File No. 238379.000001
Page 5

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | Clara Corp, AMW Consulting Ltd., WMA Associates; Mary Gilbert;  call with Peter Mills re Pacino files; telephone call with Phyllis Recine, Marissa Starr's attorney (1.10); conferences with counsel re asset recovery; conferences regarding collections, bank deposits; 401K distribution approvals, ROTH approval (1.50) | | |
| 06/29/10 | AC | Client/investor matters, including email correspondence re file transfers, etc.: Sidney Mary Lumwet, Lilith Jacobs, Berg & Podell, Andre Agasi, Caralyn and Steven Fuld (2.10); review docket, review Starr v. US In rem 7th Street (1.10); conference with counsel regarding asset recovery, email to USAs and SEC regarding same; review, revise letter to Stroock re 170 East End Avenue; conferences regarding invoices and bank deposits (2.00); 401K distribution approvals (.50); email correspondence and telephone call with Diane Mittenzweil, insurance broker for Starr (.30); preparation for and meeting with Josh Rovine and Peter Koffler re Blackstone (2.00) | 8.0 | 2,000.00 |
| 06/30/10 | AC | Preparation for and meeting with Arnie Hermann and Joe Cooperman of Citrin Cooperman (2.00); conference with counsel regarding asset recovery, telephone call with Michael Lockard regarding same (.40); conferences regarding subpoenas and other discoveries; collections of client fees and transfer of files (.50) | 2.9 | 725.00 |
| | | Totals | 132.5 | 33,125.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/10

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cassirer | 132.5 | 250.00 | 33,125.00 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
TROUTMAN SANDERS LLP
405 LEXINGTON AVENUE
New York, NY 10174

| | |
|---|---|
| Invoice Date | 07/19/10 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1300568 |
| File No. | 238379.000001 |

RE:    SEC v. STARR ET AL.

**Total Amount of This Invoice**          $33,125.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
TROUTMAN SANDERS LLP
405 LEXINGTON AVENUE
New York, NY 10174

| | |
|---|---|
| Invoice Date | 07/19/10 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1300570 |
| File No. | 238379.000002 |

**RE:    ASSET ANALYSIS AND RECOVERY-SEC V. STARR**

Fees for Professional Services Rendered Through 06/30/10                         $56,898.30

**Total Amount of This Invoice**                              **$56,898.30**

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 06/07/10 | SGR | Interview potential forensic accountant (Berdon) | 1.0 | 562.50 |
| 06/07/10 | LWS | Analysis of recent bank account records obtained at Starr offices | 0.8 | 480.00 |
| 06/08/10 | BDG | Meet with Receiver and L. Stremba at Starr offices with respect to business records (.8); review of mail including bank statement and bills (.6); meet with Ron Starr regarding remaining employees positions within the companies and the organization and business practices of the Starr companies (1.3); further review companies' business practices and discussions of next steps with L. Stremba and Receiver (1.0); review of bank account information for the Starr companies and named defendants in SEC action (.8); Review of U.S. Attorney's warrant and inventory of seized items (.6); discussions with L. Stremba regarding US Attorney meeting and list of files to have reviewed (.5) | 5.6 | 1,587.60 |
| 06/08/10 | SGR | Conference with Receiver regarding asset recovery and potential claims | 0.9 | 506.25 |
| 06/08/10 | SGR | Meeting with SEC attorneys and assistant U.S. attorneys regarding asset recovery and potential claims | 1.0 | 562.50 |
| 06/08/10 | LWS | Meetings with Ron Starr and controller Roseann Ragano at the Starr offices to discuss organization and business practices of the Starr companies and to identify business records for review (1.3); review of client account records and current mail at the Starr offices (1.0) | 2.3 | 1,380.00 |
| 06/08/10 | LWS | Meeting with representatives of the US Attorney's Office and the SEC to discuss scope and coordination of investigations to be pursued | 2.0 | 1,200.00 |
| 06/09/10 | BDG | Meeting with I. Shwarzbaum and J. Baum of JH Cohn to discuss Starr receivership matter (1.2); meeting with JH Cohn, L. Stremba and R. Starr with respect to 15 to 20 Starr created partnerships and investment vehicles (2.0); internal conferencing with JH Cohn regarding same (.6); review and analysis of Starr bank account statements and discussions regarding tracing and analysis of same (1.1); meetings with JH Cohn and R. Ragano regarding outstanding receivables and quickbooks (1.2); review and analysis of US v. 433 74th St complaint (.8) | 6.8 | 1,927.80 |
| 06/09/10 | SGR | Conference with Stremba regarding retention of accountants (.20); conferences with librarian E. Brandwein | 2.5 | 1,406.25 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1300570
File No. 238379.000002
Page 3

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | regarding searches of various entities identified in Starr files and possible sources of recovery; review list of entities; review complaint in Stanton action for additional Starr entities and interests and send list to Brandwein (1.0); review lien search on condominium owned by Colcave; review mortgages; conference with real estate partner M. Hill regarding two simultaneous mortgages on property (1.0); review forfeiture complaint filed by U.S. (.30) | | |
| 06/09/10 | LWS | Drafting of list of persons and entities warranting investigation compiled from US Attorney and SEC pleadings and from conversations with staff at Starr offices | 1.8 | 1,080.00 |
| 06/09/10 | LWS | Meeting with Ron Starr and with Irv Schwarzman and Joe Baum of JH Cohn to interview Ron Starr concerning list of numerous persons and entities warranting investigation compiled from various government pleadings and other sources | 3.0 | 1,800.00 |
| 06/09/10 | KPW | Obtain pleadings on two prior lawsuits filed against Starr by Joan Stanton and Sylvester Stallone; find news articles regarding prior lawsuits; review the Stanton complaint (1.2) | 1.9 | 427.50 |
| 06/10/10 | BDG | Meeting with JH Cohn, L. Stremba and Receiver to discuss estate issues and ability to recover assets (.7); further discussions and analysis with R. Ragano and JH Cohn regarding quickbooks and One-Write programs for analysis of outstanding receivables and company assets (1.3); review and analysis of certain client financial records maintained internally (.9); analysis of Starr company and Ken Starr outstanding loans and notes (.7); review of certain documents maintained internally by Ken Starr with respect to various investments (.5) | 4.1 | 1,162.35 |
| 06/10/10 | LWS | Examine Starr office premises with Kenneth Kos and Morris Zimerman to discuss issues concerning management of files, furniture and decorative/art objects (1.5); meeting with Dianne Passage and her counsel at the Starr apartment on 74th Street to tour apartment (1.0) | 2.5 | 1,500.00 |
| 06/10/10 | KPW | Research receiver's powers, specifically the power to issue subpoenas (2.3); draft subpoenas directing several banks to produce records related to Starr bank accounts (1.3) | 3.6 | 810.00 |
| 06/11/10 | LWS | Review relevant accounts receivable information and email to Steven Rinehart concerning efforts to collect significant receivable owed by a Starr client | 0.2 | 120.00 |
| 06/11/10 | LWS | Meetings with controller Roseann Ragano at Starr premises concerning employee terminations, billing of clients for May, 2010, lease of premises, insurance policies and computer passwords, and arrangements for | 2.7 | 1,620.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 07/19/10
Invoice Number 1300570
File No. 238379.000002
Page 4

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | termination of card keys and issuance of keys for Receiver and her representatives (1.0); examination of business records as aforesaid and review of incoming mail (1.7) | | |
| 06/11/10 | KPW | Meet with Lee Stremba; speak with Tim Casey regarding the Securities and Exchange Commission's records related to Starr Bank Accounts;  and meet with Aurora Cassirer regarding the records in the SEC's possession (1.6); meet with Tim Casey at the SEC to review the bank account records and to discuss the commission's file related to Starr bank accounts (2.9) | 4.5 | 1,012.50 |
| 06/14/10 | BDG | Meet with L. Stremba regarding accounts receivable and collection actions (.7) | 0.7 | 198.45 |
| 06/15/10 | BDG | Meet with former controller regarding June 1 invoices and outstanding accounts receivable (.8); meet with Receiver regarding outstanding accounts receivable issues and invoicing (.4); meet with L. Stremba regarding calls with the SEC and potential clawback issues (.6) | 1.8 | 510.30 |
| 06/15/10 | KPW | Research a receiver's standing to bring a fraudulent conveyance claim (1.1); speak with Tim Casey at the Securities and Exchange Commission; research the possibility of reimbursement of expenses by Securities Investment Protection Corporation (1.4) | 2.7 | 607.50 |
| 06/16/10 | BDG | Meet with L. Stremba and A. Cassirer regarding  Starr created vehicles and equity interests in partnerships (.4); meet with L. Stremba and K. Wallace regarding accounts receivable and pro rata and hourly invoicing (.7) | 1.1 | 311.85 |
| 06/16/10 | LWS | At Starr offices searching for files relating to various partnership entities to be copied for preservation and examination at Troutman offices | 1.8 | 1,080.00 |
| 06/16/10 | KPW | Meet with Roseann Ragano to discuss past due invoices; assist in the production of the June 1 invoices (1.8); supervise ex-employees organizing client files to be copied (2.1) | 4.3 | 967.50 |
| 06/17/10 | BDG | Appear at Starr offices and review of certain Blackstone files with emphasis on Starr created vehicles (1.4); further analysis of outstanding accounts receivable issues and invoicing (.6); meet with controller R. Ragano regarding accounts receivable and review of quickbooks and One-Write programs (1.5) | 3.5 | 992.25 |
| 06/17/10 | LWS | At Starr office with IT support to examine and copy records in controller's computer and Ron Starr's computer | 2.0 | 1,200.00 |
| 06/17/10 | KPW | Supervise ex-employees organizing client files to be copied | 7.3 | 1,642.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1300570
File No. 238379.000002
Page 5

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | (1.3); review Roseann Ragano's computer to obtain accounting information; review Ken Starr's personal files (4.4); call Jerry Cohen to arrange for him to pay past due balances and to arrange for his file to be copied; fax information to Cohen | | |
| 06/18/10 | BDG | Meeting with L. Stremba to discuss payments made on Stanton settlement (.6); follow-up discussions with L. Stremba and R. Ragano regarding same (.4); review and analysis of Ken Starr files for Starr vehicles information (.8); review and analysis of certain partnership and subscription agreements involving Joan Stanton and other investor clients (1.7) | 3.5 | 992.25 |
| 06/18/10 | KPW | Speak with Jerry Cohen regarding a wire transfer; assist in the production of June 1 invoices (2.3); organize June 1 and past due invoices for clients seeking copies of their file (1.9); assist in the copying of Starr & Company's tax files; assist Lester Weingarten in organizing his client's files; assist Citrin in organizing their clients' files (1.2); meet with Lee Stremba; meet with Roseann Ragano to discuss Starr's accounts receivable (1.1) | 7.3 | 1,642.50 |
| 06/19/10 | KPW | Prepare invoices to be sent to former Starr & Company clients; review partnership agreements created by Starr | 0.7 | 157.50 |
| 06/21/10 | BDG | Meet with L. Stremba regarding tracing of Starr & Company account credits and debits and accounts receivable issues (.5); meetings with former controller R. Ragano regarding Rudnick settlement (.5); work with R. Ragano on 6/1 invoice preparation (.7); further analysis of Starr & Company and SIA client deposits (.7); discussions with R. Ragano with respect to Mellon/Oak Spring outstanding receivables (.4); preparation and review of J. Konner bill (.4); review of Hrdy trust outstanding receivables for invoice preparation (.5) | 3.7 | 1,048.95 |
| 06/21/10 | LWS | Conference with Receiver concerning asset issues to be investigated, preparation of subpoenas and coordination of discovery efforts with SEC and US Attorney's Office, and preparations for periodic accounting work | 0.6 | 360.00 |
| 06/21/10 | KPW | Speak with Clem Ballas regarding his clients' files; prepare Jerry Cohen's files to be copied; speak with Arnie Herrmann regarding Cohen's files; review Starr & Company's bank records (1.3); prepare invoices to be sent to Starr's former clients (2.1); supervise client representatives organizing client files to be copied (2.4); email Arnie Herrmann regarding Citrin's copy request | 7.3 | 1,642.50 |
| 06/22/10 | BDG | Calls with R. Zimbardo and L. Stremba regarding wiring of | 2.7 | 765.45 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1300570
File No. 238379.000002
Page 6

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | funds (.3);  review of correspondence regarding Jeff Berg outstanding accounts receivable (.4); conference calls with L. Stremba regarding client invoices and filing (.3);  meet with L. Stremba to discuss chapter 7 bankruptcy filing issues (.6); call  with L. Stremba and A. Cassirer regarding bankruptcy issues and certain outstanding client accounts receivable (.5); meet with L. Stremba and K. Wallace to discuss potential fraudulent conveyance and clawback actions to pursue (.6) | | |
| 06/22/10 | KPW | Prepare invoices to Starr & Company clients (1.1); supervise former Starr & Company employees preparing client files to be copied (1.9); answer client representative's questions regarding the copying process; meet with Lee Stremba and Brett Goodman | 4.1 | 922.50 |
| 06/23/10 | BDG | Meet with K. Wallace and continue coordination of account receivable review and determination of invoicing (.7); meet with L. Stremba regarding accounts receivable and accounting of receipts of receivables by wire and check from various past due clients (1.3); coordinate Taggert payment (.2); review of various correspondence regarding incoming wires and facilitation of DTI copying of Starr files (.3) | 2.5 | 708.75 |
| 06/23/10 | KPW | Obtain copies of several clients' tax files from the Starr and Company server; assist Benton's representative; supervise several clients' representatives prepare files to be copied (1.6); examine ex-employee's computer to determine if client files are segregated and to decide whether copying should be permitted; compile a current list of outstanding accounts receivable based on old invoices and deposited checks (2.3) | 5.6 | 1,260.00 |
| 06/24/10 | BDG | Review of Starr accounts receivable files with focus on quarterly and hourly clients (.5); review of Blaam Partners organizational structure, capital commitments and investors (.7); analysis of Bedrock Capital Partners structure, capital and investments (.8); analyze partnership structure and capital commitments of Blacap Partners(.6); prepare memorandum regarding analysis of Bedrock, Blaam and Blacap (1.0) | 3.6 | 1,020.60 |
| 06/24/10 | SGR | Team meeting regarding claims for recovery of receivables, A/R administration, reconstruction of manager's rates, subpoenas to banks and attorneys; review claims against former clients for unpaid fees (Scorcese and Liebovitz); review Colcave asset recovery (1.3); conference with Wallace regarding Scorcese and Liebovitz demand letters | 1.5 | 843.75 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1300570
File No. 238379.000002
Page 7

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | (.2) | | |
| 06/24/10 | KPW | Assist the representatives for Berg and Poddell examine the client files and prepare for copying (2.7); meet with Raffaela Zimbaro regarding preparing Starr invoices; meet with Rose Macchio regarding compiling Starr's outstanding accounts receivables (1.1) | 4.3 | 967.50 |
| 06/25/10 | BDG | Review and analysis of Blare Partnership agreement (.7); analysis and notes of Blacap Partnership agreement (.7); review of Blackstone Investors Partnership partners agreement (.7); review of Bedrock Capital Partners partnership agreement (.6); update initial cap contribution and percentage tables in Blackstone memorandum (.5); create additions to memorandum regarding analysis of certain agreement provisions of various Starr Blackstone vehicles (1.0); meet with L. Stremba regarding KB-II investment (.4); meet with L. Stremba and review of PS Capital Ventures Partnership Agreement and analysis of general partner and limited partner interests (.5) | 5.1 | 1,445.85 |
| 06/25/10 | SGR | Review files and draft demand letters to Scorcese and Liebovitz | 0.4 | 225.00 |
| 06/25/10 | LWS | Meeting with Brett Goodman to discuss PS Capital Holdings documentation and review relevant documents (.5); review documents from Starr offices and government pleadings for information useful to drafting of investigative subpoenas and outlining topics for document requests(.8) | 1.3 | 780.00 |
| 06/25/10 | KPW | Meet with Rose Macchio regarding the outstanding accounts receivables; meet with Raffaela Zimbaro regarding the invoice preparation; meet with Lee Stremba | 1.8 | 405.00 |
| 06/27/10 | BDG | Continued preparation of memorandum with respect to PS Capital Ventures; review of Millennium Technology Ventures LP subscription agreement and preparation of notes and memorandum regarding same (1.1) | 1.1 | 311.85 |
| 06/27/10 | KPW | Draft subpoenas for bank records | 1.2 | 270.00 |
| 06/28/10 | BDG | Further preparation of memorandum with respect to Blare Partners investors capital contributions and percentages of ownership (.5); review of files pertaining to Samalexa, Inc. and Dolmari for organizational structure and Starrco contributions (.8); review and analysis of certain tax files, corporate financials and correspondence regarding Blare Partners (.7); review and analysis of certain tax files, corporate financials and correspondence regarding Bedrock (.7); review and analysis of certain tax files, | 7.7 | 2,182.95 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1300570
File No. 238379.000002
Page 8

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | corporate financials and correspondence regarding Blacap Partners(.7); review and analysis of certain tax files, corporate financials and correspondence regarding Blackstone Investors Partnership (.7); review and analysis of certain tax files, corporate financials and correspondence regarding Blaam Partners (.7); review of Diane Passage financial statement and Ken Starr declaration (.2); review of Pastar LLC including articles of organization and 170 East End files for analysis of security deposit transfer (1.1); meet with L. Stremba regarding Pastar LLC and prepare correspondence regarding same (.4); conference calls with L. Stremba and A. Cassier regarding Blackstone vehicles and Pastar deposit, subpoenas and preparation of draft lawsuits (.3); review of SIA limited liability agreement (.3); review of Statement of Sole Incorporator of Colcave Holdings (.1); review of Samalexa bylaws (.3); review and analysis of Keron Holdings limited liability agreement (.2) | | |
| 06/28/10 | LWS | Conferences with Steven Rinehart and Kevin Wallace concerning drafting of subpoenas to banks and attorneys and review and comments on initial drafts (.7); analysis of government pleadings to identify entities, assets and issues that should be included within the scope of the subpoenas (1.2) | 1.9 | 1,140.00 |
| 06/28/10 | LWS | Review and analysis of Dianne Passage financial and property disclosures and Kenneth Starr fifth amendment statement(.3); conferences with Brett Goodman and review documents retrieved from Starr offices regarding deposit paid by Pastar in connection with proposed condominium purchase, and conference with Receiver concerning assertion of possible interest in deposit(.8) | 1.1 | 660.00 |
| 06/28/10 | LWS | Meeting with Brett Goodman and review of documents located at Starr offices concerning structure and capitalization of Blackstone partnerships formed by Starr including Bedrock, Blair, Blaam, Blacap and Blackstone Investors in preparation for meeting with representatives of Blackstone Group | 0.8 | 480.00 |
| 06/28/10 | KPW | Revise subpoenas (2.4); meet with Steve Rinehart regarding the subpoenas and the demand letters; meet with Raffaela Zimbaro regarding the production of invoices; meet with Rose Macchio regarding the compilation of accounts receivables; meet with Lee Stremba regarding the subpoenas; meet with Allison Guidice regarding client mail | 4.8 | 1,080.00 |
| 06/29/10 | BDG | Analysis of financial documentation relating to Blacap, Blaam and Bedrock concerning distributions to partners made over the past years and prepare memorandum | 5.6 | 1,587.60 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1300570
File No. 238379.000002
Page 9

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | regarding same (1.8); review of Samalexa articles of incorporation and prepare insert to memorandum regarding same (.4); review of miscellaneous folders and documents therein and analysis of Dolmari Ltd. file including articles of incorporation and corporate ownership (.7); draft insert to memorandum regarding Dolmari analysis (.3); review of Ken Starr files with emphasis on Bristol bank statements, Starr vehicles and agreements, and dispute with respect to 170 East End deposit (1.6); meet with L. Stremba and Receiver regarding 170 East End deposit and demand to hold assets and Bristol account statements (.4); further draft and preparation of letter to Escrow Agent and counsel to Pastar LLC regarding the deposit and receiver's claim and interest therein (.4) | | |
| 06/29/10 | LWS | Conference with Brett Goodman and analysis of documents concerning Dolmari formation and ownership (.4); draft email to SEC and US Attorneys' Office requesting information concerning numerous Starr investment entities and conferences with Receiver and Brett Goodman, and review government pleadings, Marrisa Starr divorce proceedings and other sources to identify entities to include in email request (1.7); meeting with Receiver and Peter Koffler and Joshua Rovine of the Blackstone Group concerning investment partnerships formed by Starr to invest in Blackstone funds (1.0); drafting notice letter to assert Receivers' possible interest in deposit paid by Pastar in connection with proposed purchase of East End Avenue condominium and discuss with Receiver concerning same (.5) | 3.6 | 2,160.00 |
| 06/29/10 | KPW | Assist client representatives preparing files to be copied and answer representatives' questions (3.2); meet with Lee Stremba; meet with Rose Macchio regarding Starr's accounts receivable; call Raffaela Zimbaro regarding the June 1 invoices for the hourly and quarterly clients (1.4) | 4.6 | 1,035.00 |
| 06/30/10 | BDG | Meet with L. Stremba and discussion regarding Blackstone meeting (.4); meet with L. Stremba and Receiver regarding meeting with A. Hermann, Scorcese and asset recovery (.2); further preparation of letter pertaining to 170 East End property deposit (.2); cursory review of subpoenas prepared by K. Wallace (.4); correspondence regarding Ken Starr personal financial statement (.2); further review of R. Starr files and R. Ragano files analysis of Starr vehicles, partnerships and asset recovery (1.8) | 3.2 | 907.20 |
| 06/30/10 | LWS | Meeting with Kevin Wallace to discuss preparation of subpoenas to banks and attorneys, client file transfer issues and client fee collection issues (.3); drafting work on | 1.8 | 1,080.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1300570
File No. 238379.000002
Page 10

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | document request schedules for subpoenas to attorney Bristol, UBS and Bank of America and forward to Kevin Lewis to conform drafts of additional subpoenas (1.5) | | |
| 06/30/10 | KPW | Revise the subpoenas to various banks, Jonathan Bristol, Winston & Strawn, and Thelen (1.8); meet with Teresa Brown regarding the June 1 invoices (.6); meet with Rose Macchio regarding the accounts receivable (.8); meet with Lee Stremba regarding the subpoenas (.3); return phone calls from the clients and their representatives (1.4); assist client representatives to prepare the files to be copied, retrieve electronic copies of the tax files, and answer any questions regarding the United States Attorney's subpoena and the copying process (3.8); meet with Harriet Cohen regarding the June 1 invoices and client files (.4); meet with Lee Stremba regarding the client files and mail (.3); meet with Brett Goodman regarding Oak Spring Farms (.2) | 9.6 | 2,160.00 |
| | | Totals | 175.4 | 56,898.30 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/10**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| BDG | Goodman | 62.3 | 283.50 | 17,662.05 |
| SGR | Rinehart | 7.3 | 562.50 | 4,106.25 |
| LWS | Stremba | 30.2 | 600.00 | 18,120.00 |
| KPW | Wallace | 75.6 | 225.00 | 17,010.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
TROUTMAN SANDERS LLP
405 LEXINGTON AVENUE
New York, NY 10174

| | |
|---|---|
| Invoice Date | 07/19/10 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1300570 |
| File No. | 238379.000002 |

RE:    ASSET ANALYSIS AND RECOVERY-SEC V. STARR

Total Amount of This Invoice                $56,898.30

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 07/19/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| TROUTMAN SANDERS LLP | Direct Dial | 212-704-6249 |
| 405 LEXINGTON AVENUE | Invoice No. | 1290661 |
| New York, NY 10174 | File No. | 238379.000004 |

**RE:   BUSINESS OPERATIONS - SEC V. STARR**

Fees for Professional Services Rendered Through 06/30/10                     $35,075.85

                                                **Total Amount of This Invoice**     **$35,075.85**

IN ACCOUNT WITH

Invoice Date 07/19/10
Invoice Number 1290661
File No. 238379.000004
Page 2

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 06/08/10 | LWS | Review requests and demands for client files made by representatives for various clients and responding to same | 0.8 | 480.00 |
| 06/09/10 | BDG | Review of Starr entity and client mail to comply with US subpoena | 0.7 | 198.45 |
| 06/10/10 | BDG | Review of Starr entity and client mail for analysis and forwarding (1.2) | 1.2 | 340.20 |
| 06/10/10 | KEK | Review project with team. Begin securing valuables in a locked location. | 2.0 | 90.00 |
| 06/10/10 | LWS | Emails with Irv Schwartbaum of JH Cohn concerning Starr's payroll and computer records | 0.2 | 120.00 |
| 06/10/10 | LWS | Meeting with file room personnel at Starr regarding file locations and client file transfers (.8); calls and emails with new client representatives regarding requests for files (.7); meeting with controller Roseann Ragano concerning Starr company and personal loans and conference with Receiver concerning same (.5) | 2.2 | 1,320.00 |
| 06/11/10 | BDG | Draft and prepare letter to Starr client regarding files (.9); meet with Receiver and L. Stremba regarding client file copying (.5); Calls with Receiver and L. Stremba regarding receivership account (.4) | 1.8 | 510.30 |
| 06/11/10 | KEK | Completed securing valuables in a locked room. Formulated plan for doing an office by office file inventory. | 2.0 | 90.00 |
| 06/11/10 | MJZ | Conferences at Starr offices concerning inventory and packing issues | 2.0 | 180.00 |
| 06/14/10 | BDG | Meet with building managers at Starr offices and discussion of occupancy issues (1.1); review Starr company and client mail subject to subpoena (2.1); attend to various client termination issues and review of correspondence regarding same (.9); continued preparation of client letter with respect to DTI reproduction and outstanding receivables (.8) | 4.9 | 1,389.15 |
| 06/14/10 | LWS | At Starr offices addressing issues concerning numerous client file transfers and issues concerning billing of clients (1.6); searches for files relating to various Starr investment vehicles and files relating to settlement of Stanton litigation (.7) | 2.3 | 1,380.00 |
| 06/15/10 | BDG | Meet with L. Stremba regarding certain client records and outstanding payments for copy facilitation (.6); meet with building managers regarding power and utility issues (1.1); supervise tax file preparation for former client (.7); facilitate return of phone calls to Starr companies (.4); facilitate mail | 5.8 | 1,644.30 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1290661
File No. 238379.000004
Page 3

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | issues and review of Starr entity mail (1.3); work with cable company to retrieve property (.6); review of client representative and employee correspondence (.4); meet with certain former employees regarding client record and mail issues (.7) | | |
| 06/15/10 | KEK | started to compile an office by office inventory of all files at the Starr offices. | 6.8 | 306.00 |
| 06/15/10 | LWS | Emails and calls with Brett Goodman concerning file transfers and client collection issues (.7); at Starr premises addressing issues raised by client representatives regarding access to and copying of files, conferences with Morris Zimerman concerning the packing or segregation of various items in the Starr offices, and meetings with ex-controller Roseann Ragano concerning client receivables and billing issues (3.0) | 3.7 | 2,220.00 |
| 06/15/10 | LWS | Calls and emails with various client representatives concerning transitions of clients to new firms and access to files for that purpose | 0.8 | 480.00 |
| 06/15/10 | MJZ | Arrange for copying and scanning of documents for clients | 2.5 | 225.00 |
| 06/16/10 | BDG | Meet with K. Wallace regarding day to day administration of Starr companies and outstanding invoice and mailing issues (.8); meet with employees regarding forwarding of vetted mail (.6); meet with L. Stremba regarding client copying and mail forwarding (.5); meet with L. Stremba and A. Cassirer regarding certain client issues, duplication of files, security issues, and IT issues (.4) | 2.3 | 652.05 |
| 06/16/10 | KEK | Continued to compile an office by office inventory of all files on the premises. Assisted Citrin in obtaining copies of their Client's files. | 7.0 | 315.00 |
| 06/16/10 | LWS | Calls with John Crossman, Arnie Herman and Liz Taveras, client representatives, concerning access to files of numerous clients (.7); call with outside IT consultant Philipp Stafford concerning Starr computer systems and issues concerning (a) downloading of client tax files (b) amending archive restrictions to permit access to past emails (c) exporting emails to a Receiver's email address; and (d) providing bounce-back notice for incoming emails (.5); call from Robert Jumin, counsel to a Starr client, concerning transition of client files (.2); meeting with Receiver to report on and discuss client transition issues, computer system issues and entities and accounts warranting investigation (.8). | 2.2 | 1,320.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1290661
File No. 238379.000004
Page 4

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 06/16/10 | KPW | Examine Starr & Company mail for compliance with United States Attorney's subpoena (3.3); meet with Lee Stremba and meet with Brett Goodman (.80) | 4.1 | 922.50 |
| 06/16/10 | MJZ | Review of inventory of material and arrange for scanning | 2.0 | 180.00 |
| 06/17/10 | KEK | Went over to the Starr offices to follow up on Citrin records which needed to be expedited for copying. | 2.0 | 90.00 |
| 06/17/10 | LWS | At Starr offices in meetings with former controller, Roseann Ragano, concerning receivables issues (.6) and discussions with various client representatives and with Brett Goodman and Kevin Wallace concerning file copying and transfer issues and unpaid client invoices(.8) | 1.4 | 840.00 |
| 06/17/10 | LWS | Calls and emails with several former Starr clients and client representatives including Ed Saxon, Gloria of Citrin, Laura Avedon, Susana Perez, Barbara Mertz, Dan DePaoli, Louis Melo and John Crossman concerning access to and transition of client files and mail | 1.4 | 840.00 |
| 06/18/10 | BDG | Continued review of Starr company mail (.6); review of authorization letter and coordination of file maintenance for among others Christine Murphy and Simon/Lok (.4); review of submitted client termination letters (.4) | 1.4 | 396.90 |
| 06/18/10 | LWS | Exchange of emails with Laura Avedon concerning request for access to files and regarding unpaid invoices (.2); review settlement agreement in action brought by former client Stanton for information regarding prior payments and future payment obligations of Starr & Co and emails with Receiver and Kevin Wallace regarding search for evidence of payments(.5); | 0.7 | 420.00 |
| 06/18/10 | LWS | Call from Stephen Juris, counsel to client Avedon, regarding open invoices and access to files and exchange of emails with Receiver concerning counsel's position on issues | 0.7 | 420.00 |
| 06/18/10 | LWS | Meeting with Brett Goodman and Kevin Wallace to review issues arising while at Starr offices today concerning computer systems, client file requests, vendor calls and preparation of invoices to clients and to coordinate activities for the upcoming week (.7); meeting with paralegal Harriet Cohen regarding creation and maintenance of files to track client requests and the processing of each and to track client payments (.2) | 0.9 | 540.00 |
| 06/21/10 | BDG | Meet with K. Wallace regarding client authorization for copying and outstanding receivables pertaining to same (.6); meet with Clem Ballas and attend to certain client files including Olive Productions and Tucci matters (1.6); attend | 5.2 | 1,474.20 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1290661
File No. 238379.000004
Page 5

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | to E. Klien file and Lazard account issues (.4); meet with R. Ragano regarding authorizations and client/employee contacts (.4); review of correspondence with respect to certain client record requests (.4); collect and analyze submitted client termination letters (.4); meet with R. Ragano to coordinate certain mail for client forwarding and review of Starr companies mail (.9) | | |
| 06/21/10 | LWS | Emails with Phillip Stafford, Starr's outside IT consultant, concerning issues relating to transfer of incoming emails to Receiver address (.2); emails with Kevin Wallace and Receiver concerning Ron Starr's request to remove personal photographs (.1); exchange of emails with representatives for former Starr clients Mellon, Lloyd and Marron concerning file transfers; review Receiver accounts and emails with Kevin Wallace to confirm client payments (.2); at Starr offices in meetings with IT consultant Phillip Stafford (.8), conferences with client representatives concerning file copying and transfer issues (.4), conferences with Kevin Wallace and Brett Goodman concerning client transfers and mail forwarding issues(.5), and review of files maintained by former controller (1.0) | 3.2 | 1,920.00 |
| 06/21/10 | KPW | Examine Starr & Company mail for compliance with the United States Attorney's subpoena | 1.1 | 247.50 |
| 06/22/10 | BDG | Meet with DTI regarding copy jobs for Wachner and Citron clients (.6); review and prepare correspondence with Troutman document support with respect to same (.3); correspondence regarding J. Niven tax files (.4); handle authorization letter issues with Barbara Hasselman and John Phelan with respect to client files (.6); review of correspondence related to client authorizations and requests for copies of files (.6); review and prepare correspondence regarding client addresses (.4); meet with C. Ballas regarding Fred Hochberg tax files (.4); conference calls with L. Stremba regarding client authorizations (.4); calls with K. Wallace and H. Cohen to discuss coordination of client file and document maintenance (.6); meet with L. Stremba to discuss strategy going forward for client files, and responses to requests (.7); meet with L. Stremba and K. Wallace to discuss coordination of files, handling of client requests and administration of mail (.6) | 5.6 | 1,587.60 |
| 06/22/10 | KEK | Doing office by office inventory of files. | 6.0 | 270.00 |
| 06/22/10 | LWS | Exchange of emails with Ed Saxon, former Starr client, concerning access to files and mail (.2); exchange of emails with representative for former client Niven regarding file access (.1); Brett Goodman call concerning release of | 1.8 | 1,080.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1290661
File No. 238379.000004
Page 6

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | documents to copy service (.1); emails with Brett Goodman concerning request by representatives of Wachner for downloads of computer files (.2); exchanges of emails with Connie Christien concerning Berg files and Niven files and emails with Kevin Wallace concerning status of bill payments for same (.2); emails with Daniel Dresne for Jeff Berg and with Garry Press for Gale Hayman concerning file access (.2); former employee Elena Nord call for file access on behalf of clients (.1); call with Receiver and meeting with Brett Goodman and Kevin Wallace concerning methods for managing client requests for files (.5); conference with paralegal Harriet Cohen concerning organization of files relating to client requests for files and other client transition matters (.2) | | |
| 06/23/10 | BDG | Meet with former employees at Starr offices and multiple discussions regarding client file protocol (1.1); meet with M. Forzano regarding Benton files and review of client records and tax files (1.8); handle copying of tax program files for Serafin and Hankey (.6); continued review of Starr companies' mail (.6) | 4.1 | 1,162.35 |
| 06/23/10 | KEK | Doing office by office inventory of files. | 4.5 | 202.50 |
| 06/23/10 | LWS | Former Starr client Ed Saxon call concerning files and mail (.1); Ruth Harlow of Linklaters call concerning Starr client investments in KKR 2006 Fund (.2); conference with Brett Goodman, Kevin Wallace and Harriet Cohen concerning creation of accounting records for receivables and collections and issues with regarding to pending client requests for files and regarding the processing of client mail (.5) | 0.8 | 480.00 |
| 06/23/10 | KPW | Examine Starr and Company mail for compliance with the United States Attorney's subpoena | 1.2 | 270.00 |
| 06/24/10 | BDG | Further review of Starr company mail and facilitate transfer or same (1.0); meet with DTI regarding Taggert and Stone copying (.5); attend to Berg/Podell representatives and tagging (.4) | 1.9 | 538.65 |
| 06/24/10 | KEK | Moved boxes from Starr offices to TS offices. worked on finalizing index of files. | 2.0 | 90.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1290661
File No. 238379.000004
Page 7

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 06/24/10 | LWS | Conference with Morris Zimerman concerning Citrin requests for copying of client files (.1); conference with Raffaela Zimbaro concerning accounting for receivables and collections (.1); conference with Jo Ann Zic concerning issues with Starr computer system and bypassing of Starr servers (.1); exchange of emails with Kevin Wallace concerning Berg and Poddell request for list of items in safe, locating and forwarding same (.3); call with Ruth Harlow and Lorna Bowen of Linklaters concerning Starr client investments in KKR 2006 Fund (.5) | 1.1 | 660.00 |
| 06/24/10 | KPW | Examine Starr and Company mail for compliance with the United States Attorney's subpoena; assist IT set up a bounce back message for all Starr email accounts | 1.3 | 292.50 |
| 06/25/10 | BDG | meet with H.Cohen regarding client outstanding bills and vendor calls (.3); calls with M. Zimmerman and DTI to facilitate file copying and scanning in preparation for review (.4) | 0.7 | 198.45 |
| 06/25/10 | LWS | Attorney Steve Juris call concerning Avedon files and dispute concerning unpaid invoices (.5); review materials sent by Ruth Harlow of Linklaters concerning Starr clients' investments in KKR 2006 Fund and advise Receiver of same (.4); review Pamela Boss inquiries concerning receivership and request for files and email Receiver concerning same (.2); Steven Hayes call regarding Paul Simon files (.3); meeting with Kevin Wallace to review pending client transfer issues (.2) | 1.6 | 960.00 |
| 06/25/10 | KPW | Return client phone calls and schedule appointments for client representatives to inspect files at Starr and Company | 3.1 | 697.50 |
| 06/28/10 | BDG | Review of various correspondence with respect to client file requests and coordination of file maintenance and copy scheduling (.4) | 0.4 | 113.40 |
| 06/28/10 | LWS | Several calls and exchanges of emails with client representatives concerning requests of access to and copies of files and concerning unpaid invoices, including Stephen Juris, Arlene Graff, Elena Nord, Steven Hayes and Louis Melo(1.8); conferences with Raffaela Zimbaro and Kevin Wallace concerning preparation of client bills, communications with client representatives concerning same, and collections (.5) | 2.3 | 1,380.00 |
| 06/28/10 | LWS | Call with Starr's insurance broker Ms. DeWitt concerning nature and status of insurance policies maintained by Starr & Co. | 0.2 | 120.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1290661
File No. 238379.000004
Page 8

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 06/28/10 | KPW | Return client calls and schedule appointments for client representatives to examine client files | 1.7 | 382.50 |
| 06/29/10 | BDG | Meet client representatives for Paul Simon at Starr offices to facilitate file review (.4); meet with Avedon Trust representatives and coordinate file review and tagging (.4); review and prepare correspondence regarding Berg, Podell and Demme files (.4); review of various authorization letters submitted (.3) | 1.5 | 425.25 |
| 06/29/10 | LWS | Emails and conference with Brett Goodman concerning billings for Demme and Avedon requests for access to files (.1); multiple calls with client representative Steven Hayes concerning access to and copying of files and payment of outstanding bill (.2); call with Dan DePaoli, client representative for Brill and email to Kevin Wallace concerning arrangements for file review (.2); meeting with Brett Goodman and Kevin Wallace to discuss client file transfer issues, fee collections from Starr clients and mail processing issues (.3) | 0.8 | 480.00 |
| 06/30/10 | BDG | Correspondence and calls with K. Wallace regarding Oak Spring and Mellon property and affidavit requirement (.5); discussions with L. Stremba regarding Starr inventory and liquidation process (.3); discussions with H. Cohen and L. Stremba regarding generated invoices and forwarding of same (.4); correspondence regarding receipt of Simon, Niven and Demme payments (.4) | 1.6 | 453.60 |
| 06/30/10 | LWS | Dan DePaoli call concerning access to Brill files, email Kevin Wallace to advise of appointment and conference with Kevin Wallace regarding Brill invoices (.3); review Avedon's May invoice and forwarding all open invoices to Avedon's counsel with request for proposal(.3); review Brill bill and forward to Dan DePaoli (.1); exchange of emails with company seeking to use Peter Boyles' likeness and referring same to Boyles' representative at Citrin (.1); exchange of emails with Ruth Harlow of Linklaters concerning issues relating to KKR 2006 Fund(.5); meeting at offices of Citrin Cooperman with Receiver, Arnold Herrmann, and former Starr Managing Director now at Citrin and Joel Cooperman of Citrin concerning Scorcese receivable and Starr business practices (1.5) | 2.8 | 1,680.00 |
| | | Totals | 122.3 | 35,075.85 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 07/19/10
Invoice Number 1290661
File No. 238379.000004
Page 9

AURORA CASSIRER AS RECEIVER
BUSINESS OPERATIONS - SEC V. STARR

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/10**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| BDG | Goodman | 39.1 | 283.50 | 11,084.85 |
| KEK | Kos | 32.3 | 45.00 | 1,453.50 |
| LWS | Stremba | 31.9 | 600.00 | 19,140.00 |
| KPW | Wallace | 12.5 | 225.00 | 2,812.50 |
| MJZ | Zimerman | 6.5 | 90.00 | 585.00 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

| | | |
|---|---|---|
| **Payment Remittance Address** | | **For Payments by Wire** |
| Troutman Sanders LLP | | Wells Fargo Bank, N.A., Atlanta, Georgia |
| P.O. Box 933652 | | ABA #061000227 |
| Atlanta, Georgia 31193-3652 | | To Credit Troutman Sanders LLP |
| | | Operating Account #2052700305792 |
| | Office Location: | Reference Attorney: A  Cassirer |
| | The Chrysler Building | Reference Client: 238379 |
| | 405 Lexington Ave | From International Locations please add Swift |
| | New York, NY 10174 | Address/Code: PNBP US 33 |

Billing Inquiries:
404-885-2508

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
TROUTMAN SANDERS LLP
405 LEXINGTON AVENUE
New York, NY 10174

| | |
|---|---|
| Invoice Date | 07/19/10 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1290661 |
| File No. | 238379.000004 |

RE:    BUSINESS OPERATIONS - SEC V. STARR

Total Amount of This Invoice          $35,075.85

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

| | | |
|---|---|---|
| **Payment Remittance Address** | ATTORNEYS AT LAW | **Office Address** |
| Troutman Sanders LLP | A LIMITED LIABILITY PARTNERSHIP | The Chrysler Building |
| P.O. Box 933652 | FEDERAL ID No. 58-0946915 | 405 Lexington Ave |
| Atlanta, Georgia 31193-3652 | | New York, NY 10174 |

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 07/19/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| TROUTMAN SANDERS LLP | Direct Dial | 212-704-6249 |
| 405 LEXINGTON AVENUE | Invoice No. | 1300569 |
| New York, NY 10174 | File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/10 | $55,531.40 |
| **Total Amount of This Invoice** | **$55,531.40** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1300569
File No. 238379.000005
Page 2

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 06/07/10 | BDG | Review of temporary receiver Order and compare to SEC preliminary injunction order for scope of Receiver's power (.8) | 0.8 | 226.80 |
| 06/07/10 | SGR | Attend court hearing for appointment of Receiver | 1.5 | 843.75 |
| 06/07/10 | LWS | Meeting with Receiver and representatives of Berdon accounting and consulting firm concerning possible engagement of Berdon to perform accounting and forensic services | 1.0 | 600.00 |
| 06/07/10 | LWS | Preparations for and appearance in Court for hearing with respect to appointment of the Receiver (1.5); review receivership order and compare to SEC's proposed preliminary injunction order for definition of powers and conference with the Receiver concerning scope of her powers (.8) | 2.3 | 1,380.00 |
| 06/07/10 | KPW | Create W drive folder and upload documents related to Starr's clients; meet with Steve Rinehart | 0.6 | 135.00 |
| 06/08/10 | LWS | Meeting with Receiver and representatives of accounting and consulting firm TriceraPartners concerning possible engagement to provide accounting and forensic services | 1.0 | 600.00 |
| 06/08/10 | LWS | Emails with Irv Schwartzman and Joe Baum of JH Cohn concerning preparations for and scope of work to be performed at Starr offices | 0.4 | 240.00 |
| 06/09/10 | LWS | Call from Abbe Lowel, temporary counsel to Dianne Passage, concerning arrangements for meeting with Receiver | 0.1 | 60.00 |
| 06/09/10 | LWS | Review and analysis of demand letter and supporting materials forwarded by counsel to Marisa Starr, ex-wife of Kenneth Starr, concerning divorce proceedings and resulting financial agreements, including claims by Marisa Starr under purported employment arrangement with Starr & Co and alleged interests in various investments | 1.1 | 660.00 |
| 06/09/10 | LWS | Review and analysis of forfeiture proceedings commenced by US Attorney's Office | 0.6 | 360.00 |
| 06/10/10 | LWS | Preparations for and appearance in court for hearing on SEC's motion for injunctive relief and meeting with Dianne Passage and her counsel in courthouse after hearing | 2.2 | 1,320.00 |
| 06/10/10 | LWS | Call with William Harrington of US Attorney's Office regarding coordination of activities | 0.1 | 60.00 |
| 06/10/10 | LWS | Meeting with Receiver and David Glovin and John Helyar of Bloomberg News | 0.5 | 300.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1300569
File No. 238379.000005
Page 3

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 06/11/10 | SGR | Conferences with R. Zimbaro regarding opening Receiver bank accounts | 0.3 | 168.75 |
| 06/11/10 | LWS | Review and analysis of US indictment of Kenneth Starr | 0.7 | 420.00 |
| 06/11/10 | LWS | Review of new US Attorney subpoena for business records of the receivership companies and analysis of impact upon the operations of the receivership companies and clients and related costs | 0.5 | 300.00 |
| 06/13/10 | LWS | Drafting work on receiver's advisory letter to clients and former clients regarding file transfers and forward draft to receiver (.7); prepare outline of issues for discussion with SEC and US Attorney's office and possible approaches to issues raised by subpoena served by US Attorney's Office on June 11 (1.8); exchanges of emails with receiver concerning the foregoing matters (.3) | 2.8 | 1,680.00 |
| 06/14/10 | HEC | Discussions with L. Stremba (.2), review documents, correspondence and create master client list (1.6); compiling and researching information to complete required fields for contact information (1.0) | 2.8 | 742.00 |
| 06/14/10 | LWS | Conference call with Receiver and Sharon Levin and Michael Lockard of the US Attorney' Office concerning coordination of activities of the receivership estate and the government, modification of scope of subpoena relating to documents at Starr & Co. premises, and access to sufficient funds for estate purposes (.6); two calls with Timothy Casey of the SEC regarding coordination of subpoenas (.2); call with Receiver and Michael Bosworth of the United States Attorney's Office concerning additional allegations of fraud against Starr and possible additional discovery to be conducted by the government at the Starr premises (.5) | 1.3 | 780.00 |
| 06/14/10 | LWS | Meeting with Receiver and representatives of the SEC including Timothy Casey, Sandeep Satwalekar and others to discuss coordination of activities of Receiver and the SEC, issues and areas warranting or requiring investigation, and access to sufficient funds for estate purposes | 4.0 | 2,400.00 |
| 06/15/10 | HEC | Discussions with L. Stremba throughout the day regarding client list, materials received (.2), reviewing communications and correspondence, researching information as necessary, updating client list (5.9); review, compile and categorize various documents and attention to files (.4) | 6.5 | 1,722.50 |
| 06/15/10 | LWS | Call with Receiver and Joanne Helferich, former counsel to Starr & Co. in connection with Stanton litigation regarding | 0.3 | 180.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 07/19/10
Invoice Number 1300569
File No. 238379.000005
Page 4

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | payment obligations in settlement agreement and other matters handled by her firm | | |
| 06/15/10 | LWS | Call with Receiver and Michael Bosworth of the US Attorney's Office concerning discovery planned by the government (.3) and review and conference with Receiver concerning government's email confirming modification of the government's subpoena for documents at Starr premises (.2) | 0.5 | 300.00 |
| 06/16/10 | HEC | Attention to compiling civil and criminal dockets and various filings for team (.4); attention to documents and categorization of same for filing (.3); continue extensive work on client list, review correspondence turned over from attorneys, research and compile information for list (3.8); begin sending out A. Cassirer letter regarding request for client records to parties with complete contact information (.7); further discussions with team and continued work on further updates of client list, checking and proofing list and necessary (3.6) | 8.8 | 2,332.00 |
| 06/16/10 | LWS | Work on compiling communications with numerous client representatives and conferences with paralegal Harriet Cohen concerning preparation of client spreadsheet for noticing purposes | 1.4 | 840.00 |
| 06/17/10 | HEC | Discussions with L. Stremba throughout the day regarding client and administrative matters (.2); continued work on updating client list, reviewing and researching information for complete contact information, reviewing correspondence (4.4); numerous emails to clients attaching A. Cassirer letter of June 15th concerning request for client files and procedures for same (1.6); team meeting to discuss status, issues and assignments (1.0); obtain City National Bank V. Starr proceeding and filings and send to team (.2); attention to files, notices, mail and all other items received from attorneys and address accordingly (1.7) | 9.1 | 2,411.50 |
| 06/17/10 | BDG | Meet with L. Stremba regarding injunction issues with respect to bank suit against Ken Starr (.5); meet with Troutman Starr team regarding next steps, city national suit and possible intervenor, analysis of SIA investment involvement (1.2) | 1.7 | 481.95 |
| 06/17/10 | SGR | Starr team meeting | 1.0 | 562.50 |
| 06/17/10 | LWS | Meeting with Receiver, Brett Goodman, Kevin Wallace, Harriet Cohen and Steven Rinehart to review and coordinate activities relating to client transition issues, employee terminations and benefits issues and possible assets and claims to investigate | 1.0 | 600.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S  A T  L A W

Invoice Date 07/19/10
Invoice Number 1300569
File No. 238379.000005
Page 5

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 06/17/10 | KPW | Examine Starr & Company mail for compliance with the United States Attorney's subpoena (2.3); meet with Brett Goodmanand meet with Lee Stremba (.80) | 3.1 | 697.50 |
| 06/18/10 | HEC | Numerous calls and emails from clients and representatives, send Receiver letter regarding client files to same and to all new parties on contact list (.9); work on updating client contact list, reviewing communications (4.7); attention to files, administrative matters (.9); discussions with L. Stremba throughout the day regarding client contact information and other pending issues (.2) | 6.7 | 1,775.50 |
| 06/18/10 | BDG | Draft and prepare update to Receivership website, correspondence regarding same | 0.6 | 170.10 |
| 06/18/10 | LWS | At Starr offices, meeting with outside IT consultant and Troutman IT specialist Roland Evans concerning access to email archives, preservation and rerouting of new email traffic and tax file downloads for numerous clients (2.0) and meetings and calls with former employees and client representatives regarding file access and copying issues (.5); conference with Receiver and emails with Raffaela Zimbarro and Jo Anne Zic concerning initiation of email rerouting and preservation and creation of new email address for Receiver (.3) | 2.8 | 1,680.00 |
| 06/18/10 | LWS | Draft report to SEC and US Attorney's Office concerning Receivers' opening of accounts, deposits to date, and need for additional funds for receivership estates and review and finalize same with Receiver | 1.2 | 720.00 |
| 06/18/10 | KPW | Examine Starr & Company mail for compliance with the subpoena | 1.3 | 292.50 |
| 06/21/10 | AC | Meeting with harriet cohen regarding organizing star's former clients files | 0.2 | 41.00 |
| 06/21/10 | AC | Work on client files to add recent communications and contact information | 4.0 | 820.00 |
| 06/21/10 | HEC | Attention to contact list, review correspondence and update contact list with information obtained, research and inquiries as necessary;  send Cassirer letter of June 15th regarding requesting client files to additions to contact list (3.6); attention to documents received from attorneys, categorization and filing thereof (.9); attention to case dockets and status (.3); respond to inquiries (.6); discussions with L. Stremba throughout the day regarding administrative matters and pending projects (.2); | 5.6 | 1,484.00 |
| 06/21/10 | LWS | Call with Tim Casey of the SEC regarding criminal conference schedule | 0.1 | 60.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 07/19/10
Invoice Number 1300569
File No. 238379.000005
Page 6

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 06/22/10 | AC | Work on update of client files | 5.0 | 1,025.00 |
| 06/22/10 | HEC | Discussions with L. Stremba and B. Goodman regarding creation of files for each client to maintain correspondence, invoices, termination letters and letters requesting turnover of files, etc. begin preparations for same (1.9); attention to work on contact list, review correspondence and update spreadsheet accordingly (.9); respond to inquiries (.6); copy folder of materials turned over by B. Goodman and cross-check all against master client list and update new information accordingly (1.3); send updated contact list to team (.1); issues regarding returned mail (.4); compiling additional emails, letters and materials for client folders (.4); further review of correspondence, updating of contact list and cross-checking items (1.6); reply to inquiries (.4) | 7.6 | 2,014.00 |
| 06/23/10 | AC | Work on updating of client files | 6.0 | 1,230.00 |
| 06/23/10 | HEC | Attention to correspondence, invoices, termination letters and requests for files and file accordingly under specific client folder (4.4); send out Cassirer letter regarding requesting files to additional parties (.3); prepare labels for parties with no email or fax information in order to mail letter (.3); review of documents and update contact list, cross-checking and updating information (1.7); disseminate Cassirer letter (.3); attention to files and administrative matters (.8); discussions with L. Stremba throughout the day regarding status and client issues (.20) | 8.0 | 2,120.00 |
| 06/23/10 | IZ | Organization of SEC and US Attorney litigation documents and assistance with creation of Starr client contact files | 2.0 | 540.00 |
| 06/24/10 | AC | Work on update of clients' files | 5.3 | 1,086.50 |
| 06/24/10 | HEC | Team meeting to discuss status, outstanding issues and responsibilities (1.3); attention to correspondence, emails and materials from attorneys and update contact list (1.9); work on filing materials into client files (1.9); send Cassirer letter via regular mail to additional parties for whom we have no email or fax information (.3); send out letter for A. Cassirer for I Am Ready Made and Laugh Club and include invoices (.2); returning calls clients, vendors, et al. per phone logs (1.3); email to S. Baretz regarding receivership website (.1); obtain copy of docket on property for S. Rinehart (.1) | 7.1 | 1,881.50 |
| 06/24/10 | BDG | Attend Starr team meeting to discuss outstanding administrative issues and legal issues to examine in preparation for discussions with the government, SEC and Blackstone (1.3) | 1.3 | 368.55 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1300569
File No. 238379.000005
Page 7

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 06/24/10 | LWS | Meeting with Receiver, Steve Rinehart, Brett Goodman, Kevin Wallace and Harriet Cohen to coordinate and plan activities, including discussion concerning management of client documents, creation of last month's bills for certain clients, managing numerous calls from vendors, efforts to collect certain delinquent accounts, preparations to serve investigating subpoenas, assignment of investigative tasks, assignment of search for employee contracts. | 1.3 | 780.00 |
| 06/24/10 | LWS | Call with Receiver and Timothy Casey of SEC concerning coordination of discovery activities | 0.4 | 240.00 |
| 06/24/10 | KPW | Meet with Aurora Cassirer, Lee Stremba, Steve Rinehart, Brett Goodman, and Harriet Cohen | 1.3 | 292.50 |
| 06/24/10 | IZ | Organizing and filing various documents and e-mails in files created for Starr former clients | 3.0 | 810.00 |
| 06/25/10 | AC | Work on clients' files, revise list, down load file documents | 7.3 | 1,496.50 |
| 06/25/10 | HEC | Attention to updating client files, review correspondence, cross-check files, documents, etc. in connection with updating client contact list (3.7); send out additional Cassirer letters via regular mail (.3); attention to various day's phone logs, returning calls, reviewing documentation, compiling information and sending items of interest to team for review and further direction (1.9); discussion with A. Cassirer and L. Stremba regarding nature of various of the vendor calls (.1); similar discussions with B. Goodman and K. Wallace (.1); pass on various items for clients of Starr to respective representatives (.2); attention to files and administrative matters (.4) | 6.7 | 1,775.50 |
| 06/27/10 | HEC | Review of mail, correspondence and client materials and update contact list accordingly | 1.5 | 397.50 |
| 06/28/10 | AC | Work on starr's clients files | 5.0 | 1,025.00 |
| 06/28/10 | HEC | Attention to administrative matters, discussions with L. Stremba regarding contact list and pending projects (.6); returning numerous phone calls to vendors et al. (1.5); attention to correspondence, review and update master client list, folders, filing documents accordingly (4.7) | 6.8 | 1,802.00 |
| 06/28/10 | SGR | Conference with Kevin Wallace; review draft subpoenas to attorneys and banks; edit and revise same | 1.5 | 843.75 |
| 06/28/10 | IZ | Research SEC and US Attorney case dockets and organization and filing of former client communications | 2.5 | 675.00 |
| 06/29/10 | AC | Work on starr clients' files | 5.3 | 1,086.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1300569
File No. 238379.000005
Page 8

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 06/29/10 | HEC | Preparing copies of invoices as requested by K. Wallace, review files regarding same (.7); attention to correspondence, files and update client files and contact list accordingly (3.4); return calls to vendors and other inquiries (.4); attention to administrative and organizational matters (.6); KKR project, research and discussions with L. Stremba (.4) | 5.5 | 1,457.50 |
| 06/29/10 | BDG | Meet with L. Stremba with respect to preparation correspondence to the US Attorneys office and SEC concerning entities formed by Ken Starr and analysis of same (.5) | 0.5 | 141.75 |
| 06/30/10 | HEC | Returning calls to vendors and parties with other inquiries (.5); attention to follow-up on various asset recovery issues (.4); assist K. Wallace with billing, review files, invoices and research of contacts for same (1.6); attention to correspondence, files, update client list (1.2); draft letter regarding recovery of necklace from Judith Ripka (.2); attention to additional clients, update list and labels for client folders (1.7); attention to administrative and organizational matters (.4) | 6.0 | 1,590.00 |
| 06/30/10 | IZ | Checking and compiling subpoenas for service and arranging service | 1.5 | 405.00 |
| | | Totals | 178.9 | 55,531.40 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/10

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cardillo | 38.1 | 205.00 | 7,810.50 |
| HEC | Cohen | 88.7 | 265.00 | 23,505.50 |
| BDG | Goodman | 4.9 | 283.50 | 1,389.15 |
| SGR | Rinehart | 4.3 | 562.50 | 2,418.75 |
| LWS | Stremba | 27.6 | 600.00 | 16,560.00 |
| KPW | Wallace | 6.3 | 225.00 | 1,417.50 |
| IZ | Zimerman | 9.0 | 270.00 | 2,430.00 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
TROUTMAN SANDERS LLP
405 LEXINGTON AVENUE
New York, NY 10174

| | |
|---|---|
| Invoice Date | 07/19/10 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1300569 |
| File No. | 238379.000005 |

RE:    CASE ADMINISTRATION - SEC V. STARR

Total Amount of This Invoice    $55,531.40

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 07/19/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| TROUTMAN SANDERS LLP | Direct Dial | 212-704-6249 |
| 405 LEXINGTON AVENUE | Invoice No. | 1290658 |
| New York, NY 10174 | File No. | 238379.000007 |

RE:    **EMPLOYEE BENEFIT PENSIONS- SEC V. STARR**

Fees for Professional Services Rendered Through 06/30/10                     $11,409.55

**Total Amount of This Invoice**          **$11,409.55**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 07/19/10
Invoice Number 1290658
File No. 238379.000007
Page 2

AURORA CASSIRER AS RECEIVER

EMPLOYEE BENEFIT PENSIONS- SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 06/08/10 | BDG | Meet with Starr employees and engage in discussions and collection of questions for Receiver (.7); prepare correspondence to Receiver regarding employee concerns (.3) | 1.0 | 283.50 |
| 06/08/10 | LWS | Meetings with employees, as a group and individually, to address numerous employment and benefits questions and concerns | 1.3 | 780.00 |
| 06/08/10 | LWS | Conference with Brett Goodman concerning questions raised by employees and concerning business records to search for at Starr offices | 0.3 | 180.00 |
| 06/09/10 | BDG | Discussions with JH Cohn  and L. Stremba regarding payroll, 401K and employee issues (1.4); review and analysis of current payroll and employees with JH Cohn (.5) | 1.9 | 538.65 |
| 06/09/10 | LWS | Meetings with Ron Starr and controller Roseann Regano with Irv Schwartzman and Joe Baum of JH Cohn to review payroll and benefits issues concerning all employees and to identify employees whose continued services might be valuable to the receivership estates | 1.2 | 720.00 |
| 06/10/10 | BDG | Meet with JH Cohn to review payroll (1.2); discussions with employees with respect to 401K, health coverage, and payroll issues (.6) | 1.8 | 510.30 |
| 06/11/10 | BDG | Meet with L. Stremba and A. Cassirer regarding employee termination determination (.6) | 0.6 | 170.10 |
| 06/11/10 | NAJ | Reviewing New York wage payment laws and drafting advice to Aurora Cassirer | 0.5 | 258.75 |
| 06/11/10 | LWS | Conference with Receiver and sending email to representatives of the US Attorney's Office and SEC to advise of Receiver's intention to advise all employees of Starr of the termination of their employment and benefits and regarding notice to clients of process for obtaining copies of files(.3); meetings with Receiver and employees at Starr offices, and individual meetings with employees to respond to questions, regarding the termination of employment and benefits (1.5) | 1.8 | 1,080.00 |
| 06/14/10 | HEC | Meetings and communications with L. Stremba (.3), attention to preparing list of employees and former employees and compiling contact information (3.3) | 3.6 | 954.00 |
| 06/14/10 | BDG | Meet with former employees at Starr offices regarding 401k issues (.7); Review of insurance coverage termination and discussions with former employees regarding same (.8); meet with L. Stremba and A. Cassirer regarding former | 2.1 | 595.35 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1290658
File No. 238379.000007
Page 3

AURORA CASSIRER AS RECEIVER

EMPLOYEE BENEFIT PENSIONS- SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | employee issues with emphasis on 401k and coverage issues (.6) | | |
| 06/14/10 | NAJ | Reviewing notice of insurance cancellation and applicable law; drafting required termination notices | 0.5 | 258.75 |
| 06/14/10 | LWS | At Starr offices addressing questions of former employees concerning (a) termination of their employment and access to their 401(k) funds, (b) removal of personal effects and (c) access to the premises to assist in client transitions | 0.7 | 420.00 |
| 06/15/10 | HEC | Meetings and communications with L. Stremba and A. Cassirer regarding termination letters (.2); prepare termination letters for thirty-six (36) former employees and additional letter for M. Starr (1.6); follow-up discussions with A. Cassirer and L. Stremba and revisions to letters (.2); review and update of contact information/list for former employees, prepare labels for mailing (.7) | 2.7 | 715.50 |
| 06/15/10 | BDG | Meet with Receiver regarding employee coverage and 401k issues (.4); meet with Receiver regarding outstanding accounts receivable issues and invoicing (.4) | 0.4 | 113.40 |
| 06/15/10 | NAJ | Reviewing and responding to inquiry from Lee Stremba regarding employee termination notices; reviewing inquiry from Elizabeth Tavares regarding 401(k) and payment of wages | 0.5 | 258.75 |
| 06/15/10 | LWS | Drafting work on letter to employees concerning termination of employment and benefits and conferences with paralegal Harriet Cohen concerning arrangements for distribution of letters | 0.7 | 420.00 |
| 06/15/10 | LWS | At Starr offices addressing questions from former employees regarding access to 401(k) funds, health benefits and treatment of claims for unpaid wages | 0.7 | 420.00 |
| 06/16/10 | HEC | Effectuate mailing of termination letters with HealthNet notice regarding insurance to terminated employees (1.2); review and attention to master employee contact and label lists (.3) | 1.5 | 397.50 |
| 06/16/10 | BDG | Meet with L. Stremba and A. Cassirer regarding 401K issues (.2); meet with former employees regarding same (.4) | 0.6 | 170.10 |
| 06/16/10 | KRJ | Analyze Starr 401(k) plan to ensure compliance | 4.6 | 931.50 |
| 06/16/10 | KPW | At Starr premises, answer various employee's questions regarding their status | 1.3 | 292.50 |
| 06/18/10 | HEC | Meet with L. Stremba regarding additional termination letters (.1); prepare termination letters for R. Ragano and | 0.4 | 106.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 07/19/10
Invoice Number 1290658
File No. 238379.000007
Page 4

AURORA CASSIRER AS RECEIVER

EMPLOYEE BENEFIT PENSIONS- SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | D. Krivinskas for A. Cassirer's review (.3) | | |
| 06/18/10 | HEC | Prepare copies of executed Ragano and Krivinakas letters with attachment and send via regular mail | 0.2 | 53.00 |
| 06/18/10 | BDG | Attend to various employee health coverage and 401K issue including A. Graff | 0.4 | 113.40 |
| 06/18/10 | KPW | Answer various employees questions regarding their 401k's; arrange for Medicare employee information form to be signed | 1.4 | 315.00 |
| 06/21/10 | HEC | Finalize Ragano and Krivinskas termination letters and send via regular mail and email as instructed (.2); attention to employee lists and labels (.2) | 0.4 | 106.00 |
| 06/22/10 | KPW | Answer various ex-employees' questions regarding the status of their 401k plans; call ex-employee regarding forwarding an IRS letter received at Starr & Company | 0.4 | 90.00 |
| 06/23/10 | KPW | Answer various employees' questions regarding their 401k contributions; forward letters from the IRS to ex-employee; call ex-employee | 0.7 | 157.50 |
| | | Totals | 34.2 | 11,409.55 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/10

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| HEC | Cohen | 8.8 | 265.00 | 2,332.00 |
| BDG | Goodman | 8.8 | 283.50 | 2,494.80 |
| NAJ | Jenkins | 1.5 | 517.50 | 776.25 |
| KRJ | Jones | 4.6 | 202.50 | 931.50 |
| LWS | Stremba | 6.7 | 600.00 | 4,020.00 |
| KPW | Wallace | 3.8 | 225.00 | 855.00 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
TROUTMAN SANDERS LLP
405 LEXINGTON AVENUE
New York, NY 10174

| | |
|---|---|
| Invoice Date | 07/19/10 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1290658 |
| File No. | 238379.000007 |

RE:    **EMPLOYEE BENEFIT PENSIONS- SEC V. STARR**

**Total Amount of This Invoice**        $11,409.55

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# July 2010 Statement

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 08/03/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| TROUTMAN SANDERS LLP | Direct Dial | 212-704-6249 |
| 405 LEXINGTON AVENUE | Invoice No. | 1300609 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

Fees for Professional Services Rendered Through 07/31/10 — $16,823.00

**Total Amount of This Invoice** — **$16,823.00**

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 08/03/10
Invoice Number 1300609
File No. 238379.000001
Page 2

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 07/01/10 | AC | Telephone calls, email correspondence regarding client/investor relations including correspondence from Taubman regarding Schiller; Courtny Rockett regarding Bacall and Ron Howard; Jennifer White re Marvin and Janet Rosen; Lou Napi re Robert Liberman; the Adler Group; Margolis re Glass Note Music; Hal Prince email correspondence with Ginlik Ruder re Agasi; Danton Rissner; George Wolff; conferences with counsel regarding former Starr employees and client invoices, update on file transfers, review UBS, Bank of America, Bristol subpoenas; 401K and Roth approvals | 3.9 | 975.00 |
| 07/02/10 | AC | Email correspondence and telephone calls with client/investors, including Steven Klein re Marvin and Janet Rosen; correspondence with Roseanne Regano regarding follow up items, including Graydon Carter;  email communication with Adrian Tubbs regarding medical insurance; review Starr motion to stay; conference with counsel regarding same; update on file transfers, collections. | 2.1 | 525.00 |
| 07/06/10 | AC | Email correspondence, telephone calls with former clients and/or their representatives, including Annie Liebovitz; Daniel Hrdy; Robert Hoffman, Michael Mann; Heyman Family Trusts; Fusion Telecommunication certificates; matters concerning former employees, including email correspondence with Jonathan Kenter regarding 401 K distribution for former employees; telephone call with Adrian Tubbs; email correspondence with insurance broker regarding disability insurance, confer with Lee Stremba regarding payment of insurance policy regarding same; email conference regarding the Denali still in the driver's possession; email correspondence regarding Marissa Starr tax refund check; conference with counsel regarding revised subpoena; telephone conferences with Todd Brody regarding Ken Starr motion to day; telephone conference with Bill Harrington and Michael Bosworth; review, revise draft Scorsese complaint | 5.5 | 1,375.00 |
| 07/07/10 | AC | Email correspondence and telephone calls with former clients/investors, including Wiatt, Howard, Reich; telephone conference with Judge Stein; telephone conference with Tim Casey, Lee Stremba; attend criminal case hearing before Judge Scheindlin; various payment of invoices regarding business operations; review asset disposition summary; email correspondence with US Attorneys regarding receivership duties with respect to discovery and issuance of subpoena; review email correspondence | 5.0 | 1,250.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/03/10
Invoice Number 1300609
File No. 238379.000001
Page 3

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | directed to Starr Company | | |
| 07/08/10 | AC | Preparation for and attend court hearing; conferences regarding Website postings; conference with Kevin Wallace regarding UBS subpoena and entities to be subpoenaed; email correspondence regarding release of original stock certificates; email correspondence with US attorneys regarding government's motion for a stay of discovery as to the receiver; Scorsese complaint filed; IRS computer imaging team at Starr offices; | 3.0 | 750.00 |
| 07/09/10 | AC | Email correspondence regarding various former/client investors; Bernie Holland, Jeff Hoffman; David Mills regarding Al Pacino; email correspondence regarding UBS subpoenas | 0.5 | 125.00 |
| 07/12/10 | AC | Conferences regarding Starr investments (Glassnote); email corresopondence and telephone calls from former client/investors regarding files, invoices, etc., including Daniel Prichard; Jeff Hoffman for Marvin Rosen; Rob Juman; Dr. Nicholas Perricone; George Wolfe; handling of business matters with regard to former employees, including 401 K distributions and other matters; conference regarding UBSA Subpoena; review docket SEC v. Starr | 3.8 | 950.00 |
| 07/13/10 | AC | Telephone call with Robin Topol attorney for landlord of 850 third avenue; review correspondence from DOJ to Court; review correspondence on 433 East 74 Street forfeiture action; email correspondence on status of IRS computer imaging and the need to continue off site; 401 K distributions; email correspondence regarding Tom Brokaw files | 3.3 | 825.00 |
| 07/14/10 | AC | Discussions and response to Michael Mann, a former employee, regarding alleged unsupervised access to Starr offices and former client files; Roth and 401 K distribution approvals; email correspondence regarding possible public auction at the Starr offices; email correspondence and discussions regarding subpoenas and privilege issues | 3.9 | 975.00 |
| 07/15/10 | AC | Email correspondence telephone calls with clients/client representatives, including call with William Narwold regarding Jacob and Angela Arobo, discussions with Lee Stremba regarding same email correspondence regarding Brokow authorizations (1.50); review and discuss financial statements for Glassnote Entertainment (1.10); various Starr administrative matters, including approval of Roth IRAs and 401K; workers' compensation; quickbook files; bank accounts and billing (2.00) | 4.6 | 1,150.00 |
| 07/16/10 | AC | Administrative matters dealing with bank accounts and | 2.0 | 500.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/03/10
Invoice Number 1300609
File No. 238379.000001
Page 4

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | 401K authorizations (.90); email and discussions regarding assets and asset disposition (.90); discussions and email correspondence regarding IRS imaging and alleged missing items (.20) | | |
| 07/19/10 | AC | Preparation for and telephone call with Tim Casey of the SEC regarding various matters(.40); email correspondence with US Attorneys regarding Asset Disposition and Colcave apartment; discussions regarding same(.90); email correspondence and telephone calls regarding former client investors, including Harvey Weinstein regarding his engagement of Courtney Rockett; attorney for Jeff Berg (.70); discussions and email correspondence regarding BOA production, problem with CitiNational Disk (1.10); administrative matters, including 401K distribution approvals (.90) | 4.0 | 1,000.00 |
| 07/20/10 | AC | Discussions regarding agreements and documents found in safe in (1.10); email correspondence and discussions regarding IRS data (.90); conferences regarding frozen pension accounts, NOC cancellation; email correspondence with attorney for landlord regarding vacating the premises, and other administrative matters (3.50); status and update on Bedrock Partners; discussions regarding Colcave apartment (.20) | 5.7 | 1,425.00 |
| 07/21/10 | AC | Former client/investor communications, including email correspondence with Alice Jannelle on behalf of Bill Narwold, conferences regarding same; email correspondence with Marvin Rosen's attorney, Jeff Hoffman (1.10); email correspondence with US attorneys regarding IRS missing subpoenaed items, conferences regarding same (1.10) | 2.2 | 550.00 |
| 07/22/10 | AC | Email correspondence telephone calls with former client/investors, including letter from Gary Press regarding Gayle Hayman; telephone call with Courtney Rocket re her client's investments in Chimar or Jinti entities; review documents from Roseann Ragano computer, including engagement letter and other miscellaneous documents; discussions and email correspondence regarding search for thumb drives, email correspondence with Michael Mann regarding same; various administrative matters, including revision draft letter regarding closing of the Starr offices; approval of 401 k distributions; discuss Stemple subpoenas in connection with their representation of Colcave LLC and Pastar; status meeting | 5.4 | 1,350.00 |
| 07/23/10 | AC | Communication with former client/investors, including discussion of email from Joshua Schmell regarding George | 2.2 | 550.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/03/10
Invoice Number 1300609
File No. 238379.000001
Page 5

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | Wolfe request for back up on invoices (.10); call from Paul Curnin regarding Pete Peterson of PS Investors(.10); review documents from Ken Starr's computer (1.80); 401K distribution approvals | | |
| 07/26/10 | CLG | Search PST files using specified search terms | 0.8 | 148.00 |
| 07/29/10 | AC | Preparation and attend meeting at US Attorneys office (3.00); preparation for and meeting with Paul Curnin regarding former client Peter Peterson and PS Investors (.50); email correspondence regarding various matters, including Denali car registration; email correspondence and conferences regarding identifying any professional liability or D&O insurance policies (.40); review Stanton v. Starr settlement agreement (.40); review various documents from the JP Morgan Account(1.10); review Starr's motion for bail and government's  opposition papers (.30); review documents from Regano's office (.90) | 6.6 | 1,650.00 |
| 07/30/10 | AC | Email correspondence, discussions and telephone calls with former clients/investors, including David Mills re Stanton; Matthew Smith re Dr. Hrdy; Toffit Angwala and Karen Gardner regarding Melon and Oak Bridge (1.10); review Kenneth Starr income statements; review order granting motion for bond; review in rem docket; conferences, email correspondence regarding Stempel subpoena; brief review of quickbooks (2.90) | 3.0 | 750.00 |
| | | Totals | 67.5 | 16,823.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/10

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cassirer | 66.7 | 250.00 | 16,675.00 |
| CLG | Glass | 0.8 | 185.00 | 148.00 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
TROUTMAN SANDERS LLP
405 LEXINGTON AVENUE
New York, NY 10174

| | |
|---|---|
| Invoice Date | 08/03/10 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1300609 |
| File No. | 238379.000001 |

RE:    SEC v. STARR ET AL.

**Total Amount of This Invoice**                    $16,823.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

| **Payment Remittance Address** | ATTORNEYS AT LAW | **Office Address** |
|---|---|---|
| Troutman Sanders LLP | A LIMITED LIABILITY PARTNERSHIP | The Chrysler Building |
| P.O. Box 933652 | FEDERAL ID No. 58-0946915 | 405 Lexington Ave |
| Atlanta, Georgia 31193-3652 | | New York, NY 10174 |

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 08/03/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A Cassirer |
| TROUTMAN SANDERS LLP | Direct Dial | 212-704-6249 |
| 405 LEXINGTON AVENUE | Invoice No. | 1300611 |
| New York, NY 10174 | File No. | 238379.000002 |

RE:    **ASSET ANALYSIS AND RECOVERY-SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/10 | $33,840.00 |
| Costs and Expenses Through 07/31/10 | $95.12 |
| **Total Amount of This Invoice** | **$33,935.12** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/03/10
Invoice Number 1300611
File No. 238379.000002
Page 2

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 07/01/10 | BDG | Meet with K. Wallace regarding One-Write program for billing and receivables (.3); review of correspondence regarding Agassi Graff Holdings and Chimar/Jinti (.3); review of certain accounts receivable issues for client where receipt of payment is absent (.3); discussions with L. Stremba and K. Wallace regarding asset recovery (.4); review of correspondence concerning Glassnote investments and J. Margolis (.1) | 1.3 | 368.55 |
| 07/01/10 | KPW | Revise subpoenas (1.4); meet with Rose Macchio regarding the Starr accounts receivable (.6); meet with Raffaela Zimbaro and Teresa Brown regarding the June 1 invoices (.7); meet with Jo Anne Zic regarding the computer program OneRight (.4); meet with Lee Stremba and Brett Goodman regarding the accounts receivable (.6); meet with Aurora Cassirer and Lee Stremba regarding the Starr offices and client files (.5); meet with Lee Stremba regarding client questions (.3); meet with Moe Zimerman regarding the Starr offices and mail (.3); return client phone calls (1.9); supervise client representatives preparing files to be copied, answer the representatives' questions, and train Ian Leid and Riaz Jinwalla (3.7) | 10.4 | 2,340.00 |
| 07/02/10 | BDG | Review of correspondence concerning meetings with Marvin Rosen (.2); | 0.2 | 56.70 |
| 07/02/10 | KPW | Return client phone calls (.9); arrange for the subpoenas to be served (.3); meet with Raffaela Zimbaro regarding the Starr invoices (.2); meet with Rose Macchio regarding the accounts receivable (.2); meet with Teresa Brown regarding the invoices (.1) | 1.7 | 382.50 |
| 07/06/10 | BDG | Review of letter pertaining to Harvey Schiller accounts receivable (.1); prepare correspondence regarding Fusion Telecommunications (.1); review of correspondence regarding certain personal property of Ken Starr (.1) | 0.3 | 85.05 |
| 07/06/10 | LWS | Call from Peter Koffler of Blackstone concerning Starr investments in Blackstone funds and report to Receiver re same | 0.4 | 240.00 |
| 07/06/10 | KPW | Meet with Teresa Brown regarding the production of final invoices (.7); meet with Lee Stremba (.3); return client phone calls and messages (1.9); revise letter to Judith Ripka to recover item of jewelry (.8) | 3.7 | 832.50 |
| 07/07/10 | BDG | Review of correspondence concerning Wiatt accounts receivable (.1); analysis of email correspondence concerning F. Hochberg invoices (.1) | 0.2 | 56.70 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 08/03/10
Invoice Number 1300611
File No. 238379.000002
Page 3

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 07/07/10 | KPW | Meet with Raffaela Zimbaro regarding accounting files on Rose Ann Ragano's computer (.6); return client phone calls and messages (1.6); meet with Aurora Cassirer, Lee Stremba, Steve Rinehart, Brett Goodman, and Harriet Cohen to discuss the status of the projects (.8); meet with Raffaela Zimbaro and Teresa Brown regarding the production of invoices (.4); meet with Teresa Brown regarding the status of clients' files (.2); meet with Lee Stremba (.3); meet with Ian Blackman regarding the projects addressed at 850 Third Avenue on July 6 (.6); assist in drafting of complaint against Sikelia Productions by drafting the summons and by researching the residence of Sikelia and Martin Scorsese (1.1); call Steve Rinehart regarding the complaint (.4) | 6.0 | 1,350.00 |
| 07/08/10 | BDG | Review of correspondence from K. Wallace pertaining to accounts receivable issues and discussions regarding same (.2); review of letter regarding Pacino invoices and offset issue as well as file requests (.2); review of UBS subpoena (.1); analysis of letter to K. Wallace concerning Glassnote (.1); review of draft demand letter to A. Leibovitz (.1) | 0.7 | 198.45 |
| 07/08/10 | SGR | Review Liebovitz receivables; finalize demand letter | 0.4 | 225.00 |
| 07/08/10 | LWS | Conference with Kevin Wallace concerning contact by UBS representative with respect to subpoena and need for subpoenas to additional UBS entities; review additional UBS subpoenas and exchange of emails with Michael Bosworth of US Attorney's Office to provide advance notice of subpoenas | 0.5 | 300.00 |
| 07/08/10 | LWS | Review draft demand letter to A.Leibovitz and conference with Steven Rinehart concerning possible action to collect receivable | 0.3 | 180.00 |
| 07/08/10 | KPW | Meet with Teresa Brown and Rose Macchio regarding the Starr accounts receivable and pending invoices (.6); meet with Isidore Zimerman regarding filing the complaint (.4); meet with Moe Zimerman regarding opening the Starr offices on Friday (.2); meet with Steve Rinehart regarding Leibovitz (.4); call Nelson de la Cruz at UBS regarding the subpoena (.7); correspond with Tom Frederick at Winston & Strawn regarding the subpoena (.2); revise the UBS subpoena and arrange for service of the new subpoenas (1.0) | 4.2 | 945.00 |
| 07/09/10 | BDG | Review of Starr divorce settlement with focus on assets and notes regarding same (.8); call to attorney for M. Rosen and correspondence regarding same (.2) | 1.0 | 283.50 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 08/03/10
Invoice Number 1300611
File No. 238379.000002
Page 4

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 07/12/10 | BDG | Call to J. Hoffman regarding Marvin Rosen and correspondence regarding same(.2); review and analysis of Leibovitz demand letter (.1); review of correspondence regarding George Wolfe accounts receivable (.1); review of correspondence concerning Glassnote redemptions (.1) | 0.5 | 141.75 |
| 07/12/10 | SGR | Review Liebovitz receivables charts; draft demand letter | 0.4 | 225.00 |
| 07/12/10 | LWS | Return call to Dianne Boxa of City National Bank regarding Receiver's subpoena (.2); call from Kathleen Aiello, counsel to Thelan firm concerning Receiver's subpoena and report conversation to Receiver (.3); call with Richard Stempel, counsel to Pastar concerning East End Avenue condominium purchase transaction and Colcave condo purchase (.5); review letter from Chris Scully of Glassnote concerning proposal to redeem investment interests and call to John Crowe of Pryor Cashman regarding same (.3) | 1.3 | 780.00 |
| 07/13/10 | BDG | Review of letter seeking a stay of E. 74th St forfeiture (.2); discussions with K. Wallace regarding vault and controller files (.2) | 0.4 | 113.40 |
| 07/13/10 | LWS | Monica Lopez of JP Morgan call concerning Receiver's subpoena (.1); call with John Crowe, counsel to Glassnote, regarding Starr investments and proposed redemption of interests (.3) | 0.4 | 240.00 |
| 07/13/10 | KPW | Return client messages and coordinate with client representatives who need to review files at the Starr offices (2.1); meet with word processing regarding forwarding client mail (.2); meet with Teresa Brown regarding Starr invoices, accounts receivable, and client files (.3) | 2.6 | 585.00 |
| 07/14/10 | KPW | Meet with Lee Stremba (.3); meet with Riaz Jinwalla regarding the Starr offices and assisting client representatives to review client files (.6); meet with Ian Blackman regarding retrieving client files from the Starr servers (.4) | 1.3 | 292.50 |
| 07/15/10 | BDG | Review of Glassnote correspondence in preparation for asset analysis (.2); review of correspondence from Receiver regarding Arabov investments (.1) | 0.3 | 85.05 |
| 07/15/10 | KPW | Meet with Riaz Jinwalla regarding opening the Starr offices (.2); meet with Tom Marion regarding boxing client files(.2); call Raffaela Zimbaro (.1) | 0.5 | 112.50 |
| 07/16/10 | BDG | Call with R. Ragano regarding deposit payment and funding thereof with respect to East End apt (.3); analysis | 1.7 | 481.95 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/03/10
Invoice Number 1300611
File No. 238379.000002
Page 5

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | of R. Starr's Glassnote files (1.4) | | |
| 07/16/10 | KPW | Call Moe Zimerman regarding releasing files to DTI (.1); meet with Riaz Jinwalla regarding releasing files to DTI (.2); return client messages (.6); meet with Lee Stremba (.3) | 1.2 | 270.00 |
| 07/19/10 | BDG | Review of correspondence regarding Citibank and Bank of America documents and production (.5) | 0.5 | 141.75 |
| 07/19/10 | KPW | Meet with Shirley Klein regarding client files (.1); contact Chris Miller at DTI regarding client files (.1); review documents produced by Bank of America (1.7); attempt to access files produced by Citibank and draft letter to Citibank regarding technological issues with the disk, as well as other matters related to the production (.5); return client messages (.3); meet with Lee Stremba regarding David Mills (.2) | 2.9 | 652.50 |
| 07/20/10 | BDG | Initial review of Glassnote correspondence with Pryor Cashman and redemption and subscription agreements (1.3); review of correspondence from K. Wallace concerning prior Starr settlement activity (.2) | 1.5 | 425.25 |
| 07/20/10 | LWS | Brief review of JP Morgan Chase initial production and conference with Kevin Wallace re same (.4); conference with Kevin Wallace concerning original certificates in Starr safe and status of IRS work at the Starr premises (.1); call with Pastar counsel Richard Stempel concerning request for documents (.2) | 0.7 | 420.00 |
| 07/20/10 | KPW | Meet with Rose Ann Lechase regarding inventorying the contents of the Starr safe (.1); review documents related to past conflicts between Starr and its clients, including disputes involving Stanton, Gifford, Lopez, and Ross (1.2); meet with Lee Stremba regarding the past disputes (.2); meet with Shirley Klein regarding forwarding client documents (.2); return client messages (1.4) | 3.1 | 697.50 |
| 07/21/10 | BDG | Review of Glassnote financials for 2007 to 2009 (.8); review of Glassnote bank account statements (.5); review, analysis, and comments on draft Glassnote redemption and assignment agreements (1.1); review of Glassnote subscription agreement (.7); review of correspondence from Glass's counsel regarding redemption (.3); correspondence regarding Marvin Rosen (.2); calls with Jeff Hoffman counsel to Rosen regarding investment vehicles, tax files and meeting (.3); review and analysis of Arabov/Starr investment spreadsheet (.1); cursory review of Winston Strawn and JPMorgan subpoenas (.3) | 4.3 | 1,219.05 |
| 07/21/10 | KPW | Meet with Riaz Jinwalla regarding opening the Starr offices (.2); return client messages (1.1); research the | 3.4 | 765.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/03/10
Invoice Number 1300611
File No. 238379.000002
Page 6

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | ramifications of disclosing Starr client information to the government in order to comply with the subpoena (2.1) | | |
| 07/22/10 | BDG | Call with R. Ragano regarding IRS requests and affidavits (.2); draft and prepare form subpoenas and attachments to Stempel law firm for Pastar and Colcave documentation and files (2.7); call with receiver and K. Wallace regarding Chimar/Jinti and C. Rocket (.2); review of correspondence concerning Gail Hayman accounts receivable (.1) | 3.2 | 907.20 |
| 07/22/10 | LWS | Meeting with Brett Goodman concerning preparation of subpoena to counsel for Pastar | 0.3 | 180.00 |
| 07/22/10 | KPW | Meet with Shirley Klein regarding client files (.2); return client messages (1.4); attend status meeting with Aurora Cassirer, Lee Stremba, Steve Rinehart, Dan Anziska, Brett Goodman, and Harriet Cohen (.9); call Rose Ann Ragano regarding various issues (.2); correspond with the Internal Revenue Service regarding Starr computers and the subpoena (.1); prepare form letter regarding outstanding invoices (.5); prepare form letter regarding the closure of the Starr offices (.6); meet with Lee Stremba (.2); call with Aurora Cassirer and Brett Goodman regarding the various partnerships created by Starr (.2) | 4.3 | 967.50 |
| 07/23/10 | BDG | Call with J. Hoffman regarding Marvin Rosen (.2); correspondence regarding Starr company emails with emphasis of entities search terms (.2); review of email correspondence concerning George Wolfe accounts receivable (.1) | 0.5 | 141.75 |
| 07/23/10 | KPW | Return client messages (.7); review material from Ken Starr's computer (1.3); review documents produced by JP Morgan pursuant to the subpoena (1.2) | 3.2 | 720.00 |
| 07/26/10 | BDG | Meet with L. Stremba regarding Marvin Rosen entities and files (.3); calls with J. Hoffman in preparation for meeting (.2); review of inventory for Starr files relating to Marvin Rose(.3); cursory review of R. Starr and R. Ragano files for Marvin Rosen entity agreements and information (.6) | 1.4 | 396.90 |
| 07/26/10 | LWS | Call from Chuck Sklarsky of Jenner & Block concerning response to subpoena served on Winston & Strawn (.3); return call to Tim Casey of SEC concerning status of efforts to sell Colcave apartment (.1); exchange of emails with Chuck Sklarsky concerning privilege issues (.4); drafting work on subpoena to attorney Richard Stempel's firm (.7); exchange emails with Receiver concerning 100 UN Plaza apartment and review file concerning same (.3) | 1.8 | 1,080.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/03/10
Invoice Number 1300611
File No. 238379.000002
Page 7

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 07/26/10 | KPW | Call David Mills with Lee Stremba to discuss various topics (.9); return client messages (1.3); meet with Teresa Brown and Roseann Lechase to discuss the reproduction of past invoices (.4); review documents produced by JP Morgan (1.0) | 3.6 | 810.00 |
| 07/27/10 | BDG | Investigate Starr office files and contents of Ken Starr safe and Ken Starr and Ron Starr inventoried files for additional files for asset recovery analysis with focus on Rosen files and Millennium Technology Ventures (1.8); review of notes on Rosen/Starr vehicles and investments in preparation for Jeff Hoffman meeting (.5); review of letters from Daniel Hrdy regarding share certificates for Global Options Group and communications with Blackstone Group (.2) | 2.5 | 708.75 |
| 07/27/10 | LWS | At Starr 850 Third Avenue premises searching for files and documents relating to possible assets to be removed to Troutman premises | 2.0 | 1,200.00 |
| 07/27/10 | LWS | Return call to Yann Geron, counsel to Thelan trustee, concerning Receiver's subpoena (.3); David Mills, counsel to Pacino, call concerning client files (.1) | 0.4 | 240.00 |
| 07/27/10 | KPW | Review documents produced by JP Morgan pursuant to the subpoena (1.9); arrange for material to be sent to Jeffrey Berg and Daniel Hrdy (.5); meet with Lee Stremba (.3); return client messages (.5); call Rebecca Lennon at Citibank regarding compliance with the subpoena (.4); review material from Rose Ann Ragano's files (1.0) | 4.6 | 1,035.00 |
| 07/28/10 | BDG | Meeting with L. Stremba and Jeff Hoffman regarding Marvin Rosen investments with and through Ken Starr and the Starr companies (2.0); draft and prepare memorandum summarizing and analyzing meeting with Jeff Hoffman (2.2); prepare revisions to memorandum (.6); with L. Stremba regarding Starr asset recovery (.4); review of email correspondence from K. Wallace regarding City National and JPMorgan business accounts (.1) | 5.2 | 1,474.20 |
| 07/28/10 | LWS | Meeting with Jeff Hoffman, counsel to Marvin Rosen, with Brett Goodman concerning Rosen's history of transactions and ventures with Kenneth Starr (2.0); review 2004 tax documents of Starr & Co (.4); review and supplement Brett Goodman's memo summarizing meeting with Jeff Hoffman (.5) | 2.9 | 1,740.00 |
| 07/28/10 | KPW | Meet with Lee Stremba regarding subpoenas (.2); return client messages (.3); review documents obtained from Rose Ann Ragano's office (3.9); review partnership | 7.0 | 1,575.00 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 08/03/10
Invoice Number 1300611
File No. 238379.000002
Page 8

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | documents for various entities created by Kenneth Starr (2.6) | | |
| 07/28/10 | IZ | Arrangements for service of subpoenas, follow up | 1.5 | 405.00 |
| 07/29/10 | BDG | Finalize memorandum regarding meeting with Jeff Hoffman concerning Marvin Rosen investments for circulation (.2); cursory review of Colcave organizational documents (.9); final revisions to Stempel Pastar and Colcave subpoenas (.2) | 1.3 | 368.55 |
| 07/29/10 | LWS | Meeting with Paul Curnin and Michael Walzer of Simpson Thatcher, and the Receiver, concerning Pete Peterson's history of transactions and investments with Kenneth Starr in various "PS" entities (1.2); meeting with Receiver to review Peterson issues and subjects requiring investigation (.4) | 1.6 | 960.00 |
| 07/29/10 | LWS | Conference with Kevin Wallace concerning data retrieval issues concerning tax files and QuickBook files (.1); analysis of Starr & Co 2007 tax files (.5) | 0.6 | 360.00 |
| 07/29/10 | KPW | Meet with Riaz Jinwalla regarding opening the Starr offices (.3); research source of funds for Colcave apartment (.6); meet with Lee Stremba regarding the Colcave apartment (.2); return client messages (1.1); call with Aurora Cassirer and Lee Stremba (.1); obtain Starr and Company tax returns and files (.4); meet with Brett Goodman regarding subpoena (.1) | 2.8 | 630.00 |
| 07/30/10 | DNA | Further review of assets; review Madoff lawsuit article on claims against businesses allegedly funded by customer property | 1.2 | 513.00 |
| 07/30/10 | LWS | Final revisions to subpoena to Stempel law firm and email subpoena to US Attorney's office and to SEC (.6); conferences with Kevin Wallace concerning completion and service of subpoena (.1); analysis of 2004-2007 tax returns of Starr & Co and Kenneth Starr financial statements from computer records (1.0); conference with Morris Zimerman concerning efforts to obtain quotes for disposition of office furniture and equipment (.1) | 1.8 | 1,080.00 |
| 07/30/10 | KPW | Prepare subpoena related to Pastar (.3); meet with Lee Stremba regarding subpoena (.1); prepare notice of subpoenas (.7); meet with Steve Rinehart regarding notice (.1); meet with Lee Stremba regarding notice (.1); meet with Shirley Klein regarding Starr files (.2); meet with Riaz Jinwalla regarding the Starr offices (.3); meet with Teresa Brown regarding Starr accounts receivable (.3); obtain QuickBooks files for Starr and related entities (.3); review | 3.8 | 855.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/03/10
Invoice Number 1300611
File No. 238379.000002
Page 9

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | QuickBooks files (.5); return client messages (.9) | | |
| | | Totals | 115.8 | 33,840.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| DNA | Anziska | 1.2 | 427.50 | 513.00 |
| BDG | Goodman | 27.0 | 283.50 | 7,654.50 |
| SGR | Rinehart | 0.8 | 562.50 | 450.00 |
| LWS | Stremba | 15.0 | 600.00 | 9,000.00 |
| KPW | Wallace | 70.3 | 225.00 | 15,817.50 |
| IZ | Zimerman | 1.5 | 270.00 | 405.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 07/31/10**

| Date | Description | Amount |
|------|-------------|--------|
| 07/22/10 | VENDOR: Avant Business Services; INVOICE#: 222765; DATE: 7/15/2010  -  Courier charges | 10.40 |
| 07/14/10 | VENDOR: Demovsky Lawyer Service, Inc.; INVOICE#: 294110; DATE: 7/14/2010  -  Service of papers | 84.72 |
| | Total: | 95.12 |

Total Fees & Costs:    $33,935.12

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
TROUTMAN SANDERS LLP
405 LEXINGTON AVENUE
New York, NY 10174

| | |
|---|---|
| Invoice Date | 08/03/10 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1300611 |
| File No. | 238379.000002 |

RE:    ASSET ANALYSIS AND RECOVERY-SEC V. STARR

Total Amount of This Invoice          $33,935.12

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
TROUTMAN SANDERS LLP
405 LEXINGTON AVENUE
New York, NY 10174

| | |
|---|---|
| Invoice Date | 08/03/10 |
| Submitted by | A Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1300613 |
| File No. | 238379.000004 |

**RE:    BUSINESS OPERATIONS - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/10 | $6,415.20 |
| Costs and Expenses Through 07/31/10 | $873.95 |
| **Total Amount of This Invoice** | **$7,289.15** |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 08/03/10
Invoice Number 1300613
File No. 238379.000004
Page 2

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 07/01/10 | BDG | Review of email correspondence concerning Ron and Cheryl Howard mail and documentation (.1); review of correspondence and Affidavit regarding Oak Spring Farm inventory and possessions (.1) | 0.2 | 56.70 |
| 07/01/10 | LWS | Call from Louis Melo, accountant for Wyatts, concerning access to files (.1); Michael Mann, representative of Eleanor Kline and others (.1), call about Ms. Kline's access to money in her accounts; exchange of emails with Louis Melo concerning various issues, including request for access to Wyatt files in warehouse, and internal conferences with Kenneth Kos and Kevin Wallace regarding same (.3) | 0.5 | 300.00 |
| 07/02/10 | LWS | Exchange of emails with Ruth Harlow of Linklaters to provide information concerning Starr clients invested in KKR 2006 Fund | 0.3 | 180.00 |
| 07/02/10 | KPW | Meet with Moe Zimerman regarding forwarding the Starr mail (.2); draft letter to the Post Office (.5); call Arnie Herrmann at Citrin Cooperman regarding client mail (.4) | 1.1 | 247.50 |
| 07/06/10 | BDG | Review of correspondence regarding Hrdy and files concerning Chimar, Martini Park and Blackstone (.1); review of correspondence from J. Hoffman regarding Marvin Rosen files (.1) | 0.2 | 56.70 |
| 07/06/10 | LWS | Review notice from Zurich concerning disability insurance policy premium and exchange emails with Receiver concerning same (.2); Review Daniel Hrdy request for documents (.1); meeting with Kevin Wallace concerning issues with former client's unpaid invoices and document requests (.4); call from vendor concerning unpaid invoice and review email from same (.2); Louis Melo, representative of Wyatt, call concerning Starr invoice and conference with Kevin Wallace re same (.1); review Marvin Rosen's counsel's request for documents and conference with Receiver re same (.3) | 1.3 | 780.00 |
| 07/06/10 | KPW | Draft instructions for opening the Starr offices and supervising client representatives (.4); meet with Ian Leid, Riaz Jinwalla, Ian Blackman, and Moe Zimerman regarding the instructions and to explain the tasks that need to be accomplished at 850 Third Avenue (.8); examine Starr mail to comply with the United States Attorney's subpoena (.8); call Ian Leid and Ian Blackman to answer their questions regarding the operation of the Starr offices (.5); meet with Jo Ann Zic regarding filtering Starr & Company email(.7) | 3.2 | 720.00 |
| 07/06/10 | MJZ | Meeting with Kevin Wallace and IT re review of Starr client | 1.0 | 90.00 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 08/03/10
Invoice Number 1300613
File No. 238379.000004
Page 3

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | material | | |
| 07/06/10 | MJZ | At Starr's office with clients retrieving files to be copied and scanned | 2.5 | 225.00 |
| 07/07/10 | BDG | Review of letters requesting Leibovitz documentation (.1); correspondence with L. Weingarten regarding Wachner files (.1); review of correspondence with C. Rocket concerning Mary Gilbert investment files (.1) | 0.3 | 85.05 |
| 07/07/10 | LWS | Exchange of emails with Arnie Herman and Sanford Miller of Citrin concerning items in Starr safe and review safe inventory for same(.4); exchange of emails with Louis Melo, representative of Wyatt, and Wyatt's counsel, concerning Starr invoices (.2); review and processing of invoice from IT consultant Philipp Stafford (.1) | 0.7 | 420.00 |
| 07/07/10 | KPW | Meet with Shirley Klein to explain the process of forwarding Starr client mail (.4); call Moe Zimerman regarding Starr mail (.2); review emails to Starr and Company accounts based on search performed by Jo Ann Zic (1.3) | 1.9 | 427.50 |
| 07/09/10 | KPW | Meet with Shirley Klein regarding forwarding the client mail received through Starr & Company (.3); arrange for client representatives to pick up the mail (.5) | 0.8 | 180.00 |
| 07/12/10 | LWS | Respond to email from Chris DeMattie of Fact Set Research concerning unpaid invoices (.1); Louis Segal call concerning his client's interest in Kraker & Martin investments (.2); return call to Rob Jumin, counsel to Mizrahi, concerning opening of mail (.1) | 0.4 | 240.00 |
| 07/13/10 | BDG | Review of correspondence regarding Ed Saxon accounts receivable (.1); review of email correspondence regarding IRS server imaging and bank statements (.2) | 0.3 | 85.05 |
| 07/13/10 | MJZ | Meeting at Starr's office regarding client files to be copied and scanned | 2.0 | 180.00 |
| 07/14/10 | TPM | Locating and boxing Amy Lumet files | 1.2 | 30.00 |
| 07/14/10 | TPM | Locating and boxing Max Weitzenhoffer files | 1.8 | 45.00 |
| 07/14/10 | KPW | Meet with Shirley Klein regarding forwarding Starr client mail (.3); review Starr and Company mail in order to comply with the United States Attorney's subpoena (.9) | 1.2 | 270.00 |
| 07/15/10 | BDG | Review of authorization and correspondence concerning Brokaw files | 0.1 | 28.35 |
| 07/15/10 | TPM | Locating and boxing Pamela Bass files | 1.2 | 30.00 |
| 07/15/10 | TPM | Locating and boxing Additional Amy Lumet files | 0.4 | 10.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/03/10
Invoice Number 1300613
File No. 238379.000004
Page 4

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 07/15/10 | TPM | Locating and boxing Additional Weitzenhoffer files. | 0.4 | 10.00 |
| 07/20/10 | LWS | Review Leibovitz's counsel's response to Receiver's demand letter and call from Louis Melo, representative of Wyatt, regarding tax records (.1); exchange of emails with Tim Casey of the SEC concerning the status of efforts to dispose of Colcave apartment (.2); call from Kate Erbland, representative of Marlow Thomas, concerning files and email to Kevin Wallace to follow up on same (.2) | 0.5 | 300.00 |
| 07/22/10 | BDG | Review of draft letter regarding closing of Starr offices (.1) | 0.1 | 28.35 |
| 07/22/10 | LWS | Call from Core Development Group, manager of 74th Street condo, concerning common charge arrears owed by Colcave; emails with Kevin Lewis concerning Boise Schiller request for Chimar files | 0.3 | 180.00 |
| 07/22/10 | MJZ | Meeting with appraisers regarding furniture and computers at Starr offices | 2.0 | 180.00 |
| 07/23/10 | MJZ | Meeting with appraisers regarding furniture and computers at Starr offices | 1.5 | 135.00 |
| 07/26/10 | LWS | Call with David Mills, counsel to Al Pacino and Joan Stanton concerning Pacino invoice and concerning history of Stanton dispute and ultimate settlement | 0.9 | 540.00 |
| 07/27/10 | KEK | Gathering and packing up files at Starr premises to be brought to the office. | 2.5 | 112.50 |
| 07/27/10 | TPM | Gathering and packing up files at Starr premises to be brought to the office. | 2.5 | 62.50 |
| 07/29/10 | LWS | Conferences with Receiver and with Kevin Wallace concerning parameters for resolution of Pacino invoice; conferences with Morris Zimerman concerning quotes from liquidators for disposal of office furniture and equipment at the Starr offices (.2); call from Pacino counsel David Mills concerning resolution of invoice (.1) | 0.3 | 180.00 |
| | | Totals | 33.6 | 6,415.20 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/03/10
Invoice Number 1300613
File No. 238379.000004
Page 5

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/10

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| BDG | Goodman | 1.2 | 283.50 | 340.20 |
| KEK | Kos | 2.5 | 45.00 | 112.50 |
| TPM | Marion | 7.5 | 25.00 | 187.50 |
| LWS | Stremba | 5.2 | 600.00 | 3,120.00 |
| KPW | Wallace | 8.2 | 225.00 | 1,845.00 |
| MJZ | Zimerman | 9.0 | 90.00 | 810.00 |

### FOR COSTS AND EXPENSES INCURRED THROUGH 07/31/10

| Date | Description | Amount |
|------|-------------|--------|
| 07/03/10 | VENDOR: Staples Business Advantage; INVOICE#: 8015903216; DATE: 7/3/2010  -  Client charge | 873.95 |
| | Total: | 873.95 |
| | Total Fees & Costs: | $7,289.15 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
TROUTMAN SANDERS LLP
405 LEXINGTON AVENUE
New York, NY 10174

| | |
|---|---|
| Invoice Date | 08/03/10 |
| Submitted by | A Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1300613 |
| File No. | 238379.000004 |

RE:    BUSINESS OPERATIONS - SEC V. STARR

Total Amount of This Invoice          $7,289.15

Summary of Additional Outstanding Invoices by Matter as of 08/03/10

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1290661 | $35,075.85 | $0.00 | $35,075.85 |
| | | $35,075.85 | 0.00 | $35,075.85 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 08/03/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A Cassirer |
| TROUTMAN SANDERS LLP | Direct Dial | 212-704-6249 |
| 405 LEXINGTON AVENUE | Invoice No. | 1300612 |
| New York, NY 10174 | File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/10 | $47,554.20 |
| Costs and Expenses Through 07/31/10 | $464.42 |
| **Total Amount of This Invoice** | **$48,018.62** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 08/03/10
Invoice Number 1300612
File No. 238379.000005
Page 2

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 07/01/10 | HEC | Attention to correspondence, update files and folders, attention to master client contact list and update accordingly (2.3); assist K. Wallace with invoices and billing (.4); respond to inquiries (.3); attention to organizational matters (.3) | 3.3 | 874.50 |
| 07/02/10 | LWS | Review and discuss with Receiver motion made by Kenneth Starr pro se seeking stay of action | 0.6 | 360.00 |
| 07/02/10 | IZ | Reviewing subpoenas and process service, follow up | 2.0 | 540.00 |
| 07/06/10 | AC | Work on update of Starr client contact files | 2.0 | 410.00 |
| 07/06/10 | HEC | Review correspondence, update master client contact list, attention to files and update accordingly (2.3); assist K. Wallace with invoices (.5); attention to subpoenas, prepare folders and file related correspondence as well (.7); respond to inquiries and return calls (.2) call from M. Cardillo regarding 2010 Denali, memorandum to team regarding same and additional follow-up (.3); follow-up on other pending asset inquiries (.5); attention to organizational matters and files (.2) | 4.7 | 1,245.50 |
| 07/06/10 | LWS | Call with Todd Brody and Tim Casey of SEC and Receiver concerning Ken Starr's motion for a stay (.5); Capital One representative call concerning subpoena (.1); call with Receiver to William Harrington of US Attorney's office concerning Ken Starr and US Attorney's motions to stay the SEC action (.1); review US Attorney subpoena for computers and hard drives and conference with Receiver concerning her conversation with US Attorney's office regarding subpoena and stay motions (.5) | 1.2 | 720.00 |
| 07/06/10 | IZ | Organization of various e-mails | 2.0 | 540.00 |
| 07/07/10 | DNA | Confer with Cassirer regarding coordination and involvement of US Attorney / SEC (.5); research and review dockets for recent ponzi schemes and frauds including Dreier, Rothstein, Stanford and others (2.3); confer with Goodman regarding discovery issue and review authorities (.6) | 3.4 | 1,453.50 |
| 07/07/10 | HEC | Team meeting (.6); send Roseann Ragano contact info to team (.1); send letter regarding Ripka Jewelry repair (.1); follow-up on asset dispositions (.4); attention to review and creation of chart outlining assets, contact information and current status and send to team (.7); update SEC docket and filings and send to team (.1); review and update correspondence, files and master contact list (1.9); send items to attorneys as requested and attention to | 4.4 | 1,166.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/03/10
Invoice Number 1300612
File No. 238379.000005
Page 3

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | administrative matters (.5) | | |
| 07/07/10 | CLG | ESI culling | 1.0 | 185.00 |
| 07/07/10 | BDG | Status meeting on Starr with team (.6); review of pro se motion to stay (.3); initial research of case law pertaining to SEC receivership and stay of civil action and discovery in lieu of criminal (1.2); further research of second circuit case regarding same (1.1); review and analysis of case law regarding same(1.3); meet with D. Anziska regarding research and discussion regarding forfeiture actions and rights of receiver versus government (.3); meet with L. Stremba regarding case and call with Receiver regarding same (.3); draft and prepare insert to report regarding analysis of research and need to limit stay of discovery (1.0) | 6.1 | 1,729.35 |
| 07/07/10 | SGR | Team meeting regarding application to stay case, disposition of premises and equipment, records retention, planning | 0.6 | 337.50 |
| 07/07/10 | LWS | Conference and email with Receiver concerning US Attorney subpoena for computer hard drives and with regard to Receiver's position vis-a-vis Kenneth Starr's motion for a stay of the SEC action (.3); team strategy and planning meeting with Receiver to discuss stay proceedings, 401k plan termination, client file transfer and fee collection issues and status, and coordination with SEC (.6); conference with Receiver concerning US Attorney request for input concerning Starr stay motion (.2); return call to Citi Private Bank representative concerning subpoena (.3); meeting with Receiver and call with Receiver to Tim Casey of the SEC (.4); drafting work on First Report of Temporary Receiver and conferences with Receiver concerning drafts of report (6.0) | 7.9 | 4,740.00 |
| 07/08/10 | DNA | Further research and review of recent ponzi schemes and frauds; pull relevant agreements and support regarding coordination; confer with Cassirer regarding same | 3.2 | 1,368.00 |
| 07/08/10 | AC | Work on client contacts and communications files | 5.0 | 1,025.00 |
| 07/08/10 | HEC | Calls from J. Ripka regarding Jewelry repair and emails to team regarding same (.2); update SEC v. Starr docket and send to team and parties at Hellerman Baretz, update database (.3); respond to calls, review correspondence, update files and contact list (1.6); attention to administrative and organizational matters, meet with T. Brown and T. Cardillo (.4) | 2.5 | 662.50 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 08/03/10
Invoice Number 1300612
File No. 238379.000005
Page 4

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 07/08/10 | BDG | Review of Receiver's first report, provide revisions thereto and e-file same (1.0); call with A. Hermann and meet with S. Rinehart and K. Wallace regarding same (.5) | 1.5 | 425.25 |
| 07/08/10 | LWS | Completion of First Report of Temporary Receiver, conferences with Brett Goodman concerning filing and arrangements for service (1.5); appearance in court in SEC action for status report and proceedings with respect to Starr and US Attorney motions for a stay of proceedings (1.5); Tim Casey of SEC call concerning fee arrangements for Scorsese action and system for review of draft invoices and conference with Receiver concerning same (.4); conference with Receiver and Kevin Wallace concerning IRS request for access to computers and arrangements for providing access (.3); review Injunction/Receivership order issued by the court (.2) | 3.9 | 2,340.00 |
| 07/09/10 | TB | Recreate client bills and administrative work with files. Review and updated correspondence files, client files, client contact information. | 5.5 | 220.00 |
| 07/09/10 | HEC | Work on review of correspondence to update files and master client list, checking list against materials; discussions with T. Brown and T. Cardillo (2.7); forward mail for K. Wallace (.1); attention to files, database and organizational matters (.6) | 3.4 | 901.00 |
| 07/09/10 | IZ | Calls and checking subpoena to be served | 2.5 | 675.00 |
| 07/12/10 | DNA | Continue search of recent ponzi schemes and frauds regarding coordination between receiver and others and disposition of assets | 2.8 | 1,197.00 |
| 07/12/10 | TB | Recreate client bills and administrative work with files. Review and updated correspondence, client files, client contact information. | 5.0 | 200.00 |
| 07/12/10 | AC | Work on client contacts and communications files | 3.0 | 615.00 |
| 07/12/10 | HEC | Attention to review of correspondence, update files and master client contact list and information accordingly (.9); review status of pending cases, send dockets and new items to team for review (.2); update various subpoena and complaint folders (.2); prepare forwarding mail requests (.2); attention to administrative and organizational matters and assisting team as requested (.6) | 2.1 | 556.50 |
| 07/13/10 | HEC | Review and updated correspondence, client files, client contact information and master chart accordingly (1.2); discussions with K. Wallace and extensive work, review and compiling of various bills as requested (.6); attention to | 2.0 | 530.00 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 08/03/10
Invoice Number 1300612
File No. 238379.000005
Page 5

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | organizational and administrative matters (.2) | | |
| 07/13/10 | LWS | Meeting with Kevin Wallace concerning items remaining in Starr safe, documents in files of former controller's office and issues concerning IRS imaging of computers at Starr office premises (.3); meeting with Receiver concerning investigation issues (.4); review US Attorney letter and court endorsement staying US Attorney's civil action (.1) | 0.8 | 480.00 |
| 07/13/10 | KPW | Meet with Robert Beranger and other agents from the Internal Revenue Service at Starr offices and assist the agents imaging the Starr computers in order to comply with the subpoena | 2.9 | 652.50 |
| 07/14/10 | DNA | Further review of precedent and materials related to disposition of assets in frauds and ponzi schemes | 1.5 | 641.25 |
| 07/14/10 | HEC | Review correspondence, contact information and update master index and all files accordingly (1.6); attention to issues relating to invoices and organization thereof (.2); review docket status (.1); attention to organization of various documents and files as well as administrative and organizational matters (.7) | 2.6 | 689.00 |
| 07/15/10 | DNA | Review of emails regarding status of action and assets | 1.2 | 513.00 |
| 07/15/10 | HEC | Call from M. Cardillo regarding 2010 Denali and memorandum to team (.2); send order to A. Cassirer as requested and check receivership site (.1); meet with T. Brown regarding files and projects (.2); attention to review of correspondence, cross-checking same against master contact information for clients update list and files accordingly (1.7); work on administrative, organizational and various other projects (.3) | 2.5 | 662.50 |
| 07/16/10 | DNA | Review Stremba analysis and memo in preparation for meeting with AUSA | 1.1 | 470.25 |
| 07/16/10 | HEC | Work on review of correspondence and cross-checking information with client contact info in order to update master list (1.4); review and file correspondence, check status of case dockets, compile documents for attorneys as requested (.7); attention to administrative and organizational matter (.3) | 2.4 | 636.00 |
| 07/19/10 | HEC | Review correspondence, update contact list and files accordingly (1.4); attention to files and database (.3); review status of pending case dockets (.2) | 1.9 | 503.50 |
| 07/20/10 | HEC | Review and update correspondence and client contact list; | 1.6 | 424.00 |

IN ACCOUNT WITH

Invoice Date 08/03/10
Invoice Number 1300612
File No. 238379.000005
Page 6

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | update files | | |
| 07/21/10 | HEC | Attention to client contact list, review mail and update list accordingly, file all items (2.2); review status of case dockets (.1); attention to files, organizational and administrative matters (.6) | 2.9 | 768.50 |
| 07/22/10 | DNA | Call with Richards regarding Westgate (0.4 hrs); meeting with Cassirer and team regarding strategy and next steps (0.9); review emails and asset lists and other background material in anticipation of meeting (0.9) | 2.2 | 940.50 |
| 07/22/10 | HEC | Attend team meeting (.9); follow-up emails and calls regarding various assets (.3); attention to files and correspondence, update files and cross-check against master client contact list, update all accordingly (1.9); work on administrative and organizational items (.4); respond to inquiry and communication with K. Wallace concerning client mail (.1) | 3.6 | 954.00 |
| 07/22/10 | BDG | Meeting on Starr status regarding asset recovery, subpoenas, investment vehicles and pending litigation (1.0) | 1.0 | 283.50 |
| 07/22/10 | SGR | Team meeting | 0.9 | 506.25 |
| 07/22/10 | LWS | Meeting of Receiver and attorney and paralegal team to review status and coordinate and plan activities, including issues relating to vacating of the Starr premises, issues relating to client file requests and bill payments, and matters requiring investigation or analysis (.9); meeting with Kevin Lewis concerning planning for notice of office closure and issues relating to Starr invoices (.2) | 1.1 | 660.00 |
| 07/23/10 | HEC | Extensive review of correspondence and updating of client files per same (1.7); review client contact list information against correspondence and update accordingly (.7); attention to administrative and organizational matters and files (.6); call with M. Cardillo regarding Denali and email to A. Cassirer regarding same (.2) | 3.2 | 848.00 |
| 07/26/10 | DNA | Review asset information for meeting with AUSA; meeting with Stremba regarding same; follow up | 1.3 | 555.75 |
| 07/26/10 | TB | Recreate client bills and administrative work with files. Review and updated correspondence, client files, client contact information. | 7.5 | 300.00 |
| 07/26/10 | HEC | Review correspondence and documents, check against client contact list, update accordingly and update files per same (1.9); send termination letter to Messrs. Goodman | 2.3 | 609.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/03/10
Invoice Number 1300612
File No. 238379.000005
Page 7

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | and Wallace (.1); attention to administrative and organizational matters (.3) | | |
| 07/26/10 | LWS | Janette, representative of David Blaine, call concerning client files (.1); review and mark index of files at 850 Third Avenue premises for inspection and possible transport to Troutman offices (.6); meeting with Dan Anziska to discuss possible concepts for cooperation agreement with US Attorney's office (1.0); return call from Isabel Krishner, counsel to Roseann Ragano, concerning protocol for future communications (.2); exchange emails with Tim Casey of SEC concerning periodic reporting requirements (.3) | 2.2 | 1,320.00 |
| 07/27/10 | DNA | Review in rem proceeding filings and further analysis and backup of possible assets (1.0); call with Richards regarding Westgate and review Westgate docket regarding same (.7) | 1.7 | 726.75 |
| 07/27/10 | HEC | Update In rem and criminal dockets and recent filings; send same to team, update database (.2); updating files per client correspondence, attention to revisions and updates to contact list per same (1.7); work on administrative and organizational matters (.3) | 2.2 | 583.00 |
| 07/27/10 | BDG | Review of correspondence from L. Stremba regarding Starr D&O insurance | 0.1 | 28.35 |
| 07/27/10 | LWS | Emails with Receiver concerning Starr bail proceedings and review of filings made by Kenneth Starr and the US Attorney's Office (.7); search files and exchanges of emails with Roseann Ragano's counsel, Starr & Co's insurance broker Diane Mittenzwei of DeWitt, and Starr & Co's counsel in the Stanton law suit, Joanna Helferich, to identify any professional liability or directors and officers insurance policies; review Starr & Co's general liability policy and report to Receiver on results of investigation (1.3) | 2.0 | 1,200.00 |
| 07/28/10 | DNA | Continue asset analysis; draft bullet points memo on cooperation agreements; further call with Lee Richards regarding Westgate; confer with Stremba regarding strategy | 1.8 | 769.50 |
| 07/28/10 | HEC | Inquiries from Mariano Brothers regarding storage of artwork, arrangements for check and discussions and emails with team (.3); updating client files, documents and contact list (1.8); attention to organizational and administrative matters (.3) | 2.4 | 636.00 |
| 07/28/10 | LWS | Conferences with Dan Anziska and review memorandum concerning possible concepts for cooperation agreement with the US Attorney's Office | 0.6 | 360.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/03/10
Invoice Number 1300612
File No. 238379.000005
Page 8

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 07/29/10 | DNA | Travel and attend meeting with US Attorneys' office regarding status and cooperation; review asset list; review Westgate filings | 2.8 | 1,197.00 |
| 07/29/10 | HEC | Send Denali registration and insurance information to team (.1); updating files and documents, review of and updates to contact list (1.4); attention to administrative and organizational matters (.3); prepare files and lists on former employees, termination letters sent to date (.4); look-up information requested by A. Cassirer (.1) | 2.3 | 609.50 |
| 07/29/10 | LWS | Preparations for and meeting with representatives of the US Attorney's Office, the SEC and the New York District Attorney's Office at the Offices of the US Attorney (with Receiver and Dan Anziska) to discuss various matters including sale of Colcave apartment and unpaid common charges, logistical and financial issues relating to vacating of the Starr office premises, the concept of a cooperation agreement between the Receiver and the US Attorney's Office | 3.5 | 2,100.00 |
| 07/30/10 | HEC | Review pending case dockets, send same and recent filings to team (.3); attention to correspondence, files, master contact list, update list and files; send updated list to team for review (1.4); attention to administrative and organizational matters (.3); compiling additional contact info for other parties in case and create supplemental contact list for same (.3) | 2.3 | 609.50 |
| 07/30/10 | LWS | Call from John Legget of CCH Inc., a creditor of Starr & Co, concerning nature and status of receivership proceedings (.2); emails with Ron Starr to arrange meeting with Ron Starr and Receiver (.1); review court's decision and order concerning Ken Starr's bail request (.2) | 0.5 | 300.00 |
| | | Totals | 150.5 | 47,554.20 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/03/10
Invoice Number 1300612
File No. 238379.000005
Page 9

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| DNA | Anziska | 23.0 | 427.50 | 9,832.50 |
| TB | Brown | 18.0 | 40.00 | 720.00 |
| AC | Cardillo | 10.0 | 205.00 | 2,050.00 |
| HEC | Cohen | 54.6 | 265.00 | 14,469.00 |
| CLG | Glass | 1.0 | 185.00 | 185.00 |
| BDG | Goodman | 8.7 | 283.50 | 2,466.45 |
| SGR | Rinehart | 1.5 | 562.50 | 843.75 |
| LWS | Stremba | 24.3 | 600.00 | 14,580.00 |
| KPW | Wallace | 2.9 | 225.00 | 652.50 |
| IZ | Zimerman | 6.5 | 270.00 | 1,755.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 07/31/10**

| Date | Description | Amount |
|------|-------------|--------|
| 07/15/10 | VENDOR: Avant Business Services; INVOICE#: 221873; DATE: 6/30/2010 - Courier Charges | 418.00 |
| 07/15/10 | VENDOR: Avant Business Services; INVOICE#: 221873; DATE: 6/30/2010 - Courier Charges | 37.62 |
| 07/28/10 | VENDOR: Pacer Service Center; INVOICE#: TS1665Q22010; DATE: 7/7/2010 - Pacer charges | 8.80 |
| | Total: | 464.42 |

Total Fees & Costs:    $48,018.62

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
TROUTMAN SANDERS LLP
405 LEXINGTON AVENUE
New York, NY 10174

| | |
|---|---|
| Invoice Date | 08/03/10 |
| Submitted by | A Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1300612 |
| File No. | 238379.000005 |

RE:    **CASE ADMINISTRATION - SEC V. STARR**

**Total Amount of This Invoice**                     $48,018.62

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

| **Payment Remittance Address** | ATTORNEYS AT LAW | **Office Address** |
|---|---|---|
| Troutman Sanders LLP | A LIMITED LIABILITY PARTNERSHIP | The Chrysler Building |
| P.O. Box 933652 | FEDERAL ID No. 58-0946915 | 405 Lexington Ave |
| Atlanta, Georgia 31193-3652 | | New York, NY 10174 |

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 08/03/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A Cassirer |
| TROUTMAN SANDERS LLP | Direct Dial | 212-704-6249 |
| 405 LEXINGTON AVENUE | Invoice No. | 1300610 |
| New York, NY 10174 | File No. | 238379.000007 |

RE:    **EMPLOYEE BENEFIT PENSIONS- SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/10 | $240.00 |
| **Total Amount of This Invoice** | **$240.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/03/10
Invoice Number 1300610
File No. 238379.000007
Page 2

AURORA CASSIRER AS RECEIVER

EMPLOYEE BENEFIT PENSIONS- SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 07/01/10 | LWS | Call from Amy Pemberton, former assistant to Mrs. Starr, regarding employment benefit issues | 0.2 | 120.00 |
| 07/06/10 | LWS | Return call to former employee Adrian Tubbs concerning health insurance claims | 0.1 | 60.00 |
| 07/30/10 | LWS | Call from former Starr employee Heather concerning access to 401(k) funds and unmade contributions | 0.1 | 60.00 |
| | | Totals | 0.4 | 240.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| LWS | Stremba | 0.4 | 600.00 | 240.00 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
TROUTMAN SANDERS LLP
405 LEXINGTON AVENUE
New York, NY 10174

| | |
|---|---|
| Invoice Date | 08/03/10 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1300610 |
| File No. | 238379.000007 |

RE:   **EMPLOYEE BENEFIT PENSIONS- SEC V. STARR**

Total Amount of This Invoice          $240.00

### Summary of Additional Outstanding Invoices by Matter as of 08/03/10

| Date | Invoice No. | Amount | Credits | Balance |
|------|-------------|--------|---------|---------|
| 07/19/10 | 1290658 | $11,409.55 | $0.00 | $11,409.55 |
| | | $11,409.55 | 0.00 | $11,409.55 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# August 2010 Statement

# TROUTMAN SANDERS LLP

| | | |
|---|---|---|
| **Payment Remittance Address** | ATTORNEYS AT LAW | **Office Address** |
| Troutman Sanders LLP | A LIMITED LIABILITY PARTNERSHIP | The Chrysler Building |
| P.O. Box 933652 | FEDERAL ID No. 58-0946915 | 405 Lexington Ave |
| Atlanta, Georgia 31193-3652 | | New York, NY 10174 |

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 09/16/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A Cassirer |
| TROUTMAN SANDERS LLP | Direct Dial | 212-704-6249 |
| 405 LEXINGTON AVENUE | Invoice No. | 1303241 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 08/31/10 | $10,574.00 |
| **Total Amount of This Invoice** | **$10,574.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 09/16/10
Invoice Number 1303241
File No. 238379.000001
Page 2

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 08/02/10 | AC | Preparation for and meeting with Ron Starr and Lee Stremba (2.10); email correspondence and telephone calls with former client/investors, including review of documents from Simpson Thacher regarding PS Investors LLC and Peterson; email correspondence regarding Mike and Mary Wallace; email correspondence from Jud Burstein regarding Dan Klores (1.60); strategy meeting with Lee Stremba, including call to Millbank (.80); strategy meeting with Kevin Wallace re various items, including review of Bristol bank account documents(.90); review article re relevant lawsuits commenced by Madoff Trustee; | 5.4 | 1,350.00 |
| 08/03/10 | AC | Telephone conference with Flora Edwards, atty for Ken Starr (.50); email correspondence with Lee Stremba regarding call with USA re various matters, including Colcave Apt.; telephone call with Stephen Hochberg regarding Stempl; telephone call with Richard Silverman regarding Blackstone distribution; call with Kevin Clancy regarding status; email correspondence and/or conferences with Lee Stremba regarding same (2.40); review and comment on draft letter to beneficiaries of Starrco 401(k) plan; 401K and Roth IRA distribution approvals (.50) | 3.4 | 850.00 |
| 08/04/10 | AC | Email correspondence, telephone calls, conferences regarding former client/investors, including Blackstone Partnership, Estate of Joan Stanton, Neil Simon (2.00); review of Starr warehouse inventory, continued review of quickbooks (2.30); mark-up of letters to former employees regarding 401k; revise notice of closure of office; email correspondence regarding various administrative matters (2.00) | 6.3 | 1,575.00 |
| 08/05/10 | AC | Team meeting (1.30); review Starr partnerships and other preparation for meeting with Flora Edwards, Ken Starr's counsel (.60); email correspondence and discussions with Jonathan Kenter regarding 401K beneficiary letter, revisions to same (1.10); telephone call from Corp. Development regarding common charges on E 74th Street apartment; email correspondence with Robin Topol, landlord's attorney, regarding vacating Starr offices; email correspondence with GRM regarding rates and various administrative matters; review revise notice for Website regarding vacating Starr offices (2.30); email correspondence, telephone calls and discussions regarding with former clients/investors, including Bernard Holland re missing tax work papers; Bill Narwold re Arabov; review memo regarding transfers from Bristol account re Leibovitz (.90); review, revise email correspondence to USAttorneys | 6.4 | 1,600.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 09/16/10
Invoice Number 1303241
File No. 238379.000001
Page 3

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | regarding various matters(.20) | | |
| 08/06/10 | AC | Preparation for and meeting with Flora Edwards and Lee Stremba (1.50); review revise 401 k letter to participants and beneficiaries; telephone conference with Spencer Baretz regarding Website and regarding letter to clients to be posted on the Website; email correspondence regarding distributions from Blackstone; review and revise letter to Blackstone partnerships; review and revise draft subpoenas to attorneys who represented Ken Starr; email correspondence with Joanna Helferich regarding Joan Stanton grand jury subpoena and supplying Helferich with contact information for Flora Edwards (3.1) | 4.6 | 1,150.00 |
| 08/09/10 | CLG | Modify review database | 0.4 | 74.00 |
| 08/17/10 | AC | Email correspondence, telephone calls and discussions regarding former client/investors, including letter from Annie Leibovitz' counsel; letter from Light Year Capital; letter from John Crowe of Pryor Cashman regarding Glass Note; letter from Nancy Head re Louisa Sarofim; email correspondence regarding Bernstein check (1.10); review CitiPrivate Bank production; review email correspondence regarding PS Investors; review, revise letter draft letter to Blackstone partners; review spreadsheet from Hochberg law firm regarding matters handled for Starr; review email correspondence from attorney for Arbor Mortgage regarding mortgages held on 433 East 74th Street, #1C (.50); email correspondence and discussion regarding motion for eviction for 350 E. 79th Street; review motion papers filed on behalf of Ken Starr to suppress evidence and other relief, verified statement of interest or right in 433 E. 74th Street; review SEC letter to Judge Stein regarding defendant's motion to partially lift stay (1.90); 401 K distribution approvals (.20) | 3.7 | 925.00 |
| 08/18/10 | AC | Meeting with counsel regarding strategy moving forward on various issues (.9); email correspondence, discussions with former clients/investors, including correspondence from Cynda Ottaway re Clara Ltd. Partnerships (.20); analysis of various issues relating to Colcave and forfeiture, including Arbor Mortgage and Levy (.60) | 1.7 | 425.00 |
| 08/19/10 | AC | Email correspondence, telephone calls and discussions regarding former client/investors, including Liberman invoices (.30); discussions, email correspondence regarding vacating Starr premises and the 79th Street apartment (.60); administrative matters, including 401k distribution approvals, checking accounts, etc.  (.30) | 1.2 | 300.00 |
| 08/20/10 | AC | Review email correspondence and research regarding Civil | 0.8 | 200.00 |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 09/16/10
Invoice Number 1303241
File No. 238379.000001
Page 4

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | forfeiture (.50); discussions and email correspondence regarding disposal of certain assets and property of the Starr Companies; review, revise email correspondence to the US Attorneys office regarding various matters (.30) | | |
| 08/23/10 | AC | Various business administration matters, including discussion regarding disposal of Starr & Co. property; return of hard drive from IRS (.90); | 0.9 | 225.00 |
| 08/25/10 | AC | Various business administrative matters regarding vacating Starr offices; 401k distribution approvals (.50); review and discussion of letter from Starr's counsel to court regarding motion to partially lift stay re assets (.50) | 1.0 | 250.00 |
| 08/26/10 | AC | Various matters including former client/investors, including Joan Tobin (.40); various matters regarding former employees, including Barbara Hasselman; 401k distribution approvals (.50); Starr office furniture and fixtures disposition (.30) | 1.2 | 300.00 |
| 08/27/10 | AC | Discussions and email correspondence regarding various administrative matters, including disposition of furniture and equipment at Starr offices (.50); review draft letters relating to the partnerships; conference with Lee Stremba regarding same and various matters, including Leibovitz letter (.90) | 1.4 | 350.00 |
| 08/30/10 | AC | Review and revise draft motion to dispose of property and terminate contracts, discussions and email correspondence regarding same (.50); review and revise Leibovitz letter (.20); email correspondence from Blackstone regarding Blaam Partners; email correspondence with Lee Stremba regarding response (.50); 401k distribution approvals; email correspondence, discussions regarding monies owed to Starr (.50) | 1.7 | 425.00 |
| 08/31/10 | AC | Various business matters, including update on file removal from Starr premises, review, revise Hasselman letter, 401k distribution approvals (.80); email correspondence and discussions regarding former clients/investors including email correspondence and discussions regarding Blare, Blam partnerships (.50);communication with Tim Casey (.10); review of cases (.90) | 2.3 | 575.00 |
| | | Totals | 42.4 | 10,574.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 09/16/10
Invoice Number 1303241
File No. 238379.000001
Page 5

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cassirer | 42.0 | 250.00 | 10,500.00 |
| CLG | Glass | 0.4 | 185.00 | 74.00 |

# TROUTMAN SANDERS LLP

|  | ATTORNEYS AT LAW | |
| --- | --- | --- |

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
TROUTMAN SANDERS LLP
405 LEXINGTON AVENUE
New York, NY 10174

| | |
| --- | --- |
| Invoice Date | 09/16/10 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1303241 |
| File No. | 238379.000001 |

RE:    SEC v. STARR ET AL.

**Total Amount of This Invoice**                          $10,574.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 09/16/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A Cassirer |
| TROUTMAN SANDERS LLP | Direct Dial | 212-704-6249 |
| 405 LEXINGTON AVENUE | Invoice No. | 1303242 |
| New York, NY 10174 | File No. | 238379.000002 |

RE:    **ASSET ANALYSIS AND RECOVERY-SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/10 | $28,410.95 |
| Costs and Expenses Through 08/31/10 | $943.02 |
| **Total Amount of This Invoice** | **$29,353.97** |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 09/16/10
Invoice Number 1303242
File No. 238379.000002
Page 2

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 08/02/10 | BDG | Review of various files concerning Barish/Starr investments maintained by Starrco controller | 1.1 | 311.85 |
| 08/02/10 | LWS | Interview of Ron Starr (with Receiver) at Starr offices concerning numerous investment entities created by Ken Starr and business relationships maintained by Ken Starr with, among others, Pete Peterson and Marvin Rosen (1.5); review and analysis of fraudulent conveyance actions commenced by Madoff trustee for possible theories of recovery (.7); review PS Investors documents provided by Peterson counsel Simpson Thatcher (.5); meeting with Kevin Wallace concerning his review of documents produced by Bristol (.2) | 2.9 | 1,740.00 |
| 08/02/10 | LWS | Brief review of QuickBooks materials recovered from computer of former Starr controller (.6); call with the Receiver and Karen Gartenberg, counsel to Mellon, concerning Mellon's investments through Starr, forensic investigations planned by Mellon's advisers, and issues concerning Starr files (.5) | 1.1 | 660.00 |
| 08/02/10 | KPW | Meet with Lee Stremba regarding documents produced pursuant to the subpoenas (.3); meet with Raffaela Zimbaro and Roseann Lechase regarding organizing the documents (.2); return client messages (.9); meet with Aurora Cassirer and Lee Stremba regarding the document production (.3); review the QuickBooks files for Starr & Company (1.2); review the documents produced by Jonathan Bristol and draft a summary of the documents (3.9); meet with Lee Stremba regarding the Bristol production (.3) | 7.1 | 1,597.50 |
| 08/03/10 | BDG | Review and analysis of K. Wallace memorandum concerning Bristol account records (.4) | 0.4 | 113.40 |
| 08/03/10 | BI | Teleconference with Kevin Wallace regarding the processing and review of electronic documents; teleconference with Natalie Bray regarding same | 1.0 | 210.00 |
| 08/03/10 | KPW | Prepare for the Starr offices to open to client representatives (.2); arrange for the purchase of a QuickBooks license (.1); review partnership documents for entities created by Ken Starr (.9); call Brian Ingram (.2); arrange for documents produced pursuant to various subpoenas to be uploaded onto document review software (.5); return client messages (.5) | 2.4 | 540.00 |
| 08/03/10 | TW | Prepare documents for electronic review and analysis | 2.0 | 300.00 |
| 08/04/10 | BDG | Review of memorandum concerning N. Simon wire transfers and correspondence regarding same | 0.2 | 56.70 |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
**ATTORNEYS AT LAW**

Invoice Date 09/16/10
Invoice Number 1303242
File No. 238379.000002
Page 3

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 08/04/10 | LWS | Call with Receiver to Flora Edwards, criminal counsel to Ken Starr, to arrange a meeting to discuss Starr investment entities (.2); meeting with Dan Anziska concerning possible theories and causes of action for recovery of assets (.3); meeting with Kevin Wallace concerning Tobin invoice and document storage issues (.2); review of Kevin Wallace memo concerning Starr's settlement with Simon and related fund transfers (.3); conference with Receiver and Dan Anziska concerning fraudulent conveyance concepts and net-winner issue in connection with Starr settlements (.3) | 1.3 | 780.00 |
| 08/04/10 | KPW | Review documents produced by Winston & Strawn pursuant to subpoena (3.1); draft memorandum regarding Neil Simon (1.1) | 4.2 | 945.00 |
| 08/05/10 | DNA | Review Bristol materials | 1.3 | 555.75 |
| 08/05/10 | BDG | Review of LLC agreement of Marose LLC(.4); review of Arabov/Starr investment portfolio summary (.3) | 0.7 | 198.45 |
| 08/05/10 | KPW | Meet with Aurora Cassirer, Lee Stremba, Dan Anziska, and Brett Goodman (1.3); draft memorandum regarding transfers for the benefit of Leibovitz (.7); meet with Brett Goodman regarding Universal ID Solutions (.4); review Starr QuickBooks files (.5) | 2.9 | 652.50 |
| 08/06/10 | BDG | Review of Marose LLC formation agreement (.5); review and analysis of K. Starr's personal financial statements (.5); review and analysis of Jinti subscription agreement (.4); review of Diamond Edge Capital Partners exclusive private placement agreement with Jinti (.5); review of email correspondence concerning Thelen partnership dissolution with respect to Bristol (.1) | 2.0 | 567.00 |
| 08/06/10 | LWS | Conference with Kevin Wallace concerning Mizrahi account (.1): meeting with Ken Starr criminal counsel Flora Edwards at Starr offices to discuss Starr investment entities (1.0); call with Josh Rovine of The Blackstone Group concerning how Starr partnerships will process Blackstone K-1's and distributions for their partners (.2) | 0.4 | 240.00 |
| 08/06/10 | LWS | Review extensive Vanity Fair article concerning history of Ken Starr business relationships and allegations of improper management of client funds | 0.7 | 420.00 |
| 08/06/10 | KPW | Return client messages (.7); prepare second round of subpoenas (1.6); prepare notice of subpoena (.3); meet with Lee Stremba regarding subpoenas (.2); prepare documents to be reviewed (.3) | 3.1 | 697.50 |
| 08/09/10 | BDG | Review and notes sections of NY Jurisprudence and Schorr | 1.0 | 283.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 09/16/10
Invoice Number 1303242
File No. 238379.000002
Page 4

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | on NY LLPs (1.0) | | |
| 08/09/10 | LWS | Conference with Kevin Wallace concerning analysis of documents produced by JP Morgan Chase | 0.2 | 120.00 |
| 08/09/10 | KPW | Review documents produced pursuant to subpoenas (5.3); return client messages (.9) | 6.2 | 1,395.00 |
| 08/09/10 | TW | Prepare documents for electronic review and analysis | 4.5 | 675.00 |
| 08/10/10 | BDG | Review and analysis of Universal Identification Solutions balance sheets and financials (.4); review of UIS audit agreements with Marcum Rachlin (.3) review of UIS Operating Agreement (.4) | 1.1 | 311.85 |
| 08/10/10 | BDG | Review of LLP liability law in four legal treatises for analysis of causes of action and recovery for partnership liability for partner misconduct (1.5) | 1.5 | 425.25 |
| 08/10/10 | LWS | Call to Joan Tobin with Kevin Wallace concerning final invoice and tax files (.2); email to Kevin Wallace concerning deposit of Bernstein reduced fee payment (.1) | 0.3 | 180.00 |
| 08/10/10 | LWS | Drafting work on subpoenas to Wilmington Trust, Gibralter Private Bank and Manatt, Phelps firm and conference with Kevin Wallace concerning further work to complete document requests | 1.0 | 600.00 |
| 08/10/10 | KPW | Return client messages (1.7); review documents produced under various subpoenas (1.9); meet with Teresa Brown (.1); meet with Shirley Klein (.1); revise subpoenas (.2) | 4.0 | 900.00 |
| 08/11/10 | BDG | Review of Diamond Edge Capital Partners financial documents and files (.8); review of Keron Holdings electronic files including partnership agreements and financials (.7) | 1.5 | 425.25 |
| 08/11/10 | LWS | Additional drafting work on subpoenas to Wilmington Trust, Gibralter Private Bank and Mannatt Phelps; sending subpoenas to DOJ and SEC for review and review response; conference with Kevin Wallace concerning issuance and service of subpoenas | 0.7 | 420.00 |
| 08/11/10 | KPW | Revise subpoenas (.9); return client messages (.9); review documents produced pursuant to subpoenas (1.2) | 3.0 | 675.00 |
| 08/12/10 | BDG | Review of Starr electronic files from offices of Kenneth Starr, Ron Starr, and Roseann Ragano for certain Starr vehicles and potential clawback information (3.2) | 3.2 | 907.20 |
| 08/12/10 | LWS | Return call to Steve Hochberg and Richard Stempel concerning production in response to subpoena and matters worked on for Starr | 0.3 | 180.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 09/16/10
Invoice Number 1303242
File No. 238379.000002
Page 5

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 08/12/10 | KPW | Review documents produced pursuant to subpoenas (3.3); meet with Riaz Jinwalla regarding the Starr offices (.2); return client messages (.6) | 4.1 | 922.50 |
| 08/16/10 | BDG | Initial work and review on Marisa Vucci Starr subpoena and review of divorce settlement (.9); review of correspondence regarding Marron invoice (.1) | 1.0 | 283.50 |
| 08/16/10 | LWS | Review spreadsheet of Starr-related legal matters provided by the Stempel law firm pursuant to subpoena | 0.2 | 120.00 |
| 08/17/10 | KPW | Check status of subpoenas (.2); review documents produced pursuant to subpoenas (1.9) | 2.1 | 472.50 |
| 08/18/10 | BDG | Research in pari delicto case law in 3rd Circuit/PA recent decision and 2nd Circuit and initial review of same | 1.3 | 368.55 |
| 08/19/10 | BDG | Review and analysis of in pari delicto case law in various circuits | 1.1 | 311.85 |
| 08/20/10 | BDG | Call with Steve Hayes concerning Paul Simon investments in Blackstone vehicles, distributions and K-1 preparation and discussions with L. Stremba regarding same | 0.3 | 85.05 |
| 08/20/10 | BDG | Review of in pari delicto research for suits concerning limited partner misconduct (.6) | 0.6 | 170.10 |
| 08/20/10 | KPW | Research federal civil forfeiture laws (2.5); meet with Brett Goodman (.2); meet with Lee Stremba (.2) | 2.9 | 652.50 |
| 08/23/10 | BDG | Research of case law and articles concerning law firm vicarious liability for partner misconduct (2.2) | 2.2 | 623.70 |
| 08/23/10 | SGR | Conference with Kevin Wallace regarding Liebovitz claim | 0.3 | 168.75 |
| 08/23/10 | KPW | Return client messages (.2); call Ron Blum at Manatt regarding the subpoena (.6); meet with Steve Rinehart regarding Annie Leibovitz (.4) | 1.2 | 270.00 |
| 08/24/10 | AC | Conference with kevin wallace regarding ordering transcript, pacer research, call to sdny court reporters ordered transcript | 0.2 | 41.00 |
| 08/24/10 | SGR | Revise letter to R. Andoh regarding Liebovitz | 1.0 | 562.50 |
| 08/24/10 | KPW | Review letter from Ron Blum regarding the subpoena (.2); obtain transcript from the July 8 hearing (.2); review letter regarding Annie Leibovitz (.3) | 0.7 | 157.50 |
| 08/25/10 | BDG | Review of LLP case law regarding partnership vicarious liability for partner wrongdoing and nonacting partner's | 5.3 | 1,502.55 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 09/16/10
Invoice Number 1303242
File No. 238379.000002
Page 6

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | shield from liability of wrongful partner and firm (2.2); review of articles and case law concerning LLPs and personal liability insulation versus partner's share in partnership (1.3); general partnership articles on partner conduct and misconduct within the scope and outside scope of partnership liability (1.8) | | |
| 08/25/10 | KPW | Review documents produced pursuant to subpoena | 0.8 | 180.00 |
| 08/26/10 | BDG | Review of sections of the NY Partnership Law and annotations thereto with respect to Bristol/Winston issues (3.1); meet with L. Stremba regarding same (.3) | 3.4 | 963.90 |
| 08/26/10 | KPW | Prepare documents to be reviewed (.4); meet with Lee Stremba regarding the status of the subpoenas (.1) | 0.5 | 112.50 |
| 08/27/10 | BDG | Discussions with K. Wallace regarding check transfers from Bristol/Starr to Winston Strawn (.3) | 0.3 | 85.05 |
| 08/27/10 | LWS | Conference with Receiver concerning Steve Rinehart's draft response to letter from Liebovitz's counsel (.1); markup draft letter and forward to Steve Rinehart with additional issues for discussion (.5) | 0.6 | 360.00 |
| 08/27/10 | KPW | Review documents produced pursuant to subpoena (1.7); call Judge Stein's calendar clerk (.2) | 1.9 | 427.50 |
| 08/30/10 | BDG | Initial review of first set of Winston productions regarding Bristol/Starr transfers and other documentation for analysis of liability issues | 0.8 | 226.80 |
| 08/30/10 | SGR | Conference with Kevin Wallace regarding Liebovitz; revise letter to R. Andoh regarding Liebovitz | 0.6 | 337.50 |
| 08/30/10 | SGR | Conference with Kevin Wallace regarding Mannatt Phelps subpoena | 0.3 | 168.75 |
| 08/30/10 | KPW | Meet with Steve Rinehart regarding Annie Leibovitz; meet with Steve Rinehart regarding Manatt Phelps | 0.5 | 112.50 |
| 08/30/10 | TW | Prepare documents for electronic review and analysis | 2.0 | 300.00 |
| 08/31/10 | BDG | Continued review of Winston production 1 concerning Bristol transfers and practice with respect to firm (1.2) | 1.2 | 340.20 |
| | | Totals | 100.7 | 28,410.95 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 09/16/10
Invoice Number 1303242
File No. 238379.000002
Page 7

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/10**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| DNA | Anziska | 1.3 | 427.50 | 555.75 |
| AC | Cardillo | 0.2 | 205.00 | 41.00 |
| BDG | Goodman | 30.2 | 283.50 | 8,561.70 |
| BI | Ingram | 1.0 | 210.00 | 210.00 |
| SGR | Rinehart | 2.2 | 562.50 | 1,237.50 |
| LWS | Stremba | 9.7 | 600.00 | 5,820.00 |
| KPW | Wallace | 47.6 | 225.00 | 10,710.00 |
| TW | Woldmichael | 8.5 | 150.00 | 1,275.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 08/31/10**

| Description | Amount |
|---|---|
| Computer Research | 147.72 |
| Copies - Court/Governmental Entities | 10.80 |
| Professional Services | 784.50 |
| Total: | 943.02 |

Total Fees & Costs:    $29,353.97

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A. Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
TROUTMAN SANDERS LLP
405 LEXINGTON AVENUE
New York, NY 10174

| | |
|---|---|
| Invoice Date | 09/16/10 |
| Submitted by | A. Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1303242 |
| File No. | 238379.000002 |

RE:    ASSET ANALYSIS AND RECOVERY-SEC V. STARR

Total Amount of This Invoice          $29,353.97

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

| | | |
|---|---|---|
| **Payment Remittance Address** | ATTORNEYS AT LAW | **Office Address** |
| Troutman Sanders LLP | A LIMITED LIABILITY PARTNERSHIP | The Chrysler Building |
| P.O. Box 933652 | FEDERAL ID No. 58-0946915 | 405 Lexington Ave |
| Atlanta, Georgia 31193-3652 | | New York, NY 10174 |

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 09/16/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A Cassirer |
| TROUTMAN SANDERS LLP | Direct Dial | 212-704-6249 |
| 405 LEXINGTON AVENUE | Invoice No. | 1303243 |
| New York, NY 10174 | File No. | 238379.000004 |

RE:    BUSINESS OPERATIONS - SEC V. STARR

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/10 | $13,701.30 |
| **Total Amount of This Invoice** | **$13,701.30** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 09/16/10
Invoice Number 1303243
File No. 238379.000004
Page 2

AURORA CASSIRER AS RECEIVER
BUSINESS OPERATIONS - SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 08/03/10 | KPW | Meet with Shirley Klein (.2); review mail to comply with the United States Attorney's subpoena (.8) | 1.0 | 225.00 |
| 08/04/10 | KPW | Return client messages (.6); meet with Lee Stremba regarding closing the Starr offices (.4); meet with Kenneth Kos regarding closing the Starr offices (.3); obtain inventory of the material in the warehouse (.6); meet with Lee Stremba regarding inventory (.2); revise notice to clients regarding the office closure (.6) | 2.7 | 607.50 |
| 08/05/10 | KPW | Revise letter to clients regarding office closure (.2); meet with Teresa Brown regarding the old accounts receivable, the notice to the clients, and specific Starr invoices (.7); update client contact information (.4); send notice to clients regarding office closure (.2); return client messages (2.4) | 3.9 | 877.50 |
| 08/06/10 | BDG | Revisions to 401k letter (.3); correspondence with J. Kenter and A. Cassirer regarding revisions to same (.4) | 0.7 | 198.45 |
| 08/09/10 | BDG | Facilitate mailing of 401k letter and posting on Receiver website | 0.4 | 113.40 |
| 08/10/10 | KEK | Packing up and indexing the files in the Starr offices. | 9.0 | 405.00 |
| 08/10/10 | TPM | Packing up and indexing the files in the Starr offices. | 9.0 | 225.00 |
| 08/11/10 | KEK | Packing up and indexing the files in the Starr offices. | 9.0 | 405.00 |
| 08/11/10 | TPM | Packing up and indexing the files in the Starr offices. | 9.0 | 225.00 |
| 08/12/10 | KEK | Packing up and indexing the files in the Starr offices. | 9.0 | 405.00 |
| 08/12/10 | TPM | Packing up and indexing the files in the Starr offices. | 8.0 | 200.00 |
| 08/13/10 | KEK | Packing up and indexing the files in the Starr offices. | 4.0 | 180.00 |
| 08/13/10 | TPM | Packing up and indexing the files in the Starr offices. | 8.0 | 200.00 |
| 08/13/10 | KPW | Return client messages (1.2) | 1.2 | 270.00 |
| 08/16/10 | KEK | Packing up and indexing the files in the Starr offices. | 3.0 | 135.00 |
| 08/16/10 | TPM | Packing up and indexing the files in the Starr offices. | 8.0 | 200.00 |
| 08/16/10 | KPW | Return client messages (1.1); meet with Ken Kos regarding the Starr offices | 1.4 | 315.00 |
| 08/17/10 | KEK | Packing up and indexing the files in the Starr offices. | 4.0 | 180.00 |
| 08/17/10 | TPM | Packing up and indexing the files in the Starr offices. | 8.0 | 200.00 |
| 08/17/10 | KPW | Return client messages | 0.8 | 180.00 |
| 08/18/10 | KPW | Return client messages (.8); meet with Moe Zimerman | 2.4 | 540.00 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | regarding the Starr offices (.1); meet with Shirley Klein regarding the Starr mail (.2); contact various client representatives to pick up the Starr client mail (.4); meet with Teresa Brown regarding Starr invoices (.1); meet with Riaz Jinwalla regarding the Starr offices (.2); meet with Roland Evans regarding moving the Starr servers (.3); meet with Jo Anne Zic regarding the Starr servers (.1); meet with Lee Stremba regarding the servers (.1); contact the IRS regarding material to be copied (.1) | | |
| 08/19/10 | KEK | Indexing and packing up files at the Starr office. | 5.0 | 225.00 |
| 08/19/10 | TPM | Indexing and packing up files at the Starr office. | 9.5 | 237.50 |
| 08/19/10 | KPW | Return client messages (1.0); arrange for the Leibovitz files to be transferred here (.2); meet with Lee Stremba regarding Leibovitz (.1); meet with Steve Rinehart regarding Leibovitz (.1); meet with Riaz Jinwalla regarding the Starr offices (.1); call Moe Zimerman regarding the Starr offices (.1); coordinate with client representatives regarding the client mail (.4); coordinate with the IRS regarding Starr files (.1) | 2.1 | 472.50 |
| 08/20/10 | KEK | Indexing and packing up files at the Starr office. | 3.3 | 148.50 |
| 08/20/10 | TPM | Indexing and packing up files at the Starr office. | 9.0 | 225.00 |
| 08/20/10 | KPW | Return client messages (1.3); call Moe Zimerman (.1) | 1.4 | 315.00 |
| 08/23/10 | BDG | Call with A. Schoepf of Bois Schiller regarding certain Starr client mailing issues and correspondence regarding same (.5) | 0.5 | 141.75 |
| 08/23/10 | KEK | Indexing and packing up files at the Starr office. | 8.3 | 373.50 |
| 08/23/10 | TPM | Indexing and packing up files at the Starr office. | 9.0 | 225.00 |
| 08/24/10 | BDG | Correspondence with A. Schoepf regarding misdirected mail (.2) | 0.2 | 56.70 |
| 08/24/10 | KEK | Indexing and packing up files at the Starr office. | 8.3 | 373.50 |
| 08/24/10 | TPM | Indexing and packing up files at the Starr office. | 8.0 | 200.00 |
| 08/24/10 | LWS | Emails with Jo Anne Zic concerning expiration of Starr internet domain names; call from John Crowe (.1), counsel for Glassnote, concerning proposal to redeem interests and status of receivership(.3) | 0.4 | 240.00 |
| 08/24/10 | KPW | Call Moe Zimerman regarding the Starr offices (.1); meet with Lee Stremba regarding the Starr offices (.1); return client messages (.5) | 0.7 | 157.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 09/16/10
Invoice Number 1303243
File No. 238379.000004
Page 4

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 08/25/10 | KEK | Indexing and packing up files at the Starr office. | 8.3 | 373.50 |
| 08/25/10 | TPM | Indexing and packing up files at the Starr office. | 9.0 | 225.00 |
| 08/25/10 | LWS | Conference with Receiver concerning status of steps to vacate Starr office premises and issues regarding files and computers (.3); meeting with Morris Zimerman and Jo Anne Zic concerning alternatives for disposition of computers at Starr premises (.2) | 0.5 | 300.00 |
| 08/25/10 | KPW | Meet with Natasha Braye (.1); meet with Teresa Brown (.1); return client message (.2) | 0.4 | 90.00 |
| 08/26/10 | KEK | Indexing and packing up files at the Starr office. | 8.3 | 373.50 |
| 08/26/10 | TPM | Indexing and packing up files at the Starr office. | 9.0 | 225.00 |
| 08/26/10 | LWS | Paul Kernin of Simpson Thatcher, counsel to Pete Peterson, call concerning operations of the PS entities | 0.2 | 120.00 |
| 08/26/10 | KPW | Review Starr mail (.3); meet with Brett Goodman (.1); return client messages (.3) | 0.7 | 157.50 |
| 08/27/10 | KEK | Indexing and packing up files at the Starr office. | 11.3 | 508.50 |
| 08/27/10 | TPM | Indexing and packing up files at the Starr office. | 12.0 | 300.00 |
| 08/27/10 | KPW | Meet with Lee Stremba (.1); meet with Ken Kos (.2); call Bob Beranger regarding the Starr computers (.2); return client messages (.5); meet with Lee Stremba regarding the Starr computers (.1) | 1.1 | 247.50 |
| 08/30/10 | KEK | Indexing and packing up files at the Starr office. | 8.0 | 360.00 |
| 08/30/10 | TPM | Indexing and packing up files at the Starr office. | 9.0 | 225.00 |
| 08/30/10 | KPW | Return client messages | 0.4 | 90.00 |
| 08/31/10 | KEK | Indexing and packing up files at the Starr office. | 4.0 | 180.00 |
| 08/31/10 | TPM | Indexing and packing up files at the Starr office. | 7.2 | 180.00 |
| 08/31/10 | KPW | Return client messages | 0.3 | 67.50 |
| | | Totals | 257.9 | 13,701.30 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 09/16/10
Invoice Number 1303243
File No. 238379.000004
Page 5

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/10**

| Initials | Name | Hours | Rate | Amount |
|----------|--------|-------|--------|----------|
| BDG | Goodman | 1.8 | 283.50 | 510.30 |
| KEK | Kos | 102.8 | 45.00 | 4,626.00 |
| TPM | Marion | 131.7 | 25.00 | 3,292.50 |
| LWS | Stremba | 1.1 | 600.00 | 660.00 |
| KPW | Wallace | 20.5 | 225.00 | 4,612.50 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
TROUTMAN SANDERS LLP
405 LEXINGTON AVENUE
New York, NY 10174

| | |
|---|---|
| Invoice Date | 09/16/10 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1303243 |
| File No. | 238379.000004 |

RE:    BUSINESS OPERATIONS - SEC V. STARR

Total Amount of This Invoice                                    $13,701.30

Summary of Additional Outstanding Invoices by Matter as of 09/16/10

| Date | Invoice No. | Amount | Credits | Balance |
|------|-------------|--------|---------|---------|
| 07/19/10 | 1290661 | $35,075.85 | $0.00 | $35,075.85 |
| | | $35,075.85 | 0.00 | $35,075.85 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 09/16/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| TROUTMAN SANDERS LLP | Direct Dial | 212-704-6249 |
| 405 LEXINGTON AVENUE | Invoice No. | 1303244 |
| New York, NY 10174 | File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/10 | $49,286.80 |
| Costs and Expenses Through 08/31/10 | $492.19 |
| **Total Amount of This Invoice** | **$49,778.99** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 09/16/10
Invoice Number 1303244
File No. 238379.000005
Page 2

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 08/02/10 | DNA | Review complaints and theories in Madoff action regarding transfer of client monies to other companies | 2.0 | 855.00 |
| 08/02/10 | AOF | Research to retrieve dockets, complaints, in the case of Picard v. Madoff  Technology, Madoff Energy, and Madoff Family LLC , per Lee Stremba | 0.7 | 119.00 |
| 08/02/10 | BDG | Review of letter with respect to D. Klores investments with Starr (.1); review of email correspondence concerning J. Stanton's interests in Blare Partners, Blackstone Realty Partners, and PS Capital Ventures, L.P. (.1) | 0.2 | 56.70 |
| 08/02/10 | IZ | Calls, SDNY, arrangements for service of subpoenas | 2.0 | 540.00 |
| 08/03/10 | DNA | Review additional material in anticipation of Wednesday status meeting; research on fraudulent conveyance | 1.2 | 513.00 |
| 08/03/10 | BDG | Review of Blackstone partnership agreements with respect to notices and disbursements and correspondence and calls with Receiver regarding same (.4) | 0.4 | 113.40 |
| 08/03/10 | LWS | Peter Koffler of The Blackstone Group call concerning K-1's to be issued to Starr partnerships and concerning information to be gathered by Blackstone for the Receiver (.3); call from Steve Hockberg of the Stempel law firm concerning subpoena (.2); call from William Harrington and Michael Bosworth of US Attorney's office concerning various financial and administrative issues raised at last week's meeting (.3); email report to the Receiver concerning the foregoing (.1); conference with Brett Goodman and review email report concerning analysis of provisions in Blackstone partnership entities concerning authority of Ken Starr and voting requirements for partnership action (.4) | 1.3 | 780.00 |
| 08/04/10 | DNA | Review Wallace material on law firm payment; meeting with trustee and attorneys regarding status and next steps; review additional backup | 2.2 | 940.50 |
| 08/04/10 | BDG | Review of Blackstone partnership agreements concerning voting mechanisms to remove K. Starr as designated party to perform notice function (.9); discussions with L. Stremba regarding same (.4); research NY Partnership law on rights of partners to act (1.1); review of certain provisions of NY partnership law (.7); discussion with L. Stremba regarding same (.3); review of email correspondence concerning warehouse inventory (.1); review of draft letter concerning office closure (.1) | 3.6 | 1,020.60 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 09/16/10
Invoice Number 1303244
File No. 238379.000005
Page 3

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 08/04/10 | LWS | Call from Joe Farmer, accountant for Richard Warren, concerning investments in Blaam and Blacap partnerships (.2); drafting work and conferences with Receiver regarding email to Michael Lockard of US Attorneys' Office and other attorneys in the US Attorney's Office and SEC concerning issues relating to vacating the Starr offices and payment of Colcave common charge arrears (1.3); review of inventory of files stored at GRM for files related to Mellon(.2); review and comment on draft notice letter to former Starr clients concerning anticipated vacating of Starr premises and access to client files (.2); conference with Brett Goodman and email to Receiver concerning concept of notification to partners in each Blackstone partnership (Blaam, Blacap, etc.) concerning need for individual or collective action of the partners (.4); meeting with Kenneth Kos concerning file storage and removal issues relating to vacating of Starr premises (.2) | 2.5 | 1,500.00 |
| 08/04/10 | IZ | Checking various subpoenas and services | 1.5 | 405.00 |
| 08/05/10 | BDG | Starr team meeting in preparation for research and clawback analyses (1.3); review of certain Starr created partnerships for memo in preparation of meeting with K. Starr counsel (1.0); cursory review of draft subpoenas for Wilmington, Gibraltar, and Manatt (.3) | 2.6 | 737.10 |
| 08/05/10 | LWS | Planning, coordination and strategy meeting of Receiver and legal team including discussion of 401(k) termination issues, issues relating to vacating of Starr premises, requests to the government concerning financial and administrative issues, legal research to be conducted and additional discovery to be conducted (1.3); work on email to US Attorneys' Office and SEC and conferences with Receiver by email to complete same (1.0); Fran Parker, attorney for document warehouse GRM, call concerning Receiver's access to Starr account records (.2); return call to Colcave condo association concerning arrears (.1); Tim Casey of the SEC call concerning process for submission of bills and status of Receiver's discussions with the US Attorney's Office(.2);meeting with Kenneth Kos concerning Starr storage charge arrears and future expenses (.1) | 2.9 | 1,740.00 |
| 08/06/10 | DNA | Review additional Wallace materials and law firm list | 0.9 | 384.75 |
| 08/06/10 | TB | Recreate client bills and administrative work with files. Review and updated correspondence, client files, client contact information. | 4.0 | 160.00 |
| 08/06/10 | AC | Pacer research | 0.1 | 20.50 |
| 08/06/10 | BDG | Discussions with L. Stremba regarding meeting with K. | 0.9 | 255.15 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 09/16/10
Invoice Number 1303244
File No. 238379.000005
Page 4

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | Starr counsel and letter to Blackstone partners (.3); draft template letter and circulate correspondence regarding same (.5); review of correspondence concerning details on the distributions from BCP II and BCP III (.1) | | |
| 08/09/10 | DNA | Review materials forwarded by Wallace | 0.8 | 342.00 |
| 08/09/10 | HEC | Review and update correspondence, files, master client contact list (.9); review and compile recent filings in pending proceedings, send to team and update database accordingly (.6) | 1.5 | 397.50 |
| 08/09/10 | BDG | Review of SEC v. Starr lift stay motion regarding assets of Starr & Passage for living expenses, rent, food, legal (.8); analysis of statement of interest of Arbor Commercial in forfeiture action (.3); review of revisions to Starr/Blackstone letter and correspondence regarding same (.6); review of correspondence concerning K. Wallace review of Starr JP Morgan bank records (.1) | 1.8 | 510.30 |
| 08/09/10 | LWS | Joan Tobin, former Starr client, call concerning final invoice and access to files (.1); review and respond to email from Chris Hurly, CPA, regarding request to identify victims referenced by number in federal indictment (.3); conference with Ken Kos regarding access to GRM document storage account, exchange of emails with GRM counsel regarding Receiver's authority and conference with Ken Kos to confirm GRM has granted access (.5) | 0.9 | 540.00 |
| 08/10/10 | DNA | Review further materials on fraudulent conveyance actions | 0.4 | 171.00 |
| 08/10/10 | HEC | Review of correspondence and files and update accordingly (.6); attention to cross-checking information with master client contact list and make necessary changes and revisions (.8); update files and database (.7) | 2.1 | 556.50 |
| 08/10/10 | DMD | Update and maintain Concordance review database and images | 0.9 | 157.50 |
| 08/10/10 | BDG | Review of SEC letter to Judge Stein (.1); review of latest drafts of Wilmington, Gibraltar, and Manatt subpoenas (.4) | 0.5 | 141.75 |
| 08/10/10 | IZ | Follow up regarding service of various subpoenas | 1.5 | 405.00 |
| 08/11/10 | HEC | Work on review and update of contact list (.9); review correspondence and documents and update files accordingly (.9) | 1.8 | 477.00 |
| 08/11/10 | DMD | Update and maintain review database and images | 1.1 | 192.50 |
| 08/11/10 | LWS | Return call to Arnie Hermann of Citrin concerning clients' interests in Blackstone partnerships;review Dianne | 0.4 | 240.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 09/16/10
Invoice Number 1303244
File No. 238379.000005
Page 5

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | Passage response to SEC request for discovery | | |
| 08/12/10 | HEC | Discussions with B. Goodman; prepare list of contacts for Blackstone entities, create spreadsheet, review documents, search files and database, research and phone calls as necessary (2.9); review and update files, contact list and database (1.4) | 4.3 | 1,139.50 |
| 08/12/10 | BDG | Review of Blackstone Investors Partnership 2008 Tax returns and K-1s (.8); review of 2007 tax returns for Blare partners (.8); discussions with L. Stremba regarding same (.4) | 2.0 | 567.00 |
| 08/12/10 | LWS | Conference with Brett Goodman concerning preparation of notices to Blackstone partners and work on partner lists including review of relevant tax files to identify partners | 0.7 | 420.00 |
| 08/13/10 | HEC | Extensive work and review/research for Blackstone contact list, attention to formatting as requested, proofreading and researching information required (2.9); review files, correspondence, attention to master contact list; update all accordingly (1.3); review and update pending case dockets and send to team with recent filings for review (.3) | 4.5 | 1,192.50 |
| 08/13/10 | LWS | Conferences with Harriet Cohen concerning compiling schedules of Blackstone partnership members for notice letters (.1); Mellon and Lloyd counsel Tawfig Rangwala call regarding Ken Starr/Dianne Passage motion for access to funds and issues for investigation and forwarding copies of pleadings filed by SEC and Passage (.5) | 0.6 | 360.00 |
| 08/16/10 | HEC | Review documents and add additional partnership contact information to list; additional research and compiling information; changes per attorney review and discussions regarding same (2.7); review correspondence, attention to master contact list, administrative and organizational matters (.9) | 3.6 | 954.00 |
| 08/16/10 | BDG | Review of Declaration in support of motion to suppress evidence and other relief in US v Kenneth Starr (.6); further preparation of Starr/Blackstone vehicle correspondence and review of tax files for Blacap, Blaam and Bedrock capital partners and investigation of Blackstone Realty Partners investments in certain Starr/Blackstone vehicles (2.6) | 3.2 | 907.20 |
| 08/16/10 | LWS | Call from Tim Casey and Sandeep Satwalekar of SEC to discuss status of investigations and Starr and Passage request for access to funds (.3); call from Sandeep Satwalekar for contact information for Wachner and providing same (.1); meeting with Brett Goodman concerning preparation of notices to partners of Blackstone | 1.4 | 840.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 09/16/10
Invoice Number 1303244
File No. 238379.000005
Page 6

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | entities and concerning preparation of a document subpoena to Marissa Starr (.5); drafting work on document request for a subpoena to Marissa Starr (.5) | | |
| 08/17/10 | HEC | Work on compiling information on Blackstone partners, calls, research and organization of information, work on master list, discussions and rounds of revisions with Messrs. Stremba and Goodman, review of documents and add additional information as received (2.9); attention to files, correspondence, master contact list, organizational and administrative matters (.9); review pending case dockets (.2) | 4.0 | 1,060.00 |
| 08/17/10 | DMD | Update and maintain Concordance database and review images | 2.9 | 507.50 |
| 08/17/10 | BDG | Review of Notice of Petition regarding 350 E. 79th St (.7); discussion with K. Wallace and L. Stremba with respect to action and correspondence regarding same (.4); review of Blackstone updated draft letter and email correspondence concerning same (.2) | 1.3 | 368.55 |
| 08/17/10 | LWS | Status, strategy and planning meeting with Receiver and legal team to coordinate activities with respect to numerous pending and planned projects (.9); Tim Casey of SEC call to discuss Glassnote and discussion of receiver standing issues (.3); draft email to SEC and US Attorneys' Office concerning eviction action relating to 79th Street apartment, Colcave mortgages and issues relating to vacating of Starr offices (.7) | 1.9 | 1,140.00 |
| 08/17/10 | IZ | Calls and follow up regarding various subpoenas | 1.2 | 324.00 |
| 08/18/10 | HEC | Attend team meeting (.9); email to Suzan at Mariano Bros. (.1); attention to mail, files, master contact list and other lists; organizational and administrative matters (1.4); further work on compiling partnership information and contact details for Messrs. Stremba and Goodman and work on list (.9); review Starr client lists for information requested by T. Brown (.2) | 3.5 | 927.50 |
| 08/18/10 | DMD | Update and maintain review database and images | 0.9 | 157.50 |
| 08/18/10 | BDG | Further discussions with L. Stremba and H. Cohen regarding Blackstone letters and BRP tax file (.6); Starr team meeting concerning various case administrative and substantive litigation  and asset recovery matters team (.9); review of correspondence concerning Clara Limited Partnership (.1) | 1.6 | 453.60 |
| 08/18/10 | SGR | Team meeting regarding status, subpoenas, potential claims and litigation | 0.9 | 506.25 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 09/16/10
Invoice Number 1303244
File No. 238379.000005
Page 7

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 08/18/10 | KPW | Meet with Aurora Cassirer, Lee Stremba, Steve Rinehart, Brett Goodman, and Harriet Cohen | 0.9 | 202.50 |
| 08/19/10 | DNA | Review update on fraudulent conveyance actions | 0.3 | 128.25 |
| 08/19/10 | HEC | Review recent correspondence and materials, check and update information for master contact list;, attention to administrative and organizational matters including organization of files, mailing lists and materials (1.5); emails and discussions regarding artwork held by Mariano Bros. and scheduling appointment to view (.2) | 1.7 | 450.50 |
| 08/19/10 | BDG | Meet with L. Stremba regarding motion for approval of abandonment of property and rejection of lease in SEC receivership (.4); perform research regarding procedures and supporting case law for same (2.2) | 2.6 | 737.10 |
| 08/19/10 | LWS | Meeting with Kenneth Kos at Starr offices to address issues concerning boxing or other disposition of documents and files (1.5); email to Raffaela Zimbaro concerning deposit of Starr petty cash in receivership account (.1); conferences with Brett Goodman concerning preparation of motion regarding disposition of furniture and equipment and rejection of contracts (.5); conference with Morris Zimerman concerning disposition of computers at Starr premises (.1) | 2.2 | 1,320.00 |
| 08/20/10 | HEC | Attention to correspondence, check against master contact list; update files and attention to organizational and administrative matters (.9); check status of pending case dockets (.2) | 1.1 | 291.50 |
| 08/20/10 | DMD | Update and maintain review database and images | 0.3 | 52.50 |
| 08/20/10 | BDG | Further review and research of rejection/abandonment procedures (1.6); discussions with K. Wallace regarding expedited motion practice in SDNY receivership (.4); discussions with L. Stremba regarding motion to reject leases and dispose of property (.4); correspondence with M. Zimmerman regarding disposition process and quotes (.3); initial drafting of motion papers (2.9); review of certain files on hard drive for application to motion (.8); review of K. Wallace correspondence concerning research on civil forfeiture (.1) | 6.5 | 1,842.75 |
| 08/20/10 | LWS | Meeting with Brett Goodman concerning preparation of general status report to the court together with motion relating to disposition of furniture and equipment and rejection of contracts | 0.3 | 180.00 |
| 08/20/10 | IZ | Calls and follow up subpoenas | 1.0 | 270.00 |
| 08/21/10 | BDG | Draft and preparation of motion to reject and abandon | 1.9 | 538.65 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 09/16/10
Invoice Number 1303244
File No. 238379.000005
Page 8

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | property with emphasis on authorities and background sections (1.2); review of various pleadings in case for factual background (.7) | | |
| 08/22/10 | BDG | Further drafting of motion to dispose property and reject leases with focus on argument sections of motion | 2.1 | 595.35 |
| 08/23/10 | HEC | Review and update correspondence, master contact list, files and database | 0.9 | 238.50 |
| 08/23/10 | BDG | Further preparation of Motion to Reject/Abandon (1.3); meet with M. Zimmerman and J. Zic regarding process undertaken with liquidators concerning appraisal and disposition (.3); draft section in motion regarding same concerning property issues (.4); prepare revisions to motion and update to section on claims distribution, estate property and potential bankruptcy (1.5) | 3.5 | 992.25 |
| 08/23/10 | LWS | Drafting work on first report of the Receiver and motion, inter alia, for permission to dispose of personal property and reject contracts | 4.5 | 2,700.00 |
| 08/24/10 | HEC | Attention to files and correspondence; review and cross-check contact information with master contact list; attention to files | 1.1 | 291.50 |
| 08/24/10 | BDG | - Review of draft of Receiver's Second Report and provide revisions regarding same (1.0); further research of NY state case law on LLP liability for partner wrongdoing (.8); review of treatises and NY Partnership Law; review of case law regarding same (1.0); review of Mannat Phelps letter regarding responses to subpoena (.2) | 3.0 | 850.50 |
| 08/25/10 | HEC | Attention to mail, review and update correspondence and master contact list, files | 0.7 | 185.50 |
| 08/26/10 | HEC | Review and update files, correspondence and review contact list and information | 0.6 | 159.00 |
| 08/26/10 | BDG | Review of various boxes of documents from R. Ragano office for Real Estate assets and leases including the 850 Third Avenue lease | 0.9 | 255.15 |
| 08/26/10 | LWS | Drafting work on Receiver's report to the court and motion for relief relating to vacating of Starr offices including rejection of contracts and approval of disposition of furniture and equipment | 5.0 | 3,000.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 09/16/10
Invoice Number 1303244
File No. 238379.000005
Page 9

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 08/27/10 | HEC | Review correspondence, update files; cross-check info against master contact list information (.8); discussions with L. Stremba; prepare letter to each of the five (5) Blackstone partnerships, effectuate email of letter to recipients and regular mail of letters to those for whom we did not have email addresses (3.2); attempts to schedule appointment for Mariano Brothers warehouse (.1) | 4.1 | 1,086.50 |
| 08/27/10 | BDG | Call with Ricoh America's collection agent regarding Copier Lease (.2); work at Starr Offices to review of R. Ragano files with respect to office lease and copier lease (1.3); facilitate re-filing and packaging of certain office and client files and discussion with L. Stremba regarding same (.6); overview of 850 Third Avenue lease (.3); mark-up draft version of motion and first report of Receiver and provide substantive changes thereto (2.3); draft and prepare revisions to document (1.7); discussions with L. Stremba regarding same (.3); calls with CIT/Ricoh America and counsel thereto regarding Copier Lease (.3); review and analysis of Starrco/Ricoh Copier Lease (.3); correspondence regarding same (.2); review and finalize Blackstone letters and coordinate with H. Cohen and L. Stremba regarding same (.4) | 7.9 | 2,239.65 |
| 08/27/10 | LWS | Meeting with Kevin Wallace concerning status of document review work (.2); meeting with Ken Kos concerning status of document packing and indexing work at Starr offices (.2); conference with Receiver concerning issues relating to vacating of office premises and regarding draft letter to Blackstone partners (.4); final work on Blackstone letter, conferences with Harriet Cohen concerning completion and distribution of letters and forwarding copies of same to SEC and DOJ (.7) | 1.5 | 900.00 |
| 08/27/10 | LWS | Email to SEC and DOJ concerning Receiver's plan to dispose of certain Starr computers (.5); conference with Kevin Wallace concerning his discussion with IRS agent concerning computers (.1); exchange emails with Tim Casey of SEC regarding review of Troutman invoices (.1) | 0.7 | 420.00 |
| 08/27/10 | LWS | Revisions to draft Receiver's report and motion for disposition of furniture and rejection of contracts | 1.0 | 600.00 |
| 08/27/10 | IZ | Calls regarding service - subpoenas | 1.5 | 405.00 |
| 08/28/10 | LWS | Emails with Brett Goodman concerning revisions to draft Receiver's report and motion regarding disposition of furniture and rejection of contracts | 1.0 | 600.00 |
| 08/29/10 | BDG | Prepare revisions to draft of First Report and Motion and draft and review correspondence regarding same | 0.9 | 255.15 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 09/16/10
Invoice Number 1303244
File No. 238379.000005
Page 10

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 08/30/10 | HEC | Review and update files, correspondence and master index (.9); attention to administrative and organizational matters (.2); emails and attempts to set up meeting at Mariano Bros. for A. Cassirer (.2) | 1.3 | 344.50 |
| 08/30/10 | BDG | Call with K. Barret, advisor to T. Brokaw, regarding Blackstone letter and distribution and tax issues and prepare correspondence to A. Cassirer and L. Stremba regarding same (.5); call with B. Parrinello regarding maintenance claim (.2); review of correspondence from A. Cassirer and L. Stremba regarding Blaam Partners (.2) | 0.9 | 255.15 |
| 08/30/10 | IZ | SDNY calls checking various e-mails | 1.5 | 405.00 |
| 08/31/10 | HEC | Attempts to coordinate visit to Mariano Brothers to view artwork (.2); attention to files, master contact list and index, database, administrative and organizational matters (1.1); review status of dockets (.2) | 1.5 | 397.50 |
| | | Totals | 146.1 | 49,286.80 |

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/10

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| DNA | Anziska | 7.8 | 427.50 | 3,334.50 |
| TB | Brown | 4.0 | 40.00 | 160.00 |
| AC | Cardillo | 0.1 | 205.00 | 20.50 |
| HEC | Cohen | 38.3 | 265.00 | 10,149.50 |
| DMD | Duckett | 6.1 | 175.00 | 1,067.50 |
| AOF | Fagbore | 0.7 | 170.00 | 119.00 |
| BDG | Goodman | 48.3 | 283.50 | 13,693.05 |
| SGR | Rinehart | 0.9 | 562.50 | 506.25 |
| LWS | Stremba | 28.8 | 600.00 | 17,280.00 |
| KPW | Wallace | 0.9 | 225.00 | 202.50 |
| IZ | Zimerman | 10.2 | 270.00 | 2,754.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 09/16/10
Invoice Number 1303244
File No. 238379.000005
Page 11

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FOR COSTS AND EXPENSES INCURRED THROUGH 08/31/10**

| Date | Description | Amount |
|------|-------------|--------|
| 08/11/10 | "Goodman, Brett - 07/07/2010 - LEXIS" | 29.67 |
| 08/11/10 | "Goodman, Brett - 07/07/2010 - LEXIS" | 374.19 |
| 08/11/10 | "Goodman, Brett - 07/07/2010 - LEXIS" | 69.21 |
| 08/11/10 | "Goodman, Brett - 07/07/2010 - LEXIS" | 19.12 |
| | Total: | 492.19 |

Total Fees & Costs:    $49,778.99

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

| | | |
|---|---|---|
| **Payment Remittance Address** | | **For Payments by Wire** |
| Troutman Sanders LLP | | Wells Fargo Bank, N.A., Atlanta, Georgia |
| P.O. Box 933652 | | ABA #061000227 |
| Atlanta, Georgia 31193-3652 | | To Credit Troutman Sanders LLP |
| | Office Location: | Operating Account #2052700305792 |
| | The Chrysler Building | Reference Attorney: A. Cassirer |
| | 405 Lexington Ave | Reference Client: 238379 |
| | New York, NY 10174 | From International Locations please add Swift |
| | | Address/Code: PNBP US 33 |
| | Billing Inquiries: | |
| | 404-885-2508 | |

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
TROUTMAN SANDERS LLP
405 LEXINGTON AVENUE
New York, NY 10174

| | |
|---|---|
| Invoice Date | 09/16/10 |
| Submitted by | A. Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1303244 |
| File No. | 238379.000005 |

RE:    CASE ADMINISTRATION - SEC V. STARR

**Total Amount of This Invoice**          $49,778.99

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 09/16/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A Cassirer |
| TROUTMAN SANDERS LLP | Direct Dial | 212-704-6249 |
| 405 LEXINGTON AVENUE | Invoice No. | 1303245 |
| New York, NY 10174 | File No. | 238379.000007 |

**RE:    EMPLOYEE BENEFIT PENSIONS- SEC V. STARR**

Fees for Professional Services Rendered Through 08/31/10        $1,280.50

**Total Amount of This Invoice**       **$1,280.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 09/16/10
Invoice Number 1303245
File No. 238379.000007
Page 2

AURORA CASSIRER AS RECEIVER

EMPLOYEE BENEFIT PENSIONS- SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 08/03/10 | BDG | Draft and prepare letter to 401k beneficiaries (.5) | 0.5 | 141.75 |
| 08/03/10 | LWS | Call from third party administrator of 401(k) plan concerning excise tax and unfunded contribution issues; conference with Brett Goodman concerning drafting of notice to former employees regarding access to 401(k) funds | 0.3 | 180.00 |
| 08/05/10 | BDG | Revise letter to 401(k) plan beneficiaries and correspondence with J. Kenter regarding same (.5) | 0.5 | 141.75 |
| 08/06/10 | JAK | Revise letter to 401(k) participants | 0.5 | 300.00 |
| 08/09/10 | HEC | Prepare labels and envelopes and send letter to former employees regarding investment plan; email to S. Baretz regarding posting of same to website | 1.1 | 291.50 |
| 08/09/10 | LWS | Review email from third party plan administrator John Paxos concerning wording of notice letter to former employees and conference with Brett Goodman concerning same | 0.1 | 60.00 |
| 08/31/10 | HEC | Discussion with K. Wallace and draft termination letter for B. Hasselman | 0.2 | 53.00 |
| 08/31/10 | KPW | Arrange for termination letter to be drafted for Barbara Hasselman; revise termination letter | 0.5 | 112.50 |
| | | Totals | 3.7 | 1,280.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/10

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| HEC | Cohen | 1.3 | 265.00 | 344.50 |
| BDG | Goodman | 1.0 | 283.50 | 283.50 |
| JAK | Kenter | 0.5 | 600.00 | 300.00 |
| LWS | Stremba | 0.4 | 600.00 | 240.00 |
| KPW | Wallace | 0.5 | 225.00 | 112.50 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

| | | |
|---|---|---|
| **Payment Remittance Address** | | **For Payments by Wire** |
| Troutman Sanders LLP | | Wells Fargo Bank, N.A., Atlanta, Georgia |
| P.O. Box 933652 | | ABA #061000227 |
| Atlanta, Georgia 31193-3652 | | To Credit Troutman Sanders LLP |
| | Office Location: | Operating Account #2052700305792 |
| | The Chrysler Building | Reference Attorney: A  Cassirer |
| | 405 Lexington Ave | Reference Client: 238379 |
| | New York, NY 10174 | From International Locations please add Swift |
| | | Address/Code: PNBP US 33 |
| | Billing Inquiries: | |
| | 404-885-2508 | |

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
TROUTMAN SANDERS LLP
405 LEXINGTON AVENUE
New York, NY 10174

| | |
|---|---|
| Invoice Date | 09/16/10 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1303245 |
| File No. | 238379.000007 |

RE:    **EMPLOYEE BENEFIT PENSIONS- SEC V. STARR**

**Total Amount of This Invoice**                                    $1,280.50

## Summary of Additional Outstanding Invoices by Matter as of 09/16/10

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1290658 | $11,409.55 | $0.00 | $11,409.55 |
| | | $11,409.55 | 0.00 | $11,409.55 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**