**EXHIBIT 3**

**INVOICES FOR PERIODS COVERED BY SECOND FEE APPLICATION**

TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: 212-704-6000
Fax: 212-704-6288
Lee W. Stremba

*Attorneys for Aurora Cassirer, Receiver for*
*Starr Investment Advisors, LLC, Starr & Company, LLC*
*and Colcave, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
    :
SECURITIES AND EXCHANGE COMMISSION,    :
    :
         Plaintiff,    :
    :    10 CIV. 4270 (SHS)
-against-    :
    :
KENNETH IRA STARR, STARR INVESTMENT    :
ADVISORS, LLC, and STARR & COMPANY, LLC,    :
    :
         Defendants,    :
    :
DIANE PASSAGE and COLCAVE, LLC,    :
    :
         Relief Defendants.    :
    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### <u>INVOICES IN SUPPORT OF:</u>

**SECOND INTERIM APPLICATION OF AURORA CASSIRER,
RECEIVER, AND TROUTMAN SANDERS LLP, AS ATTORNEYS
FOR THE RECEIVER, FOR COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AND FOR
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES
INCURRED DURING THE SECOND INTERIM FEE PERIOD
FROM SEPTEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

# September 2010 Invoice

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 10/11/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1307322 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/10 | $8,150.00 |
| Costs and Expenses Through 09/30/10 | $1,063.55 |
| **Total Amount of This Invoice** | **$9,213.55** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 09/02/10 | AC | Conference with Kevin Wallace regarding various matters, including subpoenas, telephone call to Martin at Citi National regarding status of subpoena (.60); review, revise draft first report and motion to dispose of property, discussion regarding same (.30) ; email correspondence from James Jacaruso, replacement agent for Blare partners, discussion regarding same (.40); attempts to reach Tim Casey (.10) | 1.4 | 350.00 |
| 09/03/10 | AC | Telephone conference with Tim Casey regarding various matters (.30); review, revise first interim report(.60);  email correspondence, telephone calls with former clients/investors and discussions regarding same (.20); various administrative matters, including 401K distribution approvals, and matters dealing with disposition of property located at 850 Third Avenue; email correspondence with landlord for 850 Third Avenue (.40) | 1.5 | 375.00 |
| 09/07/10 | AC | Telephone conference with Lee Stremba regarding various investors and partnerships and upcoming court appearance (.30) | 0.3 | 75.00 |
| 09/08/10 | AC | Preparation for and court appearance; email correspondence with Kevin Wallace regarding Annie Leibovitz in preparation for meeting with representatives; email correspondence with landlord for 850 Third Avenue | 3.9 | 975.00 |
| 09/13/10 | AC | Email correspondence, telephone calls with former clients/investors, discussions regarding same (.20); review revise, finalize motion regarding disposal of furniture and fixtures (.20); various administrative matters including the disposal of the furniture and fixtures at 850 Third Avenue, 401K approvals (.40) | 0.8 | 200.00 |
| 09/14/10 | AC | Telephone calls, email correspondence with former clients/investors and discussions regarding same, including Karen Gartenberg, Tawfig Angwala re Rachel Melon, Faith Friedman regarding Diandra Douglas (.50); email correspondence with Landlord for 433 E. 74th Street (.20); office conference with Lee Stremba regarding various matters, including calls to USA Bosworth, Tim Casey (1.00); | 1.7 | 425.00 |
| 09/15/10 | AC | Email correspondence telephone calls regarding former clients/investors and discussions regarding same, including Lea Thompson files; various administrative matters dealing with vacating Starr offices, disposal of furniture fixtures; | 0.5 | 125.00 |
| 09/16/10 | AC | Various administrative matters with regard to office closing, 401k distributions | 0.5 | 125.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 10/11/10
Invoice Number 1307322
File No. 238379.000001
Page 3

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 09/17/10 | AC | Various administrative matters with regard to Starr office closing, 401k distribution approvals (.7); review revise Ken Starr fiduciary duty complaint (2.4) | 3.1 | 775.00 |
| 09/20/10 | AC | Various administrative matters and discussions concerning status of Starr & Company office move (.50); review of Schedule k1 re Blare partners (.10) | 0.6 | 150.00 |
| 09/21/10 | AC | Strategy meeting with Lee Stremba regarding various matters and telephone call with US Attorneys Lockard and Levin;(1.10); review of coordination agreements (1.50) discussion regarding vacatur re premises; review proof of claim from Pitney Bowes; correspondence from attorney for Arbor Commercial Mortgage LLC regarding 433 East 74th Street (.30) | 2.8 | 700.00 |
| 09/22/10 | AC | Travel to Mariano Brothers Warehouse in Connecticut to inspect artwork; discussions regarding same; various administrative matters | 6.0 | 1,500.00 |
| 09/26/10 | AC | Various administrative matters, email from CMC Interactive regarding electronic filing requirements; status on move and disposition of furniture and fixtures Starr offices; review amended vacatur order amended by Judge Stein; | 1.1 | 275.00 |
| 09/27/10 | AC | Various administrative matters, including email correspondence with Susan Logan regarding Form 5500 401K, discussions re same(1.10); former client/investor matters, including Mizrahi accounts receivable (.30); strategy conferences with Kevin Wallace and Lee Stremba regarding various items (.50); | 1.9 | 475.00 |
| 09/28/10 | AC | Various administrative matters, including email correspondence with Robin Topol, landlord's counsel regarding furniture and fixtures and vacating space (.50); review coordination agreements; office conference with Lee Stremba; (.90) | 1.4 | 350.00 |
| 09/29/10 | AC | Preparation for and meeting at DOJ (3.50); various administrative matters, including filing form 5500 with the DOL; email correspondence with Landlord's attorney for the Starr office space; email correspondence with Mariano Brothers regarding storage of artwork (1.10); continued review of coordination agreements (.50) | 5.1 | 1,275.00 |
| | | Totals | 32.6 | 8,150.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 10/11/10
Invoice Number 1307322
File No. 238379.000001
Page 4

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

## TIMEKEEPER TIME SUMMARY THROUGH 09/30/10

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| AC | Cassirer | 32.6 | 250.00 | 8,150.00 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 09/30/10

| Date | Description | Amount |
|---|---|---|
| 08/03/10 | Miscellaneous Expenses | 291.76 |
| 08/25/10 | Miscellaneous Expenses | 80.85 |
| 09/08/10 | Outside Courier Services | 70.62 |
| 09/08/10 | Outside Courier Services | 522.50 |
| 09/08/10 | Outside Courier Services | 66.62 |
| 09/09/10 | Outside Courier Services | 10.40 |
| 09/09/10 | Outside Courier Services | 10.40 |
| 09/09/10 | Outside Courier Services | 10.40 |
| | Total: | 1,063.55 |

Total Fees & Costs:    $9,213.55

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | |
| Troutman Sanders LLP | |
| 405 Lexinton Avenue | |
| New York, NY 10174 | |

| | |
|---|---|
| Invoice Date | 10/11/10 |
| Submitted by | A Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1307322 |
| File No. | 238379.000001 |

RE:     SEC v. STARR ET AL.

**Total Amount of This Invoice**          $9,213.55

**Summary of Additional Outstanding Invoices by Matter as of 10/11/10**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300568 | $33,125.00 | $0.00 | $33,125.00 |
| 08/03/10 | 1300609 | $16,823.00 | $0.00 | $16,823.00 |
| 09/16/10 | 1303241 | $10,574.00 | $0.00 | $10,574.00 |
| | | $60,522.00 | 0.00 | $60,522.00 |

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 10/11/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1307342 |
| New York, NY 10174 | File No. | 238379.000002 |

**RE:    ASSET ANALYSIS AND RECOVERY-SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/10 | $15,844.35 |
| Costs and Expenses Through 09/30/10 | $1,120.13 |
| **Total Amount of This Invoice** | **$16,964.48** |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 10/11/10
Invoice Number 1307342
File No. 238379.000002
Page 2

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 09/01/10 | AC | Review letter to Judge Stein from Starr's criminal counsel regarding Starr's motion to release untainted assets, email correspondence and discussion regarding same (.30); telephone call with Judge Stein regarding same and various other matters (.20); telephone call with Fation Spano of Core Development Group regarding status and update Colcave Apt. (.30); communications with Tim Casey (.20); various business matters, including finalize letter to Barbara Hasselman; coordinating visit to Mariano Warehouse re artwork (.50) | 1.5 | 375.00 |
| 09/01/10 | SGR | Review Manatt subpoena and objection letter (.50); conference with Wallace (.30); review Stanton and Simon settlement agreements (.60); telephone conference with Blum at Manatt (.60) | 2.0 | 1,125.00 |
| 09/01/10 | KPW | Meet with Steve Rinehart regarding the Manatt subpoena (.3); call Ron Blum from Manatt to discuss the production (.6) | 0.9 | 202.50 |
| 09/02/10 | KPW | Meet with Aurora Cassirer regarding the City National subpoena (.2); call a representative of City National (.1) | 0.3 | 67.50 |
| 09/03/10 | KPW | Call Neil Martin at City National (.3); meet with Aurora Cassirer and Brett Goodman regarding Winston & Strawn (.3); prepare documents for review (.1); meet with Natasha Braye regarding the production of Starr invoices (.1); call David Mills (.2) | 1.0 | 225.00 |
| 09/05/10 | KPW | Review documents produced by City National | 4.9 | 1,102.50 |
| 09/06/10 | KPW | Review documents produced by City National | 1.5 | 337.50 |
| 09/07/10 | BDG | Review of K. Wallace email correspondence regarding City National production | 0.1 | 28.35 |
| 09/07/10 | LWS | Meeting with Kevin Wallace concerning analysis of City National document production | 0.2 | 120.00 |
| 09/07/10 | KPW | Prepare documents to be reviewed (.3); email preliminary findings from City National documents (.4); return client messages (.4); meet with Lee Stremba regarding bank account records (.2) | 1.3 | 292.50 |
| 09/08/10 | LWS | Call with Richard Stempel concerning review of files requested by subpoena (.2); meeting with Kevin Wallace concerning drafting of a fiduciary duty complaint (.4) | 0.6 | 360.00 |
| 09/08/10 | KPW | Meet with Lee Stremba regarding complaint against Ken Starr (.3); meet with Steve Rinehart regarding complaint (.2); review documents produced by City National (2.1) | 2.6 | 585.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 10/11/10
Invoice Number 1307342
File No. 238379.000002
Page 3

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 09/09/10 | KPW | Research other examples of receivers bringing breach of fiduciary duty claims against corporate officers (1.3); draft complaint against Ken Starr alleging breaches of fiduciary duties (4.1) | 5.4 | 1,215.00 |
| 09/10/10 | KPW | Draft complaint against Ken Starr (1.2); review bank account records (1.6) | 2.8 | 630.00 |
| 09/13/10 | BDG | Review of correspondence from counsel to the Estate of Joan Stanton (.4) | 0.4 | 113.40 |
| 09/13/10 | SGR | Review draft complaint against Starr | 0.5 | 281.25 |
| 09/13/10 | LWS | Meeting with Kevin Wallace concerning drafting of complaint against Kenneth Starr | 0.2 | 120.00 |
| 09/13/10 | KPW | Meet with Lee Stremba regarding the complaint against Ken Starr(.2); revise complaint (2.4) | 2.6 | 585.00 |
| 09/14/10 | DNA | Review of additional materials on fraudulent conveyance theories | 2.1 | 897.75 |
| 09/14/10 | LWS | Emails with Receiver concerning approach to Starr for asset recovery assistance (.3); drafting work on complaint against Ken Starr and conferences with Kevin Wallace regarding additional issues to address (2.3) | 2.6 | 1,560.00 |
| 09/14/10 | KPW | Review the material related to Joan Stanton's dispute with Starr (1.8); prepare documents to be reviewed (.2); revise the complaint against Ken Starr (1.4) | 3.4 | 765.00 |
| 09/15/10 | DNA | Review additional materials on possible fraudulent conveyances | 0.8 | 342.00 |
| 09/15/10 | KPW | Revise complaint against Ken Starr (2.8); meet with Lee Stremba regarding the complaint (.5) | 3.3 | 742.50 |
| 09/17/10 | KPW | Review complaint (.2); review motion to reject leases (.3) | 0.5 | 112.50 |
| 09/20/10 | KPW | Review documents produced by City National (1.5) | 1.5 | 337.50 |
| 09/22/10 | LWS | Call from Receiver regarding her examination of Starrco property held in storage in Connecticut | 0.2 | 120.00 |
| 09/22/10 | KPW | Review complaint against Ken Starr (.5); meet with Lee Stremba regarding complaint (.3); review documents produced by City National (.7) | 1.5 | 337.50 |
| 09/24/10 | SGR | Review Stremba draft of complaint against Starr | 0.3 | 168.75 |
| 09/24/10 | LWS | Exchange of emails with Richard Stempel concerning examination of documents; meeting with Kevin Wallace regarding Stempel documents | 0.3 | 180.00 |
| 09/27/10 | KPW | Review documents produced by City National (.4); meet | 1.1 | 247.50 |

IN ACCOUNT WITH

Invoice Date 10/11/10
Invoice Number 1307342
File No. 238379.000002
Page 4

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | with Lee Stremba (.2); email Neil Martin at City National (.1); review documents produced by JP Morgan (.4) | | |
| 09/30/10 | BDG | Meet with R. Stempel at Stempel law firm offices with L. Stremba concerning Stempel representation of Starr companies estates(1.7); facilitate copying of Stempel Colcave files and prepare cover letter with request and confirmation of duplication (.4) | 2.1 | 595.35 |
| 09/30/10 | LWS | Preparations for and meeting with Richard Stempel of Stempel law firm to review materials responsive to subpoena and to interview Mr. Stempel concerning Starr transactions (2.5); R.Stempel call concerning contact from an attorney purporting to represent Ken Starr regarding Pastar deposit (.1) | 2.6 | 1,560.00 |
| 09/30/10 | KPW | Meet with Lee Stremba regarding various issues, including Leibovitz, the Stempel law firm, the Colcave mortgages, the Pastar deposit, and the status of discussions with the United States Attorney | 0.5 | 112.50 |
| | | Totals | 51.6 | 15,844.35 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| DNA | Anziska | 2.9 | 427.50 | 1,239.75 |
| AC | Cassirer | 1.5 | 250.00 | 375.00 |
| BDG | Goodman | 2.6 | 283.50 | 737.10 |
| SGR | Rinehart | 2.8 | 562.50 | 1,575.00 |
| LWS | Stremba | 6.7 | 600.00 | 4,020.00 |
| KPW | Wallace | 35.1 | 225.00 | 7,897.50 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FOR COSTS AND EXPENSES INCURRED THROUGH 09/30/10**

| Date | Description | Amount |
|------|-------------|-------:|
| 09/14/10 | Computer Research | 3.11 |
| 09/14/10 | Computer Research | 40.49 |
| 09/14/10 | Computer Research | 15.58 |
| 09/14/10 | Computer Research | 15.59 |
| 09/14/10 | Computer Research | 3.11 |
| 09/14/10 | Computer Research | 169.91 |
| 09/14/10 | Computer Research | 3.11 |
| 09/14/10 | Computer Research | 12.46 |
| 09/14/10 | Computer Research | 417.81 |
| 09/14/10 | Computer Research | 15.58 |
| 09/14/10 | Computer Research | 1.81 |
| 09/14/10 | Computer Research | 6.23 |
| 09/14/10 | Computer Research | 189.34 |
| 09/14/10 | Computer Research | 15.58 |
| 09/14/10 | Computer Research | 1.81 |
| 09/14/10 | Computer Research | 12.45 |
| 09/14/10 | Computer Research | 75.74 |
| 09/14/10 | Computer Research | 24.92 |
| 09/14/10 | Computer Research | 9.34 |
| 09/14/10 | Computer Research | 6.24 |
| 09/14/10 | Computer Research | 40.10 |
| 09/14/10 | Computer Research | 22.42 |
| 09/14/10 | Computer Research | 1.82 |
| 09/14/10 | Computer Research | 15.58 |
|  | Total: | 1,120.13 |

Total Fees & Costs:    $16,964.48

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 10/11/10 |
| Submitted by | A Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1307342 |
| File No. | 238379.000002 |

**RE:    ASSET ANALYSIS AND RECOVERY-SEC V. STARR**

**Total Amount of This Invoice**                    $16,964.48

**Summary of Additional Outstanding Invoices by Matter as of 10/11/10**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300570 | $56,898.30 | $0.00 | $56,898.30 |
| 08/03/10 | 1300611 | $33,935.12 | $0.00 | $33,935.12 |
| 09/16/10 | 1303242 | $29,353.97 | $0.00 | $29,353.97 |
| | | $120,187.39 | 0.00 | $120,187.39 |

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 10/11/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1307341 |
| New York, NY 10174 | File No. | 238379.000003 |

**RE:    ASSET DISPOSITION - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/10 | $4,956.25 |
| **Total Amount of This Invoice** | **$4,956.25** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 10/11/10
Invoice Number 1307341
File No. 238379.000003
Page 2

AURORA CASSIRER AS RECEIVER

ASSET DISPOSITION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 09/08/10 | BDG | Draft and prepare revised motion to dispose of furniture and reject contracts based on court hearing and discussions with A. Cassirer and L. Stremba | 1.3 | 368.55 |
| 09/09/10 | LWS | Drafting work on motion to approve disposition of furniture and equipment and rejection of contracts (3.5) | 3.5 | 2,100.00 |
| 09/13/10 | HEC | Cite-check and quote-check motion regarding asset disposition, discussions with B. Goodman regarding same; attention to formulating service list for FedEx and preparation of courtesy copies via regular mail to be sent; effectuate electronic filing and FedEx service | 2.6 | 689.00 |
| 09/13/10 | LWS | Final work on motion for authority to dispose of furniture and equipment, revisions to order for same and conferences with Brett Goodman and Harriet Cohen concerning completion of papers and service and filing issues | 1.4 | 840.00 |
| 09/17/10 | BDG | Correspondence with H. Cohen regarding mailings and affidavits of service and coordinate same | 0.2 | 56.70 |
| 09/21/10 | HEC | Draft and file affidavit of service of motion regarding furniture and equipment; emails with Messrs. Stremba and Goodman regarding same | 0.4 | 106.00 |
| 09/22/10 | HEC | Discussion with L. Stremba; assemble documents and prepare disk with proposed order for court; call to chambers and email to L. Stremba regarding submission of order | 0.3 | 79.50 |
| 09/23/10 | HEC | Send docket and order entered on furniture and equipment to team | 0.1 | 26.50 |
| 09/23/10 | LWS | Emails and calls with Tim Casey of SEC and Chambers of Judge Stein concerning Receiver's motion regarding disposition of furniture and equipment (.3); review order issued by Judge Stein and calls to liquidator BAC and Receiver and email to Morris Zimerman to advise of same (.5) | 0.8 | 480.00 |
| 09/27/10 | LWS | Conference with Morris Zimerman concerning removal of personal property items and servers to Troutman offices and status of BAC work to remove furniture and equipment | 0.2 | 120.00 |
| 09/30/10 | KPW | Arrange for pick up of vender's property from the Starr offices (.2); return client messages (.2) | 0.4 | 90.00 |
| | | Totals | 11.2 | 4,956.25 |

IN ACCOUNT WITH

Invoice Date 10/11/10
Invoice Number 1307341
File No. 238379.000003
Page 3

### TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

ASSET DISPOSITION - SEC V. STARR

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/10**

| Initials | Name | Hours | Rate | Amount |
|----------|---------|-------|--------|----------|
| HEC | Cohen | 3.4 | 265.00 | 901.00 |
| BDG | Goodman | 1.5 | 283.50 | 425.25 |
| LWS | Stremba | 5.9 | 600.00 | 3,540.00 |
| KPW | Wallace | 0.4 | 225.00 | 90.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | |
| Troutman Sanders LLP | |
| 405 Lexinton Avenue | |
| New York, NY 10174 | |

Invoice Date               10/11/10
Submitted by            A  Cassirer
Direct Dial            212-704-6249
Invoice No.                1307341
File No.              238379.000003

RE:    **ASSET DISPOSITION - SEC V. STARR**

**Total Amount of This Invoice**          $4,956.25



# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 10/11/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1307344 |
| New York, NY 10174 | File No. | 238379.000004 |

**RE:    BUSINESS OPERATIONS - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/10 | $5,126.20 |
| Costs and Expenses Through 09/30/10 | $10,611.48 |
| **Total Amount of This Invoice** | **$15,737.68** |

IN ACCOUNT WITH

Invoice Date 10/11/10
Invoice Number 1307344
File No. 238379.000004
Page 2

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 09/01/10 | KEK | Supervise pick up of containers to offsite storage and indexing and storing additional documents. Final sweeps conducted in each office as boxes are removed. | 4.3 | 193.50 |
| 09/01/10 | TPM | Supervise pick up of containers to offsite storage and indexing and storing additional documents. Final sweeps conducted in each office as boxes are removed. | 5.0 | 125.00 |
| 09/02/10 | KPW | Return client messages | 0.7 | 157.50 |
| 09/07/10 | KEK | Supervise pick up of containers to offsite storage and indexing and storing additional documents. Final sweeps conducted in each office as boxes are removed. Working on entering index into word. | 8.0 | 360.00 |
| 09/07/10 | TPM | Supervise pick up of  to offsite storage and indexing and storing additional documents. Final sweeps conducted in each office as boxes are removed. | 4.5 | 112.50 |
| 09/08/10 | KPW | Prepare for meeting with Leibovitz's accountant (.6); meet with Steve Rinehart regarding Leibovitz (.4); email Leibovitz's representatives (.2); meet with Moe Zimerman regarding closing the Starr offices (.3); meet with Roseann Lechase, Shirley Klein, and Fran Nicholes regarding various projects, including reproducing outstanding invoices, organizing client correspondence, and forwarding Starr client mail (1.3); meet with Fran Nicholes (.3) | 3.1 | 697.50 |
| 09/09/10 | KEK | Supervised removal of boxes from Starr Premises. Indexed additional documents located during clean up. | 5.0 | 225.00 |
| 09/09/10 | TPM | Supervised removal of boxes from Starr Premises. Indexed additional documents located during clean up. | 5.0 | 125.00 |
| 09/09/10 | KPW | Return client messages | 1.4 | 315.00 |
| 09/10/10 | KPW | Return client messages | 0.7 | 157.50 |
| 09/13/10 | KPW | Return client messages (1.1); arrange for pick-up of client mail by the client representatives (.3); meet with Harriet Cohen regarding accounts payable (.2); meet with Shirley Klein regarding the Starr client mail (.2) | 1.8 | 405.00 |
| 09/14/10 | LWS | Return call to John Shaw of the St. Louis Rams concerning investment in Blacap and other Starr investments recommended by Starr | 0.3 | 180.00 |
| 09/14/10 | KPW | Return client messages (.5); assist Annie Leibovitz's representatives (.9); meet with Lee Stremba regarding the Starr computers (.2); email Bob Beranger at the IRS (.1) | 1.7 | 382.50 |
| 09/15/10 | KPW | Correspond with Jeremy Margolis of Glass Note (.2); return | 1.9 | 427.50 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

ATTORNEYS AT LAW

Invoice Date 10/11/10
Invoice Number 1307344
File No. 238379.000004
Page 3

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | client messages (1.4); meet with Lee Stremba regarding Lea Thompson (.3) | | |
| 09/16/10 | KPW | Return client message (.1); meet with Shirley Klein regarding the Starr mail (.1); meet with Lee Stremba regarding Mellon (.1) | 0.3 | 67.50 |
| 09/17/10 | KPW | Meet with Shirley Klein regarding the client mail (.1); return client messages (.2); prepare material for Mellon's representatives (.1) | 0.4 | 90.00 |
| 09/20/10 | KPW | Meet with Shirley Klein (.1); arrange for client representatives to pick up client mail (.4); return client messages and update client information (1.1) | 1.6 | 360.00 |
| 09/21/10 | KPW | Meet with Shirley Klein (.1); return client messages (.4) | 0.5 | 112.50 |
| 09/24/10 | KPW | Meet with Lee Stremba (.1); meet with Fran Nicholes (.1); email Bob Beranger of the IRS (.1); meet with Shirley Klein (.1) | 0.4 | 90.00 |
| 09/27/10 | KPW | Meet with Fran Nicholes (.1); return client messages (.8) | 0.9 | 202.50 |
| 09/28/10 | BDG | Review and revisions to status report and financial reports of receivership estates | 0.9 | 255.15 |
| 09/29/10 | BDG | Attend to Starr bank statements for financial report | 0.3 | 85.05 |
| | | Totals | 48.7 | 5,126.20 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| BDG | Goodman | 1.2 | 283.50 | 340.20 |
| KEK | Kos | 17.3 | 45.00 | 778.50 |
| TPM | Marion | 14.5 | 25.00 | 362.50 |
| LWS | Stremba | 0.3 | 600.00 | 180.00 |
| KPW | Wallace | 15.4 | 225.00 | 3,465.00 |

IN ACCOUNT WITH

**T**ROUTMAN **S**ANDERS **LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 10/11/10
Invoice Number 1307344
File No. 238379.000004
Page 4

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

**FOR COSTS AND EXPENSES INCURRED THROUGH 09/30/10**

| Date | Description | Amount | |
|------|-------------|--------|--|
| 06/30/10 | Professional Services | 10,611.48 | |
| | | Total: | 10,611.48 |
| | | Total Fees & Costs: | $15,737.68 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | |
| Troutman Sanders LLP | |
| 405 Lexinton Avenue | |
| New York, NY 10174 | |

| | |
|---|---|
| Invoice Date | 10/11/10 |
| Submitted by | A Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1307344 |
| File No. | 238379.000004 |

**RE:**    **BUSINESS OPERATIONS - SEC V. STARR**

**Total Amount of This Invoice**    $15,737.68

**Summary of Additional Outstanding Invoices by Matter as of 10/11/10**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1290661 | $35,075.85 | $0.00 | $35,075.85 |
| 08/03/10 | 1300613 | $7,289.15 | $0.00 | $7,289.15 |
| 09/16/10 | 1303243 | $13,701.30 | $0.00 | $13,701.30 |
| | | $56,066.30 | 0.00 | $56,066.30 |

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 10/11/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1307343 |
| New York, NY 10174 | File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/10 | $23,054.65 |
| **Total Amount of This Invoice** | **$23,213.65** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 10/11/10
Invoice Number 1307343
File No. 238379.000005
Page 2

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 09/01/10 | HEC | Emails regarding scheduling appointment with Mariano Brothers (.1); attention to correspondence, update files and master index accordingly (.9) | 1.0 | 265.00 |
| 09/01/10 | BDG | Calls with A. Stoef regarding Starr correspondence (.1); review of letter from F. Edwards regarding release of K. Starr's personal assets (.1) | 0.2 | 56.70 |
| 09/02/10 | HEC | Attention to files, correspondence and master indices (.9); update database, attention to administrative and organizational matters (.4) | 1.3 | 344.50 |
| 09/02/10 | BDG | Review of correspondence concerning Blare Partners replacement agent | 0.1 | 28.35 |
| 09/03/10 | BDG | Discussions with K. Wallace and A. Cassirer regarding status report and furniture motion and Bristol transfer analysis | 0.2 | 56.70 |
| 09/07/10 | LWS | Review email inquiries from James Jiacusa concerning Blare Partners and advise Receiver (.2); call with Receiver regarding conversation with Tim Casey of the SEC and preparations for upcoming court hearing (1.0); call with Tim Casey concerning suggestions for format and content of invoices and issues relating to disposition of property (.7) | 1.9 | 1,140.00 |
| 09/08/10 | LWS | Court appearance for proceedings relating to Starr and Passage motions for access to frozen funds and SEC request for limited discovery and for report regarding vacating of Starr & Company offices (2.5) | 2.5 | 1,500.00 |
| 09/10/10 | DNA | Review Starr plea documents; pull and analyze Petters coordination agreement materials and motion papers | 1.5 | 641.25 |
| 09/10/10 | BDG | Review of Starr Guilty Plea and correspondence regarding same | 0.4 | 113.40 |
| 09/10/10 | LWS | Call from Mr. Kaufman, attorney for Arbor, concerning mortgage on Colcave apartment and regarding developments in receivership proceedings (.4); review Kenneth Starr guilty plea and related docket entries and news reports, analysis of impact upon receivership and advise Receiver of same (2.0) | 2.4 | 1,440.00 |
| 09/13/10 | DNA | Further analysis of Petters coordination agreement; further review of motion papers and backup relating thereto; confer with Stremba regarding same | 2.3 | 983.25 |
| 09/13/10 | HEC | Attention to mail and correspondence, update files and master contact list (.8); review status of case dockets (.2 | 1.0 | 265.00 |
| 09/13/10 | AOF | Resaerch to retrieve westlaw case law for Lee Stremba | 0.4 | 68.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S  A T  L A W

Invoice Date 10/11/10
Invoice Number 1307343
File No. 238379.000005
Page 3

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 09/13/10 | BDG | Draft proposed order to rejection/disposition motion (1.1); prepare notice of motion (.4); revise motion to reject leases and dispose property and order regarding same (1.2); prepare for filing and facilitate same (.5) | 3.2 | 907.20 |
| 09/13/10 | LWS | Respond to email inquiry from Peter Koffler of Blackstone regarding contact information for Marlo Thomas (.2); call from Jim Jacaruso, accountant for Blare Partners, regarding preparation of partnership tax returns (.3); Alex Levy of Judd Bernstein PC call concerning his client Dan Klore's interest in Blaam and other Starr related investments (.3) | 0.8 | 480.00 |
| 09/14/10 | HEC | Attention to mail, notices, correspondence, files, update accordingly (.8); attention to invoice review and summary (.3) | 1.1 | 291.50 |
| 09/14/10 | LWS | Meeting with Receiver concerning Starr guilty plea, status of vacating Starr offices and subjects for investigation and call with Receiver to Michael Bosworth of the DOJ | 1.0 | 600.00 |
| 09/15/10 | HEC | Arrangements for warehouse visit for A. Cassirer (.1); call from Mr. Cardillo regarding Denali automobile and email to team regarding same (.1); attention to files, correspondence, indices and master contact list and update all accordingly (.8) | 1.0 | 265.00 |
| 09/16/10 | HEC | Attention to mail, notices, files and update indices and contact list accordingly (.9); arrangements for warehouse visit for A. Cassirer (.1); review dockets and send criminal docket to team (.1) | 1.1 | 291.50 |
| 09/17/10 | IZ | Checked various documents - organize | 2.0 | 540.00 |
| 09/21/10 | BDG | Review of proof of claim letter from Pitney Bowes (.1); review of letter from Arbor Commercial Mortgage concerning notice (.1) | 0.1 | 28.35 |
| 09/21/10 | LWS | Exchanges of emails with Carlos Mas, counsel to Barish, and Karen Gartenberg of Milbank, counsel to Mellon, concerning Metaweb stock certificate (.3); meeting with Receiver and call with Receiver to Michael Lockard and Sharon Levin concerning coordination and cooperation issues (1.0); Karen Gartenberg call concerning Metaweb stock certificate (.1) | 1.4 | 840.00 |
| 09/22/10 | DNA | Further analysis of coordination relationships; confer with Stremba regarding same | 1.2 | 513.00 |
| 09/22/10 | LWS | Respond to email from former employee concerning contact information for her former bosses; exchange of emails with Tim Casey of the SEC regarding Receiver and | 0.3 | 180.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S  A T  L A W

Invoice Date 10/11/10
Invoice Number 1307343
File No. 238379.000005
Page 4

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | Troutman invoices | | |
| 09/23/10 | DNA | Further review of coordination article | 0.9 | 384.75 |
| 09/24/10 | BDG | Discussions with L. Stremba regarding status report | 0.2 | 56.70 |
| 09/24/10 | LWS | Emails with DOJ concerning arrangements for meeting | 0.1 | 60.00 |
| 09/24/10 | LWS | Compiling of information and drafting work on quarterly status and financial report | 3.5 | 2,100.00 |
| 09/27/10 | HEC | Work on fee app, exhibits, calculations, certification, info required by Billing Instructions, et al. | 0.0 | 0.00 |
| 09/27/10 | HEC | Review and update files; attention to administrative and organizational matters | 0.4 | 106.00 |
| 09/27/10 | LWS | Compilation and drafting work on quarterly status and financial report | 3.0 | 1,800.00 |
| 09/27/10 | IZ | Calls to court, research regarding proceedings | 1.0 | 270.00 |
| 09/28/10 | HEC | Attention to files, database, administrative and organizational matters (.6); review status of dockets (.2); meetings and discussions with L. Stremba and team and compiling information, invoices, bank account details, for payables listing and maintenance (1.9) | 2.7 | 715.50 |
| 09/28/10 | LWS | Meetings with Harriet Cohen and staff members concerning preparation of payables accounting system for receivership estates (.4); conference with Receiver concerning financial reporting requirements and preparation of payables system (.3) drafting work on Receiver's status report (2.0) | 2.7 | 1,620.00 |
| 09/29/10 | HEC | Discussions with L. Stremba and work on accounts payable project, review of invoices and bank accounts (2.4); review and update files, database and administrative and organizational matters (.4) | 2.8 | 742.00 |
| 09/29/10 | LWS | Outlining points and assembling materials for discussion with DOJ and emails with Receiver regarding same(1.4), and meeting with Michael Lockard and Sharon Levin of DOJ concerning asset recovery, claims administration and administrative expense issues (2.0); meeting with Harriet Cohen and Shirley Kline concerning preparation of payables data base and reporting system for receivership estates (.3) | 3.7 | 2,220.00 |
| 09/30/10 | HEC | Attention to files, database, administrative and organizational matters (.8); review documents, payables, invoices and statements and compile bank accounts for Starr & Co. SIA and Colcave, discussions with L. Stremba regarding same and prepare chart for L. Stremba (2.3); deliver redwelds to Stempl firm for B. Goodman and obtain | 3.4 | 901.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 10/11/10
Invoice Number 1307343
File No. 238379.000005
Page 5

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | lease (.3) | | |
| 09/30/10 | LWS | Meetings with staff concerning preparation of payables data base for receivership estates | 0.4 | 240.00 |
| | | Totals | 53.2 | 23,213.65 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| DNA | Anziska | 5.9 | 427.50 | 2,522.25 |
| HEC | Cohen | 15.8 | 265.00 | 4,187.00 |
| AOF | Fagbore | 0.4 | 170.00 | 68.00 |
| BDG | Goodman | 4.4 | 283.50 | 1,247.40 |
| LWS | Stremba | 23.7 | 600.00 | 14,220.00 |
| IZ | Zimerman | 3.0 | 270.00 | 810.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 09/30/10**

| Date | Description | Amount |
|------|-------------|--------|
| | Total: | 0.00 |

Total Fees & Costs:    $23,213.65

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date                10/11/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by             A  Cassirer |
| Troutman Sanders LLP | Direct Dial              212-704-6249 |
| 405 Lexinton Avenue | Invoice No.                 1307343 |
| New York, NY 10174 | File No.            238379.000005 |

RE:    **CASE ADMINISTRATION - SEC V. STARR**

**Total Amount of This Invoice**          $23,213.65

**Summary of Additional Outstanding Invoices by Matter as of 10/11/10**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300569 | $55,531.40 | $0.00 | $55,531.40 |
| 08/03/10 | 1300612 | $48,018.62 | $0.00 | $48,018.62 |
| 09/16/10 | 1303244 | $49,778.99 | $0.00 | $49,778.99 |
| | | $153,329.01 | 0.00 | $153,329.01 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 10/11/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1307345 |
| New York, NY 10174 | File No. | 238379.000006 |

**RE:    CLAIMS ADMINISTRATION AND OBJECTIONS**

Fees for Professional Services Rendered Through 09/30/10                      $360.00

**Total Amount of This Invoice        $360.00**

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 10/11/10
Invoice Number 1307345
File No. 238379.000006
Page 2

AURORA CASSIRER AS RECEIVER

CLAIMS ADMINISTRATION AND OBJECTIONS

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 09/13/10 | LWS | Review letter from Stanton counsel regarding factual background and history of Stanton's claims against Starr | 0.3 | 180.00 |
| 09/21/10 | LWS | Exchange or emails from former employee concerning claims process; exchange of emails with Milbank, counsel to Mellon, regarding claims process | 0.3 | 180.00 |
| | | Totals | 0.6 | 360.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| LWS | Stremba | 0.6 | 600.00 | 360.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | |
| Troutman Sanders LLP | |
| 405 Lexinton Avenue | |
| New York, NY 10174 | |

| | |
|---|---|
| Invoice Date | 10/11/10 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1307345 |
| File No. | 238379.000006 |

RE:    **CLAIMS ADMINISTRATION AND OBJECTIONS**

**Total Amount of This Invoice**          $360.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 10/11/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1307340 |
| New York, NY 10174 | File No. | 238379.000007 |

**RE:   EMPLOYEE BENEFIT PENSIONS- SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/10 | $1,275.00 |
| **Total Amount of This Invoice** | **$1,275.00** |

IN ACCOUNT WITH

Invoice Date 10/11/10
Invoice Number 1307340
File No. 238379.000007
Page 2

**TROUTMAN SANDERS LLP**

A T T O R N E Y S  A T  L A W

AURORA CASSIRER AS RECEIVER

EMPLOYEE BENEFIT PENSIONS- SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 09/10/10 | KPW | Call former employee regarding health insurance question (.4); resend termination letter (.1) | 0.5 | 112.50 |
| 09/14/10 | LWS | Call from former Starr employee Erik Lowenstein concerning medical bills,claims process and case developments | 0.3 | 180.00 |
| 09/22/10 | KPW | Return former employee's phone call regarding health insurance (.3) | 0.3 | 67.50 |
| 09/27/10 | SPL | Office conference with C. Ludwig regarding electronic signature credentials for Starr 401(k) plan; research regarding signature credentials | 0.6 | 132.00 |
| 09/27/10 | CJL | Telephone conference with Jonathan Kenter; office conference with Susan Logan regarding Form 5500 filing | 0.5 | 142.50 |
| 09/27/10 | LWS | Call from former manager Michael Kenter concerning healthcare payments | 0.1 | 60.00 |
| 09/27/10 | KPW | Answer former employee's question regarding their health insurance | 0.2 | 45.00 |
| 09/28/10 | SPL | Preparation of e-mail regarding signing credentials; preparation of response to CMC Interactive regarding same | 0.3 | 66.00 |
| 09/29/10 | SPL | Enter data on Department of Labor website to obtain electronic signature credentials; preparation of e-mails regarding same | 0.4 | 88.00 |
| 09/30/10 | SPL | Forward signature credentials to R. Cassirer; review completed 5500 | 0.8 | 176.00 |
| 09/30/10 | CJL | Office conference with Susan Logan regarding Form 5500 | 0.3 | 85.50 |
| 09/30/10 | LWS | Former employee call concerning health claims and benefits | 0.2 | 120.00 |
| | | Totals | 4.5 | 1,275.00 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

EMPLOYEE BENEFIT PENSIONS- SEC V. STARR

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/10**

| Initials | Name | Hours | Rate | Amount |
|----------|---------|-------|--------|--------|
| SPL | Logan | 2.1 | 220.00 | 462.00 |
| CJL | Ludwig | 0.8 | 285.00 | 228.00 |
| LWS | Stremba | 0.6 | 600.00 | 360.00 |
| KPW | Wallace | 1.0 | 225.00 | 225.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | |
| Troutman Sanders LLP | |
| 405 Lexinton Avenue | |
| New York, NY 10174 | |

| | |
|---|---|
| Invoice Date | 10/11/10 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1307340 |
| File No. | 238379.000007 |

RE:    **EMPLOYEE BENEFIT PENSIONS- SEC V. STARR**

**Total Amount of This Invoice**        $1,275.00

**Summary of Additional Outstanding Invoices by Matter as of 10/11/10**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1290658 | $11,409.55 | $0.00 | $11,409.55 |
| 08/03/10 | 1300610 | $240.00 | $0.00 | $240.00 |
| 09/16/10 | 1303245 | $1,280.50 | $0.00 | $1,280.50 |
| | | $12,930.05 | 0.00 | $12,930.05 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# October 2010 Invoice

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 11/09/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1313529 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

Fees for Professional Services Rendered Through 10/31/10          $9,175.00

**Total Amount of This Invoice          $9,175.00**

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 11/09/10
Invoice Number 1313529
File No. 238379.000001
Page 2

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.


**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 10/04/10 | AC | Review letter to Flora Edwards; update on meeting with Richard Stempel review Kenneth Starr's financials, KIS City National Loan (1.00); strategy discussions with Kevin Wallace regarding the aforementioned matters and other matters; review revise complaint against Starr; review documents from Barbara Biben requesting a search for records of investments for ███████████ (1.2); strategy discussion with Lee Stremba (.20); various administrative matters relating to warehouse retrieval costs and moving forward with former client/investor requests for files; email correspondence regarding /DOL Form 5500 (1.90); | 3.3 | 825.00 |
| 10/05/10 | AC | Preparation for and meeting with Starr team (1.1); review additional documents from Barbara Biben regarding Starr Investments for ████ discussions regarding same (.30); office conference with Steve Rinehart regarding Manatt subpoena (.40); various administrative matters, including, but not limited to, email correspondence with ████████ regarding 5500 filing; 401K distribution approval (1.30) | 3.1 | 775.00 |
| 10/06/10 | AC | Review revise memo dealing with Starr claim against ████████ and ████████████, office conference with Kevin Wallace regarding same (1.70); office conference with Steve Rhinehart, call to Ronald Blum, review Blum correspondence regarding same (.50); various administrative matters dealing with vacating Starr offices, form 5500 and 401K distributions (1.2) | 3.4 | 850.00 |
| 10/07/10 | AC | Various business administrative matters, including email correspondence regarding form 5500 filing; 401K distribution approvals (1.30); conferences regarding surrender of lease; review surrender and termination agreement (.80) | 2.1 | 525.00 |
| 10/08/10 | AC | Various business administrative matters, including conferences re vacating the office space; finalize lease surrender agreement (.60); email correspondence from former clients and their representatives regarding release of files, including ████████████ Citrn Cooperman, discussions regarding same, subpoena and moving forward, review correspondence with US attorneys re same (.50) | 1.1 | 275.00 |
| 10/11/10 | AC | Various business matters, including, but not limited to filing of form 5500 (.30); email correspondence and discussions regarding Thelen subpoena (.40) | 0.7 | 175.00 |
| 10/12/10 | AC | Various business adminsitrative matters (.80); continued discussions regarding Thelen subpoena and strategy | 1.1 | 275.00 |

IN ACCOUNT WITH

Invoice Date 11/09/10
Invoice Number 1313529
File No. 238379.000001
Page 3

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | moving forward (.20); email correspondence with USA Attorney regarding subpoenas (.1) | | |
| 10/13/10 | AC | Review, revise letter to Flora Edwards, discussions regarding same (.40); review final fee application (.10); email correspondence regarding ███████████ and ███████████ and discussions regarding same (.30); correspondence from US attorney re release of Receiver from subpoena (.10); various business administrative matters (.50) | 1.4 | 350.00 |
| 10/19/10 | AC | Various business administrative matters (1.10); numerous emails and telephone conference with Ron Starr and ███████████ and email correspondence with other former investors regarding fraudulent transactions (.70); email correspondence and strategy discussions regarding ██████ (.40); | 2.2 | 550.00 |
| 10/20/10 | AC | Various administrative business matters, including matters regarding Mariano Brothers storage, 401K distribution approvals; review of U5 form (1.3); email correspondence, discussions regarding fraudulent transactions (.30); discussions moving forward with requests for files (.30) | 1.9 | 475.00 |
| 10/21/10 | AC | Various business matters (1.2); review revise draft order regarding client files (.3); email correspondence and discussions regarding status of various former/client matters including ███████████ (.9) | 2.4 | 600.00 |
| 10/22/10 | AC | Meeting with Starr team (.9); conferences with Lee Stremba and Steve Rhinehart; review Kirschner decision (1.3) | 2.2 | 550.00 |
| 10/25/10 | AC | Various business administrative matters, including, but not limited to review contract from Quench re machine lease, review and discuss Starr 2009 form 5330 (2.00); email correspondence with Ron Starr re another attempted fraudulent transaction (.30) | 2.3 | 575.00 |
| 10/26/10 | AC | Various business administrative matters; telephone call from Roger Marion, counsel for 433 E. 74th Street condo regarding common charges; email correspondence with Ron Starr regarding filing U5 (1.1); office conference with Brett Goodman regarding various matters (.3); review documents from Thelen in response to subpoena (1.2) | 2.6 | 650.00 |
| 10/27/10 | AC | Various business administration matters, including but not limited to, email correspondence and discussions regarding Form U5 and Form 5300; storage facilities (2.00); review revise letter to clients regarding their files; review revise draft letter to SEC regarding SIA's cessation of business operations as a registered advisor (.90); review finalize complaint against Ken Starr (.80) review and discuss Bank | 4.3 | 1,075.00 |

IN ACCOUNT WITH

Invoice Date 11/09/10
Invoice Number 1313529
File No. 238379.000001
Page 4

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | America v. Starr (.30); review judgment City National v. Starr (.30) | | |
| 10/28/10 | AC | Various business matters, including email correspondence regarding 2009 form 5330 (.50); preliminary review and revision ▮▮▮▮▮▮ complaint (.60) | 1.1 | 275.00 |
| 10/29/10 | AC | Various business administrative matters (.70); preliminary review of ▮▮▮▮▮▮ complaint (.80) | 1.5 | 375.00 |
| | | Totals | 36.7 | 9,175.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 10/31/10

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cassirer | 36.7 | 250.00 | 9,175.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | |
| Troutman Sanders LLP | |
| 405 Lexinton Avenue | |
| New York, NY 10174 | |

| | |
|---|---|
| Invoice Date | 11/09/10 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1313529 |
| File No. | 238379.000001 |

RE:    SEC v. STARR ET AL.

**Total Amount of This Invoice**            $9,175.00

**Summary of Additional Outstanding Invoices by Matter as of 11/09/10**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300568 | $33,125.00 | $0.00 | $33,125.00 |
| 08/03/10 | 1300609 | $16,823.00 | $0.00 | $16,823.00 |
| 09/16/10 | 1303241 | $10,574.00 | $0.00 | $10,574.00 |
| 10/11/10 | 1307322 | $9,213.55 | $0.00 | $9,213.55 |
| | | $69,735.55 | 0.00 | $69,735.55 |

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 11/09/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1313816 |
| New York, NY 10174 | File No. | 238379.000002 |

**RE:    ASSET ANALYSIS AND RECOVERY-SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/10 | $26,252.85 |
| Costs and Expenses Through 10/31/10 | $7,169.09 |
| **Total Amount of This Invoice** | **$33,421.94** |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 11/09/10
Invoice Number 1313816
File No. 238379.000002
Page 2

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 10/01/10 | LWS | Richard Stempel call concerning Pastar deposit and contact from attorney purporting to represent Kenneth Starr | 0.3 | 180.00 |
| 10/01/10 | KPW | Review summary of material produced by Stempel | 0.2 | 45.00 |
| 10/04/10 | BDG | Review of second circuit decision in CFTC v. Walsh concerning Starr fraudulent proceeds and marital property | 0.7 | 198.45 |
| 10/04/10 | SGR | Review latest draft of complaint against Starr (.10); conference with K. Wallace regarding █████.2) | 0.3 | 168.75 |
| 10/04/10 | LWS | Drafting work on fiduciary duty complaint against Kenneth Starr and circulate to Receiver and Steve Rinehart for final review | 1.1 | 660.00 |
| 10/04/10 | KPW | Review documents produced by City National | 2.8 | 630.00 |
| 10/05/10 | BDG | Further review of recent Second Circuit decision for discussion with A. Cassirer regarding marital property (.5); discussions with K. Wallace regarding memorandum on ████████and NY case law (.3); review and revise memorandum (.9); review of version 2 and revisions regarding same (.4) | 2.1 | 595.35 |
| 10/05/10 | SGR | Conference with Cassirer regarding█████ | 0.2 | 112.50 |
| 10/05/10 | KPW | Review documents produced by City National (1.5); meet with Brett Goodman regarding potential lawsuit against Winston and Strawn (.3); research partnership liability based on actions of individual partner (1.1); draft memorandum regarding potential claims against████████████████(1.7); meet with Brett Goodman regarding memorandum (.4); revise memorandum (.7) | 5.7 | 1,282.50 |
| 10/06/10 | BDG | Discussions with K. Wallace regarding █████ memorandum | 0.2 | 56.70 |
| 10/06/10 | KPW | Review documents produced by City National | 0.9 | 202.50 |
| 10/07/10 | SH | Communication with Lee Stremba and Kevin Wallace regarding document review regarding Winston and Strawn response to document subpoena | 0.4 | 78.00 |
| 10/07/10 | SGR | Telephone conference with R. Blum of Manatt regarding subpoena | 0.4 | 225.00 |
| 10/07/10 | LWS | Conference with Receiver concerning█████ █████issues (.3); meeting with paralegal Sarah Harris-Finkel and Kevin Wallace concerning review and summary | 0.7 | 420.00 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 11/09/10
Invoice Number 1313816
File No. 238379.000002
Page 3

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | of Bristol and Winston documents (.4) | | |
| 10/07/10 | KPW | Return client messages (.3); meet with Lee Stremba (.1); meet with the records department regarding client files at the warehouse (.1); meet with Emily Steger regarding client mail (.1); meet with Lee Stremba and Sarah Harris-Finkel (.4); discuss the client files with Ken Kos (.1) | 1.1 | 247.50 |
| 10/11/10 | SH | Document review regarding Jonathan Bristol and Winston & Strawn | 1.9 | 370.50 |
| 10/11/10 | LWS | Exchange of emails with Thelen trustee counsel concerning privilege issue (.5) | 0.5 | 300.00 |
| 10/12/10 | SH | Review documents from Winston & Strwan regarding Jonathan Bristol | 4.8 | 936.00 |
| 10/12/10 | LWS | Review and annotate Thelen trustee's list of Starr documents and email list with request for copies of marked items | 0.6 | 360.00 |
| 10/13/10 | SH | Review documents produced in response to Winston & Strawn subpoena | 2.3 | 448.50 |
| 10/13/10 | LWS | Conference with Receiver concerning request for meeting with Kenneth Starr, revise letter to Flora Edwards, review with Receiver and send | 0.7 | 420.00 |
| 10/14/10 | SH | Review documents produced in response to Winston & Strawn subpoena | 3.5 | 682.50 |
| 10/15/10 | IZ | Checking documents, calls | 1.0 | 270.00 |
| 10/18/10 | BDG | Review of  New York preference and avoidance causes of action for ▉▉▉▉▉▉complaint | 1.7 | 481.95 |
| 10/18/10 | SH | Document review regarding Winston & Strawn response to document subpoena | 6.7 | 1,306.50 |
| 10/19/10 | BDG | Review of New York fraudulent transfer laws and recent decisions and actions in New York receivership proceedings in preparation for drafting of ▉▉▉▉▉ complaint | 1.6 | 453.60 |
| 10/19/10 | SH | Document review regarding Winston & Strawn response to document subpoena | 2.0 | 390.00 |
| 10/20/10 | KPW | Draft complaint against ▉▉▉▉▉▉▉▉▉ | 2.3 | 517.50 |
| 10/21/10 | SH | Document review regarding Winston & Strawn response to subpoena | 4.5 | 877.50 |
| 10/21/10 | KPW | Draft complaint against ▉▉▉▉▉▉ | 3.6 | 810.00 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 11/09/10
Invoice Number 1313816
File No. 238379.000002
Page 4

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | ██████ | | |
| 10/22/10 | SGR | Team meeting (.90); review recent Second Circuit decision on adverse interest exception to imputation rule (.40) | 1.3 | 731.25 |
| 10/25/10 | SH | Document review regarding Winston & Strawn response to subpoena | 6.2 | 1,209.00 |
| 10/25/10 | SGR | Review and edit ████████████ complaint | 0.7 | 393.75 |
| 10/25/10 | LWS | Meeting with Kevin Wallace regarding drafting of ██████ complaint, bank document review work and review of Starrco emails | 0.3 | 180.00 |
| 10/25/10 | KPW | Meet with Lee Stremba regarding complaint against ████████████████ (.3); revise complaint (2.2); review case law related to in pari delicto defense (1.4); meet with Steve Rinehart regarding complaint (.4); meet with Lee Stremba (.2) | 4.5 | 1,012.50 |
| 10/26/10 | SH | Document review regarding Winston & Strawn response to subpoena | 4.2 | 819.00 |
| 10/26/10 | KPW | Review documents produced by Thelen Reid | 3.2 | 720.00 |
| 10/27/10 | BDG | Meet with L. Stremba regarding ████████ complaint (.5); review of case law regarding Receiver ability to pursue fraudulent transfer in SEC Action (.6); review of order regarding client records and distribution (.2); review of settlement agreement, judgment of divorce and correspondence regarding ████████ in preparation for drafting of complaint (1.1); prepare initial drafting of ████ complaint (1.9) | 4.3 | 1,219.05 |
| 10/27/10 | SH | Document review regarding Winston & Strawn response to subpoena | 3.6 | 702.00 |
| 10/27/10 | KPW | Research aiding and abetting fraud under New York law (1.1); meet with Lee Stremba regarding complaint filed by Bank of America (.4); review Bank of America complaint (.5); revise complaint against Ken Starr (.4); arrange for the complaint to be filed and served (.3); research ████████ (1.2); review documents pursuant to subpoena (1.5) | 5.4 | 1,215.00 |
| 10/27/10 | IZ | Research Supreme Court filings, New York County re: Bank of America action | 1.5 | 405.00 |
| 10/28/10 | BDG | Further drafting of initial draft of ████ complaint and prepare edits regarding same; review of fraudulent conveyance decision and NY Debtor Creditor Law section | 2.1 | 595.35 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 11/09/10
Invoice Number 1313816
File No. 238379.000002
Page 5

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | 273-276 (2.1) | | |
| 10/28/10 | SH | Document review regarding Winston & Strawn response to subpoena | 2.4 | 468.00 |
| 10/28/10 | KPW | Review documents produced by Bank of America (1.0); call Steve Rinehart regarding the complaint against ███████ ████████(.2) | 1.2 | 270.00 |
| 10/28/10 | IZ | Telephone calls, letter to court re: Sarr action | 1.5 | 405.00 |
| 10/29/10 | BDG | Review of L. Stremba comments to complaint and discussion with L. Stremba regarding same (.6); prepare revisions to ████████complaint (.4); correspondence to I. Kirschner regarding ████████████████(.1); call with I. Kirshner regarding same (.1); call with S. Rinehart regarding ██████████complaint and research of accounting cause of action, fiduciary duties and interests (.7) | 1.9 | 538.65 |
| 10/29/10 | SGR | Review and edit draft complaint against █████████; edit ████████████complaint; conference with B. Goodman regarding fraudulent conveyance, accounting and fiduciary duty claims | 1.0 | 562.50 |
| 10/29/10 | LWS | Drafting work on complaint against ████████(6); email to Brett Goodman and meeting with Brett Goodman to discuss further analysis and drafting work (.3) | 0.9 | 540.00 |
| 10/29/10 | KPW | Revise complaint against █████████████████ ████(.4); prepare documents produced by Winston for review (.2) | 0.6 | 135.00 |
| 10/29/10 | IZ | Supreme Court, New York County - checked file | 1.5 | 405.00 |
| | | Totals | 103.1 | 26,252.85 |

IN ACCOUNT WITH

Invoice Date 11/09/10
Invoice Number 1313816
File No. 238379.000002
Page 6

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/10**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| BDG | Goodman | 14.6 | 283.50 | 4,139.10 |
| SH | Harris-Finkel | 42.5 | 195.00 | 8,287.50 |
| SGR | Rinehart | 3.9 | 562.50 | 2,193.75 |
| LWS | Stremba | 5.1 | 600.00 | 3,060.00 |
| KPW | Wallace | 31.5 | 225.00 | 7,087.50 |
| IZ | Zimerman | 5.5 | 270.00 | 1,485.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 10/31/10**

| Date | Description | Amount |
|---|---|---|
| 10/13/10 | Computer Research | 65.04 |
| 10/13/10 | Computer Research | 10.71 |
| 09/30/10 | Professional Services | 7,081.58 |
| 10/05/10 | Search Costs | 11.76 |
| | Total: | 7,169.09 |

Total Fees & Costs:  $33,421.94

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date 11/09/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by A  Cassirer |
| Troutman Sanders LLP | Direct Dial 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. 1313816 |
| New York, NY 10174 | File No. 238379.000002 |

RE:    **ASSET ANALYSIS AND RECOVERY-SEC V. STARR**

**Total Amount of This Invoice**          $33,421.94

**Summary of Additional Outstanding Invoices by Matter as of 11/09/10**

| Date | Invoice No. | Amount | Credits | Balance |
|------|-------------|--------|---------|---------|
| 07/19/10 | 1300570 | $56,898.30 | $0.00 | $56,898.30 |
| 08/03/10 | 1300611 | $33,935.12 | $0.00 | $33,935.12 |
| 09/16/10 | 1303242 | $29,353.97 | $0.00 | $29,353.97 |
| 10/11/10 | 1307342 | $16,964.48 | $0.00 | $16,964.48 |
| | | $137,151.87 | 0.00 | $137,151.87 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 11/09/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1313811 |
| New York, NY 10174 | File No. | 238379.000004 |

**RE:    BUSINESS OPERATIONS - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/10 | $4,716.90 |
| Costs and Expenses Through 10/31/10 | $299.99 |
| **Total Amount of This Invoice** | **$5,016.89** |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 11/09/10
Invoice Number 1313811
File No. 238379.000004
Page 2

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 10/01/10 | KPW | Meet with Shirley Klein (.1); meet with Fran Nicholes (.1); meet with Lee Stremba (.2) | 0.4 | 90.00 |
| 10/06/10 | CJM | Review and comment to Lease Surrender and Termination (.5); conference with Receiver regarding comments (.2); conference with Morris Zimerman regarding vacating space (.1); further revisions per comments from Lee Stremba (.2) | 1.0 | 369.00 |
| 10/06/10 | KPW | Return client messages (.6); meet with Ken Kos regarding the client files in the warehouse (.2) | 0.8 | 180.00 |
| 10/07/10 | CJM | Email comments to Robin Topol (landlord's attorney) with comments to Lease Surrender and Termination and call with Robin Topol to discuss same (.9); meeting with Receiver for signature; conference with Moe Zimerman (.2) | 1.2 | 442.80 |
| 10/08/10 | CJM | Prepare package to Landlord with Lease Surrender and Termination executed by Tenant; email copy of signed document to Robin Topol | 0.4 | 147.60 |
| 10/08/10 | KPW | Finalize procedure to obtain client material from warehouse (.3); return client messages (.4); return email from attorney at Wilson Sonsini (.4) | 1.1 | 247.50 |
| 10/12/10 | KPW | Return client messages (.6); meet with Shirley Klein and Emily Steger (.3) | 0.9 | 202.50 |
| 10/13/10 | KPW | Meet with Shirley Klein (.2); meet with Lee Stremba regarding the government subpoena (.2); meet with Ken Kos regarding client files at the warehouse (.4) | 0.8 | 180.00 |
| 10/14/10 | KPW | Meet with Shirley Klein (.3); draft letter to former Starr clients regarding the warehouse (.9); respond to inquiry by the attorney for ██████████████████ (.8) | 2.0 | 450.00 |
| 10/18/10 | KPW | Revise letter to clients regarding files in the warehouse (.3); revise draft summary to representative for Mellon and Lloyd (.4); meet with Lee Stremba regarding ████████████ (.2) | 0.9 | 202.50 |
| 10/19/10 | KPW | Return client messages | 0.3 | 67.50 |
| 10/20/10 | KPW | Return client messages (.9); meet with Ken Kos regarding the client files in the warehouse (.3); prepare material to be sent to the representative for ██████████ (1.7) | 2.9 | 652.50 |
| 10/22/10 | KPW | Meet with Aurora Cassirer, Lee Stremba, Steve Rinehart, Brett Goodman, and Harriet Cohen (.9); return client messages (.7) | 1.6 | 360.00 |
| 10/25/10 | KPW | Meet with Shirley Klein (.3); return client messages (.8) | 1.1 | 247.50 |
| 10/26/10 | KPW | Return client messages | 0.2 | 45.00 |

IN ACCOUNT WITH

Invoice Date 11/09/10
Invoice Number 1313811
File No. 238379.000004
Page 3

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 10/27/10 | KPW | Meet with Aurora Cassirer (.2); draft letter to the Securities and Exchange Commission (1.2); meet with Lee Stremba (.3); review Judge Stein's order regarding client records (.2); draft form letter to clients regarding obtaining their files (1.1) | 3.0 | 675.00 |
| 10/29/10 | KPW | Return client messages | 0.7 | 157.50 |
| | | Totals | 19.3 | 4,716.90 |

## TIMEKEEPER TIME SUMMARY THROUGH 10/31/10

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| CJM | Mitchell | 2.6 | 369.00 | 959.40 |
| KPW | Wallace | 16.7 | 225.00 | 3,757.50 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 10/31/10

| Date | Description | Amount |
|------|-------------|--------|
| 10/05/10 | Search Costs | 19.92 |
| 09/01/10 | Taxi/Train/Parking | 93.11 |
| 09/07/10 | Taxi/Train/Parking | 93.48 |
| 09/09/10 | Taxi/Train/Parking | 93.48 |
| | Total: | 299.99 |

Total Fees & Costs:    $5,016.89

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | **Invoice Date** 11/09/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by A Cassirer |
| Troutman Sanders LLP | Direct Dial 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. 1313811 |
| New York, NY 10174 | File No. 238379.000004 |

**RE:   BUSINESS OPERATIONS - SEC V. STARR**

**Total Amount of This Invoice**         $5,016.89

**Summary of Additional Outstanding Invoices by Matter as of 11/09/10**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1290661 | $35,075.85 | $0.00 | $35,075.85 |
| 08/03/10 | 1300613 | $7,289.15 | $0.00 | $7,289.15 |
| 09/16/10 | 1303243 | $13,701.30 | $0.00 | $13,701.30 |
| 10/11/10 | 1307344 | $15,737.68 | $0.00 | $15,737.68 |
| | | $71,803.98 | 0.00 | $71,803.98 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 11/09/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1313817 |
| New York, NY 10174 | File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/10 | $31,789.35 |
| Costs and Expenses Through 10/31/10 | $718.13 |
| **Total Amount of This Invoice** | **$32,507.48** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 11/09/10
Invoice Number 1313817
File No. 238379.000005
Page 2

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 10/01/10 | BDG | Correspondence regarding Blacap and Bedrock agreements (.4); facilitate analysis of Colcave Stempel file (.3); perform cursory review Stempel of file (.5); draft and prepare email memorandum regarding meeting (.8) | 2.0 | 567.00 |
| 10/01/10 | LWS | Email to Tim Casey at SEC concerning draft complaint against Kenneth Starr; email to Michael Lockard of US Attorney's Office concerning wire instructions for receivership accounts | 0.4 | 240.00 |
| 10/04/10 | HEC | Attention to mail and notices, administrative and organizational matters (1.1); attention to claims received, claims files and inquiries regarding same (.2) | 1.3 | 344.50 |
| 10/04/10 | BDG | Review of K. Wallace correspondence with respect to City National reports on Starr loans and Report on Starr financials | 0.5 | 141.75 |
| 10/04/10 | LWS | Review City National credit memo concerning Kenneth Starr loans in default and City National financial analyses concerning Starr | 0.7 | 420.00 |
| 10/05/10 | HEC | Starr team meeting (1.1); research for B. Goodman on CFTC v. Walsh and NY Court of Appeals and discussions regarding same (.3); attention to files, mail, administrative and organizational matters (.4); work on review of payables and invoices and reporting requirements for L. Stremba, review of mail, invoices, collection notices, etc. (2.9) | 4.7 | 1,245.50 |
| 10/05/10 | BDG | Starr team meeting to discuss all pending matters in SEC case (1.1) | 1.1 | 311.85 |
| 10/05/10 | SGR | Team meeting regarding ongoing litigation and administration | 1.1 | 618.75 |
| 10/05/10 | LWS | Strategy and planning meeting with Receiver and legal team to review pending matters and assign additional projects (1.1); review proceedings in City National Bank action against Kenneth Starr (.3); exchange of emails with Receiver regarding inquiry from former Starr clients ████ ████████ regarding investment in West End Income Associations, check Google for information on West End Income Associations, and email to Ken Kos to check file index for references to Stern and Biben (.5) | 1.9 | 1,140.00 |
| 10/05/10 | KPW | Meet with Receiver, Lee Stremba, Steve Rinehart, Brett Goodman, and Harriet Cohen (1.1); meet with Ken Kos to discuss the files in the warehouse (.2); return client messages (.5) | 1.8 | 405.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

ATTORNEYS AT LAW

Invoice Date 11/09/10
Invoice Number 1313817
File No. 238379.000005
Page 3

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 10/05/10 | IZ | Supreme NY research regarding American Express action | 1.5 | 405.00 |
| 10/06/10 | HEC | Work on SFAR reports and review of payables and invoices; numerous meetings and discussions with L. Stremba regarding same (3.4); review and update files (.2); attention to administrative and organizational matters (.2); email to Mariano Brothers regarding status of Receiver's inquiry (.1) | 3.9 | 1,033.50 |
| 10/07/10 | HEC | Attention to files, mail, correspondence, organizational and administrative matters (.6); numerous discussions with L. Stremba, work on SFAR reports and create schedule for notes, revisions to documents; work on review of payables and schedules, attention to invoices and meetings with L. Stremba regarding same (3.6) | 4.1 | 1,086.50 |
| 10/07/10 | LWS | Review and markup draft financial reports for three estates for June-August quarter, conference with Harriet Cohen concerning changes to make to reports (.5); drafting of notes to append to financial reports (.7); meeting with Harriet Cohen concerning preparation of payables records and review of specific accounts (.4) | 1.6 | 960.00 |
| 10/08/10 | HEC | Numerous discussions with L. Stremba regarding payables and accounting (.3); attention to same, files, invoices, categorize and review documents (2.9); meetings with L. Stremba to review payables and administrative expenses (1.7); | 4.9 | 1,298.50 |
| 10/08/10 | LWS | Call with Tim Casey of SEC concerning coordination of activities among SEC, DOJ and Receivership, financial reporting matters, and draft complaint against Ken Starr (1.0); email to Michael Bosworth at DOJ concerning subpoena requiring Receiver to hold original files (.2) | 1.2 | 720.00 |
| 10/11/10 | LWS | Work on quarterly financial report including analysis of income, receivables and payables (1.5) and meeting with Harriet Cohen to review files for possible administrative liabilities (1.7) | 3.2 | 1,920.00 |
| 10/12/10 | HEC | Discussions with L. Stremba and review of exhibits | 0.2 | 53.00 |
| 10/12/10 | HEC | Review and organize boxes of invoices and paybles materials, calls to vendors, provide status information and request copies of underlying contracts where applicable; begin to prepare file and status report for each | 5.9 | 1,563.50 |
| 10/12/10 | LWS | Work on quarterly financial reports and conferences with Harriet Cohen concerning same | 1.4 | 840.00 |
| 10/13/10 | HEC | Update SEC docket and recent filings and send to team (.1); attention to correspondence and inquiries (.3); | 3.3 | 874.50 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 11/09/10
Invoice Number 1313817
File No. 238379.000005
Page 4

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | continued review of invoices and calls to vendors, requesting underlying contracts and informing them of status (2.9) | | |
| 10/13/10 | BDG | Review of letter to F. Edwards | 0.1 | 28.35 |
| 10/13/10 | LWS | Counsel to ███ call concerning analysis of bank transfers for victim loss statement and various asset recovery issues(1.0); complete drafting of quarterly financial report status report to include with fee application and forward same to Tim Casey of SEC (1.2); review DOJ email concerning release of client files and sending email to Tim Casey for SEC's input on the issue (.3); Tim Casey call to discuss various matters (.2) | 2.7 | 1,620.00 |
| 10/14/10 | HEC | Review of invoices, prepare files and calls to vendors to request contracts, additional information as necessary; send copies of docket and order appointing receiver as necessary; create status reports for new files | 3.6 | 954.00 |
| 10/15/10 | HEC | Numerous calls and email exchanges with vendors regarding open invoices, existence of contracts; update files and status; provide information to vendors (3.2); attention to mail, contact list, files and administrative matters (.7) | 3.9 | 1,033.50 |
| 10/18/10 | HEC | Update master contact list (.3); attention to files, vendor status, calls and inquiries, update status for same (.9); sorting mail and notices (.3); attention to administrative and organizational matters (.2) | 1.7 | 450.50 |
| 10/18/10 | LWS | Meeting with Kevin Wallace concerning process for turnover of files to clients and regarding ███ transfer analysis (.30); return call to Willmington Trust counsel Diane Pacola concerning bank's claims against Kenneth Starr, Starrco and Marrisa Starr (.7) | 1.0 | 600.00 |
| 10/19/10 | HEC | Attention to files, correspondence, master service list (.5); calls to vendors, update vendor files with status and materials received (1.9); attention to mail and notices and categorize same for creation of mailing list (.4); review correspondence and send reminder to Suzan at Mariano Brothers (.1) | 2.9 | 768.50 |
| 10/20/10 | HEC | Work on review of mail and notices, update files, make calls to vendors, follow-up on numerous vendors, update status; compiling invoices and collection notices (2.5); attention to master contact list, files, database and dockets (.8) | 3.3 | 874.50 |
| 10/20/10 | LWS | ███ counsel Karen Gartenberg call regarding | 0.6 | 360.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 11/09/10
Invoice Number 1313817
File No. 238379.000005
Page 5

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | Blackstone distributions and transfer analyses (.2); review Kevin Wallace memo concerning transfers from ███████ ███ accounts and conference with Kevin Wallace concerning back-up documents (.4) | | |
| 10/21/10 | HEC | Review mail and notices, review status of vendor calls and requests for information, compiling info and status on each, additional calls and inquiries (2.9); attention to files, database, administrative and organizational matters (.4) | 3.3 | 874.50 |
| 10/21/10 | LWS | Email to ███████████ counsel Karen Gartenberg concerning transfer analyses, conference with Kevin Wallace and additional email to Karen Gartenberg concerning documents in support of analyses | 0.4 | 240.00 |
| 10/21/10 | LWS | Email to Tim Casey of SEC concerning client files (.1); drafting order for authority to turn files over to former clients and letter to Judge Stein in support of order (1.0); review matter with Receiver and forward draft order and letter to Tim Casey (.2) | 1.3 | 780.00 |
| 10/22/10 | HEC | Attendance and team meeting (.9); obtain information and send to team (.1); review FINRA website and compile forms for team as requested (.2); attention to invoices and files, calls to vendors and update status (.9) | 2.1 | 556.50 |
| 10/22/10 | BDG | Starr Team meeting regarding pending litigations, asset recoveries and analysis, and preparation of additional complaints | 0.9 | 255.15 |
| 10/22/10 | LWS | Meeting with Receiver and legal team to review status of pending matters and to coordinate and assign activities for additional litigation and administrative matters | 0.9 | 540.00 |
| 10/24/10 | LWS | Review and circulate response from Kenneth Starr's criminal counsel Flora Edwards to Receiver's request for an interview | 0.3 | 180.00 |
| 10/25/10 | HEC | Numerous calls to vendors regarding status, contracts, balances due, etc., update notes (1.4); attention to files regarding same (.6); discussions and communications with L. Stremba and others regarding status of various matters (.2) | 2.2 | 583.00 |
| 10/25/10 | BDG | Review of Kirschner decision on adverse interest with respect to analysis of receiver litigation efforts | 0.8 | 226.80 |
| 10/25/10 | LWS | Sending draft letter and order regarding client files to Tim Casey of SEC, review comments from Tim Casey and email response | 0.3 | 180.00 |
| 10/26/10 | HEC | Send docket update to team and calendar pre-trial (.1); | 3.7 | 980.50 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 11/09/10
Invoice Number 1313817
File No. 238379.000005
Page 6

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | attention to vendor issues, files and status, review invoices and contact various vendors for follow-up information; update status (1.7); attention to mail and notices, update files and categorize accordingly (1.9) | | |
| 10/26/10 | BDG | Discussion regarding ▮▮▮▮▮▮ investments with A. Cassirer and L. Stremba | 0.2 | 56.70 |
| 10/26/10 | LWS | Revise order and letter to court concerning turnover of client files, send to Tim Casey of SEC | 0.5 | 300.00 |
| 10/27/10 | HEC | Discussions with L. Stremba, prepare letter and proposed order for Judge Stein, electronic filing thereof and send same to team with docket as well as order when entered later in the day (.6); compile documents regarding Marisa Starr for B. Goodman and discussion regarding same (.2); calls to vendors, emailing information, attention to status (.8); begin review of files on all vendors contacted to date and create chart outlining details, outstanding issues and status (.8); review mail and notices, update files accordingly (.8) | 3.2 | 848.00 |
| 10/28/10 | HEC | Review files on vendors, numerous calls and correspondence with various vendors; attention to and update chart outlining status (1.6); review mail and invoices, categorization of other items and update files (.9); attention to master contact list (.2); attention to mailing lists in email and labels formats (.2) | 2.9 | 768.50 |
| 10/28/10 | LWS | Finalizing order and letter to Court concerning client files and conferences with Harriet Cohen concerning service and filing of papers (.5); review Bank of New York complaint against Kenneth Starr and Starrco and conference with Kevin Wallace concerning research for authority to stay actions against receivership estate (.4); conferences with Receiver and Kevin Wallace concerning filing and service of complaint against Kenneth Starr (.3) | 1.2 | 720.00 |
| 10/29/10 | HEC | Review mail and correspondence, sort, categorize and update files (1.4); attention to email and regular mail distribution lists and update contact list (.4); work on vendor status chart, review files, follow-up calls and emails (1.3) | 3.1 | 821.50 |
| | | Totals | 93.8 | 31,789.35 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/09/10
Invoice Number 1313817
File No. 238379.000005
Page 7

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| HEC | Cohen | 64.2 | 265.00 | 17,013.00 |
| BDG | Goodman | 5.6 | 283.50 | 1,587.60 |
| SGR | Rinehart | 1.1 | 562.50 | 618.75 |
| LWS | Stremba | 19.6 | 600.00 | 11,760.00 |
| KPW | Wallace | 1.8 | 225.00 | 405.00 |
| IZ | Zimerman | 1.5 | 270.00 | 405.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 10/31/10**

| Date | Description | Amount |
|------|-------------|--------|
| 10/13/10 | Computer Research | 3.56 |
| 10/13/10 | Computer Research | 16.55 |
| 10/13/10 | Computer Research | 17.96 |
| 10/13/10 | Computer Research | 6.80 |
| 10/13/10 | Computer Research | 101.90 |
| 08/18/10 | Miscellaneous Expenses | 169.00 |
| 08/20/10 | Miscellaneous Expenses | 169.00 |
| 08/20/10 | Miscellaneous Expenses | 154.00 |
| 10/05/10 | Search Costs | 67.28 |
| 10/05/10 | Search Costs | 12.08 |
| | Total: | 718.13 |

Total Fees & Costs:    $32,507.48

# TROUTMAN SANDERS LLP

| | | |
|---|---|---|
| **Payment Remittance Address** | ATTORNEYS AT LAW | **For Payments by Wire** |
| Troutman Sanders LLP | A LIMITED LIABILITY PARTNERSHIP | Wells Fargo Bank, N.A., Atlanta, Georgia |
| P.O. Box 933652 | FEDERAL ID No. 58-0946915 | ABA #061000227 |
| Atlanta, Georgia 31193-3652 | | To Credit Troutman Sanders LLP |
| | Office Location: | Operating Account #2052700305792 |
| | The Chrysler Building | Reference Attorney: A Cassirer |
| | 405 Lexington Ave | Reference Client: 238379 |
| | New York, NY 10174 | From International Locations please add Swift |
| | | Address/Code: PNBP US 33 |
| | Billing Inquiries: | |
| | 404-885-2508 | |

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 11/09/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1313817 |
| New York, NY 10174 | File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

**Total Amount of This Invoice**          $32,507.48

**Summary of Additional Outstanding Invoices by Matter as of 11/09/10**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300569 | $55,531.40 | $0.00 | $55,531.40 |
| 08/03/10 | 1300612 | $48,018.62 | $0.00 | $48,018.62 |
| 09/16/10 | 1303244 | $49,778.99 | $0.00 | $49,778.99 |
| 10/11/10 | 1307343 | $23,213.65 | $0.00 | $23,213.65 |
| | | $176,542.66 | 0.00 | $176,542.66 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 11/09/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1313818 |
| New York, NY 10174 | File No. | 238379.000006 |

**RE:    CLAIMS ADMINISTRATION AND OBJECTIONS**

Fees for Professional Services Rendered Through 10/31/10                    $480.00

**Total Amount of This Invoice        $480.00**

IN ACCOUNT WITH

Invoice Date 11/09/10
Invoice Number 1313818
File No. 238379.000006
Page 2

# TROUTMAN SANDERS LLP

### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

CLAIMS ADMINISTRATION AND OBJECTIONS

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 10/04/10 | LWS | Review claim form submitted by Pitney Bowes and email to staff regarding the creation of a claims file pending commencement of a formal claims process | 0.2 | 120.00 |
| 10/07/10 | LWS | Review draft termination agreement from counsel to landlord for 850 Third Avenue premises and emails with Receiver and Cynthia Mitchell concerning terms of same | 0.6 | 360.00 |
| | | Totals | 0.8 | 480.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| LWS | Stremba | 0.8 | 600.00 | 480.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 11/09/10 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1313818 |
| File No. | 238379.000006 |

RE:    **CLAIMS ADMINISTRATION AND OBJECTIONS**

**Total Amount of This Invoice**          $480.00

**Summary of Additional Outstanding Invoices by Matter as of 11/09/10**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 10/11/10 | 1307345 | $360.00 | $0.00 | $360.00 |
| | | $360.00 | 0.00 | $360.00 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 11/09/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1313807 |
| New York, NY 10174 | File No. | 238379.000007 |

**RE:    EMPLOYEE BENEFIT PENSIONS- SEC V. STARR**

Fees for Professional Services Rendered Through 10/31/10                    $940.00

**Total Amount of This Invoice        $940.00**

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

EMPLOYEE BENEFIT PENSIONS- SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 10/12/10 | SPL | Telephone conference with R. Cassier regarding electronic signature of Form 5500; coordinate application of electronic signature and transmittal to IRS | 0.6 | 132.00 |
| 10/20/10 | KPW | Return employee phone call regarding W-2 | 0.3 | 67.50 |
| 10/27/10 | SPL | Review Form 5330 filing materials; office conference with C. Ludwig regarding same | 1.4 | 308.00 |
| 10/27/10 | CJL | Review of Form 5330 and office conference with Susan Logan | 0.6 | 171.00 |
| 10/28/10 | SPL | Preparation of e-mails to C. Ludwig and B. Hausman regarding issues with Form 5330 | 0.8 | 176.00 |
| 10/28/10 | CJL | Actions associated with Form 5330 review | 0.3 | 85.50 |
| | | Totals | 4.0 | 940.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| SPL | Logan | 2.8 | 220.00 | 616.00 |
| CJL | Ludwig | 0.9 | 285.00 | 256.50 |
| KPW | Wallace | 0.3 | 225.00 | 67.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | **Invoice Date** 11/09/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by A Cassirer |
| Troutman Sanders LLP | Direct Dial 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. 1313807 |
| New York, NY 10174 | File No. 238379.000007 |

RE:    **EMPLOYEE BENEFIT PENSIONS- SEC V. STARR**

**Total Amount of This Invoice**                    $940.00

**Summary of Additional Outstanding Invoices by Matter as of 11/09/10**

| Date | Invoice No. | Amount | Credits | Balance |
|------|-------------|--------|---------|---------|
| 07/19/10 | 1290658 | $11,409.55 | $0.00 | $11,409.55 |
| 08/03/10 | 1300610 | $240.00 | $0.00 | $240.00 |
| 09/16/10 | 1303245 | $1,280.50 | $0.00 | $1,280.50 |
| 10/11/10 | 1307340 | $1,275.00 | $0.00 | $1,275.00 |
| | | $14,205.05 | 0.00 | $14,205.05 |

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# **November 2010 Invoice**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 12/06/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1319251 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

Fees for Professional Services Rendered Through 11/30/10            $11,000.00

**Total Amount of This Invoice        $11,000.00**

IN ACCOUNT WITH

Invoice Date 12/06/10
Invoice Number 1319251
File No. 238379.000001
Page 2

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 11/01/10 | AC | Various business matters, including but not limited to, email correspondence with Susan Logan and Blythe Hausman re filing extensions for certain employees tax returns, review, revise draft letter to SEC regarding SIA registration status, review revise letter to former clients regarding original files, letter to Sharon Levin and Michael Lockard regarding common charges on East 74th Street apartment (2.90) | 2.9 | 725.00 |
| 11/02/10 | AC | Various business administrative matters (1.1) office conference with Kevin Wallace regarding various matters, review, revise letter to SEC Starr registration, review, revise letter to former client/investors regarding original files; discussion and email correspondence with former clients/investors (4.00);  email correspondence with Ron Starr regarding various matters (.1) | 5.2 | 1,300.00 |
| 11/03/10 | AC | Review, revise ▬▬▬▬ complaint, email correspondence, discussions regarding same (2.30); review of and conference regarding  Diane Passage's bank accounts and money trail (.90); various business administrative matters, including but not limited to conferences regarding fraudulent transactions; conferences with IT regarding Starr domain names (1.30) | 4.5 | 1,125.00 |
| 11/04/10 | AC | Preparation and meeting with attorneys for ▬▬▬▬ (1.25);  email correspondence with attorneys for and former clients/investors, ▬▬▬▬▬▬▬▬, discussions regarding same (2.80); review revise letter to Marisa Starr attorneys (.20); various business administration matters, conference with Kenny Kos regarding warehouse matter | 5.2 | 1,300.00 |
| 11/05/10 | AC | Various business administrative matters, including email correspondence with Ron Starr regarding U5 form; email correspondence; 401K distribution approvals, draft notice to former client/investors regarding attempted fraudulent transactions (3.00); email correspondence; telephone calls regarding various former client/investors, including ▬▬▬ ▬▬▬▬ Conference regarding Winston Strawn document production (1.00); conferences regarding Marisa Starr and outcome of conversations with her attorney (.40); | 4.4 | 1,100.00 |
| 11/09/10 | AC | Discussions regarding former client/investors, including Dan Gittner representative for ▬▬▬▬▬ ▬▬▬▬▬▬▬▬ regarding files and warehouse issues; discussions regarding CMC's calculations and rectifying same | 1.5 | 375.00 |
| 11/11/10 | AC | Review, revise letter to former employees regarding 401K, | 0.8 | 200.00 |

IN ACCOUNT WITH

Invoice Date 12/06/10
Invoice Number 1319251
File No. 238379.000001
Page 3

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | discussions regarding same with Brett Goodman; discussions regarding former client/investors requests for files | | |
| 11/12/10 | AC | Various business administration matters (1.70); telephone call and email correspondence with Alistaire Bambach regarding status update and other matters (.50); finalize letter to Starr employees (1.0) | 2.3 | 575.00 |
| 11/15/10 | AC | Preparation for and meeting with attorneys for ▓▓▓▓ various business administration matters; conference with Lee Stremba and Kevin Wallace regarding various matters, including warehouse/file issues | 2.0 | 500.00 |
| 11/16/10 | AC | Preparation for and team meeting (.6); preparation for and meeting with David Mills regarding various matters (.40); telephone conference with Alistaire Bambach and Tim Casey regarding various matters (.80); email correspondence/discussions regarding various Starr unfamiliar entities; discussions regarding GMAC lawsuit (.50) | 1.5 | 375.00 |
| 11/17/10 | AC | Meeting with Alistaire Bambach (1.00); email correspondence and telephone call with Michael Mann and transfer file letter from ▓▓▓▓▓▓▓, discussions regarding same (.50); various business administrative matters (.90) | 2.4 | 600.00 |
| 11/18/10 | AC | Conferences with Lee Stremba regarding status conference before Judge Stein (.20); email correspondence from Michael Mann, discussions regarding same and other former clients/investors, including ▓▓▓▓▓▓▓▓ (.50); telephone call and email correspondence with Roger Marion, attorney for E. 74th Street condo; various business administrative matters (.80) | 1.5 | 375.00 |
| 11/19/10 | AC | Office conference with Lee Stremba regarding various matters in preparation for court conference (.50); various administrative business matters (.9); email correspondence from former clients/investors, discussions regarding same(.4) | 1.8 | 450.00 |
| 11/22/10 | AC | Conference with Lee Stremba regarding various matters, including recent motions filed and preparation for pretrial conference and before Judge Stein; telephone call with DOJ Lockard (.90); various business administrative matters, including telephone call with GRM Warehouse regarding outstanding fees and files; 401K distributions (1.1); attend court conference (1.30) | 3.3 | 825.00 |
| 11/23/10 | AC | Various business matters, including filing of Form 5330 with regard to 401k plan, file/warehouse issue (.90); review | 1.2 | 300.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

ATTORNEYS AT LAW

Invoice Date 12/06/10
Invoice Number 1319251
File No. 238379.000001
Page 4

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | email to DOJ regarding various matters, discussions regarding same (.30); | | |
| 11/24/10 | AC | Various business administrative matters,office conference with Lee Stremba regarding various matters (.90); discussions regarding file/warehouse issue and how to proceed(.90); email to DOJ (.1) | 1.9 | 475.00 |
| 11/29/10 | AC | Various business administrative matters including storage facility issue; conference with Lee Stremba regarding same and various matters (.90) | 0.9 | 225.00 |
| 11/30/10 | AC | Various business administrative matters (.50); discussions with Lee Stremba regarding various matters; review status of lawsuits against Starr; discuss updating of Starr former client list(.20) | 0.7 | 175.00 |
| | | Totals | 44.0 | 11,000.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 11/30/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cassirer | 44.0 | 250.00 | 11,000.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 12/06/10 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1319251 |
| File No. | 238379.000001 |

RE:    SEC v. STARR ET AL.

**Total Amount of This Invoice**          $11,000.00

**Summary of Additional Outstanding Invoices by Matter as of 12/06/10**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300568 | $33,125.00 | $-12,374.46 | $20,750.54 |
| 08/03/10 | 1300609 | $16,823.00 | $-6,284.54 | $10,538.46 |
| 09/16/10 | 1303241 | $10,574.00 | $-3,950.11 | $6,623.89 |
| 10/11/10 | 1307322 | $9,213.55 | $0.00 | $9,213.55 |
| 11/09/10 | 1313529 | $9,175.00 | $0.00 | $9,175.00 |
| | | $78,910.55 | -22,609.11 | $56,301.44 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 12/06/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1319430 |
| New York, NY 10174 | File No. | 238379.000002 |

RE:    **ASSET ANALYSIS AND RECOVERY-SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 11/30/10 | $11,040.15 |
| Costs and Expenses Through 11/30/10 | $424.50 |
| **Total Amount of This Invoice** | **$11,464.65** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 12/06/10
Invoice Number 1319430
File No. 238379.000002
Page 2

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 11/01/10 | SH | Document review regarding Winston & Strawn response to subpoena | 6.2 | 1,209.00 |
| 11/01/10 | SGR | Emails with R. Andoh regarding meeting to review ████ claims | 0.2 | 112.50 |
| 11/01/10 | IZ | Supreme New York checked file | 0.5 | 135.00 |
| 11/02/10 | BDG | Call with A. Cassirer regarding M. Starr complaint and review of file regarding same (.2) | 0.2 | 56.70 |
| 11/02/10 | SH | Document review regarding Winston & Strawn response to subpoena | 4.2 | 819.00 |
| 11/03/10 | BDG | Review and analysis of M. Starr letter (.4); email correspondence and calls with A. Cassirer and L. Stremba regarding same (.3); review of ADP payroll records for 2005 and 2006 (.6) | 1.3 | 368.55 |
| 11/03/10 | KPW | Review documents produced by Citibank (1.8); meet with Lee Stremba regarding Ken Starr's and Diane Passage's joint bank account (.3); call Aurora Cassirer regarding Winston & Strawn complaint (.2); review Winston & Strawn emails (2.1); meet with Aurora Cassirer and Brett Goodman (.4) | 4.8 | 1,080.00 |
| 11/04/10 | BDG | Discussions with A. Cassirer and L. Stremba and review of demand letter to M. Starr | 0.2 | 56.70 |
| 11/04/10 | SGR | Meeting with B. Amini regarding ████ | 0.7 | 393.75 |
| 11/04/10 | LWS | Draft letter to ████████ counsel concerning potential fraudulent conveyance claims and forward to Receiver and Brett Goodman for review (.6);finalize letter, internet search for email address (none) and amend letter for overnight mail (.4) | 1.0 | 600.00 |
| 11/04/10 | KPW | Review Winston & Strawn emails | 1.3 | 292.50 |
| 11/04/10 | IZ | Supreme NY checked file (K. Wallace) | 0.5 | 135.00 |
| 11/05/10 | BDG | Perform review and analysis of certain files, operating agreements and statements for analysis of D. Passage equity interests in Starr vehicles and investments | 1.2 | 340.20 |
| 11/05/10 | LWS | Call from ████████ counsel Phyllis Recine concerning potential claims by the Receiver and litigation commenced by ████ against Kenneth Starr (.7); report to the Receiver concerning the foregoing (.2) | 0.9 | 540.00 |
| 11/05/10 | TW | Prepare documents for electronic review and analysis | 2.0 | 300.00 |
| 11/08/10 | KPW | Review documents produced by Citibank (3.4); meet with | 3.8 | 855.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 12/06/10
Invoice Number 1319430
File No. 238379.000002
Page 3

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | Lee Stremba (.4) | | |
| 11/08/10 | IZ | Supreme NY checked file regarding litigation against Starr | 2.0 | 540.00 |
| 11/09/10 | LWS | Review of pleadings in ███████████ litigation against Ken Starr and others provided by ███████ | 0.7 | 420.00 |
| 11/09/10 | KPW | Review documents produced by Citibank | 2.1 | 472.50 |
| 11/10/10 | SH | Coordinate for deletion of and delete privilege documents relating to production from Winston & Strawn | 1.0 | 195.00 |
| 11/10/10 | KPW | Review documents produced by Citibank | 0.8 | 180.00 |
| 11/11/10 | TW | retrieve documents form electronic review | 3.0 | 450.00 |
| 11/11/10 | IZ | Follow up on service and e-filing; calls to court | 0.5 | 135.00 |
| 11/15/10 | SGR | Meeting with R. Andoh and Cassirer regarding ███████ claims | 1.4 | 787.50 |
| 11/15/10 | LWS | Conference with Kevin Wallace concerning status of action against Kenneth Starr | 0.1 | 60.00 |
| 11/16/10 | SGR | Team meeting (.60); review Manatt files (.30) | 0.9 | 506.25 |
| | | Totals | 41.5 | 11,040.15 |

**TIMEKEEPER TIME SUMMARY THROUGH 11/30/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| BDG | Goodman | 2.9 | 283.50 | 822.15 |
| SH | Harris-Finkel | 11.4 | 195.00 | 2,223.00 |
| SGR | Rinehart | 3.2 | 562.50 | 1,800.00 |
| LWS | Stremba | 2.7 | 600.00 | 1,620.00 |
| KPW | Wallace | 12.8 | 225.00 | 2,880.00 |
| TW | Woldmichael | 5.0 | 150.00 | 750.00 |
| IZ | Zimerman | 3.5 | 270.00 | 945.00 |

IN ACCOUNT WITH

**T**ROUTMAN **S**ANDERS **LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 12/06/10
Invoice Number 1319430
File No. 238379.000002
Page 4

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FOR COSTS AND EXPENSES INCURRED THROUGH 11/30/10**

| Date | Description | Amount |
|------|-------------|--------|
| 11/11/10 | Computer Research | 10.11 |
| 11/11/10 | Computer Research | 20.25 |
| 11/11/10 | Computer Research | 6.74 |
| 11/11/10 | Computer Research | 41.01 |
| 11/11/10 | Computer Research | 16.86 |
| 11/11/10 | Computer Research | 3.39 |
| 11/11/10 | Computer Research | 13.49 |
| 11/11/10 | Computer Research | 5.87 |
| 11/05/10 | Filing Fees | 210.00 |
| 10/31/10 | Professional Services | 96.78 |

Total:    424.50

Total Fees & Costs:    $11,464.65

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 12/06/10 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1319430 |
| File No. | 238379.000002 |

**RE:    ASSET ANALYSIS AND RECOVERY-SEC V. STARR**

**Total Amount of This Invoice**     $11,464.65

**Summary of Additional Outstanding Invoices by Matter as of 12/06/10**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300570 | $56,898.30 | $-21,255.41 | $35,642.89 |
| 08/03/10 | 1300611 | $33,935.12 | $-12,736.68 | $21,198.44 |
| 09/16/10 | 1303242 | $29,353.97 | $-11,556.46 | $17,797.51 |
| 10/11/10 | 1307342 | $16,964.48 | $0.00 | $16,964.48 |
| 11/09/10 | 1313816 | $33,421.94 | $0.00 | $33,421.94 |
| | | $170,573.81 | -45,548.55 | $125,025.26 |

**REMITTANCE**

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 12/06/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1319432 |
| New York, NY 10174 | File No. | 238379.000004 |

**RE:    BUSINESS OPERATIONS - SEC V. STARR**

Fees for Professional Services Rendered Through 11/30/10          $6,615.00

**Total Amount of This Invoice          $6,615.00**

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 12/06/10
Invoice Number 1319432
File No. 238379.000004
Page 2

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 11/01/10 | KPW | Call Aurora Cassirer regarding letter to the Securities and Exchange Commission (.1); meet with Jerome Walker regarding letter to SEC (.3); revise letter to SEC (.2); revise letter to former clients regarding files (.3); return client messages (.3) | 1.2 | 270.00 |
| 11/02/10 | KPW | Meet with Aurora Cassirer regarding letter to the Securities and Exchange Commission (.1); revise letter to former clients regarding their records (.2); meet with Aurora Cassirer regarding letter to former clients (.1); meet with Sarah Harris-Finkel regarding document review (.2); meet with Ken Kos regarding transferring client files (.4); return client messages (.9); meet with Ken Kos and Lee Stremba (.2) | 2.1 | 472.50 |
| 11/03/10 | KPW | Return client messages (1.7); meet with Ken Kos (.3); meet with Lee Stremba (.2) | 2.2 | 495.00 |
| 11/04/10 | KPW | Return client messages (1.2); meet with Ken Kos (.5); meet with Lee Stremba and Ken Kos (.2) | 1.9 | 427.50 |
| 11/05/10 | KPW | Return client messages (.9); meet with Lee Stremba regarding notice to clients (.2); arrange for Shirley Klein to send notice to clients (.3); meet with Lee Stremba and Brett Goodman (.2); meet with Ken Kos regarding client files (.4) | 2.0 | 450.00 |
| 11/08/10 | KPW | Return client messages | 0.4 | 90.00 |
| 11/09/10 | KPW | Return client messages (1.4); meet with Harriet Cohen (.2); meet with Ken Kos (.4); meet with Lee Stremba and Ken Kos regarding the transfer of client files (.5); meet with Shirley Klein regarding client mail (.2) | 2.7 | 607.50 |
| 11/10/10 | KPW | Return client messages (.6); meet with Lee Stremba regarding Winston and Strawn's accidental production of privileged documents (.2); meet with Sarah Harris-Finkel regarding deleting the privileged documents (.3) | 1.1 | 247.50 |
| 11/11/10 | KPW | Return client messages (1.1); meet with Lee Stremba regarding client files (.1); meet with Ken Kos regarding transfer of client files (.2); meet with Ken Kos (.1) | 1.5 | 337.50 |
| 11/12/10 | KPW | Return client messages (.5); meet with Ken Kos regarding transfer of client files (.2) | 0.7 | 157.50 |
| 11/15/10 | KPW | Return client messages (.5); meet with Lee Stremba regarding the transfer of client files (.3) | 0.8 | 180.00 |
| 11/16/10 | KPW | Return client messages (1.3); correspond with Winston and Strawn's counsel regarding inadvertently produced documents (.2); meet with Aurora Cassirer, Lee Stremba, Steve Rinehart, and Harriet Cohen (.6); meet with Ken Kos | 2.4 | 540.00 |

IN ACCOUNT WITH

Invoice Date 12/06/10
Invoice Number 1319432
File No. 238379.000004
Page 3

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | (.3) | | |
| 11/17/10 | KPW | Return client messages (.2); review complaint filed by Bank of America (.4); call Michael Bauer, attorney for Bank of America, to stipulate to extension of time to answer (.2); draft stipulation (.2); meet with Lee Stremba regarding Bank of America action (.2); review the QuickBooks files for Starr & Company (1.2 | 2.4 | 540.00 |
| 11/18/10 | KPW | Review the QuickBooks files of Starr and Company (.6); return client messages (1.4); meet with Shirley Klein (.2); meet with Ken Kos (.3); update client contact information (.7) | 3.2 | 720.00 |
| 11/19/10 | KPW | Destroy privileged material inadvertently disclosed by Winston and Strawn's counsel (.2); meet with Ken Kos (.2); meet with Shirley Klein (.2); meet with Harriet Cohen (.1); meet with Lee Stremba (.1) | 0.8 | 180.00 |
| 11/22/10 | KPW | Return client messages (.3); execute stipulation to extend time to answer Bank of America complaint (.2) | 0.5 | 112.50 |
| 11/23/10 | KPW | Meet with Ken Kos regarding client files (.2); return client messages (.4) | 0.6 | 135.00 |
| 11/24/10 | KPW | Return client messages (1.1); assist █████ representative (1.5) | 2.6 | 585.00 |
| 11/26/10 | KPW | Return client messages | 0.3 | 67.50 |
| | | Totals | 29.4 | 6,615.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 11/30/10

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| KPW | Wallace | 29.4 | 225.00 | 6,615.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 12/06/10 |
| Submitted by | A Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1319432 |
| File No. | 238379.000004 |

**RE:     BUSINESS OPERATIONS - SEC V. STARR**

**Total Amount of This Invoice**          $6,615.00

**Summary of Additional Outstanding Invoices by Matter as of 12/06/10**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1290661 | $35,075.85 | $-13,103.23 | $21,972.62 |
| 08/03/10 | 1300613 | $7,289.15 | $-3,270.47 | $4,018.68 |
| 09/16/10 | 1303243 | $13,701.30 | $-5,118.37 | $8,582.93 |
| 10/11/10 | 1307344 | $15,737.68 | $0.00 | $15,737.68 |
| 11/09/10 | 1313811 | $5,016.89 | $0.00 | $5,016.89 |
| | | $76,820.87 | -21,492.07 | $55,328.80 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 12/06/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1319431 |
| New York, NY 10174 | File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 11/30/10 | $24,964.75 |
| Costs and Expenses Through 11/30/10 | $77.37 |
| **Total Amount of This Invoice** | **$25,042.12** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 12/06/10
Invoice Number 1319431
File No. 238379.000005
Page 2

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 11/01/10 | HEC | Attention to mail, notices and invoices (.9); revisions to contact list (.1); work on vendor files, review related correspondence, phone calls and emails (.9); attention to compiling addresses and email information for letter regarding client files (.3); administrative and organizational matters (.4); sorting correspondence and compile information for master list of contacts/vendors to be used for claims information (.6) | 3.2 | 848.00 |
| 11/01/10 | BDG | Review of correspondence and letter regarding release of client records | 0.2 | 56.70 |
| 11/01/10 | LWS | Drafting work on letter to former clients concerning access to original files and related acknowledgement form to be executed by former clients | 0.6 | 360.00 |
| 11/01/10 | KPW | Meet with Lee Stremba regarding Bank of America complaint (.3); research instances of receivers obtaining stays of creditor's actions (.6) | 0.9 | 202.50 |
| 11/02/10 | HEC | Preparation for email and regular mail to all clients and representatives of Cassirer letter regarding original client files (1.4); fielding email replies regarding same (.5); attention to mail, invoices, calls and inquiries regarding same and update payables chart (.9) | 2.8 | 742.00 |
| 11/02/10 | LWS | Meeting with Ken Kos concerning client document transfer issues (.2); meeting with Kevin Wallace concerning file transfers and review of Winston documents (.3) | 0.5 | 300.00 |
| 11/03/10 | HEC | Calls and emails on vendor status and payables, revise chart and send to L. Stremba (1.4); attention to mail, notices, invoices, files and contact list (.9) | 2.3 | 609.50 |
| 11/03/10 | LWS | Call from New York DA's office concerning possible use of Starr internet domain name, conference with Receiver and call back to DA's office with Receiver | 0.6 | 360.00 |
| 11/04/10 | HEC | Return calls to vendors, attention to chart and vendor files, update status (1.4); complete mailing of letter to clients regarding original files (.7); administrative and organizational matters (.4); calls and inquiries on various issues for attorneys as requested (.6) | 3.1 | 821.50 |
| 11/04/10 | LWS | Meetings with Ken Kos and Kevin Wallace concerning client file transfer issues and GRM's assertion of hold on files | 0.5 | 300.00 |
| 11/05/10 | LWS | Call from New York DA's office concerning possible use of Starr email domain name (.1); review email inquiry from Peter Koffler of Blackstone concerning scope of | 1.4 | 840.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 12/06/10
Invoice Number 1319431
File No. 238379.000005
Page 3

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | Receivership, conference with Receiver and respond to inquiry (.3); drafting work on notice to former clients concerning protection of their accounts from unauthorized use, emails with Receiver and conferences with Kevin Wallace to finalize same and arrange mailing (.7); meeting with Ken Kos concerning situation at GRM (.1) | | |
| 11/08/10 | LWS | Call from Lloyd Appel, CEO of an investment fund in which Dolmari has an interest, regarding a capital call | 0.3 | 180.00 |
| 11/09/10 | HEC | Discussions with K. Wallace, create chart outlining pending lawsuits, review status/dockets and complete relevant information for each and disseminate to team (1.1); attention to administrative and organizational matters (.4); review files, return calls, review and send emails regarding payables and attention to status chart (.8); review and sort correspondence, bills, invoices, etc. update addresses where necessary (.7) | 3.0 | 795.00 |
| 11/09/10 | LWS | Meeting with Ken Kos regarding issues relating to former clients' requests for files and issues relating to GRM account | 0.2 | 120.00 |
| 11/10/10 | HEC | Reviewing and categorizing boxes of correspondence and invoices, checking contact info (1.9); return calls, commence new inquiries on various payable matters where no reply has been received, update chart and files (.8); update email contact list (.1); compiling mailing information for claims (.6); check status of case dockets (.2) | 3.6 | 954.00 |
| 11/10/10 | LWS | Sending October invoices to Tim Casey of the SEC for review (.2); long call with ▮▮▮▮▮▮▮▮▮counsel Tawfig Rangwalla of Milbank regarding possible actions against Starr and others and coordination of activities (1.0) | 1.2 | 720.00 |
| 11/11/10 | HEC | Numerous calls regarding ADP (.6); review and follow-up on payables, update files and chart (.7); attention to mail, invoices and contact lists, administrative and organizational matters (1.8) | 3.1 | 821.50 |
| 11/11/10 | LWS | Call with Tim Casey of the SEC regarding case administration issues, litigation status and third party actions (.7); meeting with the Receiver concerning possible next steps for the estates and impact of third party actions (.6); call from Eunice in New York DA's office concerning possible use of Starr internet address (.1); emails with Barish counsel and Mellon counsel concerning Metaweb stock certificate and drafting letter to forward original to Barish counsel (.7) | 2.1 | 1,260.00 |
| 11/12/10 | HEC | Discussions with ▮▮▮▮▮▮▮representative regarding Body of War items being held by IWC Media, memo to | 3.2 | 848.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 12/06/10
Invoice Number 1319431
File No. 238379.000005
Page 4

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | team and discussion with L. Stremba regarding same (.3); attention to status of case dockets and litigation chart (.3); review all payables files, follow-up calls, update correspondence and invoices, further inquiries regarding outstanding issues for various vendors (1.1); update master contact list (.3); attention to administrative and organizational matters (.4); attention to mailing list projects (.8) | | |
| 11/12/10 | BDG | Perform cursory analysis of certain mail and statements concerning Blackstone investments and Starr Blackstone vehicles (.8); discussion with L. Stremba regarding same (.1) | 0.9 | 255.15 |
| 11/12/10 | LWS | Email to ███████ counsel Carlos Mas regarding Metaweb shares and arranging mailing of same (.2); Receiver call concerning conversation with Alistaire Bambach of the SEC (.1); conferences with Harriet Cohen and review relevant invoices concerning ███████ request for release of film materials in storage at IWC and email to Receiver re same (.6) | 0.9 | 540.00 |
| 11/15/10 | HEC | Call from S. Quaid at IWC Media | 0.1 | 26.50 |
| 11/15/10 | LWS | Meeting with Ken Kos and conference with Kevin Wallace concerning status and issues relating to former client file requests | 0.3 | 180.00 |
| 11/15/10 | IZ | Checked various papers | 1.0 | 270.00 |
| 11/16/10 | HEC | Team meeting (.6); send various items to team (.2); attention to files, invoices and correspondence (.7); review payables files and chart, leave messages regarding outstanding issues (.8); attention to mailing lists (.4); administrative and organizational matters (.4) | 3.1 | 821.50 |
| 11/16/10 | LWS | Conference with Receiver concerning file transfer issues with GRM and possible bankruptcy alternative for Kenneth (.3); emails with Winston & Strawn counsel and conference with Kevin Wallace concerning inadvertently produced privileged documents (.3); meeting with ███████ counsel David Mills (1.0); status and planning meeting with Receiver and legal team (.6); email City National judgment to ███████ counsel (.1); call with Alistaire Bambach and Tim Casey of the SEC with Receiver concerning administrative issues including ████████████████████████ ████████████████████████████ (.7); draft email to SEC concerning agreement to further discount on fee application (.2) | 3.2 | 1,920.00 |
| 11/17/10 | HEC | Review mail and invoices and memorandum to team regarding nature of debts and related information (.6); | 2.2 | 583.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

ATTORNEYS AT LAW

Invoice Date 12/06/10
Invoice Number 1319431
File No. 238379.000005
Page 5

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | review payables files and chart, calls to various parties, update files with recent invoices (.6); review correspondence and update contact and mailing lists accordingly (.4); attention to status of pending case dockets (.2); administrative and organizational matters (.4) | | |
| 11/17/10 | LWS | Emails with SEC and conference with Receiver concerning agreement on discounting of fees for first interim fee application (.3); conferences with Receiver concerning bankruptcy alternative for preventing race to courthouse against Kenneth Starr (.5) | 0.8 | 480.00 |
| 11/18/10 | HEC | Review mail and correspondence, update files and mailing/contact lists (.4); administrative and organizational matters (.4); calls to various parties regarding payables, contracts, outstanding invoices and update files and chart accordingly (.8); review status of pending case dockets (.2) | 1.8 | 477.00 |
| 11/18/10 | LWS | Letter to Judge Stein concerning fee application and upcoming status conference and conference with Receiver concerning same(.4); conferences with Receiver concerning preparations for status conference and issues to be presented (.3); email to SEC and DOJ concerning matters to be presented at status conference (.1) | 0.8 | 480.00 |
| 11/19/10 | HEC | Review mail, invoices and correspondence and file accordingly (.4); update contact and mailing lists (.2); calls regarding payables, outstanding issues, attention to invoices (.7); | 1.3 | 344.50 |
| 11/19/10 | LWS | Emails with SEC and DOJ to arrange call to discuss status conference (.2); drafting status report and outline of issues for presentation at status conference and send to Receiver (1.5); emails with David Mills, counsel to ███████ concerning possible bankruptcy filing against Kenneth Starr (.2); call with William Harrington of DOJ concerning ████████████████████ and report to Receiver by email concerning the call (.7) | 2.6 | 1,560.00 |
| 11/22/10 | HEC | Attention to case dockets (.2); review and update contact lists (.2); attention to administrative and organizational matters (.3) | 0.7 | 185.50 |
| 11/22/10 | BDG | Review of order dismissing K. Starr and D. Passage lift stay motions and approving receiver and Troutman fees | 0.1 | 28.35 |
| 11/22/10 | LWS | Preparation for and appearance before Judge Stein for status conference | 2.0 | 1,200.00 |
| 11/23/10 | HEC | Review status of case dockets (.2); attention to mail, invoices and correspondence (.4); review status of various | 1.7 | 450.50 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 12/06/10
Invoice Number 1319431
File No. 238379.000005
Page 6

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | payables inquiries and follow-up phone calls, notations to files (.7); order transcript of Nov. 22 hearing, inquiries regarding same and send to team upon receipt (.3); calendar status hearing (.1) | | |
| 11/23/10 | LWS | Review transcript of status conference and draft email to DOJ concerning issues requiring discussion, and forward draft to Receiver | 0.7 | 420.00 |
| 11/24/10 | HEC | Attention to files, correspondence, invoices, administrative and organizational matters (.7); calls in connection with outstanding issues on payables (.2) | 0.9 | 238.50 |
| 11/24/10 | LWS | Conference with Receiver concerning communication with DOJ, revise and send email to DOJ concerning administrative issues | 0.5 | 300.00 |
| 11/29/10 | HEC | Review case dockets and status (.1); attention to mail, correspondence and invoices, update files accordingly (.3); work on outstanding payables issues (.3); administrative and organizational matters (.2) | 0.9 | 238.50 |
| 11/29/10 | BDG | Review of letter from GRM regarding compliance with court order concerning document retention turnover (.1); discussion with K. Wallace regarding cursory research of same (.1) | 0.2 | 56.70 |
| 11/29/10 | LWS | Email to GRM counsel Fran Parker re GRM hold on client files (.1); return call from Fran Parker concerning GRM hold on files (.2); meeting Ken Kos concerning status and issues with client file requests (.2) | 0.5 | 300.00 |
| 11/29/10 | KPW | Research a receiver's or trustee's ability to avoid a possessory lien or to obtain the turnover of property subject to a possessory lien | 1.7 | 382.50 |
| 11/30/10 | HEC | Check status of case dockets, send filing in criminal case to team with docket (.2); review all items on lawsuits chart, check docket status, update chart and disseminate to team (.5); attention to files, invoices, mail, administrative and organizational matters (.7); inquiries relating to outstanding payables issues (.4) | 1.8 | 477.00 |
| 11/30/10 | BDG | Discussion with L. Stremba regarding research on storage company forced turnover and liens | 0.1 | 28.35 |
| 11/30/10 | LWS | Conference with Receiver concerning GRM issues and status of communications with DOJ (.2); meetings with Kevin Wallace concerning research of issues relating to GRM hold on client files and review authorities (.7); review order changing Kenneth Starr sentencing date (.1); emails with Receiver and Harriet Cohen and conference with | 1.4 | 840.00 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### A T T O R N E Y S  A T  L A W

Invoice Date 12/06/10
Invoice Number 1319431
File No. 238379.000005
Page 7

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | Kevin Wallace concerning list of former clients without contact information (.3); review memo concerning status of litigation against Kenneth Starr (.1) | | |
| 11/30/10 | KPW | Research a receiver's or trustee's ability to compel the turnover of property that is subject to possessory liens (1.3); research warehouseman's liens under New Jersey law (.9); return client messages (.4); meet with Shirley Klein (.2); update client contact information (.3); meet with Lee Stremba (.2) | 3.3 | 742.50 |
| | | Totals | 68.3 | 24,964.75 |

## TIMEKEEPER TIME SUMMARY THROUGH 11/30/10

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| HEC | Cohen | 38.8 | 265.00 | 10,282.00 |
| BDG | Goodman | 1.5 | 283.50 | 425.25 |
| LWS | Stremba | 21.1 | 600.00 | 12,660.00 |
| KPW | Wallace | 5.9 | 225.00 | 1,327.50 |
| IZ | Zimerman | 1.0 | 270.00 | 270.00 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 11/30/10

| Date | Description | Amount |
|------|-------------|--------|
| 11/11/10 | Computer Research | 6.76 |
| 11/11/10 | Computer Research | 38.03 |
| 11/11/10 | Computer Research | 1.95 |
| 11/11/10 | Computer Research | 20.23 |
| 11/12/10 | Outside Courier Services | 10.40 |
| | Total: | 77.37 |

Total Fees & Costs:    $25,042.12

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 12/06/10 |
| Submitted by | A Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1319431 |
| File No. | 238379.000005 |

RE:     CASE ADMINISTRATION - SEC V. STARR

**Total Amount of This Invoice**          $25,042.12

**Summary of Additional Outstanding Invoices by Matter as of 12/06/10**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300569 | $55,531.40 | $-20,744.78 | $34,786.62 |
| 08/03/10 | 1300612 | $48,018.62 | $-18,229.17 | $29,789.45 |
| 09/16/10 | 1303244 | $49,778.99 | $-18,904.19 | $30,874.80 |
| 10/11/10 | 1307343 | $23,213.65 | $0.00 | $23,213.65 |
| 11/09/10 | 1313817 | $32,507.48 | $0.00 | $32,507.48 |
| | | $209,050.14 | -57,878.14 | $151,172.00 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 12/06/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1319433 |
| New York, NY 10174 | File No. | 238379.000006 |

RE:    **CLAIMS ADMINISTRATION AND OBJECTIONS**

**Total Amount of This Invoice**                    **$0.00**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | |
| Troutman Sanders LLP | |
| 405 Lexinton Avenue | |
| New York, NY 10174 | |

| | |
|---|---|
| Invoice Date | 12/06/10 |
| Submitted by | A Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1319433 |
| File No. | 238379.000006 |

RE: **CLAIMS ADMINISTRATION AND OBJECTIONS**

**Total Amount of This Invoice**      $0.00

**Summary of Additional Outstanding Invoices by Matter as of 12/06/10**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 10/11/10 | 1307345 | $360.00 | $0.00 | $360.00 |
| 11/09/10 | 1313818 | $480.00 | $0.00 | $480.00 |
| | | $840.00 | 0.00 | $840.00 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 12/06/10 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1319429 |
| New York, NY 10174 | File No. | 238379.000007 |

**RE:     EMPLOYEE BENEFIT PENSIONS- SEC V. STARR**

Fees for Professional Services Rendered Through 11/30/10                     $1,958.05

**Total Amount of This Invoice         $1,958.05**

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 12/06/10
Invoice Number 1319429
File No. 238379.000007
Page 2

AURORA CASSIRER AS RECEIVER

EMPLOYEE BENEFIT PENSIONS- SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 11/01/10 | SPL | Review revised Form 5330; office conference with C. Ludwig regarding calculations and other issues with Form 5330 | 4.1 | 902.00 |
| 11/01/10 | CJL | Review of calculations and form for late contributions; office conference with Susan Logan; review of fiduciary filer program | 1.8 | 513.00 |
| 11/04/10 | LWS | Call from former manager Michael Kanter concerning medical claims | 0.1 | 60.00 |
| 11/08/10 | SPL | Telephone conference with J. Gugliotta regarding Form 5330 situation; office conference with C. Ludwig regarding correction procedures | 0.4 | 88.00 |
| 11/11/10 | HEC | Review employee contact lists and prepare labels for mailing of Receiver letter | 0.2 | 53.00 |
| 11/11/10 | BDG | Draft of follow-up 401k letter to participants and beneficiaries (.3) | 0.3 | 85.05 |
| 11/12/10 | HEC | Prepare labels for former employees and effectuate mailing of Receiver's letter regarding 401K plan | 0.8 | 212.00 |
| 11/23/10 | KPW | Return employee phone call | 0.2 | 45.00 |
| | | Totals | 7.9 | 1,958.05 |

**TIMEKEEPER TIME SUMMARY THROUGH 11/30/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| HEC | Cohen | 1.0 | 265.00 | 265.00 |
| BDG | Goodman | 0.3 | 283.50 | 85.05 |
| SPL | Logan | 4.5 | 220.00 | 990.00 |
| CJL | Ludwig | 1.8 | 285.00 | 513.00 |
| LWS | Stremba | 0.1 | 600.00 | 60.00 |
| KPW | Wallace | 0.2 | 225.00 | 45.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | |
| Troutman Sanders LLP | |
| 405 Lexinton Avenue | |
| New York, NY 10174 | |

| | |
|---|---|
| Invoice Date | 12/06/10 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1319429 |
| File No. | 238379.000007 |

**RE:   EMPLOYEE BENEFIT PENSIONS- SEC V. STARR**

**Total Amount of This Invoice**          $1,958.05

**Summary of Additional Outstanding Invoices by Matter as of 12/06/10**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1290658 | $11,409.55 | $-4,262.25 | $7,147.30 |
| 08/03/10 | 1300610 | $240.00 | $-89.66 | $150.34 |
| 09/16/10 | 1303245 | $1,280.50 | $-478.35 | $802.15 |
| 10/11/10 | 1307340 | $1,275.00 | $0.00 | $1,275.00 |
| 11/09/10 | 1313807 | $940.00 | $0.00 | $940.00 |
| | | $15,145.05 | -4,830.26 | $10,314.79 |

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**