**EXHIBIT 4**

**INVOICES FOR PERIODS SUBSEQUENT TO SECOND FEE APPLICATION**

TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: 212-704-6000
Fax: 212-704-6288
Lee W. Stremba

*Attorneys for Aurora Cassirer, Receiver for*
*Starr Investment Advisors, LLC, Starr & Company, LLC*
*and Colcave, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
      :
SECURITIES AND EXCHANGE COMMISSION,  :
      :
          Plaintiff,  :
      :    10 CIV. 4270 (SHS)
-against-  :
      :
KENNETH IRA STARR, STARR INVESTMENT  :
ADVISORS, LLC, and STARR & COMPANY, LLC,  :
      :
          Defendants,  :
      :
DIANE PASSAGE and COLCAVE, LLC,  :
          Relief Defendants.  :
      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### INVOICES IN SUPPORT OF:

**AURORA CASSIRER, RECEIVER, AND TROUTMAN SANDERS LLP, AS**
**ATTORNEYS FOR THE RECEIVER, REQUEST FOR COMPENSATION FOR**
**PROFESSIONAL SERVICES RENDERED AND FOR**
**REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**
**INCURRED DURING THE PERIOD**
**FROM DECEMBER 1, 2010 THROUGH JUNE 30, 2012**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 01/12/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1326187 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/10 | $6,625.00 |
| **Total Amount of This Invoice** | **$6,625.00** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

ATTORNEYS AT LAW

Invoice Date 01/12/11
Invoice Number 1326187
File No. 238379.000001
Page 2

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 12/01/10 | AC | Various business administrative matters, including 401k distribution, GRM warehouse issue (1.4); attempts to reach SEC (.2) | 1.6 | 400.00 |
| 12/02/10 | AC | Various business administrative matters, including GRM/files issue; telephone calls (.90), email correspondence with former client/investors regarding various matters and discussions regarding same (.50) | 1.4 | 350.00 |
| 12/03/10 | AC | various business administrative matters, including GRM issue (.40); review DOJ draft stipulation re consent and seizure, discussions regarding same (.80) | 1.2 | 300.00 |
| 12/06/10 | AC | Various administrative business matters, including GRM issue (.50); conference with Lee Stremba regarding draft stipulation re Colcave (.60); email correspondence and discussions regarding former client/investors and their files and funds transfers (.40) | 1.5 | 375.00 |
| 12/07/10 | AC | Various business administrative matters, including GRM issue | 0.8 | 200.00 |
| 12/07/10 | AC | COLCAVE:  Review, revise draft stipulation; discussions regarding same | 1.1 | 275.00 |
| 12/08/10 | AC | Various business administrative matters, including preparation for and conference call with Susan Logan and Lee Stremba re 401K plan filings | 0.9 | 225.00 |
| 12/08/10 | AC | COLCAVE:  Review revise draft order; discussions regarding same | 0.5 | 125.00 |
| 12/09/10 | AC | Various business administrative matters | 0.7 | 175.00 |
| 12/10/10 | AC | COLCAVE:  Preparation for and conference call with Tim Casey and Michael Lockard | 0.9 | 225.00 |
| 12/13/10 | AC | COLCAVE:  Review revised consent seizure order; discussions regarding same | 1.2 | 300.00 |
| 12/14/10 | AC | COLCAVE:  Review revised motion; conference with Lee Stremba regarding same | 0.7 | 175.00 |
| 12/14/10 | AC | Various business matters (.50); communications with former client/investors (.40) | 0.9 | 225.00 |
| 12/16/10 | AC | Various administrative matters, including, but not limited to, GRM and file transfers; email correspondence from Michael Gilberg regarding filing of forms U-5 and ADV-W; discussions regarding same (2.20); review amended complaint SEC v. Starr; review Bristol indictment (.90); | 3.1 | 775.00 |
| 12/16/10 | AC | COLCAVE:  Review Lux v. Colcave summons and | 0.6 | 150.00 |

IN ACCOUNT WITH

Invoice Date 01/12/11
Invoice Number 1326187
File No. 238379.000001
Page 3

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | complaint, discussions regarding same | | |
| 12/17/10 | AC | Various business administrative matters; discussions and email correspondence with SEC regarding filing of U-5 and ADV-W as requested by Ron Starr | 0.9 | 225.00 |
| 12/20/10 | AC | Various business administrative matters | 1.2 | 300.00 |
| 12/21/10 | AC | Various administrative matters, including telephone call with CMC regarding funds remaining (.40)review Wiatt v. Winston & Strawn complaint, discussions regarding same (.60) | 1.0 | 250.00 |
| 12/21/10 | AC | Discussions regarding draft of Colcave motion; | 0.5 | 125.00 |
| 12/22/10 | AC | Various business administrative matters, email correspondence, discussions regarding former client/investor file transfers; confer with Brett Goodman regarding CMC and funds of former employees remaining in 401K plan, email correspondence with Michael Lockard regarding same(1.20); email correspondence with Stanton counsel David Mills regarding various matters; email correspondence regarding mail received regarding Starr investment vehicles (.3); | 1.5 | 375.00 |
| 12/23/10 | AC | Various business administrative matters, including 401K balance of plan participants, discussions regarding same re advising plan participants (.80);  review letter to Judge Stein from counsel for Ron Starr regarding ADV-W for SIA and U5 forms for Starr, discussions with Lee Stremba regarding same and response to Judge Stein (.90) | 1.6 | 400.00 |
| 12/28/10 | AC | Various administrative matters, including review of 401k plan participant letter | 0.5 | 125.00 |
| 12/29/10 | AC | Various business administrative matters; finalize letter to 401K plan participants (60); review order and endorsement regarding deregistration of SIA, forward same to SEC re scheduling a call re same (.70) | 1.3 | 325.00 |
| 12/30/10 | AC | Various business administrative matters (.80); email correspondence with Todd Brody regarding order and endorsement (.10) | 0.9 | 225.00 |
| | | Totals | 26.5 | 6,625.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cassirer | 26.5 | 250.00 | 6,625.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 01/12/11 |
| Submitted by | A Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1326187 |
| File No. | 238379.000001 |

RE:     SEC v. STARR ET AL.

**Total Amount of This Invoice**          $6,625.00

**Summary of Additional Outstanding Invoices by Matter as of 01/12/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300568 | $33,125.00 | $-12,374.46 | $20,750.54 |
| 08/03/10 | 1300609 | $16,823.00 | $-6,284.54 | $10,538.46 |
| 09/16/10 | 1303241 | $10,574.00 | $-3,950.11 | $6,623.89 |
| 10/11/10 | 1307322 | $9,213.55 | $0.00 | $9,213.55 |
| 11/09/10 | 1313529 | $9,175.00 | $0.00 | $9,175.00 |
| 12/06/10 | 1319251 | $11,000.00 | $0.00 | $11,000.00 |
| | | $89,910.55 | -22,609.11 | $67,301.44 |

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 01/12/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1326188 |
| New York, NY 10174 | File No. | 238379.000007 |

**RE:    EMPLOYEE BENEFIT PENSIONS- SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/10 | $2,550.15 |
| **Total Amount of This Invoice** | **$2,550.15** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 01/12/11
Invoice Number 1326188
File No. 238379.000007
Page 2

AURORA CASSIRER AS RECEIVER

EMPLOYEE BENEFIT PENSIONS- SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 12/06/10 | HEC | Attention to employee contact information and lists | 0.1 | 26.50 |
| 12/07/10 | HEC | Look up employee information | 0.1 | 26.50 |
| 12/08/10 | SPL | Review materials regarding late payment of participant contributions; conference call with R. Cassirer, L. Stremba and C. Ludwig | 0.6 | 132.00 |
| 12/08/10 | LWS | Conference with Receiver and call with Receiver to Susan Logan concerning 401(k) Plan issues | 0.4 | 240.00 |
| 12/20/10 | LWS | Review chart of remaining 401(k)participants, conference with Receiver and call to plan administrator to discuss chart and account history of Ken and Marisa Starr (.6), conferences with Receiver concerning Ken Starr and Marisa Starr balances and email chart of balances to Michael Lockard (.3) | 0.9 | 540.00 |
| 12/21/10 | BDG | Prepare draft of third letter to 401k beneficiaries who have failed to direct the third party administrator | 0.4 | 113.40 |
| 12/21/10 | LWS | Conference with Receiver concerning 401(k) plan issues and conference with Brett Goodman concerning notice to remaining participates to remove their funds from the plan | 0.4 | 240.00 |
| 12/22/10 | HEC | Review files and mailing lists for employee contact information for those persons who have not yet administered their 401K accounts | 0.3 | 79.50 |
| 12/22/10 | BDG | Review and analysis of correspondence and mail concerning Starr investment vehicles (1.1); meet with L. Stremba to discuss analysis of same (.3); further review of same and partnership ownership and draft and prepare email correspondence to A. Cassirer of such analysis (.4) | 1.8 | 510.30 |
| 12/23/10 | HEC | Prepare labels for employees to receive letter regarding 401K and emails to Messrs. Stremba and Goodman regarding same; prepare copies of prior correspondence as attachments | 0.4 | 106.00 |
| 12/28/10 | BDG | Calls with A. Cassirer and A. Medjid concerning 401k follow-up letter and revisions regarding same (.4) | 0.4 | 113.40 |
| 12/29/10 | RD | Revise, finalize and attend to service of letter to certain investors | 1.5 | 337.50 |
| 12/29/10 | BDG | Calls and correspondence with R. Delpino regarding 401k letters to certain Plan beneficiaries and coordinate preparation of same | 0.3 | 85.05 |
| | | Totals | 7.6 | 2,550.15 |

IN ACCOUNT WITH

Invoice Date 01/12/11
Invoice Number 1326188
File No. 238379.000007
Page 3

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

EMPLOYEE BENEFIT PENSIONS- SEC V. STARR

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| HEC | Cohen | 0.9 | 265.00 | 238.50 |
| RD | Delpino | 1.5 | 225.00 | 337.50 |
| BDG | Goodman | 2.9 | 283.50 | 822.15 |
| SPL | Logan | 0.6 | 220.00 | 132.00 |
| LWS | Stremba | 1.7 | 600.00 | 1,020.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | **Invoice Date** 01/12/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by    A  Cassirer |
| Troutman Sanders LLP | Direct Dial    212-704-6249 |
| 405 Lexinton Avenue | Invoice No.    1326188 |
| New York, NY 10174 | File No.    238379.000007 |

**RE:    EMPLOYEE BENEFIT PENSIONS- SEC V. STARR**

**Total Amount of This Invoice**    $2,550.15

**Summary of Additional Outstanding Invoices by Matter as of 01/12/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1290658 | $11,409.55 | $-4,262.25 | $7,147.30 |
| 08/03/10 | 1300610 | $240.00 | $-89.66 | $150.34 |
| 09/16/10 | 1303245 | $1,280.50 | $-478.35 | $802.15 |
| 10/11/10 | 1307340 | $1,275.00 | $0.00 | $1,275.00 |
| 11/09/10 | 1313687 | $940.00 | $0.00 | $940.00 |
| 12/06/10 | 1319429 | $1,958.05 | $0.00 | $1,958.05 |
| | | $17,103.10 | -4,830.26 | $12,272.84 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

| | | |
|---|---|---|
| **Payment Remittance Address** | ATTORNEYS AT LAW | **Office Address** |
| Troutman Sanders LLP | A LIMITED LIABILITY PARTNERSHIP | The Chrysler Building |
| P.O. Box 933652 | FEDERAL ID NO. 58-0946915 | 405 Lexington Ave |
| Atlanta, Georgia 31193-3652 | | New York, NY 10174 |

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 01/12/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1326189 |
| New York, NY 10174 | File No. | 238379.000002 |

RE:    **ASSET ANALYSIS AND RECOVERY-SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/10 | $787.50 |
| Costs and Expenses Through 12/31/10 | $117.67 |
| **Total Amount of This Invoice** | **$905.17** |

IN ACCOUNT WITH

Invoice Date 01/12/11
Invoice Number 1326189
File No. 238379.000002
Page 2

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

ASSET ANALYSIS AND RECOVERY-SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 12/06/10 | KPW | Meet with Lee Stremba (.2); review bank records (.2); draft motion for default judgment, including the notice of motion, the Stremba affirmation, the Cassirer affidavit, and the Request for Judicial Intervention (1.7); meet with Lee Stremba (.3) | 2.4 | 540.00 |
| 12/09/10 | IZ | Supreme Court, New York County's clerks office | 0.5 | 135.00 |
| 12/21/10 | KPW | Revise motion for default judgment against Ken Starr | 0.5 | 112.50 |
| | | Totals | 3.4 | 787.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| KPW | Wallace | 2.9 | 225.00 | 652.50 |
| IZ | Zimerman | 0.5 | 270.00 | 135.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 12/31/10**

| Date | Description | Amount |
|------|-------------|--------|
| 12/13/10 | Computer Research | 20.49 |
| 12/13/10 | Computer Research | 38.54 |
| 12/13/10 | Computer Research | 6.84 |
| 12/13/10 | Computer Research | 6.84 |
| 12/13/10 | Computer Research | 41.54 |
| 12/13/10 | Computer Research | 3.42 |
| | Total: | 117.67 |

Total Fees & Costs:    $905.17

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**

Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 01/12/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1326189 |
| New York, NY 10174 | File No. | 238379.000002 |

**RE:    ASSET ANALYSIS AND RECOVERY-SEC V. STARR**

**Total Amount of This Invoice**                $905.17

**Summary of Additional Outstanding Invoices by Matter as of 01/12/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300570 | $56,898.30 | $-21,255.41 | $35,642.89 |
| 08/03/10 | 1300611 | $33,935.12 | $-12,736.68 | $21,198.44 |
| 09/16/10 | 1303242 | $29,353.97 | $-11,556.46 | $17,797.51 |
| 10/11/10 | 1307342 | $16,964.48 | $0.00 | $16,964.48 |
| 11/09/10 | 1313816 | $33,421.94 | $0.00 | $33,421.94 |
| 12/06/10 | 1319430 | $11,464.65 | $0.00 | $11,464.65 |
| | | $182,038.46 | -45,548.55 | $136,489.91 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 01/12/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1326190 |
| New York, NY 10174 | File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/10 | $17,378.40 |
| Costs and Expenses Through 12/31/10 | $45.40 |
| **Total Amount of This Invoice** | **$17,423.80** |

IN ACCOUNT WITH

Invoice Date 01/12/11
Invoice Number 1326190
File No. 238379.000005
Page 2

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 12/01/10 | HEC | Review correspondence, updating files and payables files/invoices, administrative and organizational matters (.6); inquiries regarding various outstanding matters, payables issues (.4) | 1.0 | 265.00 |
| 12/01/10 | BDG | Review of correspondence concerning Amex motion for default judgment against Ken Starr and Starrco (.1) | 0.1 | 28.35 |
| 12/01/10 | LWS | Exchange of emails with Stanton counsel David Mills regarding potential creditors qualified to join in involuntary bankruptcy petition against Kenneth Starr and research records for same (.7); conference with Kevin Wallace regarding Amex and Bank of America actions against Kenneth Starr and review proceedings(.4) | 1.1 | 660.00 |
| 12/01/10 | KPW | Meet with Shirley Klein (.3); return client messages (.2) | 0.5 | 112.50 |
| 12/02/10 | HEC | Review correspondence and invoices, update files and attention to administrative and organizational matters (.6); calls to various vendors to follow-up on requests (.3); update master contact list (.1); review accounting reports and forms and prepare for next quarter (.3) | 1.3 | 344.50 |
| 12/02/10 | LWS | Draft email to GRM regarding GRM's hold on client files, review with Receiver and revise and send same (.6); GRM counsel call and conference with Receiver concerning call(.3); conferences with Receiver concerning DOJ's lack of response regarding funds in Starr & Co. account and possible alternatives to address issue(.2) | 1.1 | 660.00 |
| 12/02/10 | KPW | Return client messages | 0.1 | 22.50 |
| 12/03/10 | HEC | Obtain plea allocution for team as requested (.1); review status of pending dockets and update accordingly (.2); numerous calls with ADP, review quote, prepare memo and forward to team (.3); attention to files, lists, administrative and organizational matters (.4); work on accounting reports (.6) | 1.6 | 424.00 |
| 12/03/10 | KPW | Review consent letter (.3); meet with Lee Stremba (.2) | 0.5 | 112.50 |
| 12/06/10 | HEC | Review mail, attention to administrative and organizational matters (.4); review bank account information and invoices and attention to accounting reports (.4) | 0.8 | 212.00 |
| 12/06/10 | LWS | Drafting proposal to document storage company GRM for release of client files (.7) and conferences with Kenneth Kos concerning estimate of GRM's charges for destruction of files that may be abandoned (.1) | 0.8 | 480.00 |
| 12/07/10 | HEC | Attention to master contact list and information (.1); review mail, correspondence and invoices, attention to | 1.1 | 291.50 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP

A T T O R N E Y S   A T   L A W

Invoice Date 01/12/11
Invoice Number 1326190
File No. 238379.000005
Page 3

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | administrative and organizational matters (.6); work on accounting reports, review of invoices, statements, etc. (.4) | | |
| 12/07/10 | LWS | Review email from GRM counsel in response to proposal, conference with Receiver regarding same (.4); draft response to GRM's counsel and review same with Receiver (.7) | 1.1 | 660.00 |
| 12/07/10 | KPW | Assist Stacy Lloyd and Rachel Mellon's counsel (1.2); meet with Lee Stremba (.2); return client messages (1.0) | 2.4 | 540.00 |
| 12/08/10 | HEC | Research forms of orders as requested by L. Stremba (.2); attention to administrative and organizational matters, files, correspondence, invoices and contact lists (.5) | 0.7 | 185.50 |
| 12/08/10 | KPW | Return client messages | 0.2 | 45.00 |
| 12/09/10 | HEC | Attention to files, correspondence, master contact list, administrative and organizational matters | 0.6 | 159.00 |
| 12/09/10 | KPW | Return client messages | 0.2 | 45.00 |
| 12/10/10 | KPW | Return client messages | 0.3 | 67.50 |
| 12/13/10 | HEC | Review and update files, invoices and payables information; attention to administrative and organizational matters (.9); attention to review of statements and receipts for accounting reports (.4) | 1.3 | 344.50 |
| 12/13/10 | LWS | Meeting with Receiver concerning government proposals and regarding GRM hold on client files (.3) call with Tim Casey of the SEC regarding unfreezing of Starrco and SIA bank accounts and administrative issues(.5); call to GRM counsel regarding freeze on files (.1) | 0.9 | 540.00 |
| 12/13/10 | KPW | Return client messages | 0.6 | 135.00 |
| 12/14/10 | HEC | Attention to mail and invoices; administrative and organizational matters (.4); work on accounting reports (.3) | 0.7 | 185.50 |
| 12/14/10 | LWS | Call with GRM counsel concerning hold on files | 0.1 | 60.00 |
| 12/14/10 | KPW | Meet with Lee Stremba regarding client records | 0.2 | 45.00 |
| 12/15/10 | HEC | Attention to correspondence and contact lists (.5); administrative and organizational matters (.2); work on accounting reports (.4) | 1.1 | 291.50 |
| 12/15/10 | LWS | Meeting with Kevin Wallace and Ken Kos concerning file requests of former clients and GRM issues (.3); call with GRM counsel regarding hold on files (.2); email request to issue check for GRM (.1) | 0.6 | 360.00 |
| 12/15/10 | KPW | Return client messages (.2); meet with Ken Kos (.3); meet with Lee Stremba (.1) | 0.6 | 135.00 |

IN ACCOUNT WITH

Invoice Date 01/12/11
Invoice Number 1326190
File No. 238379.000005
Page 4

# TROUTMAN SANDERS LLP

A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 12/16/10 | BDG | Discussions with L. Stremba regarding claims and bankruptcy issues of Starr entities and Starr in preparation for research | 0.3 | 85.05 |
| 12/16/10 | LWS | Review of SEC amended complaint and US Attorney's Indictment of Bristol (.8); analysis of impact of government's forfeiture/restitution claims on recovery of assets in the receivership proceedings or bankruptcies for Starrco and SIA (.5); | 1.3 | 780.00 |
| 12/16/10 | LWS | Call from Eric Lowenstein of Citrin regarding personal claims and regarding client file requests (.2); call with GRM counsel concerning hold on client files (.1); meeting with Kevin Wallace and Ken Kos concerning client file transfer issues (.3); conferences with the Receiver concerning Ron Starr requests for filing of Form U-5 and Form ADV-W to deregister SIA and Ron Starr, review correspondence and forms partially completed by Ron Starr and send email to Tim Casey of SEC to discuss same (.8) | 1.4 | 840.00 |
| 12/16/10 | KPW | Return client messages (.2); meet with Ken Kos (.2); prepare information in advance of transfer of client records (.3); forward Starr client mail (.1) | 0.8 | 180.00 |
| 12/17/10 | LWS | Letter to GRM counsel with partial payment of storage fees and lists of first client files to be retrieved (.3); analysis of steps for preparation of chapter 7 filings for Starrco and SIA (.5) | 0.8 | 480.00 |
| 12/17/10 | KPW | Return client messages | 0.2 | 45.00 |
| 12/20/10 | HEC | Attention to correspondence, payables and contact information (.6); work on accounting reports (.6) | 1.2 | 318.00 |
| 12/20/10 | BDG | Review and analysis of Bristol indictment | 0.6 | 170.10 |
| 12/20/10 | LWS | Drafting work on second quarterly status report and financial reports and conferences with Harriet Cohen concerning information for same | 3.4 | 2,040.00 |
| 12/20/10 | KPW | Return client messages | 0.2 | 45.00 |
| 12/21/10 | HEC | Numerous meetings and discussions with L. Stremba regarding accounting reports and details with respect to same (.3); attention to accounting reports, invoices, check and receipt registers (.8); attention to correspondence, administrative and organizational matters (.4); attention to status of dockets (.2) | 1.7 | 450.50 |
| 12/21/10 | BDG | Review and analysis of Wiatt complaint | 1.3 | 368.55 |
| 12/21/10 | LWS | Drafting work on quarterly status report and financial reports (.8); conference with Receiver concerning | 1.3 | 780.00 |

IN ACCOUNT WITH

Invoice Date 01/12/11
Invoice Number 1326190
File No. 238379.000005
Page 5

# Troutman Sanders LLP

### A T T O R N E Y S  A T  L A W

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | deregistration issue (.2); conference with Harriet Cohen concerning arrangements for ADP to issue w-2's for former employees (.1); conference with Ken Kos concerning status of GRM hold on files (.2) | | |
| 12/21/10 | KPW | Meet with Lee Stremba (.2); meet with Ken Kos (.2); return client messages (.3) | 0.7 | 157.50 |
| 12/22/10 | HEC | Work on review of bank statements and receipts in connection with accounting reports, revisions to reports (1.1); discussions with L. Stremba (.1); attention to mail, invoices and updating files (.3) | 1.5 | 397.50 |
| 12/22/10 | LWS | Liza Minelli counsel call concerning process for obtaining files and review email and acknowledgment form (.2); review and conference with Receiver concerning Wiatt complaint against Bristol et al (.8); meeting with Harriet Cohen concerning analyses for financial reports (.3); call with Stanton counsel David Mills regarding status of his client's consideration of a bankruptcy filing for Kenneth Starr (.4) | 1.7 | 1,020.00 |
| 12/23/10 | HEC | Meetings with L. Stremba regarding bank accounts, receipts and accounting reports (.3); work on finalizing reports for submission (.9); attention to mail, administrative and organizational matters (.4) | 1.6 | 424.00 |
| 12/23/10 | LWS | Work on quarterly status reports and financial reports and conferences with Harriet Cohen regarding same (.8); review and draft response to Ron Starr's counsel's letter to Court requesting order that Receiver file deregistration forms and conferences with Receiver re same (1.0); Tim Casey of SEC call regarding deregistration issue and email Receiver re same (.2) | 2.0 | 1,200.00 |
| 12/29/10 | BDG | Review of Judge Stein's order concerning business termination and correspondence regarding same | 0.1 | 28.35 |
| 12/30/10 | KPW | Return client messages | 0.7 | 157.50 |
| | | Totals | 44.4 | 17,378.40 |

IN ACCOUNT WITH

Invoice Date 01/12/11
Invoice Number 1326190
File No. 238379.000005
Page 6

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

## TIMEKEEPER TIME SUMMARY THROUGH 12/31/10

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| HEC | Cohen | 16.2 | 265.00 | 4,293.00 |
| BDG | Goodman | 2.4 | 283.50 | 680.40 |
| LWS | Stremba | 17.6 | 600.00 | 10,560.00 |
| KPW | Wallace | 8.2 | 225.00 | 1,845.00 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 12/31/10

| Date | Description | Amount |
|------|-------------|--------|
| 12/20/10 | Filing Fees | 35.00 |
| 12/17/10 | Outside Courier Services | 10.40 |
| | Total: | 45.40 |

Total Fees & Costs:   $17,423.80

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 01/12/11 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1326190 |
| File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

**Total Amount of This Invoice**          $17,423.80

**Summary of Additional Outstanding Invoices by Matter as of 01/12/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300569 | $55,531.40 | $-20,744.78 | $34,786.62 |
| 08/03/10 | 1300612 | $48,018.62 | $-18,229.17 | $29,789.45 |
| 09/16/10 | 1303244 | $49,778.99 | $-18,904.19 | $30,874.80 |
| 10/11/10 | 1307343 | $23,213.65 | $0.00 | $23,213.65 |
| 11/09/10 | 1313617 | $32,507.48 | $0.00 | $32,507.48 |
| 12/06/10 | 1319431 | $25,042.12 | $0.00 | $25,042.12 |
| | | $234,092.26 | -57,878.14 | $176,214.12 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 01/12/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1326191 |
| New York, NY 10174 | File No. | 238379.000009 |

**RE:    Colcave - Administration**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/10 | $9,356.70 |
| **Total Amount of This Invoice** | **$9,356.70** |

IN ACCOUNT WITH

Invoice Date 01/12/11
Invoice Number 1326191
File No. 238379.000009
Page 2

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

Colcave - Administration

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 12/03/10 | LWS | Review and conference with Receiver concerning email and draft stipulation from Michael Lockard of the DOJ relating to Colcave funds and drafting responsive email (1.2); review email from Michael Bosworth of DOJ and conference with Receiver re same (.2); drafting of revised version of DOJ's proposed stipulation regarding Colcave and forward draft to Receiver (2.3); exchange of emails with GRM counsel (.2) | 3.9 | 2,340.00 |
| 12/06/10 | BDG | Review of First and Second Colcave mortgage with L. Stremba with focus on interest reserves | 0.2 | 56.70 |
| 12/06/10 | LWS | Drafting work on consent seizure stipulation with the DOJ and review of Starrco account records for same | 1.2 | 720.00 |
| 12/07/10 | LWS | Conference with Receiver concerning draft stipulation with the DOJ regarding Colcave apartment (.3); revising draft stipulation and draft order for termination of Colcave receivership after surrender of assets (.8); email to Receiver concerning revised stipulation and order (.2) | 1.3 | 780.00 |
| 12/08/10 | LWS | Conference with Receiver concerning draft stipulation with the DOJ (.2), making revisions to same and forwarding to DOJ and SEC (.7) | 0.9 | 540.00 |
| 12/10/10 | LWS | Conference with Receiver and preparations for call with DOJ regarding proposed surrender of assets (.5) and call with Receiver to Michael Lockard of the IRS and Tim Casey of the SEC regarding same (.7) | 1.2 | 720.00 |
| 12/13/10 | LWS | Drafting work on motion for authority to enter into stipulated orders with the DOJ/IRS | 3.6 | 2,160.00 |
| 12/14/10 | LWS | Completion of draft motion for authority to enter into stipulated orders with the DOJ/IRS relating to the Colcave funds and Colcave apartment and forward draft to the Receiver for review | 2.2 | 1,320.00 |
| 12/20/10 | LWS | Emails with Tim Casey of SEC concerning deregistration issue and concerning proposed Colcave stips from the US Attorney's Office | 0.3 | 180.00 |
| 12/21/10 | LWS | Conference call with Todd Brody and Tim Casey of the SEC regarding draft motion relating to Colcave and regarding deregistration of SIA (.5); drafting work on Colcave motion to reflect comments of SEC (.4) | 0.9 | 540.00 |
| | | Totals | 15.7 | 9,356.70 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

Colcave - Administration

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/10**

| Initials | Name | Hours | Rate | Amount |
|----------|---------|------:|------:|---------:|
| BDG | Goodman | 0.2 | 283.50 | 56.70 |
| LWS | Stremba | 15.5 | 600.00 | 9,300.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | |
| Troutman Sanders LLP | |
| 405 Lexinton Avenue | |
| New York, NY 10174 | |

| | |
|---|---|
| Invoice Date | 01/12/11 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1326191 |
| File No. | 238379.000009 |

**RE:    Colcave - Administration**

**Total Amount of This Invoice**            $9,356.70



# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 02/18/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1335022 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:   SEC v. STARR ET AL.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/11 | $5,225.00 |
| **Total Amount of This Invoice** | **$5,225.00** |

IN ACCOUNT WITH

Invoice Date 02/18/11
Invoice Number 1335022
File No. 238379.000001
Page 2

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.


**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 01/04/11 | AC | Various business administrative matters, including, but not limited to 401 K distribution approvals; email correspondence with Starr former employees regarding W-2s | 0.9 | 225.00 |
| 01/04/11 | AC | COLCAVE:  receipt of demand letter from Lux Condominium ; email correspondence from Lockard regarding motion, discussions regarding same with Lee Stremba | 0.4 | 100.00 |
| 01/05/11 | AC | Various business administrative matters | 0.9 | 225.00 |
| 01/06/11 | AC | Various business administrative matters (.60); office conference with Lee Stremba regarding strategy moving forward re various issues; telephone call with Stanton counsel, David Mills. (.70) | 1.3 | 325.00 |
| 01/07/11 | AC | Various business administrative matters | 0.8 | 200.00 |
| 01/10/11 | AC | Various business matters (1.20); conference regarding Stanton and Involuntary filing, conferences regarding possible bankruptcy filings for SIA and Starr (.60) | 1.8 | 450.00 |
| 01/11/11 | AC | Various business adminsitrative matters (.50); office conference with Lee Stremba re same and other various matters (.40) | 0.9 | 225.00 |
| 01/12/11 | AC | Various administrative matters (.90); office conference with John Campo and Lee Stremba regarding various matters(.30); review fee application (.10); discussions regarding Pastar Condo deposit (.30) | 1.6 | 400.00 |
| 01/13/11 | AC | Various business administrative matters; conferences with Lee Stremba regarding same and other legal matters | 2.1 | 525.00 |
| 01/20/11 | AC | Various business administrative matters, including, but not limited to GRM and Mariano files; 401k distribution; W2s; email correspondence regarding Pastar (1.10); discussions regarding fee application (.20) | 1.3 | 325.00 |
| 01/21/11 | AC | Conferences with Lee Stremba re same and re various matters | 1.0 | 250.00 |
| 01/21/11 | AC | Various business administrative matters, including GRM warehouse practices, former client requests re various matters | 1.1 | 275.00 |
| 01/24/11 | AC | Various business administrative matters | 0.9 | 225.00 |
| 01/25/11 | AC | Various business administrative matters (1.10); review involuntary bankruptcy papers filed by Estate of Joan Stanton, discussions regarding same, telephone call with | 2.6 | 650.00 |

IN ACCOUNT WITH

Invoice Date 02/18/11
Invoice Number 1335022
File No. 238379.000001
Page 3

# TROUTMAN SANDERS LLP

### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | SEC re same and filing of fee application, review, revise letter to Judge Stein re same (1.50) | | |
| 01/27/11 | AC | Various business matters including but not limited to U5 applications, disclaimer; review revise letter to Judge Stein regarding status report on the deregistration of SIA Advisors; discussions regarding same | 1.2 | 300.00 |
| 01/28/11 | AC | COLCAVE: Various business administrative matters, including but not limited to receipt of common charges bill from Colcave apartment managing agent; discussions re same | 0.9 | 225.00 |
| 01/31/11 | AC | Various business matters (.70); review correspondence from Flora Edwards in response to Receiver's letter objection to Starr production of records; discussions re same (.50) | 1.2 | 300.00 |
| | | Totals | 20.9 | 5,225.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cassirer | 20.9 | 250.00 | 5,225.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | |
| Troutman Sanders LLP | |
| 405 Lexinton Avenue | |
| New York, NY 10174 | |

| | |
|---|---|
| Invoice Date | 02/18/11 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1335022 |
| File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

**Total Amount of This Invoice**         $5,225.00

**Summary of Additional Outstanding Invoices by Matter as of 02/18/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300568 | $33,125.00 | $-12,374.46 | $20,750.54 |
| 08/03/10 | 1300609 | $16,823.00 | $-6,284.54 | $10,538.46 |
| 09/16/10 | 1303241 | $10,574.00 | $-3,950.11 | $6,623.89 |
| 10/11/10 | 1307322 | $9,213.55 | $0.00 | $9,213.55 |
| 11/09/10 | 1313529 | $9,175.00 | $0.00 | $9,175.00 |
| 12/06/10 | 1319251 | $11,000.00 | $0.00 | $11,000.00 |
| 01/12/11 | 1326187 | $6,625.00 | $0.00 | $6,625.00 |
| | | $96,535.55 | -22,609.11 | $73,926.44 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 02/18/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1335023 |
| New York, NY 10174 | File No. | 238379.000007 |

RE:    **EMPLOYEE BENEFIT PENSIONS- SEC V. STARR**

Fees for Professional Services Rendered Through 01/31/11                                $1,927.30

**Total Amount of This Invoice**          **$1,927.30**

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP

### A T T O R N E Y S   A T   L A W

Invoice Date 02/18/11
Invoice Number 1335023
File No. 238379.000007
Page 2

AURORA CASSIRER AS RECEIVER

EMPLOYEE BENEFIT PENSIONS- SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 01/04/11 | HEC | Review correspondence and inquiries regarding W-2s; attention to returned employee correspondence | 0.2 | 53.00 |
| 01/04/11 | LWS | Call from former employee regarding W-2 forms | 0.1 | 60.00 |
| 01/06/11 | HEC | Emails and phone calls with ADP representative regarding 2010 W2 forms | 0.3 | 79.50 |
| 01/11/11 | HEC | Review employee contact and mailing label lists, review and research names for which mail has been returned; update lists accordingly and add to matrices | 0.9 | 238.50 |
| 01/12/11 | HEC | Attention to employee contact list and labels; update accordingly | 0.3 | 79.50 |
| 01/13/11 | HEC | Attention to former employee contact information, mailing lists and returned mail | 0.4 | 106.00 |
| 01/14/11 | HEC | Attention to employee contact information, revisions to same; issues relating to dissemination of W-2s from ADP | 0.3 | 79.50 |
| 01/14/11 | KPW | Meet with Shirley Klein and Harriet Cohen regarding employee w-2s | 0.2 | 51.30 |
| 01/18/11 | LWS | Exchanges of emails with former employees regarding W-2 forms | 0.2 | 120.00 |
| 01/20/11 | HEC | Review W-2s received from ADP; compare with employee contact information and master listing; mail to recipients; update employee contact and label lists per new names | 2.1 | 556.50 |
| 01/21/11 | HEC | Review added addresses per W-2s received and cross-check mailing and labels lists for proper information | 0.6 | 159.00 |
| 01/24/11 | HEC | Issues regarding new addresses for W-2s; cross-checking mailing lists and matrices | 0.4 | 106.00 |
| 01/25/11 | HEC | Attention to employee contact information and lists | 0.2 | 53.00 |
| 01/26/11 | HEC | Attention to employee lists, W-2 issues | 0.2 | 53.00 |
| 01/27/11 | HEC | Issues relating to receipt of W-2s; send out copies to various employees as requested and change lists accordingly | 0.3 | 79.50 |
| 01/28/11 | HEC | Issues relating to W-2s; mail copy to employee who did not receive at proper address; attention to updating lists | 0.2 | 53.00 |
| | | Totals | 6.9 | 1,927.30 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

EMPLOYEE BENEFIT PENSIONS- SEC V. STARR

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/11**

| Initials | Name | Hours | Rate | Amount |
|----------|---------|-------|--------|----------|
| HEC | Cohen | 6.4 | 265.00 | 1,696.00 |
| LWS | Stremba | 0.3 | 600.00 | 180.00 |
| KPW | Wallace | 0.2 | 256.50 | 51.30 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | |
| Troutman Sanders LLP | |
| 405 Lexinton Avenue | |
| New York, NY 10174 | |

| | |
|---|---|
| Invoice Date | 02/18/11 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1335023 |
| File No. | 238379.000007 |

**RE:    EMPLOYEE BENEFIT PENSIONS- SEC V. STARR**

**Total Amount of This Invoice**            $1,927.30

**Summary of Additional Outstanding Invoices by Matter as of 02/18/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1290658 | $11,409.55 | $-4,262.35 | $7,147.20 |
| 08/03/10 | 1300610 | $240.00 | $-89.66 | $150.34 |
| 09/16/10 | 1303245 | $1,280.50 | $-478.35 | $802.15 |
| 10/11/10 | 1307340 | $1,275.00 | $0.00 | $1,275.00 |
| 11/09/10 | 1313687 | $940.00 | $0.00 | $940.00 |
| 12/06/10 | 1319429 | $1,958.05 | $0.00 | $1,958.05 |
| 01/12/11 | 1326188 | $2,550.15 | $0.00 | $2,550.15 |
| | | $19,653.25 | -4,830.36 | $14,822.89 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 02/18/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1335024 |
| New York, NY 10174 | File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/11 | $34,573.90 |
| Costs and Expenses Through 01/31/11 | $184.00 |
| **Total Amount of This Invoice** | **$34,757.90** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

ATTORNEYS AT LAW

Invoice Date 02/18/11
Invoice Number 1335024
File No. 238379.000005
Page 2

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 01/03/11 | KPW | Meet with Lee Stremba regarding the transfer of client files | 0.2 | 51.30 |
| 01/04/11 | HEC | Discussions with L. Stremba, review files, correspondence, invoices, etc. and compiling information for creditor lists and matrix and work on forms, review of checklist, etc. (3.2); attention to mail, correspondence, administrative and organizational matters as well as updating of same (.6); attention to status of case dockets (.2); inquiries and compiling items from criminal docket for team (.2) | 4.2 | 1,113.00 |
| 01/04/11 | BDG | Review of responsive letter from R. Starr counsel regarding de-registration (.1); discussion with L. Stremba regarding chapter 7 filings (.1) | 0.2 | 63.00 |
| 01/04/11 | LWS | Review proceedings concerning Ken Starr bail and conference with Receiver concerning drafting of a pre-sentencing letter (.5); review proceedings regarding deregistration of SIA (.3); conferences with Receiver and Harriet Cohen concerning preparations for chapter 7 filings for SIA and Starrco (.7) | 1.5 | 900.00 |
| 01/04/11 | KPW | Return client messages | 0.4 | 102.60 |
| 01/05/11 | HEC | Attention to correspondence, mailing and contact lists, administrative and organizational matters (.6); work on chapter 7 filing forms and requirements, inputting creditors and schedule information, work on petition forms and discussions with L. Stremba regarding same (3.8) | 4.4 | 1,166.00 |
| 01/05/11 | KPW | Return client messages (1.2); meet with Ken Kos (.2) | 1.4 | 359.10 |
| 01/06/11 | HEC | Work on bankruptcy forms, inputting creditor and schedule information and review files for same (3.4); attention to correspondence, contact lists, administrative and organizational matters (.5) | 3.9 | 1,033.50 |
| 01/06/11 | LWS | Meeting with Receiver regarding pre-sentencing letter and chapter 7 preparations (.5); meeting with Ken Kos regarding file transfer issues and GRM (.3); call from accountant for investor in Blacap regarding status of partnership affairs (.3); analysis and research in files for information required for chapter 7 filings and conferences with Harriet Cohen regarding same (1.3) | 2.4 | 1,440.00 |
| 01/06/11 | KPW | Meet with Ken Kos (.3); prepare for delivery of client records (.3); return client messages (.2) | 0.8 | 205.20 |
| 01/06/11 | IZ | SDNY checked criminal file | 1.5 | 420.00 |
| 01/07/11 | HEC | Email from M. Cardillo regarding Denali vehicle, forward to team with note and send reply (.2); discussions with L. Stremba regarding petitions and required documents (.2); | 5.5 | 1,457.50 |

IN ACCOUNT WITH

Invoice Date 02/18/11
Invoice Number 1335024
File No. 238379.000005
Page 3

# TROUTMAN SANDERS LLP

### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | work on petitions, creditor lists and schedules, corporate ownership statements and other required forms (4.4); attention to update of master contact list, review of correspondence, administrative and organizational matters (.7) | | |
| 01/07/11 | LWS | Work on chapter 7 papers and conferences with Harriet Cohen concerning inputting of creditor information and creation of matrix (1.0); exchange of emails regarding inquiry from Ken Starr's former driver regarding Denali (.2) | 1.2 | 720.00 |
| 01/07/11 | KPW | Return client messages (.8); meet with Lee Stremba (.1); draft letter to IWC Media Services (.2) | 1.1 | 282.15 |
| 01/10/11 | HEC | Attention to files, contact lists, correspondence, administrative and organizational matters (.7); work on Chapter 7 petitions, schedules, matrices and other required documents and forms (4.5) | 5.2 | 1,378.00 |
| 01/10/11 | BDG | Review of IRS correspondence concerning PS Investors and correspondence regarding same | 0.1 | 31.50 |
| 01/10/11 | LWS | David Mills, counsel to Stanton, call regarding chapter 7 filing against Kenneth Starr, retrieve and forward copy of relevant court transcript to D.Mills and report to Receiver by email (.5); conference with Receiver concerning preparations for chapter 7 filings for receivership companies and conference with Receiver and John Campo concerning preparation for meeting with the US Trustee's office (.7) | 1.2 | 720.00 |
| 01/10/11 | KPW | Meet with Ken Kos | 0.2 | 51.30 |
| 01/11/11 | HEC | Attention to contact and creditor lists, administrative and organizational matters (.6); work on inputting creditors, schedule info, petition details, etc. and other work necessary for filings (4.9) | 5.5 | 1,457.50 |
| 01/11/11 | LWS | Call from New York Attorney General's office regarding condominium deposit made by Pastar, review follow up email from AG's office and report to Receiver by email | 0.6 | 360.00 |
| 01/11/11 | KPW | Update clients regarding the status of discussions with GRM (1.1); meet with Ken Kos regarding transfer of client files (.2); call Harriet Cohen (.1); return client messages (.7); meet with Lee Stremba regarding document production (.1); log in produced documents (.1) | 2.3 | 589.95 |
| 01/12/11 | HEC | Attention to mail, administrative and organizational matters (.4); inputting employee information into schedules (1.5); continued work on petitions, schedules, listings of unsecured creditors, assets, and matrices as necessary | 4.1 | 1,086.50 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 02/18/11
Invoice Number 1335024
File No. 238379.000005
Page 4

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | and discussions with L. Stremba regarding same (2.2) | | |
| 01/12/11 | KPW | Return client messages (.7); meet with Ken Kos (.1); arrange for the mail to be forwarded (.2) | 1.0 | 256.50 |
| 01/13/11 | HEC | Attention to mail, contact lists, creditor matrices (.9); administrative and organizational matters (.3); work on schedules of assets and liabilities, employee info and inputting other information required for petitions and other documents (3.0) | 4.2 | 1,113.00 |
| 01/13/11 | LWS | Meeting with Receiver and John Campo to prepare Receiver for meeting with US Trustee's office regarding bankruptcy filings for the receivership companies (.6); call with Receiver and Alistaire Bambach of the SEC regarding imminent bankruptcy filings (.3); conferences with Harriet Cohen and markup of forms for chapter 7 filings (.7) | 1.6 | 960.00 |
| 01/13/11 | KPW | Return client messages | 0.1 | 25.65 |
| 01/14/11 | HEC | Work on petitions, matrices, schedules (1.7); discussions with L. Stremba regarding various creditors and specific information (.2); attention to mailing lists, contacts lists, administrative and organizational matters (.4) | 2.3 | 609.50 |
| 01/14/11 | LWS | Karen Gartenberg, counsel to Mellon, call concerning receivership status and possible bankruptcy filings for companies and for Kenneth Starr | 0.5 | 300.00 |
| 01/17/11 | LWS | Work on petitions and schedules for Chapter 7 filings for SIA and Starrco | 1.3 | 780.00 |
| 01/18/11 | LWS | Work on Form U5 for deregistration of Ronald Starr and research requirements for same | 1.2 | 720.00 |
| 01/18/11 | KPW | Return client messages | 0.3 | 76.95 |
| 01/18/11 | IZ | Checked on various papers; telephone calls | 0.5 | 140.00 |
| 01/19/11 | HEC | Discussions with L. Stremba; revisions and additions to various Chapter 7 schedules, addition of co-debtor information; review of documents, update creditor and employee lists (2.7); attention to correspondence, lists, administrative and organizational matters (.6) | 3.3 | 874.50 |
| 01/19/11 | LWS | Draft email to New York Attorney General's Office concerning Receiver's interest in Pastar's condominium deposit and conference with Receiver re same (.7); Wiatt's counsel Amy Wagner call concerning action against Bristol,et al that includes receivership companies as defendants (.3); research Stanton settlement and conference with paralegal concerning addition of Stanton to Chapter 7 schedules (.3) | 1.3 | 780.00 |

IN ACCOUNT WITH

Invoice Date 02/18/11
Invoice Number 1335024
File No. 238379.000005
Page 5

# Troutman Sanders LLP

A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 01/19/11 | LWS | review letter from Ron Starr's counsel concerning deregistration issue and conference with Richard Rubin concerning regarding forms (.5); Todd Brody of SEC call concerning deregistration process and email report to Receiver concerning the foregoing (.3) | 0.8 | 480.00 |
| 01/19/11 | KPW | Return client messages | 0.9 | 230.85 |
| 01/20/11 | HEC | Assist L. Stremba with fee application and exhibits | 0.4 | 106.00 |
| 01/20/11 | HEC | Proofreading and cross-checking mailing and employee lists for chapter 7 filings, schedules and matrices | 1.8 | 477.00 |
| 01/20/11 | LWS | Work on updates to quarterly status report (.7); emails with Receiver and Kevin Wallace concerning Citrin file requests (.2) | 0.9 | 540.00 |
| 01/20/11 | KPW | Return client messages (.9); meet with Lee Stremba (.2) | 1.1 | 282.15 |
| 01/21/11 | HEC | Work on chapter 7 forms, inputting new employee info per W-2s and changes to various addresses; proofreading lists and matrices (1.7); attention to administrative and organizational matters (.4) | 2.1 | 556.50 |
| 01/21/11 | LWS | Call with Ron Starr's counsel Michael Gilbert concerning deregistration issues and file requests (.3); exchange of emails with SEC and conference with Receiver concerning available cash and fee request (.4); work on U5 form for termination of Ron Starr registration and research regarding requirements (1.5) | 2.2 | 1,320.00 |
| 01/21/11 | KPW | Return client messages (.5); meet with Ken Kos (.2) | 0.7 | 179.55 |
| 01/24/11 | HEC | Attention to files, correspondence, administrative and organizational matters (.6); updating lists (.1); further review of documents for addition to creditor lists (.6); status of case dockets (.1) | 1.4 | 371.00 |
| 01/24/11 | LWS | Work on Form U5's notices of termination of registration for Ron Starr and Clem Ballas and review SEC materials relevant to same | 2.3 | 1,380.00 |
| 01/24/11 | KPW | Return client messages | 0.5 | 128.25 |
| 01/25/11 | HEC | Discussions with L. Stremba; finalize fee application and exhibits; effectuate filing and delivery to Judge along with letter and Ken Starr bankruptcy docket; send documents to team; assist L. Stremba with related items | 0.8 | 212.00 |
| 01/25/11 | HEC | Attention to correspondence, administrative and organizational matters (.4); review dockets (.1); checking information against matrices for Chapter 7 filings (.3) | 0.8 | 212.00 |
| 01/25/11 | LWS | Letter to Judge Stein concerning submission of fee | 3.8 | 2,280.00 |

IN ACCOUNT WITH

Invoice Date 02/18/11
Invoice Number 1335024
File No. 238379.000005
Page 6

# TROUTMAN SANDERS LLP

### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | applications, impending chapter 7 filings and involuntary filing against Kenneth Starr (.7); review and draft response to letter from Starr counsel Flora Edwards to Judge Trust and research history of communications with Kenneth Starr's counsel for same (2.0); review chapter 7 filings against Kenneth Starr (.5); conferences with Receiver concerning all of the foregoing (.6) | | |
| 01/25/11 | KPW | Return client messages | 0.3 | 76.95 |
| 01/26/11 | LWS | Complete response to letter from Kenneth Starr's counsel to Judge Stein, review with Receiver, revise and arrange service (.7); exchange of emails with SEC concerning deregistration of SIA, exchange of emails with Ron Starr's counsel and report to Receiver re same (.6); exchange of emails with Kent Barret, representative of Brocaw, regarding Blackstone partnerships and conferences with Brett Goodman and Kevin Wallace concerning available documents (.6); work on SEC form U5's for termination of Ron Starr and Clem Ballas' registration as investment advisors (.5) | 2.4 | 1,440.00 |
| 01/27/11 | HEC | Attention to correspondence,files, lists, administrative and organizational matters (.6); checking items against Chapter 7 matrices for all known addresses (.3) | 0.9 | 238.50 |
| 01/27/11 | LWS | Work on letter to SEC to accompany form U5's, send draft to Receiver (.5); draft letter to Judge Stein reporting on status of deregistration, review with Receiver and exchange emails with SEC re same, finalize and send to Judge Stein (1.0); complete form U5's and forward to Ron Starr and Clem Ballas' counsel for signatures (.6) | 2.1 | 1,260.00 |
| 01/27/11 | KPW | Meet with Shirley Klein (.1); return client messages (.5) | 0.6 | 153.90 |
| 01/28/11 | LWS | Meeting with Receiver regarding U5 forms and Starr sentencing (.4); emails with former employees regarding W-2 forms (.2); draft letter to SEC to accompany U5 forms and arrange filing (.5) | 1.1 | 660.00 |
| 01/28/11 | KPW | Return client messages | 0.2 | 51.30 |
| 01/31/11 | HEC | Attention to administrative and organizational matters, files and correspondence (.4); review additional files for information to add to creditor matrices (.3) | 0.7 | 185.50 |
| 01/31/11 | KPW | Return client messages (.3); meet with Ken Kos (.2) | 0.5 | 128.25 |
| | | Totals | 94.8 | 34,573.90 |

IN ACCOUNT WITH

Invoice Date 02/18/11
Invoice Number 1335024
File No. 238379.000005
Page 7

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

## TIMEKEEPER TIME SUMMARY THROUGH 01/31/11

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| HEC | Cohen | 51.5 | 265.00 | 13,647.50 |
| BDG | Goodman | 0.3 | 315.00 | 94.50 |
| LWS | Stremba | 28.4 | 600.00 | 17,040.00 |
| KPW | Wallace | 12.6 | 256.50 | 3,231.90 |
| IZ | Zimerman | 2.0 | 280.00 | 560.00 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/11

| Date | Description | Amount |
|------|-------------|--------|
| 01/13/11 | Computer Research | 48.00 |
| 01/13/11 | Computer Research | 3.94 |
| 01/13/11 | Computer Research | 2.28 |
| 01/20/11 | Copy Charges | 100.98 |
| 01/20/11 | Outside Courier Services | 10.40 |
| 01/05/11 | Search Costs | 18.40 |
| | Total: | 184.00 |

Total Fees & Costs: $34,757.90

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | |
| Troutman Sanders LLP | |
| 405 Lexinton Avenue | |
| New York, NY 10174 | |

| | |
|---|---|
| Invoice Date | 02/18/11 |
| Submitted by | A Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1335024 |
| File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

**Total Amount of This Invoice**          $34,757.90

**Summary of Additional Outstanding Invoices by Matter as of 02/18/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300569 | $55,531.40 | $-20,744.78 | $34,786.62 |
| 08/03/10 | 1300612 | $48,018.62 | $-18,229.17 | $29,789.45 |
| 09/16/10 | 1303244 | $49,778.99 | $-18,904.19 | $30,874.80 |
| 10/11/10 | 1307343 | $23,213.65 | $0.00 | $23,213.65 |
| 11/09/10 | 1313817 | $32,507.48 | $0.00 | $32,507.48 |
| 12/06/10 | 1319431 | $25,042.12 | $0.00 | $25,042.12 |
| 01/12/11 | 1326190 | $17,423.80 | $0.00 | $17,423.80 |
| | | $251,516.06 | -57,878.14 | $193,637.92 |

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 02/18/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1335025 |
| New York, NY 10174 | File No. | 238379.000009 |

**RE:    Colcave - Administration**

| | |
|---|---|
| Fees for Professional Services Rendered Through 01/31/11 | $60.00 |
| **Total Amount of This Invoice** | **$60.00** |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

Colcave - Administration

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 01/04/11 | LWS | Review DOJ email concerning draft motion to authorize stipulations with the government | 0.1 | 60.00 |
| | | Totals | 0.1 | 60.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| LWS | Stremba | 0.1 | 600.00 | 60.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date 02/18/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by A Cassirer |
| Troutman Sanders LLP | Direct Dial 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. 1335025 |
| New York, NY 10174 | File No. 238379.000009 |

**RE:      Colcave - Administration**

**Total Amount of This Invoice**                 $60.00

**Summary of Additional Outstanding Invoices by Matter as of 02/18/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 01/12/11 | 1326191 | $9,356.70 | $0.00 | $9,356.70 |
| | | $9,356.70 | 0.00 | $9,356.70 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

REMITTANCE

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 03/07/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1337793 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/11 | $4,225.00 |
| **Total Amount of This Invoice** | **$4,225.00** |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 03/07/11
Invoice Number 1337793
File No. 238379.000001
Page 2

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 02/01/11 | AC | various business administrative matters, including but not limited to warehouse/filing issues; 401 K distributions | 0.9 | 225.00 |
| 02/02/11 | AC | Various business matters (.50); discussions regarding activity in SEC v. Starr Matter (.40) | 0.9 | 225.00 |
| 02/04/11 | AC | Various business administrative matters (.40); conference re status and strategy on Scorcese matter | 0.6 | 150.00 |
| 02/04/11 | AC | COLCAVE:  Preparation for and call with SEC | 0.5 | 125.00 |
| 02/07/11 | AC | Pre trial conference before Judge Stein (1.90); various business administrative matters (1.10) | 3.0 | 750.00 |
| 02/08/11 | AC | Business administrative matters, discussions regarding files for Flora Edwards to review; letter to Judge Stein regarding fee application | 1.1 | 275.00 |
| 02/09/11 | AC | Business administrative matters, including email correspondence from agent for 433 E. 74th Street (.60); email correspondence discussions regarding Flora Edwards and file inspection (.30) | 0.9 | 225.00 |
| 02/10/11 | AC | Review transcript of 2/7 conference before Judge Stein (.40); various administrative matters, including the request for files by Flora Edwards, discussions regarding same (.70) | 1.1 | 275.00 |
| 02/11/11 | AC | Various business administrative matters, including but not limited to files for inspection/Flora Edwards; 401K distribution | 0.8 | 200.00 |
| 02/14/11 | AC | Various business administrative matters (.40); review draft presentencing letter; discussions regarding same); email correspondence, discussions regarding filing Chapter 7 petitions (.50) | 0.9 | 225.00 |
| 02/16/11 | AC | Various business adminsitrative matter (.50); office conferences regarding filing Starr Chapter 7 petition (.60) | 1.1 | 275.00 |
| 02/17/11 | AC | Email correspondence regarding status of receivership and discussions regarding same; discussions, email correspondence regarding filing of Ch. 7 bankruptcy petition; forward petitions to Judge Stein, SEC and DOJ; | 1.5 | 375.00 |
| 02/18/11 | AC | Various administrative matters and discussions regarding the transfer of various matter to the bankruptcy trustee; review letter from attorneys for Pete Peterson, discussions regarding same, email correspondence with David Mills and bankruptcy trustee regarding same | 1.5 | 375.00 |
| 02/22/11 | AC | Review and discuss draft motion to terminate Starr | 0.5 | 125.00 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/11

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | receiverships; motion by Stanton opposing Starr's motion for an extension | | |
| 02/23/11 | AC | Various administrative matters (.2); review revise motion to terminate receiverships(.90) | 1.1 | 275.00 |
| 02/24/11 | AC | Various business matters including, but not limited to, email correspondence and discussions regarding remaining 401K plan participants | 0.5 | 125.00 |
| | | Totals | 16.9 | 4,225.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 02/28/11

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cassirer | 16.9 | 250.00 | 4,225.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | |
| Troutman Sanders LLP | |
| 405 Lexinton Avenue | |
| New York, NY 10174 | |

| | |
|---|---|
| Invoice Date | 03/07/11 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1337793 |
| File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

**Total Amount of This Invoice**          $4,225.00

**Summary of Additional Outstanding Invoices by Matter as of 03/07/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300568 | $33,125.00 | $-12,374.46 | $20,750.54 |
| 08/03/10 | 1300609 | $16,823.00 | $-6,284.54 | $10,538.46 |
| 09/16/10 | 1303241 | $10,574.00 | $-3,950.11 | $6,623.89 |
| 10/11/10 | 1307322 | $9,213.55 | $0.00 | $9,213.55 |
| 11/09/10 | 1313529 | $9,175.00 | $0.00 | $9,175.00 |
| 12/06/10 | 1319251 | $11,000.00 | $0.00 | $11,000.00 |
| 01/12/11 | 1326187 | $6,625.00 | $0.00 | $6,625.00 |
| 02/18/11 | 1335022 | $5,225.00 | $0.00 | $5,225.00 |
| | | $101,760.55 | -22,609.11 | $79,151.44 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 03/07/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1337794 |
| New York, NY 10174 | File No. | 238379.000007 |

RE:    **EMPLOYEE BENEFIT PENSIONS- SEC V. STARR**

Fees for Professional Services Rendered Through 02/28/11                                $790.75

**Total Amount of This Invoice**        **$790.75**

IN ACCOUNT WITH

Invoice Date 03/07/11
Invoice Number 1337794
File No. 238379.000007
Page 2

## TROUTMAN SANDERS LLP

A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

EMPLOYEE BENEFIT PENSIONS- SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 02/02/11 | KPW | Return former employee's message | 0.3 | 76.95 |
| 02/03/11 | HEC | Issues relating to return W-2s and resend to former employees | 0.1 | 26.50 |
| 02/04/11 | HEC | Discussion with L. Stremba and resend W-2 to former employee | 0.1 | 26.50 |
| 02/07/11 | KPW | Return former employee's message regarding W-2s | 0.2 | 51.30 |
| 02/08/11 | HEC | Attention to W-2s and sending copies to former employees who have not received the originals; review mailing and address lists for former employees | 0.7 | 185.50 |
| 02/09/11 | HEC | Attention to W-2 issues; review and update employee lists | 0.3 | 79.50 |
| 02/10/11 | HEC | Review and cross-check former employees spreadsheet and labels document for proper addresses | 0.7 | 185.50 |
| 02/11/11 | HEC | Issues relating to resending various W-2s and proper addresses for forms and matrices | 0.2 | 53.00 |
| 02/16/11 | HEC | Attempts to reach ADP regarding corrections to W-2s | 0.2 | 53.00 |
| 02/17/11 | HEC | Attempts to reach ADP regarding corrections to W-2s | 0.2 | 53.00 |
| | | Totals | 3.0 | 790.75 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| HEC | Cohen | 2.5 | 265.00 | 662.50 |
| KPW | Wallace | 0.5 | 256.50 | 128.25 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | |
| Troutman Sanders LLP | |
| 405 Lexinton Avenue | |
| New York, NY 10174 | |

| | |
|---|---|
| Invoice Date | 03/07/11 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1337794 |
| File No. | 238379.000007 |

RE:    **EMPLOYEE BENEFIT PENSIONS- SEC V. STARR**

**Total Amount of This Invoice**          $790.75

**Summary of Additional Outstanding Invoices by Matter as of 03/07/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1290658 | $11,409.55 | $-4,262.35 | $7,147.20 |
| 08/03/10 | 1300610 | $240.00 | $-89.66 | $150.34 |
| 09/16/10 | 1303245 | $1,280.50 | $-478.35 | $802.15 |
| 10/11/10 | 1307340 | $1,275.00 | $0.00 | $1,275.00 |
| 11/09/10 | 1313687 | $940.00 | $0.00 | $940.00 |
| 12/06/10 | 1319429 | $1,958.05 | $0.00 | $1,958.05 |
| 01/12/11 | 1326188 | $2,550.15 | $0.00 | $2,550.15 |
| 02/18/11 | 1335023 | $1,927.30 | $0.00 | $1,927.30 |
| | | $21,580.55 | -4,830.36 | $16,750.19 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 03/07/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1337795 |
| New York, NY 10174 | File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/11 | $25,629.00 |
| Costs and Expenses Through 02/28/11 | $27.87 |
| **Total Amount of This Invoice** | **$25,656.87** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S    A T    L A W

Invoice Date 03/07/11
Invoice Number 1337795
File No. 238379.000005
Page 2

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 02/01/11 | LWS | Exchange of emails with former manager Michael Mann and conference with Kevin Wallace concerning document disposal issue (.3); call from Mike Travelsy, accountant for investor in Blackstone partnerships (.2) | 0.5 | 300.00 |
| 02/01/11 | KPW | Return client messages | 0.4 | 102.60 |
| 02/02/11 | KPW | Return client messages (.3); meet with Ken Kos (.2) | 0.5 | 128.25 |
| 02/04/11 | LWS | Preparations for conference before Judge Stein (.7); call from Mellon counsel Seth Zoraki of Millbank for status update (.2) | 0.9 | 540.00 |
| 02/04/11 | KPW | Return client messages (1.2); meet with Ken Kos (.2) | 1.4 | 359.10 |
| 02/05/11 | KPW | Return client messages | 0.2 | 51.30 |
| 02/07/11 | HEC | Attention to mail and notices, administrative and organizational matters (.4); updating various items on Chapter 7 schedules per changes in address for various employees/entities (.4) | 0.8 | 212.00 |
| 02/07/11 | LWS | Preparations for (1.5) and appearance in court for hearing with respect to Kenneth Starr document requests, receiver's and Troutman's fee application and general status report (2.0) | 3.5 | 2,100.00 |
| 02/07/11 | KPW | Return client messages | 0.3 | 76.95 |
| 02/08/11 | HEC | Attention to administrative and organizational matters, mail, files, contact lists (.6); order transcript from hearing (.1) | 0.7 | 185.50 |
| 02/08/11 | LWS | Letter to Judge Stein regarding questions raised during hearing with respect to disbursements and research records for same (1.3); conference with Receiver and Ken Kos regarding document indexes relevant to Kenneth Starr's requests for documents (.3) | 1.6 | 960.00 |
| 02/08/11 | KPW | Return client messages (.4); locate Ken Starr's past tax returns (.3); meet with Lee Stremba regarding returns (.1); meet with Ken Kos (.2); meet with Shirley Klein (.1) | 1.1 | 282.15 |
| 02/09/11 | HEC | Review and categorize mail, attention to files, administrative and organizational matters | 0.8 | 212.00 |
| 02/09/11 | KPW | Return client messages | 0.5 | 128.25 |
| 02/10/11 | HEC | Review of contact lists and further additions and adjustments to Chapter 7 schedules and matrices (1.1); attention to mail, administrative and organizational matters (.4) | 1.5 | 397.50 |
| 02/10/11 | LWS | Review file indexes prepared by records department and | 2.2 | 1,320.00 |

IN ACCOUNT WITH

Invoice Date 03/07/11
Invoice Number 1337795
File No. 238379.000005
Page 3

# TROUTMAN SANDERS LLP

### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | conference with Ken Kos re same (.4); draft letter to Flora Edwards concerning document requests and review with Receiver (1.0); conference with Kevin Wallace and emails with Kevin Wallace and Jo Anne Zic concerning problem with access to tax file in hard drive (.3); meeting with Receiver concerning preparations for chapter 7 filings and Flora Edward's requests (.5) | | |
| 02/10/11 | KPW | Return client messages (.4); meet with Lee Stremba (.1) | 0.5 | 128.25 |
| 02/11/11 | HEC | Attention to files, mail, administrative and organizational matters | 0.7 | 185.50 |
| 02/11/11 | LWS | Review letter from Dianne Passage's counsel concerning withdrawing as attorneys (.1); completion of letter to Flora Edwards and forwarding copy to SEC and DOJ (.5) | 0.6 | 360.00 |
| 02/11/11 | KPW | Return client messages | 0.7 | 179.55 |
| 02/14/11 | HEC | Discussion with L. Stremba regarding additional creditors to add to matrix and other outstanding issues and attention to preparation of Chapter 7 filings | 1.9 | 503.50 |
| 02/14/11 | LWS | Drafting work on pre-sentencing letter for Kenneth Starr (1.5); conference with Receiver re same (.1); exchange of emails with Wiatt counsel concerning discovery in action against Bristol (.3); conferences with Harriet Cohen concerning returned mail (.1) and chapter 7 preparations (.3) | 2.3 | 1,380.00 |
| 02/14/11 | KPW | Return client messages | 0.4 | 102.60 |
| 02/15/11 | HEC | Reviewing chapter 7 filings; preparing for signature block adjustments; proofing lists and matrices; discussions and emails with L. Stremba (3.1); attention to organization of files, administrative matters(.6) | 3.7 | 980.50 |
| 02/15/11 | LWS | Drafting work and conferences with Harriet Cohen concerning chapter 7 petitions and related papers for Starrco and SIA | 1.8 | 1,080.00 |
| 02/15/11 | KPW | Return client messages (.8); meet with Ken Kos (.3) | 1.1 | 282.15 |
| 02/16/11 | HEC | Meetings, calls and discussions with L. Stremba; finalize Chapter 7 petitions; draft and finalize Corporate Ownership Statements and prepare all lists and matrices for Chapter 7 filings; follow-up discussions regarding timing of filing (1.9); attention to review, categorization and organization of files (2.3) | 4.2 | 1,113.00 |
| 02/16/11 | LWS | Conferences with Izzy Zimerman and Receiver concerning acceptance of service in Wiatt action (.2); conferences with Harriet Cohen and work on chapter 7 papers for Starrco | 2.2 | 1,320.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 03/07/11
Invoice Number 1337795
File No. 238379.000005
Page 4

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | and SIA and send sets of petition and related papers to US Trustee's Office (2.0) | | |
| 02/16/11 | KPW | Return client messages (.3); meet with Lee Stremba (.1); meet with Ken Kos (.1); meet with Shirley Klein (.1) | 0.6 | 153.90 |
| 02/17/11 | HEC | Finalize all documents for Chapter 7 filings and effectuate same; call and email to clerk of court regarding docket text; disseminate documents to team; work on organization and categorization of files | 3.4 | 901.00 |
| 02/17/11 | LWS | Emails with US Trustee's office concerning filing of chapter 7 petitions and related papers (.2); review proceedings concerning appointment of trustee and long call with newly appointed trustee Albert Togut (1.0); creditor call for trustee information (.1); conferences with Receiver concerning status of filing and appointment of trustee (.3) | 1.6 | 960.00 |
| 02/17/11 | KPW | Return client messages | 0.2 | 51.30 |
| 02/18/11 | HEC | Attention to files and administrative matters; calls to clerk of court regarding submission of creditor matrix; attention to matrix and required format and submit; draft attorney disclosure and discuss same with L. Stremba | 2.9 | 768.50 |
| 02/18/11 | LWS | Review letter from Pete Peterson counsel concerning negotiations with Kenneth Starr (.2); review Kenneth Starr chapter 7 docket and proceedings (.1); send Peterson letter to David Mills, counsel to Stanton and call with David Mills concerning three chapter 7 cases (1.0); conference with the Receiver concerning the foregoing (.2) and email Peterson letter to trustee Togut with comments (.2) | 1.7 | 1,020.00 |
| 02/18/11 | KPW | Return client messages | 0.6 | 153.90 |
| 02/21/11 | LWS | Drafting work on motion to terminate receiverships and financial report | 5.5 | 3,300.00 |
| 02/22/11 | LWS | Review notices for initial meeting of creditors in chapter 7 cases (.2); complete draft of motion to terminate receivership and forward to SEC and Receiver for review (1.4); sending January invoices to SEC (.2) | 1.8 | 1,080.00 |
| 02/23/11 | LWS | Tafig Ringwalla, counsel to Mellon, call regarding access to client files and case status(.2); Stanton counsel Daniel Pritchard call regarding Kenneth Starr's motion for extension and forwarding copy of correspondence with Starr's counsel for preparation of opposition papers (.7) | 0.9 | 540.00 |
| 02/23/11 | KPW | Return client messages (.3); meet with Shirley Klein (.1) | 0.4 | 102.60 |
| 02/24/11 | LWS | Respond to letter from Pete Peterson's counsel regarding Starr investments in PS entities (.3); review Stanton's | 0.7 | 420.00 |

IN ACCOUNT WITH

Invoice Date 03/07/11
Invoice Number 1337795
File No. 238379.000005
Page 5

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | opposition to Kenneth Starr's motion for extension and report to Receiver (.4) | | |
| 02/24/11 | KPW | Return client messages | 0.5 | 128.25 |
| 02/25/11 | LWS | Call from Pete Peterson counsel concerning Starr bankruptcy issues and PS entities | 0.4 | 240.00 |
| 02/25/11 | KPW | Return client messages | 0.3 | 76.95 |
| 02/28/11 | HEC | Attention to mail, notices, administrative and organizational matters (.6); create draft quarterly reports for each entity, emails and discussions with L. Stremba regarding same (.4) | 1.0 | 265.00 |
| 02/28/11 | LWS | Calls from creditors and former employee concerning chapter 7 filings (.5); conference with  Harriet Cohen concerning completion of motion to terminate receivership and chapter 7 status (.2) | 0.7 | 420.00 |
| 02/28/11 | KPW | Return client messages | 0.3 | 76.95 |
| | | Totals | 60.5 | 25,629.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| HEC | Cohen | 21.6 | 265.00 | 5,724.00 |
| LWS | Stremba | 28.9 | 600.00 | 17,340.00 |
| KPW | Wallace | 10.0 | 256.50 | 2,565.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 02/28/11**

| Date | Description | Amount |
|------|-------------|--------|
| 02/04/11 | Filing Fees | 5.00 |
| 02/07/11 | Outside Courier Services | 10.95 |
| 01/05/11 | Search Costs | 11.92 |
| | Total: | 27.87 |

Total Fees & Costs:    $25,656.87

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 03/07/11 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1337795 |
| File No. | 238379.000005 |

RE:    **CASE ADMINISTRATION - SEC V. STARR**

**Total Amount of This Invoice**          $25,656.87

**Summary of Additional Outstanding Invoices by Matter as of 03/07/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300569 | $55,531.40 | $-20,744.78 | $34,786.62 |
| 08/03/10 | 1300612 | $48,018.62 | $-18,229.17 | $29,789.45 |
| 09/16/10 | 1303244 | $49,778.99 | $-18,904.19 | $30,874.80 |
| 10/11/10 | 1307343 | $23,213.65 | $0.00 | $23,213.65 |
| 11/09/10 | 1313647 | $32,507.48 | $0.00 | $32,507.48 |
| 12/06/10 | 1319431 | $25,042.12 | $0.00 | $25,042.12 |
| 01/12/11 | 1326190 | $17,423.80 | $0.00 | $17,423.80 |
| 02/18/11 | 1335024 | $34,757.90 | $0.00 | $34,757.90 |
| | | $286,273.96 | -57,878.14 | $228,395.82 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 03/07/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1337796 |
| New York, NY 10174 | File No. | 238379.000009 |

**RE:    Colcave - Administration**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/11 | $240.00 |
| **Total Amount of This Invoice** | **$240.00** |

IN ACCOUNT WITH

Invoice Date 03/07/11
Invoice Number 1337796
File No. 238379.000009
Page 2

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

Colcave - Administration

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 02/03/11 | LWS | Email to DOJ concerning status of Colcave stipulations with Kenneth Starr and Dianne Passage | 0.2 | 120.00 |
| 02/04/11 | LWS | Exchange of emails with DOJ concerning status of Starr and Passage agreement to Colcave stipulations | 0.2 | 120.00 |
| | | Totals | 0.4 | 240.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| LWS | Stremba | 0.4 | 600.00 | 240.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | |
| Troutman Sanders LLP | |
| 405 Lexinton Avenue | |
| New York, NY 10174 | |

| | |
|---|---|
| Invoice Date | 03/07/11 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1337796 |
| File No. | 238379.000009 |

RE:    **Colcave - Administration**

**Total Amount of This Invoice**            $240.00

**Summary of Additional Outstanding Invoices by Matter as of 03/07/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 01/12/11 | 1326191 | $9,356.70 | $0.00 | $9,356.70 |
| 02/18/11 | 1335025 | $60.00 | $0.00 | $60.00 |
| | | $9,416.70 | 0.00 | $9,416.70 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 04/06/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1343779 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

Fees for Professional Services Rendered Through 03/31/11             $1,700.00

**Total Amount of This Invoice**             **$1,700.00**

IN ACCOUNT WITH

Invoice Date 04/06/11
Invoice Number 1343779
File No. 238379.000001
Page 2

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 03/07/11 | AC | Review Judge Groper's order; review correspondence from David Mills to Bankruptcy Trustee; discussions re status and strategy on Scorcese matter; receipt of notice of appearance and request for service of papers from the Mellon entities | 0.9 | 225.00 |
| 03/08/11 | AC | Various business matters; review letter from Michael Lockard enclosing a copy of the consent preliminary order of forfeiture; discussions regarding same | 0.6 | 150.00 |
| 03/16/11 | AC | email correspondence, discussions regarding Diane Passage and E. 74th Street Condo (.80); business matters including Starr mail(.10) | 0.9 | 225.00 |
| 03/18/11 | AC | Preparation for and conference call with SEC and US Attorneys regarding Diane Passage and Colcave apartment, discussions with Lee Stremba regarding same and other Starr matters, including, but not limited to, letter to Judge Stein re hearing on motion to terminate receiverships; review Trustee's letter to Judge Stein in response | 1.2 | 300.00 |
| 03/21/11 | AC | Various business matters, including but not limited to Irma Heron invoice | 0.2 | 50.00 |
| 03/25/11 | AC | Review Starr motion for further extension of time to answer or move against the involuntary petition; conferences with Lee Stremba regarding same and various other matters re winding down receivership; email correspondence from former client investor John Phelan regarding files | 0.3 | 75.00 |
| 03/28/11 | AC | Various discussions regarding response to condo association's order to show cause; Starr's request for an extension, letter to Judge Gropper on behalf of the Estate of Joan Stanton regarding same extension | 0.9 | 225.00 |
| 03/29/11 | AC | COLCAVE:  Review revise response to condo motion, email correspondence regarding argument on same and status conference adjournment; condo common charges to Lockard | 0.9 | 225.00 |
| 03/30/11 | AC | COLCAVE:  Review and finalize receiver's reply to order to show cause re Colcave Apt; discussion with Lee Stremba regarding same | 0.9 | 225.00 |
| | | Totals | 6.8 | 1,700.00 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**TIMEKEEPER TIME SUMMARY THROUGH 03/31/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cassirer | 6.8 | 250.00 | 1,700.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 04/06/11 |
| Submitted by | A Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1343779 |
| File No. | 238379.000001 |

RE: SEC v. STARR ET AL.

**Total Amount of This Invoice** $1,700.00

**Summary of Additional Outstanding Invoices by Matter as of 04/06/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300568 | $33,125.00 | $-12,374.46 | $20,750.54 |
| 08/03/10 | 1300609 | $16,823.00 | $-6,284.54 | $10,538.46 |
| 09/16/10 | 1303241 | $10,574.00 | $-3,950.11 | $6,623.89 |
| 10/11/10 | 1307322 | $9,213.55 | $0.00 | $9,213.55 |
| 11/09/10 | 1313529 | $9,175.00 | $0.00 | $9,175.00 |
| 12/06/10 | 1319251 | $11,000.00 | $0.00 | $11,000.00 |
| 01/12/11 | 1326187 | $6,625.00 | $0.00 | $6,625.00 |
| 02/18/11 | 1335022 | $5,225.00 | $0.00 | $5,225.00 |
| 03/07/11 | 1337793 | $4,225.00 | $0.00 | $4,225.00 |
| | | $105,985.55 | -22,609.11 | $83,376.44 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 04/06/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1343785 |
| New York, NY 10174 | File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 03/31/11 | $10,419.70 |
| Costs and Expenses Through 03/31/11 | $1,033.23 |
| **Total Amount of This Invoice** | **$11,452.93** |

IN ACCOUNT WITH

Invoice Date 04/06/11
Invoice Number 1343785
File No. 238379.000005
Page 2

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 03/01/11 | HEC | Work on SFAR accounting reports and calculations; attention to files, mail, administrative matters | 0.9 | 238.50 |
| 03/01/11 | KPW | Return client messages | 0.4 | 102.60 |
| 03/02/11 | HEC | Send motion in Ken Starr bankruptcy to L. Stremba; attention to accounting reports; email to L. Stremba regarding disclosure of compensation | 0.8 | 212.00 |
| 03/02/11 | KPW | Return client messages | 0.7 | 179.55 |
| 03/03/11 | HEC | Attention to files; review and calculations per bills; discussions with L. Stremba; finalize and file disclosure of compensation for Starr and SIA cases | 0.9 | 238.50 |
| 03/03/11 | LWS | Call from Nancy Ward, accountant for Wallace, regarding tax files and bankruptcy status (.2); email to Tim Casey re motion to terminate receiverships (.1); review Judge Gropper's order regarding Kenneth Starr request for extension, report to Receiver and send same to SEC (.5); drafting work on Rule 2016(b) statement for chapter 7 cases and conferences with Harriet Cohen re same (.5); emails with US Trustee's office regarding meeting arrangements and forwarding to Receiver and Tim Casey (.3) | 1.6 | 960.00 |
| 03/03/11 | KPW | Meet with Lee Stremba (.2); return client messages (.2) | 0.4 | 102.60 |
| 03/04/11 | HEC | Finalize accounting reports for motion to terminate receivership; file and serve motion; discussions with L. Stremba regarding same | 1.2 | 318.00 |
| 03/04/11 | LWS | Two calls with Tim Casey of SEC regarding motion to terminate and other issues (.4); completion of papers for motion to terminate receiverships and conferences with Harriet Cohen concerning service and filing of same (.9) | 1.3 | 780.00 |
| 03/04/11 | KPW | Meet with Ken Kos (.1); return client messages (.2); meet with Lee Stremba (.1) | 0.4 | 102.60 |
| 03/07/11 | HEC | Attention to mail, files, administrative and organizational matters | 0.6 | 159.00 |
| 03/07/11 | HEC | Draft affidavit of service; discussion with L. Stremba; effectuate electronic filing thereof | 0.3 | 79.50 |
| 03/07/11 | LWS | Call Chambers regarding hearing date on motion to terminate receiverships; review David Mill's letter to trustee Togut; two calls with NY Attorney General's Office concerning Pastar deposit and status of bankruptcy proceedings | 0.6 | 360.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 04/06/11
Invoice Number 1343785
File No. 238379.000005
Page 3

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 03/07/11 | KPW | Return client messages | 0.1 | 25.65 |
| 03/08/11 | HEC | Attention to mail, files, administrative and organizational matters | 0.6 | 159.00 |
| 03/08/11 | KPW | Call Shirley Klein (.1); meet with Lee Stremba (.1); call Ken Kos (.1); return client messages (.3) | 0.6 | 153.90 |
| 03/09/11 | LWS | Call from Bill Norwald, counsel to Arabov regarding chapter 7 cases; call from former employee Elana Nord | 0.4 | 240.00 |
| 03/09/11 | KPW | Return client messages | 0.6 | 153.90 |
| 03/10/11 | KPW | Return client messages | 0.1 | 25.65 |
| 03/11/11 | KPW | Meet with Lee Stremba (.1); return client messages (.2) | 0.3 | 76.95 |
| 03/14/11 | LWS | Meeting with US Trustee and trustee Togut at US Trustee's office (2.5); call from trustee counsel Neil Burger and call with him to chambers regarding motion to terminate receiverships (.3) | 2.8 | 1,680.00 |
| 03/15/11 | LWS | Drafting letter to Judge Stein; emails with trustee counsel Neil Burger concerning same | 0.7 | 420.00 |
| 03/16/11 | HEC | Attention to and organization of files | 1.2 | 318.00 |
| 03/16/11 | KPW | Return client messages (.6); meet with Lee Stremba (.2) | 0.8 | 205.20 |
| 03/17/11 | HEC | Review and organization of files | 0.4 | 106.00 |
| 03/17/11 | KPW | Call Shirley Klein (.1); meet with Lee Stremba (.1); return client messages (.3) | 0.5 | 128.25 |
| 03/18/11 | HEC | Attention to files; reply to creditor inquiry | 0.3 | 79.50 |
| 03/18/11 | KPW | Return client messages (.3); meet with Ken Kos (.1); review Ken Starr's assets (.3); meet with Lee Stremba (.1) | 0.8 | 205.20 |
| 03/21/11 | KPW | Return client messages | 0.2 | 51.30 |
| 03/22/11 | HEC | Attention to files and correspondence | 0.3 | 79.50 |
| 03/22/11 | KPW | Meet with Lee Stremba | 0.2 | 51.30 |
| 03/24/11 | LWS | Call with Tracy Hope Davis regarding chapter 7 cases; conference with Kevin Wallace regarding client file requests | 0.4 | 240.00 |
| 03/24/11 | KPW | Return client messages | 0.1 | 25.65 |
| 03/25/11 | HEC | Call from J. Phelan; review files and assemble items to mail to him; send memo to team regarding his inquiry; attention to filings in Ken Starr bankruptcy and send to A. Cassirer and L. Stremba | 0.5 | 132.50 |
| 03/25/11 | LWS | Review motion by counsel to Kenneth Starr for more time to respond to bankruptcy petition | 0.2 | 120.00 |

IN ACCOUNT WITH

Invoice Date 04/06/11
Invoice Number 1343785
File No. 238379.000005
Page 4

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 03/28/11 | LWS | Tim Casey call; review order extending time for Kenneth Starr to respond to involuntary petition | 0.2 | 120.00 |
| 03/28/11 | KPW | Return client messages (.5); meet with Lee Stremba (.2) | 0.7 | 179.55 |
| 03/29/11 | LWS | Review letter from Wiatt counsel re motion to take default; send response concerning automatic stay | 0.5 | 300.00 |
| 03/29/11 | KPW | Research purpose of receivership (.6); research termination of receivership (1.1); meet with Lee Stremba (.3); research continuation of receivership when no prospect of compensation (1.6); meet with Lee Stremba (.2) | 3.8 | 974.70 |
| 03/30/11 | KPW | Return client messages | 0.2 | 51.30 |
| 03/31/11 | HEC | Send courtesy copy of filing to Judge Stein; re-file response per request of clerk | 0.2 | 53.00 |
| 03/31/11 | KPW | Meet with Lee Stremba (.2); return client messages (.7) | 0.9 | 230.85 |
| | | Totals | 28.7 | 10,419.70 |

**TIMEKEEPER TIME SUMMARY THROUGH 03/31/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| HEC | Cohen | 8.2 | 265.00 | 2,173.00 |
| LWS | Stremba | 8.7 | 600.00 | 5,220.00 |
| KPW | Wallace | 11.8 | 256.50 | 3,026.70 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 03/31/11**

| Date | Description | Amount |
|------|-------------|--------|
| 03/24/11 | Copy Charges | 38.75 |
| 03/18/11 | Filing Fees | 186.48 |
| 03/18/11 | Filing Fees | 598.00 |
| 03/16/11 | Real Estate Costs | 210.00 |
| | Total: | 1,033.23 |

| | |
|---|---|
| Total Fees & Costs: | $11,452.93 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date         04/06/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by         A  Cassirer |
| Troutman Sanders LLP | Direct Dial         212-704-6249 |
| 405 Lexinton Avenue | Invoice No.         1343785 |
| New York, NY 10174 | File No.         238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

**Total Amount of This Invoice**            $11,452.93

**Summary of Additional Outstanding Invoices by Matter as of 04/06/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300569 | $55,531.40 | $-20,744.78 | $34,786.62 |
| 08/03/10 | 1300612 | $48,018.62 | $-18,229.17 | $29,789.45 |
| 09/16/10 | 1303244 | $49,778.99 | $-18,904.19 | $30,874.80 |
| 10/11/10 | 1307343 | $23,213.65 | $0.00 | $23,213.65 |
| 11/09/10 | 1313817 | $32,507.48 | $0.00 | $32,507.48 |
| 12/06/10 | 1319431 | $25,042.12 | $0.00 | $25,042.12 |
| 01/12/11 | 1326190 | $17,423.80 | $0.00 | $17,423.80 |
| 02/18/11 | 1335024 | $34,757.90 | $0.00 | $34,757.90 |
| 03/07/11 | 1337795 | $25,656.87 | $0.00 | $25,656.87 |
| | | $311,930.83 | -57,878.14 | $254,052.69 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 04/06/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1343786 |
| New York, NY 10174 | File No. | 238379.000007 |

RE:    **EMPLOYEE BENEFIT PENSIONS- SEC V. STARR**

Fees for Professional Services Rendered Through 03/31/11                    $104.30

**Total Amount of This Invoice**        **$104.30**

IN ACCOUNT WITH

Invoice Date 04/06/11
Invoice Number 1343786
File No. 238379.000007
Page 2

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

EMPLOYEE BENEFIT PENSIONS- SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 03/09/11 | HEC | Email W-2 and resend original to proper address | 0.1 | 26.50 |
| 03/09/11 | KPW | Return employee message | 0.2 | 51.30 |
| 03/22/11 | HEC | Email from L. Sarett; send W-2 to her new address | 0.1 | 26.50 |
| | | | Totals | 0.4 | 104.30 |

**TIMEKEEPER TIME SUMMARY THROUGH 03/31/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| HEC | Cohen | 0.2 | 265.00 | 53.00 |
| KPW | Wallace | 0.2 | 256.50 | 51.30 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Invoice Date — 04/06/11 |
| Troutman Sanders LLP | Submitted by — A  Cassirer |
| 405 Lexinton Avenue | Direct Dial — 212-704-6249 |
| New York, NY 10174 | Invoice No. — 1343786 |
| | File No. — 238379.000007 |

**RE:    EMPLOYEE BENEFIT PENSIONS- SEC V. STARR**

**Total Amount of This Invoice**          $104.30

**Summary of Additional Outstanding Invoices by Matter as of 04/06/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1290658 | $11,409.55 | $-4,262.35 | $7,147.20 |
| 08/03/10 | 1300610 | $240.00 | $-89.66 | $150.34 |
| 09/16/10 | 1303245 | $1,280.50 | $-478.35 | $802.15 |
| 10/11/10 | 1307340 | $1,275.00 | $0.00 | $1,275.00 |
| 11/09/10 | 1313807 | $940.00 | $0.00 | $940.00 |
| 12/06/10 | 1319429 | $1,958.05 | $0.00 | $1,958.05 |
| 01/12/11 | 1326188 | $2,550.15 | $0.00 | $2,550.15 |
| 02/18/11 | 1335023 | $1,927.30 | $0.00 | $1,927.30 |
| 03/07/11 | 1337794 | $790.75 | $0.00 | $790.75 |
| | | $22,371.30 | -4,830.36 | $17,540.94 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 04/06/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1343788 |
| New York, NY 10174 | File No. | 238379.000009 |

**RE:    Colcave - Administration**

| | |
|---|---|
| Fees for Professional Services Rendered Through 03/31/11 | $2,457.50 |
| **Total Amount of This Invoice** | **$2,457.50** |

IN ACCOUNT WITH

Invoice Date 04/06/11
Invoice Number 1343788
File No. 238379.000009
Page 2

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

Colcave - Administration

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 03/18/11 | LWS | Conference with Receiver and teleconferences with SEC and DOJ concerning Colcave common charges and other Colcave matters | 1.0 | 600.00 |
| 03/25/11 | LWS | Conference with receiver and call with Todd Brody concerning Colcave common charges issue and leave message with Michael Lockard regarding same | 0.5 | 300.00 |
| 03/29/11 | LWS | Draft response to condo association's motion for payment of common charge arrears | 2.0 | 1,200.00 |
| 03/30/11 | RD | Finalize and ECF file response by receiver to Lux request for payment of common charges | 0.5 | 117.50 |
| 03/30/11 | LWS | Emails with counsel regarding hearing date; serving response to condo motion | 0.4 | 240.00 |
| | | Totals | 4.4 | 2,457.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 03/31/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| RD | Delpino | 0.5 | 235.00 | 117.50 |
| LWS | Stremba | 3.9 | 600.00 | 2,340.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | |
| Troutman Sanders LLP | |
| 405 Lexinton Avenue | |
| New York, NY 10174 | |

| | |
|---|---|
| Invoice Date | 04/06/11 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1343788 |
| File No. | 238379.000009 |

**RE:     Colcave - Administration**

**Total Amount of This Invoice**          $2,457.50

**Summary of Additional Outstanding Invoices by Matter as of 04/06/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 01/12/11 | 1326191 | $9,356.70 | $0.00 | $9,356.70 |
| 02/18/11 | 1335025 | $60.00 | $0.00 | $60.00 |
| 03/07/11 | 1337796 | $240.00 | $0.00 | $240.00 |
| | | $9,656.70 | 0.00 | $9,656.70 |

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 05/09/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1350607 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

Fees for Professional Services Rendered Through 04/30/11      $1,425.00

**Total Amount of This Invoice**    **$1,425.00**

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 05/09/11
Invoice Number 1350607
File No. 238379.000001
Page 2

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 04/01/11 | AC | Email correspondence, discussions regarding April 7th hearing | 0.3 | 75.00 |
| 04/05/11 | AC | Reviewing matters in preparation for hearing | 0.2 | 50.00 |
| 04/06/11 | AC | Discussion regarding court appearance | 0.2 | 50.00 |
| 04/08/11 | AC | various business matters, including Starr bank accounts; email communication and with SEC regarding release of funds pursuant to Colcave stipulation, discussions with Lee Stremba regarding same; email communication with Flora Edwards regarding Starr files; discussions with Lee Stremba regarding possible removal of Starr files from GRM | 1.9 | 475.00 |
| 04/12/11 | AC | Review of email communications and submissions by Flora Edwards, bankruptcy counsel for Ken Starr; various business matters, including Edwards' request for Starr files; receipt of mail dealing with Jeffrey Berg files; conferences with Lee Stremba regarding same | 1.3 | 325.00 |
| 04/15/11 | AC | Review various correspondence and documents filed with the Court in the Starr Criminal court matter; discussions with Lee Stremba regarding same and strategy moving forward | 0.9 | 225.00 |
| 04/21/11 | AC | Review criminal court documents; telephone call with Roger Marion, attorney for Lux Condominium | 0.9 | 225.00 |
| | | Totals | 5.7 | 1,425.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 04/30/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cassirer | 5.7 | 250.00 | 1,425.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | |
| Troutman Sanders LLP | |
| 405 Lexinton Avenue | |
| New York, NY 10174 | |

| | |
|---|---|
| Invoice Date | 05/09/11 |
| Submitted by | A Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1350607 |
| File No. | 238379.000001 |

RE:     SEC v. STARR ET AL.

**Total Amount of This Invoice**          $1,425.00

**Summary of Additional Outstanding Invoices by Matter as of 05/09/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300568 | $33,125.00 | $-12,374.46 | $20,750.54 |
| 08/03/10 | 1300609 | $16,823.00 | $-6,284.54 | $10,538.46 |
| 09/16/10 | 1303241 | $10,574.00 | $-3,950.11 | $6,623.89 |
| 10/11/10 | 1307322 | $9,213.55 | $0.00 | $9,213.55 |
| 11/09/10 | 1313529 | $9,175.00 | $0.00 | $9,175.00 |
| 12/06/10 | 1319251 | $11,000.00 | $0.00 | $11,000.00 |
| 01/12/11 | 1326187 | $6,625.00 | $0.00 | $6,625.00 |
| 02/18/11 | 1335022 | $5,225.00 | $0.00 | $5,225.00 |
| 03/07/11 | 1337793 | $4,225.00 | $0.00 | $4,225.00 |
| 04/06/11 | 1343779 | $1,700.00 | $0.00 | $1,700.00 |
| | | $107,685.55 | -22,609.11 | $85,076.44 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 05/09/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1350608 |
| New York, NY 10174 | File No. | 238379.000005 |

RE:    **CASE ADMINISTRATION - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 04/30/11 | $5,507.55 |
| Costs and Expenses Through 04/30/11 | $135.18 |
| **Total Amount of This Invoice** | **$5,642.73** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 05/09/11
Invoice Number 1350608
File No. 238379.000005
Page 2

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 04/04/11 | KPW | Return client messages | 0.1 | 25.65 |
| 04/06/11 | KPW | Return client messages (.4); call Shirley Klein (.1) | 0.5 | 128.25 |
| 04/07/11 | HEC | Discussions with L. Stremba; order transcript of hearing; update dockets and send recent filings to team | 0.3 | 79.50 |
| 04/07/11 | LWS | Preparation for and appearance before Judge Stein for status conference and discussion regarding motion to terminate receiverships; discussion with trustee Togut following hearing | 1.5 | 900.00 |
| 04/07/11 | KPW | Meet with Citrin Cooperman (.2); return client messages (.3) | 0.5 | 128.25 |
| 04/08/11 | LWS | Review letter from Flora Edwards requesting files and emails with Receiver regarding same (.3); emails with DOJ and SEC regarding frozen funds and emails with the Receiver regarding same(.3) | 0.6 | 360.00 |
| 04/08/11 | KPW | Meet with Lee Stremba (.1); return client messages (.4) | 0.5 | 128.25 |
| 04/11/11 | LWS | Review and analysis of Kenneth Starr's response to involuntary petition | 0.3 | 180.00 |
| 04/11/11 | KPW | Review inventory of safe | 0.1 | 25.65 |
| 04/12/11 | LWS | Email responses to questions from Kenneth Starr counsel Flora Edwards and conferences with Ken Kos regarding file issues | 0.5 | 300.00 |
| 04/12/11 | KPW | Return client messages | 0.3 | 76.95 |
| 04/13/11 | HEC | Review status of dockets | 0.1 | 26.50 |
| 04/13/11 | KPW | Return client messages | 0.2 | 51.30 |
| 04/14/11 | LWS | Call from trustee counsel Neil Berger call concerning Kenneth Starr and company chapter 7 cases | 0.2 | 120.00 |
| 04/15/11 | HEC | Update criminal docket; obtain recent filings and send to A. Cassirer and L. Stremba for review | 0.1 | 26.50 |
| 04/15/11 | LWS | Conference with Kevin Wallace and email to Flora Edwards concerning access to box of Kenneth Starr documents (.2); David Miller, counsel to Stanton, call regarding Kenneth Starr's response to chapter 7 petition (.3) | 0.5 | 300.00 |
| 04/15/11 | KPW | Meet with Lee Stremba | 0.1 | 25.65 |
| 04/19/11 | HEC | Update criminal docket and recent filings for A. Cassirer and L. Stremba; calendar pertinent dates | 0.2 | 53.00 |
| 04/21/11 | HEC | Update criminal docket and recent filings for A. Cassirer | 0.1 | 26.50 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP

### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | and L. Stremba | | |
| 04/22/11 | KPW | Return client messages | 0.3 | 76.95 |
| 04/25/11 | LWS | Review proposed order from trustee Togut's counsel and transcript of last hearing (.5); exchange of emails with Neal Burger regarding trustee's proposed order (.2) | 0.7 | 420.00 |
| 04/25/11 | KPW | Return client messages (.5); meet with Lee Stremba (.1) | 0.6 | 153.90 |
| 04/26/11 | LWS | Preparations for and appearance before Judge Gropper for hearing on trustee's motion to dismiss cases (2.5); report to Receiver concerning hearing (.2) | 2.7 | 1,620.00 |
| 04/27/11 | HEC | Update criminal docket and filing and send to A. Cassier and L. Stremba | 0.1 | 26.50 |
| 04/27/11 | LWS | Exchange of emails with Neil Burger regarding trustee's proposed dismissal order | 0.2 | 120.00 |
| 04/27/11 | KPW | Return client messages | 0.3 | 76.95 |
| 04/28/11 | KPW | Return client messages | 0.2 | 51.30 |
| | | Totals | 11.8 | 5,507.55 |

**TIMEKEEPER TIME SUMMARY THROUGH 04/30/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| HEC | Cohen | 0.9 | 265.00 | 238.50 |
| LWS | Stremba | 7.2 | 600.00 | 4,320.00 |
| KPW | Wallace | 3.7 | 256.50 | 949.05 |

IN ACCOUNT WITH

Invoice Date 05/09/11
Invoice Number 1350608
File No. 238379.000005
Page 4

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FOR COSTS AND EXPENSES INCURRED THROUGH 04/30/11**

| Date | Description | Amount |
|------|-------------|-------:|
| 04/12/11 | Computer Research | 17.57 |
| 04/12/11 | Computer Research | 55.24 |
| 04/12/11 | Computer Research | 11.69 |
| 04/12/11 | Computer Research | 2.93 |
| 04/12/11 | Computer Research | 35.11 |
| 04/12/11 | Computer Research | 1.69 |
| 04/08/11 | Outside Courier Services | 10.95 |
| | Total: | 135.18 |

Total Fees & Costs:    $5,642.73

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date 05/09/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by A  Cassirer |
| Troutman Sanders LLP | Direct Dial 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. 1350608 |
| New York, NY 10174 | File No. 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

**Total Amount of This Invoice**            $5,642.73

**Summary of Additional Outstanding Invoices by Matter as of 05/09/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300569 | $55,531.40 | $-20,744.78 | $34,786.62 |
| 08/03/10 | 1300612 | $48,018.62 | $-18,229.17 | $29,789.45 |
| 09/16/10 | 1303244 | $49,778.99 | $-18,904.19 | $30,874.80 |
| 10/11/10 | 1307343 | $23,213.65 | $0.00 | $23,213.65 |
| 11/09/10 | 1313917 | $32,507.48 | $0.00 | $32,507.48 |
| 12/06/10 | 1319431 | $25,042.12 | $0.00 | $25,042.12 |
| 01/12/11 | 1326190 | $17,423.80 | $0.00 | $17,423.80 |
| 02/18/11 | 1335024 | $34,757.90 | $0.00 | $34,757.90 |
| 03/07/11 | 1337795 | $25,656.87 | $0.00 | $25,656.87 |
| 04/06/11 | 1343785 | $11,452.93 | $0.00 | $11,452.93 |
| | | $323,383.76 | -57,878.14 | $265,505.62 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 05/09/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1350609 |
| New York, NY 10174 | File No. | 238379.000009 |

**RE:    Colcave - Administration**

| | |
|---|---|
| Fees for Professional Services Rendered Through 04/30/11 | $2,325.00 |
| **Total Amount of This Invoice** | **$2,325.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 05/09/11
Invoice Number 1350609
File No. 238379.000009
Page 2

AURORA CASSIRER AS RECEIVER

Colcave - Administration

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 04/07/11 | AC | Preparation for and attend hearing (3.50); email communication/discussions regarding criminal court order regarding forfeiture of Colcave assets (.50); various business matters, including, but not limited to Starr mail (.50) | 4.5 | 1,125.00 |
| 04/07/11 | LWS | Preparation for and appearance before Judge Stein for hearing on condominium motion for payment of arrears | 2.0 | 1,200.00 |
| | | Totals | 6.5 | 2,325.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 04/30/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cassirer | 4.5 | 250.00 | 1,125.00 |
| LWS | Stremba | 2.0 | 600.00 | 1,200.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 05/09/11 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1350609 |
| File No. | 238379.000009 |

**RE:    Colcave - Administration**

**Total Amount of This Invoice**          $2,325.00

**Summary of Additional Outstanding Invoices by Matter as of 05/09/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 01/12/11 | 1326191 | $9,356.70 | $0.00 | $9,356.70 |
| 02/18/11 | 1335025 | $60.00 | $0.00 | $60.00 |
| 03/07/11 | 1337796 | $240.00 | $0.00 | $240.00 |
| 04/06/11 | 1343788 | $2,457.50 | $0.00 | $2,457.50 |
| | | $12,114.20 | 0.00 | $12,114.20 |

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 06/16/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1359103 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 05/31/11 | $975.00 |
| **Total Amount of This Invoice** | **$975.00** |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 06/16/11
Invoice Number 1359103
File No. 238379.000001
Page 2

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 05/02/11 | AC | COLCAVE:  Email communication regarding release of funds | 0.3 | 75.00 |
| 05/03/11 | AC | COLCAVE:  Email communications, discussions regarding amendments to stipulations for release of funds | 0.5 | 125.00 |
| 05/05/11 | AC | COLCAVE:  revisions to stipulation; email communication with Roger Marion; conference with Lee Stremba regarding same; BANKRUPTCY ACTION:  review responses to debtor's answer to involuntary petition; discussions regarding same | 1.1 | 275.00 |
| 05/06/11 | AC | COLCAVE:  Review revisions to  stipulated orders; DISCUSSIONS REGARDING SAME | 0.3 | 75.00 |
| 05/09/11 | AC | Colcave:  review discuss revised stipulations | 0.3 | 75.00 |
| 05/11/11 | AC | Review, revise and discuss petition in the forfeiture action; (Colcave) execute revised stipulations, return to Lockard | 0.6 | 150.00 |
| 05/18/11 | AC | Email communication regarding Colcave Account and transfer of funds | 0.3 | 75.00 |
| 05/31/11 | AC | Email communication and strategy discussions with Lee Stremba regarding moving forward and status of Starr Bankruptcy | 0.5 | 125.00 |
| | | Totals | 3.9 | 975.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 05/31/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cassirer | 3.9 | 250.00 | 975.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client:
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | |
| Troutman Sanders LLP | |
| 405 Lexinton Avenue | |
| New York, NY 10174 | |

| | |
|---|---|
| Invoice Date | 06/16/11 |
| Submitted by | A Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1359103 |
| File No. | . |

**RE:**

**Total Amount of This Invoice**          $975.00



**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 06/16/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1359104 |
| New York, NY 10174 | File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 05/31/11 | $1,089.90 |
| Costs and Expenses Through 05/31/11 | $196.74 |
| **Total Amount of This Invoice** | **$1,286.64** |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 06/16/11
Invoice Number 1359104
File No. 238379.000005
Page 2

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/11

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 05/02/11 | HEC | Update various dockets and filings for A. Cassirer and L. Stremba | 0.1 | 23.85 |
| 05/03/11 | LWS | Stanton counsel call concerning Kenneth Starr chapter 7 case | 0.5 | 300.00 |
| 05/04/11 | HEC | Update criminal case docket and recent filings for A. Cassirer and L. Stremba | 0.1 | 23.85 |
| 05/05/11 | HEC | Update criminal docket and recent filing as well as recent filings in Ken Starr bankruptcy proceeding and send to A. Cassirer and L. Stremba | 0.1 | 23.85 |
| 05/10/11 | HEC | Send docket and recent filings to A. Cassirer and L. Stremba | 0.1 | 23.85 |
| 05/11/11 | HEC | Review and update case dockets; memorandum to A. Cassirer and L. Stremba regarding same | 0.1 | 23.85 |
| 05/12/11 | KPW | Meet with Lee Stremba (.2); call Mo Zimerman (.2) | 0.4 | 102.60 |
| 05/13/11 | HEC | Update docket and recent filings for A. Cassirer and L. Stremba | 0.1 | 23.85 |
| 05/18/11 | HEC | Review and update case dockets and recent filings and send to A. Cassirer and L. Stremba | 0.1 | 23.85 |
| 05/23/11 | KPW | Meet with Lee Stremba (.1); meet with Ken Kos (.2) | 0.3 | 76.95 |
| 05/24/11 | HEC | Send updated docket and recent filing to A. Cassirer and L. Stremba | 0.1 | 23.85 |
| 05/26/11 | KPW | Return client messages | 0.3 | 76.95 |
| 05/27/11 | LWS | Call with Stanton counsel Daniel Pritchard concerning chapter 7 proceedings and report to Receiver re same | 0.4 | 240.00 |
| 05/27/11 | KPW | Return client messages | 0.4 | 102.60 |
| | | Totals | 3.1 | 1,089.90 |

## TIMEKEEPER TIME SUMMARY THROUGH 05/31/11

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| HEC | Cohen | 0.8 | 238.50 | 190.80 |
| LWS | Stremba | 0.9 | 600.00 | 540.00 |
| KPW | Wallace | 1.4 | 256.50 | 359.10 |

IN ACCOUNT WITH

Invoice Date 06/16/11
Invoice Number 1359104
File No. 238379.000005
Page 3

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FOR COSTS AND EXPENSES INCURRED THROUGH 05/31/11**

| Date | Description | Amount |
|------|-------------|--------|
| 05/31/11 | Filing Fees | 192.24 |
| 05/12/11 | Taxi/Train/Parking | 4.50 |
| | Total: | 196.74 |
| | Total Fees & Costs: | $1,286.64 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client:
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | |
| Troutman Sanders LLP | |
| 405 Lexinton Avenue | |
| New York, NY 10174 | |

| | |
|---|---|
| Invoice Date | 06/16/11 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1359104 |
| File No. | . |

**RE:**

**Total Amount of This Invoice**          $1,286.64

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 06/16/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1359105 |
| New York, NY 10174 | File No. | 238379.000009 |

**RE:    Colcave - Administration**

Fees for Professional Services Rendered Through 05/31/11              $2,499.15

**Total Amount of This Invoice**        **$2,499.15**

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 06/16/11
Invoice Number 1359105
File No. 238379.000009
Page 2

AURORA CASSIRER AS RECEIVER

Colcave - Administration

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/11

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 05/01/11 | LWS | Exchange of emails with David Mills, counsel to Stanton, concerning chapter 7 proceedings | 0.2 | 120.00 |
| 05/03/11 | LWS | Review proposed stipulated orders from Michael Lockard and email Receiver with comments (.4) | 0.4 | 240.00 |
| 05/05/11 | LWS | Meeting with Receiver concerning forfeiture stipulations proposed by Michael Lockard and regarding claims process in forfeiture proceeding | 0.5 | 300.00 |
| 05/06/11 | LWS | Email to Michael Lockard regarding proposed forfeiture stipulations | 0.3 | 180.00 |
| 05/10/11 | KPW | Meet with Lee Stremba | 0.2 | 51.30 |
| 05/11/11 | KPW | Meet with Harriet Cohen (.1); draft petition for adjudication of interest (.7); research 21 U.S.C. 853 (1.1); meet with Lee Stremba (.3); revise petition (.6) | 2.8 | 718.20 |
| 05/12/11 | HEC | Review voluminous exhibits to the two fee applications in connection with details required for claim as discussed with K. Wallace | 2.4 | 572.40 |
| 05/13/11 | HEC | Work on claim project for K. Wallace | 0.9 | 214.65 |
| 05/16/11 | KPW | Meet with Aurora Cassirer (.3); meet with Lee Stremba (.1) | 0.4 | 102.60 |
| | | Totals | 8.1 | 2,499.15 |

### TIMEKEEPER TIME SUMMARY THROUGH 05/31/11

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| HEC | Cohen | 3.3 | 238.50 | 787.05 |
| LWS | Stremba | 1.4 | 600.00 | 840.00 |
| KPW | Wallace | 3.4 | 256.50 | 872.10 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client:
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 06/16/11 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1359105 |
| File No. | . |

**RE:**

**Total Amount of This Invoice**          $2,499.15



**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 07/11/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1362260 |
| New York, NY 10174 | File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/11 | $1,803.30 |
| Costs and Expenses Through 06/30/11 | $6.48 |
| **Total Amount of This Invoice** | **$1,809.78** |

IN ACCOUNT WITH

Invoice Date 07/11/11
Invoice Number 1362260
File No. 238379.000005
Page 2

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 06/06/11 | HEC | Attention to files and dockets; send notice of appearance to L. Stremba | 0.2 | 47.70 |
| 06/07/11 | LWS | Call from Wiatt counsel regarding discovery requests in action against Bristol and others | 0.2 | 120.00 |
| 06/08/11 | LWS | Review Judge Gropper's order in Kenneth Starr chapter 7 case; Trustee Togut's counsel Neil Burger call concerning discovery in Wiatt action | 0.4 | 240.00 |
| 06/08/11 | LWS | Call with Wiatt's counsel concerning status of litigation against Bristol; conference with Kevin Wallace and Ken Kos concerning prior turnover of files to Wiatt's counsel | 0.5 | 300.00 |
| 06/08/11 | KPW | Meet with Lee Stremba regarding Bristol request | 0.2 | 51.30 |
| 06/09/11 | LWS | Review document requests purportedly served upon receiver in Wiatt v Bristol action | 0.3 | 180.00 |
| 06/09/11 | KPW | Return client messages | 0.2 | 51.30 |
| 06/13/11 | KPW | Meet with Lee Stremba and Ken Kos | 0.2 | 51.30 |
| 06/14/11 | KPW | Return client messages | 0.2 | 51.30 |
| 06/15/11 | LWS | Review email from Julius Erving counsel requesting files and email to file manager Ken Kos regarding same | 0.2 | 120.00 |
| 06/17/11 | LWS | Emails with Flora Edwards and conferences with Kevin Wallace concerning production of files and regarding Starr personal items | 0.3 | 180.00 |
| 06/20/11 | KPW | Meet with Roseann Ragano regarding Ken Starr's files (.5); arrange for portion to be copied (.1); return client messages (.3) | 0.9 | 230.85 |
| 06/21/11 | KPW | Return client messages | 0.2 | 51.30 |
| 06/22/11 | KPW | Return client messages | 0.5 | 128.25 |
| | | Totals | 4.5 | 1,803.30 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| HEC | Cohen | 0.2 | 238.50 | 47.70 |
| LWS | Stremba | 1.9 | 600.00 | 1,140.00 |
| KPW | Wallace | 2.4 | 256.50 | 615.60 |

IN ACCOUNT WITH

Invoice Date 07/11/11
Invoice Number 1362260
File No. 238379.000005
Page 3

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FOR COSTS AND EXPENSES INCURRED THROUGH 06/30/11**

| Date | Description | Amount |
|------|-------------|--------|
| 06/13/11 | Computer Research | 3.25 |
| 06/13/11 | Computer Research | 3.23 |
| | Total: | 6.48 |

Total Fees & Costs:    $1,809.78

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 07/11/11 |
| Submitted by | A Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1362260 |
| File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

**Total Amount of This Invoice**            $1,809.78

**Summary of Additional Outstanding Invoices by Matter as of 07/11/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300569 | $55,531.40 | $-20,744.78 | $34,786.62 |
| 08/03/10 | 1300612 | $48,018.62 | $-18,229.17 | $29,789.45 |
| 09/16/10 | 1303244 | $49,778.99 | $-18,904.19 | $30,874.80 |
| 10/11/10 | 1307343 | $23,213.65 | $0.00 | $23,213.65 |
| 11/09/10 | 1313817 | $32,507.48 | $0.00 | $32,507.48 |
| 12/06/10 | 1319431 | $25,042.12 | $0.00 | $25,042.12 |
| 01/12/11 | 1326190 | $17,423.80 | $0.00 | $17,423.80 |
| 02/18/11 | 1335024 | $34,757.90 | $0.00 | $34,757.90 |
| 03/07/11 | 1337795 | $25,656.87 | $0.00 | $25,656.87 |
| 04/06/11 | 1343785 | $11,452.93 | $0.00 | $11,452.93 |
| 05/09/11 | 1350608 | $5,642.73 | $0.00 | $5,642.73 |
| 06/16/11 | 1359104 | $1,286.64 | $0.00 | $1,286.64 |
| | | $330,313.13 | -57,878.14 | $272,434.99 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 08/15/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1370220 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/11 | $600.00 |
| **Total Amount of This Invoice** | **$600.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/15/11
Invoice Number 1370220
File No. 238379.000001
Page 2

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 07/06/11 | AC | Update on developments in bankruptcy matter | 0.3 | 75.00 |
| 07/08/11 | AC | Email communication with IRS agent | 0.3 | 75.00 |
| 07/11/11 | AC | Email communication from Starr former employee | 0.1 | 25.00 |
| 07/12/11 | AC | Review bankruptcy court filings; conference with Lee Stremba regarding status of matters | 0.6 | 150.00 |
| 07/19/11 | AC | Email communication regarding Starr mail forwarding issue | 0.1 | 25.00 |
| 07/25/11 | AC | Brief review of status of bankruptcy and civil court proceedings | 0.2 | 50.00 |
| 07/26/11 | AC | Review insurance policy for Long Island Office; email communication and discussions regarding renewing same | 0.5 | 125.00 |
| 07/28/11 | AC | review bankruptcy and criminal court proceedings | 0.3 | 75.00 |
| | | Totals | 2.4 | 600.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cassirer | 2.4 | 250.00 | 600.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | |
| Troutman Sanders LLP | |
| 405 Lexinton Avenue | |
| New York, NY 10174 | |

| | |
|---|---|
| Invoice Date | 08/15/11 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1370220 |
| File No. | 238379.000001 |

RE:    SEC v. STARR ET AL.

**Total Amount of This Invoice**          $600.00

**Summary of Additional Outstanding Invoices by Matter as of 08/15/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300568 | $33,125.00 | $-12,374.46 | $20,750.54 |
| 08/03/10 | 1300609 | $16,823.00 | $-6,284.54 | $10,538.46 |
| 09/16/10 | 1303241 | $10,574.00 | $-3,950.11 | $6,623.89 |
| 10/11/10 | 1307322 | $9,213.55 | $0.00 | $9,213.55 |
| 11/09/10 | 1313529 | $9,175.00 | $0.00 | $9,175.00 |
| 12/06/10 | 1319251 | $11,000.00 | $0.00 | $11,000.00 |
| 01/12/11 | 1326187 | $6,625.00 | $0.00 | $6,625.00 |
| 02/18/11 | 1335022 | $5,225.00 | $0.00 | $5,225.00 |
| 03/07/11 | 1337793 | $4,225.00 | $0.00 | $4,225.00 |
| 04/06/11 | 1343779 | $1,700.00 | $0.00 | $1,700.00 |
| 05/09/11 | 1350607 | $1,425.00 | $0.00 | $1,425.00 |
| 06/16/11 | 1359103 | $975.00 | $0.00 | $975.00 |
| | | $110,085.55 | -22,609.11 | $87,476.44 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 08/15/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1370221 |
| New York, NY 10174 | File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/11 | $2,812.35 |
| Costs and Expenses Through 07/31/11 | $115.08 |
| **Total Amount of This Invoice** | **$2,927.43** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 08/15/11
Invoice Number 1370221
File No. 238379.000005
Page 2

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 07/06/11 | KPW | Email Flora Edwards | 0.2 | 51.30 |
| 07/12/11 | LWS | Review proceedings concerning appointment of chapter 7 trustee for Kenneth Starr estate and conference with Receiver regarding same | 0.6 | 360.00 |
| 07/13/11 | KPW | Return client messages | 0.2 | 51.30 |
| 07/14/11 | KPW | Meet with Lee Stremba concerning responding to Bristol's document requests (.3); return client messages (.6) | 0.9 | 230.85 |
| 07/15/11 | KPW | Respond to Bristol's document request | 0.5 | 128.25 |
| 07/18/11 | KPW | Draft responses and objections to Bristol's document requests (1.4); meet with Lee Stremba (.2); call Bristol's attorney (.2); revise responses (.3); meet with Lee Stremba (.1); serve responses and objections (.2) | 2.4 | 615.60 |
| 07/19/11 | HEC | Email from former employee and attention to revising contact documents to reflect change of address | 0.2 | 47.70 |
| 07/19/11 | KPW | Return client messages | 0.6 | 153.90 |
| 07/20/11 | KPW | Return client messages | 0.4 | 102.60 |
| 07/21/11 | KPW | Return client messages | 0.4 | 102.60 |
| 07/22/11 | LWS | Call with Kenneth Starr trustee R.Geltzer and counsel regarding Ken Starr, Starr & Co and SIA estates | 0.8 | 480.00 |
| 07/22/11 | KPW | Return client messages | 0.2 | 51.30 |
| 07/26/11 | LWS | Trustee Togut's counsel Neil Burger call regarding notice for renewal of insurance policy on Great Neck office space; review notice, exchange of emails with Receiver re same and email back to Neil Burger concerning whether to renew policy | 0.6 | 360.00 |
| 07/26/11 | KPW | Review insurance policy (.2); return client message (.1) | 0.3 | 76.95 |
| | | Totals | 8.3 | 2,812.35 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| HEC | Cohen | 0.2 | 238.50 | 47.70 |
| LWS | Stremba | 2.0 | 600.00 | 1,200.00 |
| KPW | Wallace | 6.1 | 256.50 | 1,564.65 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/15/11
Invoice Number 1370221
File No. 238379.000005
Page 3

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FOR COSTS AND EXPENSES INCURRED THROUGH 07/31/11**

| Date | Description | Amount |
|------|-------------|--------|
| 07/06/11 | Professional Services | 14.80 |
| 07/14/11 | Search Costs | 100.28 |
| | Total: | 115.08 |

Total Fees & Costs:    $2,927.43

# TROUTMAN SANDERS LLP

| | | |
|---|---|---|
| **Payment Remittance Address** | ATTORNEYS AT LAW | **For Payments by Wire** |
| Troutman Sanders LLP | A LIMITED LIABILITY PARTNERSHIP | Wells Fargo Bank, N.A., Atlanta, Georgia |
| P.O. Box 933652 | **FEDERAL ID No. 58-0946915** | ABA #061000227 |
| Atlanta, Georgia 31193-3652 | | To Credit Troutman Sanders LLP |
| | Office Location: | Operating Account #2052700305792 |
| | The Chrysler Building | Reference Attorney: A Cassirer |
| | 405 Lexington Ave | Reference Client: 238379 |
| | New York, NY 10174 | From International Locations please add Swift |
| | | Address/Code: PNBP US 33 |
| | Billing Inquiries: | |
| | 404-885-2508 | |

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date     08/15/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by     A Cassirer |
| Troutman Sanders LLP | Direct Dial    212-704-6249 |
| 405 Lexinton Avenue | Invoice No.     1370221 |
| New York, NY 10174 | File No.     238379.000005 |

**RE:  CASE ADMINISTRATION - SEC V. STARR**

**Total Amount of This Invoice**    $2,927.43

**Summary of Additional Outstanding Invoices by Matter as of 08/15/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300569 | $55,531.40 | $-20,744.78 | $34,786.62 |
| 08/03/10 | 1300612 | $48,018.62 | $-18,229.17 | $29,789.45 |
| 09/16/10 | 1303244 | $49,778.99 | $-18,904.19 | $30,874.80 |
| 10/11/10 | 1307343 | $23,213.65 | $0.00 | $23,213.65 |
| 11/09/10 | 1313617 | $32,507.48 | $0.00 | $32,507.48 |
| 12/06/10 | 1319431 | $25,042.12 | $0.00 | $25,042.12 |
| 01/12/11 | 1326190 | $17,423.80 | $0.00 | $17,423.80 |
| 02/18/11 | 1335024 | $34,757.90 | $0.00 | $34,757.90 |
| 03/07/11 | 1337795 | $25,656.87 | $0.00 | $25,656.87 |
| 04/06/11 | 1343785 | $11,452.93 | $0.00 | $11,452.93 |
| 05/09/11 | 1350608 | $5,642.73 | $0.00 | $5,642.73 |
| 06/16/11 | 1359104 | $1,286.64 | $0.00 | $1,286.64 |
| 07/11/11 | 1362260 | $1,809.78 | $0.00 | $1,809.78 |
| | | $332,122.91 | -57,878.14 | $274,244.77 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 09/14/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1376055 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

Fees for Professional Services Rendered Through 08/31/11          $550.00

**Total Amount of This Invoice      $550.00**

IN ACCOUNT WITH

Invoice Date 09/14/11
Invoice Number 1376055
File No. 238379.000001
Page 2

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 08/02/11 | AC | Updates on developments in bankruptcy matter | 0.3 | 75.00 |
| 08/08/11 | AC | Office conference with Lee Stremba regarding various developments | 0.3 | 75.00 |
| 08/11/11 | AC | Letter from Jenner and Block regarding productions of documents in the Wiatt matter; discussion with Lee Stremba regarding same | 0.4 | 100.00 |
| 08/15/11 | AC | Email communication with IRS regarding Starr files; discussions regarding same | 0.5 | 125.00 |
| 08/18/11 | AC | Email communication and discussions regarding Bristol documents | 0.3 | 75.00 |
| 08/22/11 | AC | Office conference with Lee Stremba regarding Dolmari K-1; forward same to Trustee | 0.4 | 100.00 |
| | | Totals | 2.2 | 550.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cassirer | 2.2 | 250.00 | 550.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date               09/14/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by               A  Cassirer |
| Troutman Sanders LLP | Direct Dial               212-704-6249 |
| 405 Lexinton Avenue | Invoice No.               1376055 |
| New York, NY 10174 | File No.               238379.000001 |

RE:    SEC v. STARR ET AL.

**Total Amount of This Invoice**                    $550.00

### Summary of Additional Outstanding Invoices by Matter as of 09/14/11

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300568 | $33,125.00 | $-12,374.46 | $20,750.54 |
| 08/03/10 | 1300609 | $16,823.00 | $-6,284.54 | $10,538.46 |
| 09/16/10 | 1303241 | $10,574.00 | $-3,950.11 | $6,623.89 |
| 10/11/10 | 1307322 | $9,213.55 | $0.00 | $9,213.55 |
| 11/09/10 | 1313529 | $9,175.00 | $0.00 | $9,175.00 |
| 12/06/10 | 1319251 | $11,000.00 | $0.00 | $11,000.00 |
| 01/12/11 | 1326187 | $6,625.00 | $0.00 | $6,625.00 |
| 02/18/11 | 1335022 | $5,225.00 | $0.00 | $5,225.00 |
| 03/07/11 | 1337793 | $4,225.00 | $0.00 | $4,225.00 |
| 04/06/11 | 1343779 | $1,700.00 | $0.00 | $1,700.00 |
| 05/09/11 | 1350607 | $1,425.00 | $0.00 | $1,425.00 |
| 06/16/11 | 1359103 | $975.00 | $0.00 | $975.00 |
| 08/15/11 | 1370220 | $600.00 | $0.00 | $600.00 |
| | | $110,685.55 | -22,609.11 | $88,076.44 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 09/14/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1376056 |
| New York, NY 10174 | File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

Fees for Professional Services Rendered Through 08/31/11          $2,114.70

**Total Amount of This Invoice          $2,114.70**

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 09/14/11
Invoice Number 1376056
File No. 238379.000005
Page 2

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 08/02/11 | KPW | Return client messages | 0.3 | 76.95 |
| 08/04/11 | KPW | Return client messages | 0.4 | 102.60 |
| 08/09/11 | LWS | Call from Tamara Martin of NY Attorney General's office concerning status of chapter 7 cases and  Pastar condo deposit matter (.1); call from Wiatt counsel concerning documents relevant to litigation against Bristol and Winston (.3) | 0.4 | 240.00 |
| 08/09/11 | KPW | Return client messages | 0.2 | 51.30 |
| 08/12/11 | LWS | Review letters from Wiatt counsel and Winston counsel concerning document requests and conferences with Kevin Wallace concerning documents relating to Wiatt transactions | 0.7 | 420.00 |
| 08/12/11 | KPW | Meet with Lee Stremba (.1); review documents evidencing transfers between Starr and the Bristol Account related to the Wiatts (1.1); draft summary of transfers (.7); meet with Lee Stremba (.3) | 2.2 | 564.30 |
| 08/16/11 | LWS | Call from Wiatt counsel regarding request for documents produced by Bristol and other third parties for use in litigation against Bristol. | 0.2 | 120.00 |
| 08/18/11 | LWS | Conferences with Kevin Wallace and forwarding documents to Wiatt counsel pursuant to request in connection with litigation against Bristol et al. | 0.6 | 360.00 |
| 08/18/11 | KPW | Review and forward bank documents related to the Wiatts (.5); meet with Lee Stremba (.2) | 0.7 | 179.55 |
| | | Totals | 5.7 | 2,114.70 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| LWS | Stremba | 1.9 | 600.00 | 1,140.00 |
| KPW | Wallace | 3.8 | 256.50 | 974.70 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 09/14/11 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1376056 |
| File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

**Total Amount of This Invoice**          $2,114.70

**Summary of Additional Outstanding Invoices by Matter as of 09/14/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300569 | $55,531.40 | $-20,744.78 | $34,786.62 |
| 08/03/10 | 1300612 | $48,018.62 | $-18,229.17 | $29,789.45 |
| 09/16/10 | 1303244 | $49,778.99 | $-18,904.19 | $30,874.80 |
| 10/11/10 | 1307343 | $23,213.65 | $0.00 | $23,213.65 |
| 11/09/10 | 1313817 | $32,507.48 | $0.00 | $32,507.48 |
| 12/06/10 | 1319431 | $25,042.12 | $0.00 | $25,042.12 |
| 01/12/11 | 1326190 | $17,423.80 | $0.00 | $17,423.80 |
| 02/18/11 | 1335024 | $34,757.90 | $0.00 | $34,757.90 |
| 03/07/11 | 1337795 | $25,656.87 | $0.00 | $25,656.87 |
| 04/06/11 | 1343785 | $11,452.93 | $0.00 | $11,452.93 |
| 05/09/11 | 1350608 | $5,642.73 | $0.00 | $5,642.73 |
| 06/16/11 | 1359104 | $1,286.64 | $0.00 | $1,286.64 |
| 07/11/11 | 1362260 | $1,809.78 | $0.00 | $1,809.78 |
| 08/15/11 | 1370221 | $2,927.43 | $0.00 | $2,927.43 |
| | | $335,050.34 | -57,878.14 | $277,172.20 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 10/10/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1380806 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

Fees for Professional Services Rendered Through 09/30/11                    $275.00

**Total Amount of This Invoice              $275.00**

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 09/19/11 | AC | Review motion to consolidate; discussions regarding same | 1.1 | 275.00 |
| | | Totals | 1.1 | 275.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cassirer | 1.1 | 250.00 | 275.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date    10/10/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by    A  Cassirer |
| Troutman Sanders LLP | Direct Dial    212-704-6249 |
| 405 Lexinton Avenue | Invoice No.    1380806 |
| New York, NY 10174 | File No.    238379.000001 |

RE:    **SEC v. STARR ET AL.**

**Total Amount of This Invoice**    $275.00

**Summary of Additional Outstanding Invoices by Matter as of 10/10/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300568 | $33,125.00 | $-12,374.46 | $20,750.54 |
| 08/03/10 | 1300609 | $16,823.00 | $-6,284.54 | $10,538.46 |
| 09/16/10 | 1303241 | $10,574.00 | $-3,950.11 | $6,623.89 |
| 10/11/10 | 1307322 | $9,213.55 | $0.00 | $9,213.55 |
| 11/09/10 | 1313529 | $9,175.00 | $0.00 | $9,175.00 |
| 12/06/10 | 1319251 | $11,000.00 | $0.00 | $11,000.00 |
| 01/12/11 | 1326187 | $6,625.00 | $0.00 | $6,625.00 |
| 02/18/11 | 1335022 | $5,225.00 | $0.00 | $5,225.00 |
| 03/07/11 | 1337793 | $4,225.00 | $0.00 | $4,225.00 |
| 04/06/11 | 1343779 | $1,700.00 | $0.00 | $1,700.00 |
| 05/09/11 | 1350607 | $1,425.00 | $0.00 | $1,425.00 |
| 06/16/11 | 1359103 | $975.00 | $0.00 | $975.00 |
| 08/15/11 | 1370220 | $600.00 | $0.00 | $600.00 |
| 09/14/11 | 1376055 | $550.00 | $0.00 | $550.00 |
| | | $111,235.55 | -22,609.11 | $88,626.44 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 10/10/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1380807 |
| New York, NY 10174 | File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/11 | $1,351.20 |
| Costs and Expenses Through 09/30/11 | $90.41 |
| **Total Amount of This Invoice** | **$1,441.61** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 10/10/11
Invoice Number 1380807
File No. 238379.000005
Page 2

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 09/01/11 | KPW | Return client message | 0.2 | 51.30 |
| 09/07/11 | KPW | Return client message | 0.2 | 51.30 |
| 09/09/11 | KPW | Return client messages | 0.2 | 51.30 |
| 09/12/11 | KPW | Return client messages | 0.1 | 25.65 |
| 09/13/11 | KPW | Call Shirley Klein (.2); return client messages (.7) | 0.9 | 230.85 |
| 09/14/11 | KPW | Return client messages | 0.3 | 76.95 |
| 09/15/11 | KPW | Return client messages | 0.2 | 51.30 |
| 09/22/11 | KPW | Meet with Lee Stremba concerning Buchwald request (.2); call Ken Kos (.1); respond to client messages (.3) | 0.6 | 153.90 |
| 09/27/11 | KPW | Return client messages | 0.2 | 51.30 |
| 09/28/11 | KPW | Meet with Lee Stremba (.1); return client messages (1.2) | 1.3 | 333.45 |
| 09/29/11 | LWS | Draft response to former Starr client concerning payment for files and case status | 0.2 | 120.00 |
| 09/29/11 | KPW | Return client messages | 0.6 | 153.90 |
| | | Totals | 5.0 | 1,351.20 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| LWS | Stremba | 0.2 | 600.00 | 120.00 |
| KPW | Wallace | 4.8 | 256.50 | 1,231.20 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 09/30/11**

| Date | Description | Amount |
|------|-------------|--------|
| 08/05/11 | Miscellaneous Expenses | 89.85 |
| 07/31/11 | Professional Services | 0.56 |
| | Total: | 90.41 |

| | |
|--|--|
| Total Fees & Costs: | $1,441.61 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**For Payments by Wire**
Wells Fargo Bank, N.A., Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | |
| Troutman Sanders LLP | |
| 405 Lexinton Avenue | |
| New York, NY 10174 | |

| | |
|---|---|
| Invoice Date | 10/10/11 |
| Submitted by | A Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1380807 |
| File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

**Total Amount of This Invoice**            $1,441.61

**Summary of Additional Outstanding Invoices by Matter as of 10/10/11**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300569 | $55,531.40 | $-20,744.78 | $34,786.62 |
| 08/03/10 | 1300612 | $48,018.62 | $-18,229.17 | $29,789.45 |
| 09/16/10 | 1303244 | $49,778.99 | $-18,904.19 | $30,874.80 |
| 10/11/10 | 1307343 | $23,213.65 | $0.00 | $23,213.65 |
| 11/09/10 | 1313817 | $32,507.48 | $0.00 | $32,507.48 |
| 12/06/10 | 1319431 | $25,042.12 | $0.00 | $25,042.12 |
| 01/12/11 | 1326190 | $17,423.80 | $0.00 | $17,423.80 |
| 02/18/11 | 1335024 | $34,757.90 | $0.00 | $34,757.90 |
| 03/07/11 | 1337795 | $25,656.87 | $0.00 | $25,656.87 |
| 04/06/11 | 1343785 | $11,452.93 | $0.00 | $11,452.93 |
| 05/09/11 | 1350608 | $5,642.73 | $0.00 | $5,642.73 |
| 06/16/11 | 1359104 | $1,286.64 | $0.00 | $1,286.64 |
| 07/11/11 | 1362260 | $1,809.78 | $0.00 | $1,809.78 |
| 08/15/11 | 1370221 | $2,927.43 | $0.00 | $2,927.43 |
| 09/14/11 | 1376056 | $2,114.70 | $0.00 | $2,114.70 |
| | | $337,165.04 | -57,878.14 | $279,286.90 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 12/02/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1392481 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/11 | $2,100.00 |
| **Total Amount of This Invoice** | **$2,100.00** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 12/02/11
Invoice Number 1392481
File No. 238379.000001
Page 2

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 10/05/11 | AC | Communications regarding 401K obligations; email communication with US Attorneys and Court regarding scheduling, transmittal of Starr files to bankruptcy Trustee; discussions with counsel regarding same | 1.5 | 375.00 |
| 10/06/11 | AC | Update on criminal case activity | 0.3 | 75.00 |
| 10/17/11 | AC | Preparation for court appearance | 0.3 | 75.00 |
| 10/18/11 | AC | Preparation for and attend hearing | 2.4 | 600.00 |
| 10/18/11 | AC | Preparation for court appearance | 0.3 | 75.00 |
| 10/19/11 | AC | Email communication/discussions regarding Passage consent order | 0.3 | 75.00 |
| 10/24/11 | AC | Review motion, consent order; conference with Lee Stremba regarding same and bankruptcy matter | 1.3 | 325.00 |
| 10/26/11 | AC | Conference, email communication re various items including Starr v. KIS | 0.3 | 75.00 |
| 10/28/11 | AC | Review motion to consolidate and opposition thereto | 1.2 | 300.00 |
| 10/31/11 | AC | Office conference with Lee Stremba regarding order and SEC response | 0.5 | 125.00 |
| | | Totals | 8.4 | 2,100.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/11**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| AC | Cassirer | 8.4 | 250.00 | 2,100.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: WFBI US 6S

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 12/02/11 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1392481 |
| File No. | 238379.000001 |

RE:    SEC v. STARR ET AL.

**Total Amount of This Invoice**          $2,100.00

### Summary of Additional Outstanding Invoices by Matter as of 12/02/11

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300568 | $33,125.00 | $-12,374.46 | $20,750.54 |
| 08/03/10 | 1300609 | $16,823.00 | $-6,284.54 | $10,538.46 |
| 09/16/10 | 1303241 | $10,574.00 | $-3,950.11 | $6,623.89 |
| 10/11/10 | 1307322 | $9,213.55 | $0.00 | $9,213.55 |
| 11/09/10 | 1313529 | $9,175.00 | $0.00 | $9,175.00 |
| 12/06/10 | 1319251 | $11,000.00 | $0.00 | $11,000.00 |
| 01/12/11 | 1326187 | $6,625.00 | $0.00 | $6,625.00 |
| 02/18/11 | 1335022 | $5,225.00 | $0.00 | $5,225.00 |
| 03/07/11 | 1337793 | $4,225.00 | $0.00 | $4,225.00 |
| 04/06/11 | 1343779 | $1,700.00 | $0.00 | $1,700.00 |
| 05/09/11 | 1350607 | $1,425.00 | $0.00 | $1,425.00 |
| 06/16/11 | 1359103 | $975.00 | $0.00 | $975.00 |
| 08/15/11 | 1370220 | $600.00 | $0.00 | $600.00 |
| 09/14/11 | 1376055 | $550.00 | $0.00 | $550.00 |
| 10/10/11 | 1380806 | $275.00 | $0.00 | $275.00 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 12/02/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1392483 |
| New York, NY 10174 | File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/11 | $5,412.00 |
| **Total Amount of This Invoice** | **$5,412.00** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 12/02/11
Invoice Number 1392483
File No. 238379.000005
Page 2

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 10/03/11 | KPW | Return client messages | 0.6 | 153.90 |
| 10/04/11 | KPW | Return client messages | 0.3 | 76.95 |
| 10/05/11 | LWS | Bob Wolf, trustee counsel, call regarding personal property and files (.2); conference with Kevin Wallace re same (.1); emails with Judge Stein's chambers to schedule conference (.2) | 0.5 | 300.00 |
| 10/05/11 | KPW | Call and email Moe Zimerman concerning the Starr Company property and records stored on site (.3); return client messages (.4) | 0.7 | 179.55 |
| 10/06/11 | KPW | Return client messages (.4) | 0.4 | 102.60 |
| 10/10/11 | LWS | Research 401(k) Plan filing requirement and send notice to trustee's for Starr & Co and Kenneth Starr estates (.6); visit to storage room for personal property to determine accessibility for trustee (.5) | 1.1 | 660.00 |
| 10/10/11 | KPW | Meet with Lee Stremba (.2); review Starr material stored locally to prepare to transfer to trustee (.2) | 0.4 | 102.60 |
| 10/12/11 | KPW | Prepare material to transfer to trustee | 0.8 | 205.20 |
| 10/13/11 | KPW | Return client messages (.4); return message from the Starr Companies 401(k) administrator (.3); prepare to transfer documents to the trustee (.4) | 1.1 | 282.15 |
| 10/18/11 | LWS | Preparation for and appearance before Judge Stein for status conference in receivership cases | 2.0 | 1,200.00 |
| 10/19/11 | KPW | Prepare material to transfer to the trustee | 0.8 | 205.20 |
| 10/20/11 | LWS | Email to Trustee Geltzer and his counsel concerning transfer of files and consolidation motion | 0.4 | 240.00 |
| 10/20/11 | KPW | Prepare material to transfer to trustee (.2); return client messages (.5) | 0.7 | 179.55 |
| 10/21/11 | KPW | Return client messages | 0.2 | 51.30 |
| 10/24/11 | LWS | Calls with Bob Wolf, trustee counsel, regarding consolidation motion | 0.2 | 120.00 |
| 10/24/11 | KPW | Return client messages | 0.2 | 51.30 |
| 10/25/11 | LWS | Forwarding fee applications and invoices to trustee's counsel (.4); research concerning treatment of receiver expenses in subsequent chapter 7 for inclusion of provision in consolidation order (1.0) | 1.4 | 840.00 |
| 10/25/11 | KPW | Return client messages | 0.2 | 51.30 |

IN ACCOUNT WITH

Invoice Date 12/02/11
Invoice Number 1392483
File No. 238379.000005
Page 3

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 10/26/11 | KPW | Return client messages (.5); forward pleadings for state case by Starr Company against Ken Starr (.2) | 0.7 | 179.55 |
| 10/27/11 | KPW | Return client messages (.5); prepare for transfer to trustee (.2) | 0.7 | 179.55 |
| 10/31/11 | KPW | Return client messages | 0.2 | 51.30 |
| | | Totals | 13.6 | 5,412.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| LWS | Stremba | 5.6 | 600.00 | 3,360.00 |
| KPW | Wallace | 8.0 | 256.50 | 2,052.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 12/02/11 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1392483 |
| File No. | 238379.000005 |

RE:     **CASE ADMINISTRATION - SEC V. STARR**

**Total Amount of This Invoice**          $5,412.00

### Summary of Additional Outstanding Invoices by Matter as of 12/02/11

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300569 | $55,531.40 | $-20,744.78 | $34,786.62 |
| 08/03/10 | 1300612 | $48,018.62 | $-18,229.17 | $29,789.45 |
| 09/16/10 | 1303244 | $49,778.99 | $-18,904.19 | $30,874.80 |
| 10/11/10 | 1307343 | $23,213.65 | $0.00 | $23,213.65 |
| 11/09/10 | 1313817 | $32,507.48 | $0.00 | $32,507.48 |
| 12/06/10 | 1319431 | $25,042.12 | $0.00 | $25,042.12 |
| 01/12/11 | 1326190 | $17,423.80 | $0.00 | $17,423.80 |
| 02/18/11 | 1335024 | $34,757.90 | $0.00 | $34,757.90 |
| 03/07/11 | 1337795 | $25,656.87 | $0.00 | $25,656.87 |
| 04/06/11 | 1343785 | $11,452.93 | $0.00 | $11,452.93 |
| 05/09/11 | 1350608 | $5,642.73 | $0.00 | $5,642.73 |
| 06/16/11 | 1359104 | $1,286.64 | $0.00 | $1,286.64 |
| 07/11/11 | 1362260 | $1,809.78 | $0.00 | $1,809.78 |
| 08/15/11 | 1370221 | $2,927.43 | $0.00 | $2,927.43 |
| 09/14/11 | 1376056 | $2,114.70 | $0.00 | $2,114.70 |
| 10/10/11 | 1380807 | $1,441.61 | $0.00 | $1,441.61 |

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

| Date | Invoice No. | Amount | Credits | Balance |
|------|-------------|--------|---------|---------|
|      |             | $338,606.65 | -57,878.14 | $280,728.51 |



# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 12/09/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1395640 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

Fees for Professional Services Rendered Through 11/30/11                    $700.00

**Total Amount of This Invoice**          **$700.00**

IN ACCOUNT WITH

Invoice Date 12/09/11
Invoice Number 1395640
File No. 238379.000001
Page 2

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 11/01/11 | AC | Attend hearing to consolidate motion | 2.0 | 500.00 |
| 11/11/11 | AC | Review Togut claim and file receiver's proofs of claims | 0.8 | 200.00 |
| | | Totals | 2.8 | 700.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 11/30/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cassirer | 2.8 | 250.00 | 700.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: WFBI US 6S

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 12/09/11 |
| Submitted by | A Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1395640 |
| File No. | 238379.000001 |

RE:   SEC v. STARR ET AL.

**Total Amount of This Invoice**          $700.00

### Summary of Additional Outstanding Invoices by Matter as of 12/09/11

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300568 | $33,125.00 | $-12,374.46 | $20,750.54 |
| 08/03/10 | 1300609 | $16,823.00 | $-6,284.54 | $10,538.46 |
| 09/16/10 | 1303241 | $10,574.00 | $-3,950.11 | $6,623.89 |
| 10/11/10 | 1307322 | $9,213.55 | $0.00 | $9,213.55 |
| 11/09/10 | 1313529 | $9,175.00 | $0.00 | $9,175.00 |
| 12/06/10 | 1319251 | $11,000.00 | $0.00 | $11,000.00 |
| 01/12/11 | 1326187 | $6,625.00 | $0.00 | $6,625.00 |
| 02/18/11 | 1335022 | $5,225.00 | $0.00 | $5,225.00 |
| 03/07/11 | 1337793 | $4,225.00 | $0.00 | $4,225.00 |
| 04/06/11 | 1343779 | $1,700.00 | $0.00 | $1,700.00 |
| 05/09/11 | 1350607 | $1,425.00 | $0.00 | $1,425.00 |
| 06/16/11 | 1359103 | $975.00 | $0.00 | $975.00 |
| 08/15/11 | 1370220 | $600.00 | $0.00 | $600.00 |
| 09/14/11 | 1376055 | $550.00 | $0.00 | $550.00 |
| 10/10/11 | 1380806 | $275.00 | $0.00 | $275.00 |
| 12/02/11 | 1392481 | $2,100.00 | $0.00 | $2,100.00 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

| Date | Invoice No. | Amount | Credits | Balance |
|------|-------------|--------|---------|---------|
|      |             | $113,610.55 | -22,609.11 | $91,001.44 |



# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 12/09/11 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1395641 |
| New York, NY 10174 | File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 11/30/11 | $3,890.85 |
| **Total Amount of This Invoice** | **$3,890.85** |

IN ACCOUNT WITH

Invoice Date 12/09/11
Invoice Number 1395641
File No. 238379.000005
Page 2

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 11/01/11 | LWS | Preparations for and appearance for hearing on trustee Geltzer's motion for joint administration and substantive consolidation of estates | 2.0 | 1,200.00 |
| 11/01/11 | KPW | Meet with Lee Stremba concerning hearing on motion to consolidate (.2); return client messages (.3) | 0.5 | 128.25 |
| 11/03/11 | HEC | Prepare claim forms as directed by L. Stremba and discussion regarding same | 0.6 | 143.10 |
| 11/04/11 | KPW | Return client message (.3); prepare to transfer material to trustee (.1) | 0.4 | 102.60 |
| 11/06/11 | LWS | Drafting work on proofs of claim against Kenneth Starr estate for SIA, Starr & Co. and former employees | 0.5 | 300.00 |
| 11/07/11 | KPW | Return client messages | 0.2 | 51.30 |
| 11/08/11 | KPW | Return client messages (.2); prepare for transfer of documents (.1) | 0.3 | 76.95 |
| 11/09/11 | KPW | Return client messages | 0.2 | 51.30 |
| 11/10/11 | LWS | Work on protective claim for former employees to file in Kenneth Starr case | 0.5 | 300.00 |
| 11/11/11 | HEC | Emails and discussions with A. Cassirer and L. Stremba; attention to claim and prepare additional claim for L. Stremba; effectuate filing of claims and compile register and confirmations | 0.7 | 166.95 |
| 11/11/11 | LWS | Complete proof of claim for former employees to file in Kenneth Starr case (.4); drafting work on receiver claim and emails (.6); emails with Harriet Cohen concerning completion and filing of claims (.2) | 1.2 | 720.00 |
| 11/15/11 | KPW | Return client messages | 0.2 | 51.30 |
| 11/17/11 | KPW | Prepare to transfer files to trustee | 0.3 | 76.95 |
| 11/18/11 | KPW | Prepare to transfer file to trustee | 0.2 | 51.30 |
| 11/21/11 | KPW | Return client messages (.6); meet with Ken Kos (.3) | 0.9 | 230.85 |
| 11/22/11 | LWS | Review proposed consolidation order from Trustee Geltzer's counsel | 0.4 | 240.00 |
| | | Totals | 9.1 | 3,890.85 |

IN ACCOUNT WITH

Invoice Date 12/09/11
Invoice Number 1395641
File No. 238379.000005
Page 3

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**TIMEKEEPER TIME SUMMARY THROUGH 11/30/11**

| Initials | Name | Hours | Rate | Amount |
|----------|---------|-------|--------|----------|
| HEC | Cohen | 1.3 | 238.50 | 310.05 |
| LWS | Stremba | 4.6 | 600.00 | 2,760.00 |
| KPW | Wallace | 3.2 | 256.50 | 820.80 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 12/09/11 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1395641 |
| File No. | 238379.000005 |

RE:    **CASE ADMINISTRATION - SEC V. STARR**

**Total Amount of This Invoice**          $3,890.85

**Summary of Additional Outstanding Invoices by Matter as of 12/09/11**

| Date | Invoice No. | Amount | Credits | Balance |
|------|-------------|--------|---------|---------|
| 07/19/10 | 1300569 | $55,531.40 | $-20,744.78 | $34,786.62 |
| 08/03/10 | 1300612 | $48,018.62 | $-18,229.17 | $29,789.45 |
| 09/16/10 | 1303244 | $49,778.99 | $-18,904.19 | $30,874.80 |
| 10/11/10 | 1307343 | $23,213.65 | $0.00 | $23,213.65 |
| 11/09/10 | 1313817 | $32,507.48 | $0.00 | $32,507.48 |
| 12/06/10 | 1319431 | $25,042.12 | $0.00 | $25,042.12 |
| 01/12/11 | 1326190 | $17,423.80 | $0.00 | $17,423.80 |
| 02/18/11 | 1335024 | $34,757.90 | $0.00 | $34,757.90 |
| 03/07/11 | 1337795 | $25,656.87 | $0.00 | $25,656.87 |
| 04/06/11 | 1343785 | $11,452.93 | $0.00 | $11,452.93 |
| 05/09/11 | 1350608 | $5,642.73 | $0.00 | $5,642.73 |
| 06/16/11 | 1359104 | $1,286.64 | $0.00 | $1,286.64 |
| 07/11/11 | 1362260 | $1,809.78 | $0.00 | $1,809.78 |
| 08/15/11 | 1370221 | $2,927.43 | $0.00 | $2,927.43 |
| 09/14/11 | 1376056 | $2,114.70 | $0.00 | $2,114.70 |
| 10/10/11 | 1380807 | $1,441.61 | $0.00 | $1,441.61 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

| Date | Invoice No. | Amount | Credits | Balance |
|------|-------------|--------|---------|---------|
| 12/02/11 | 1392483 | $5,412.00 | $0.00 | $5,412.00 |
| | | $344,018.65 | -57,878.14 | $286,140.51 |



# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 01/24/12 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1403992 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:   SEC v. STARR ET AL.**

Fees for Professional Services Rendered Through 12/31/11          $75.00

**Total Amount of This Invoice          $75.00**

IN ACCOUNT WITH

Invoice Date 01/24/12
Invoice Number 1403992
File No. 238379.000001
Page 2

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 12/20/11 | AC | Review notice of settlement and substantive consolidated order | 0.3 | 75.00 |
| | | Totals | 0.3 | 75.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/11**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cassirer | 0.3 | 250.00 | 75.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 01/24/12 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1403992 |
| File No. | 238379.000001 |

RE:    SEC v. STARR ET AL.

**Total Amount of This Invoice**                    $75.00

### Summary of Additional Outstanding Invoices by Matter as of 01/24/12

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300568 | $33,125.00 | $-12,374.46 | $20,750.54 |
| 08/03/10 | 1300609 | $16,823.00 | $-6,284.54 | $10,538.46 |
| 09/16/10 | 1303241 | $10,574.00 | $-3,950.11 | $6,623.89 |
| 10/11/10 | 1307322 | $9,213.55 | $0.00 | $9,213.55 |
| 11/09/10 | 1313529 | $9,175.00 | $0.00 | $9,175.00 |
| 12/06/10 | 1319251 | $11,000.00 | $0.00 | $11,000.00 |
| 01/12/11 | 1326187 | $6,625.00 | $0.00 | $6,625.00 |
| 02/18/11 | 1335022 | $5,225.00 | $0.00 | $5,225.00 |
| 03/07/11 | 1337793 | $4,225.00 | $0.00 | $4,225.00 |
| 04/06/11 | 1343779 | $1,700.00 | $0.00 | $1,700.00 |
| 05/09/11 | 1350607 | $1,425.00 | $0.00 | $1,425.00 |
| 06/16/11 | 1359103 | $975.00 | $0.00 | $975.00 |
| 08/15/11 | 1370220 | $600.00 | $0.00 | $600.00 |
| 09/14/11 | 1376055 | $550.00 | $0.00 | $550.00 |
| 10/10/11 | 1380806 | $275.00 | $0.00 | $275.00 |
| 12/02/11 | 1392481 | $2,100.00 | $0.00 | $2,100.00 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

| Date | Invoice No. | Amount | Credits | Balance |
|------|-------------|--------|---------|---------|
| 12/09/11 | 1395640 | $700.00 | $0.00 | $700.00 |
| | | $114,310.55 | -22,609.11 | $91,701.44 |



# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 01/24/12 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1403993 |
| New York, NY 10174 | File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/11 | $3,494.70 |
| Costs and Expenses Through 12/31/11 | $36.50 |
| **Total Amount of This Invoice** | **$3,531.20** |

IN ACCOUNT WITH

Invoice Date 01/24/12
Invoice Number 1403993
File No. 238379.000005
Page 2

# TROUTMAN SANDERS LLP

### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 12/01/11 | KPW | Return client messages | 0.2 | 51.30 |
| 12/08/11 | LWS | Review order for substantive consolidation; letter to Judge Stein advising court of entry of order and email same to counsel | 0.7 | 420.00 |
| 12/12/11 | KPW | Return client messages | 0.2 | 51.30 |
| 12/13/11 | KPW | Return client messages (.4); draft letter to trustee (.3); meet with Lee Stremba (.2); prepare for transfer of documents (.2) | 1.1 | 282.15 |
| 12/15/11 | LWS | Calls and emails with trustee's counsel Bob Wolf regarding files and personal property to be turned over (.6); conferences with Kevin Wallace regarding forwarding of electronic files (.2); forward email's produced by City National Bank (.2) | 1.0 | 600.00 |
| 12/15/11 | KPW | Meet with Lee Stremba (.2); arrange for transfer to trustee (.3); respond to trustee's inquiry (.3); call Bob Wolf (.2) | 1.0 | 256.50 |
| 12/19/11 | LWS | Meeting trustee counsel R.Wolf regarding files and personal property in storage; conferences with Bret Goodman and Kevin Wallace and Ken Kos regarding files in prep for visit by trustee counsel | 1.7 | 1,020.00 |
| 12/19/11 | KPW | Meet with Lee Stremba regarding Stempel | 0.2 | 51.30 |
| 12/21/11 | LWS | Call from trustee counsel's auctioneer Marc regarding personalty; call from mover Tony Laconti regarding same | 0.3 | 180.00 |
| 12/22/11 | LWS | Meeting with Toni Laconti, from trustee's auctioneer, re personal property and call to Morris Zimerman re same | 0.5 | 300.00 |
| 12/23/11 | KPW | Review Ballas fax and respond to trustee's inquiry | 0.2 | 51.30 |
| 12/27/11 | KPW | Meet with Natasha Braye regarding Starr documents to transfer to trustee | 0.2 | 51.30 |
| 12/28/11 | KPW | Meet with Shirley Klein regarding document transfer (.2); email trustee (2x) (.2) | 0.4 | 102.60 |
| 12/29/11 | KPW | Return client message (.2); meet with Lee Stremba regarding document transfer to trustee (.1) | 0.3 | 76.95 |
| | | Totals | 8.0 | 3,494.70 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/24/12
Invoice Number 1403993
File No. 238379.000005
Page 3

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/11**

| Initials | Name | Hours | Rate | Amount |
|----------|---------|-------|--------|----------|
| LWS | Stremba | 4.2 | 600.00 | 2,520.00 |
| KPW | Wallace | 3.8 | 256.50 | 974.70 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 12/31/11**

| Date | Description | Amount |
|----------|-------------------------|--------|
| 12/16/11 | Outside Courier Services | 16.00 |
| 12/16/11 | Outside Courier Services | 16.00 |
| 12/01/11 | Taxi/Train/Parking | 4.50 |
| | Total: | 36.50 |

Total Fees & Costs: $3,531.20

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: WFBI US 6S

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 01/24/12 |
| Submitted by | A Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1403993 |
| File No. | 238379.000005 |

RE:    **CASE ADMINISTRATION - SEC V. STARR**

**Total Amount of This Invoice**                $3,531.20

**Summary of Additional Outstanding Invoices by Matter as of 01/24/12**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300569 | $55,531.40 | $-20,744.78 | $34,786.62 |
| 08/03/10 | 1300612 | $48,018.62 | $-18,229.17 | $29,789.45 |
| 09/16/10 | 1303244 | $49,778.99 | $-18,904.19 | $30,874.80 |
| 10/11/10 | 1307343 | $23,213.65 | $0.00 | $23,213.65 |
| 11/09/10 | 1313817 | $32,507.48 | $0.00 | $32,507.48 |
| 12/06/10 | 1319431 | $25,042.12 | $0.00 | $25,042.12 |
| 01/12/11 | 1326190 | $17,423.80 | $0.00 | $17,423.80 |
| 02/18/11 | 1335024 | $34,757.90 | $0.00 | $34,757.90 |
| 03/07/11 | 1337795 | $25,656.87 | $0.00 | $25,656.87 |
| 04/06/11 | 1343785 | $11,452.93 | $0.00 | $11,452.93 |
| 05/09/11 | 1350608 | $5,642.73 | $0.00 | $5,642.73 |
| 06/16/11 | 1359104 | $1,286.64 | $0.00 | $1,286.64 |
| 07/11/11 | 1362260 | $1,809.78 | $0.00 | $1,809.78 |
| 08/15/11 | 1370221 | $2,927.43 | $0.00 | $2,927.43 |
| 09/14/11 | 1376056 | $2,114.70 | $0.00 | $2,114.70 |
| 10/10/11 | 1380807 | $1,441.61 | $0.00 | $1,441.61 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

REMITTANCE

| Date | Invoice No. | Amount | Credits | Balance |
|------|-------------|--------|---------|---------|
| 12/02/11 | 1392483 | $5,412.00 | $0.00 | $5,412.00 |
| 12/09/11 | 1395641 | $3,890.85 | $0.00 | $3,890.85 |
|  |  | $347,909.50 | -57,878.14 | $290,031.36 |



# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 02/16/12 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1408670 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

Fees for Professional Services Rendered Through 01/31/12          $500.00

**Total Amount of This Invoice          $500.00**

IN ACCOUNT WITH

Invoice Date 02/16/12
Invoice Number 1408670
File No. 238379.000001
Page 2

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/12**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 01/06/12 | AC | Discussion of various matters with Lee Stremba, including 401 K files | 0.2 | 50.00 |
| 01/09/12 | AC | Review bank account statements and other administrative matters | 0.3 | 75.00 |
| 01/19/12 | AC | Pretrial conference before Judge Stein | 1.1 | 275.00 |
| 01/20/12 | AC | Review minute entry of pretrial conference | 0.2 | 50.00 |
| 01/20/12 | AC | Review order terminating receivership signed by Judge Stein | 0.2 | 50.00 |
| | | Totals | 2.0 | 500.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/12**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cassirer | 2.0 | 250.00 | 500.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 02/16/12 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1408670 |
| File No. | 238379.000001 |

RE:    SEC v. STARR ET AL.

**Total Amount of This Invoice**                    $500.00

### Summary of Additional Outstanding Invoices by Matter as of 02/16/12

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300568 | $33,125.00 | $-12,374.46 | $20,750.54 |
| 08/03/10 | 1300609 | $16,823.00 | $-6,284.54 | $10,538.46 |
| 09/16/10 | 1303241 | $10,574.00 | $-3,950.11 | $6,623.89 |
| 10/11/10 | 1307322 | $9,213.55 | $0.00 | $9,213.55 |
| 11/09/10 | 1313529 | $9,175.00 | $0.00 | $9,175.00 |
| 12/06/10 | 1319251 | $11,000.00 | $0.00 | $11,000.00 |
| 01/12/11 | 1326187 | $6,625.00 | $0.00 | $6,625.00 |
| 02/18/11 | 1335022 | $5,225.00 | $0.00 | $5,225.00 |
| 03/07/11 | 1337793 | $4,225.00 | $0.00 | $4,225.00 |
| 04/06/11 | 1343779 | $1,700.00 | $0.00 | $1,700.00 |
| 05/09/11 | 1350607 | $1,425.00 | $0.00 | $1,425.00 |
| 06/16/11 | 1359103 | $975.00 | $0.00 | $975.00 |
| 08/15/11 | 1370220 | $600.00 | $0.00 | $600.00 |
| 09/14/11 | 1376055 | $550.00 | $0.00 | $550.00 |
| 10/10/11 | 1380806 | $275.00 | $0.00 | $275.00 |
| 12/02/11 | 1392481 | $2,100.00 | $0.00 | $2,100.00 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

| Date | Invoice No. | Amount | Credits | Balance |
|------|-------------|--------|---------|---------|
| 12/09/11 | 1395640 | $700.00 | $0.00 | $700.00 |
| 01/24/12 | 1403992 | $75.00 | $0.00 | $75.00 |
| | | $114,385.55 | -22,609.11 | $91,776.44 |



**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 02/16/12 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1408671 |
| New York, NY 10174 | File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

Fees for Professional Services Rendered Through 01/31/12    $3,048.00

**Total Amount of This Invoice    $3,048.00**

IN ACCOUNT WITH

Invoice Date 02/16/12
Invoice Number 1408671
File No. 238379.000005
Page 2

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/12**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 01/03/12 | LWS | Conferences with records manager Ken Kos and administrator Morris Zimerman regarding trustee's removal of files and property (.3); meeting with Ken Kos to inspect files to be transferred to trustee (/5) | 0.8 | 480.00 |
| 01/03/12 | KPW | Call Moe Zimerman regarding transfer of documents (.2); meet with Shirley Klein regarding the transfer of documents (.2); forward information to the trustee (.2) | 0.6 | 162.00 |
| 01/04/12 | LWS | Call with trustee's mover regarding identification of boxes of Starr mail and email to Morris Zimerman, Kevin Wallace and Ken Kos regarding same; conference with Ken Kos regarding arrangements for pick-up of boxes | 0.3 | 180.00 |
| 01/04/12 | KPW | Coordinate transfer of documents and boxes to trustee | 0.2 | 54.00 |
| 01/06/12 | LWS | Call from Bob Wolf, trustee counsel, regarding 401(k); email to Receiver concerning assembly of files | 0.2 | 120.00 |
| 01/18/12 | LWS | Preparations for hearing on termination of receiverships | 0.7 | 420.00 |
| 01/19/12 | LWS | Hearing before Judge Stein regarding termination of receiverships and emails and conferences with Receiver, SEC and DOJ attorneys in preparation for same | 2.0 | 1,200.00 |
| 01/20/12 | KPW | Respond to client's message (.1); call Bob Wolf and former client's representative (.3); meet with Ken Kos regarding GRM database (.3) | 0.7 | 189.00 |
| 01/23/12 | KPW | Correspond with trustee regarding files in GRM warehouse | 0.2 | 54.00 |
| 01/26/12 | KPW | Respond to client message | 0.3 | 81.00 |
| 01/27/12 | KPW | Call facilities regarding Starr mail, which is still being delivered | 0.2 | 54.00 |
| 01/30/12 | KPW | Correspond with trustee regarding Starr mail | 0.2 | 54.00 |
| | | Totals | 6.4 | 3,048.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/12**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| LWS | Stremba | 4.0 | 600.00 | 2,400.00 |
| KPW | Wallace | 2.4 | 270.00 | 648.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 02/16/12 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1408671 |
| File No. | 238379.000005 |

RE:    **CASE ADMINISTRATION - SEC V. STARR**

**Total Amount of This Invoice**          $3,048.00

**Summary of Additional Outstanding Invoices by Matter as of 02/16/12**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300569 | $55,531.40 | $-20,744.78 | $34,786.62 |
| 08/03/10 | 1300612 | $48,018.62 | $-18,229.17 | $29,789.45 |
| 09/16/10 | 1303244 | $49,778.99 | $-18,904.19 | $30,874.80 |
| 10/11/10 | 1307343 | $23,213.65 | $0.00 | $23,213.65 |
| 11/09/10 | 1313817 | $32,507.48 | $0.00 | $32,507.48 |
| 12/06/10 | 1319431 | $25,042.12 | $0.00 | $25,042.12 |
| 01/12/11 | 1326190 | $17,423.80 | $0.00 | $17,423.80 |
| 02/18/11 | 1335024 | $34,757.90 | $0.00 | $34,757.90 |
| 03/07/11 | 1337795 | $25,656.87 | $0.00 | $25,656.87 |
| 04/06/11 | 1343785 | $11,452.93 | $0.00 | $11,452.93 |
| 05/09/11 | 1350608 | $5,642.73 | $0.00 | $5,642.73 |
| 06/16/11 | 1359104 | $1,286.64 | $0.00 | $1,286.64 |
| 07/11/11 | 1362260 | $1,809.78 | $0.00 | $1,809.78 |
| 08/15/11 | 1370221 | $2,927.43 | $0.00 | $2,927.43 |
| 09/14/11 | 1376056 | $2,114.70 | $0.00 | $2,114.70 |
| 10/10/11 | 1380807 | $1,441.61 | $0.00 | $1,441.61 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**



| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 12/02/11 | 1392483 | $5,412.00 | $0.00 | $5,412.00 |
| 12/09/11 | 1395641 | $3,890.85 | $0.00 | $3,890.85 |
| 01/24/12 | 1403993 | $3,531.20 | $0.00 | $3,531.20 |
| | | $351,440.70 | -57,878.14 | $293,562.56 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 04/04/12 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1417377 |
| New York, NY 10174 | File No. | 238379.000005 |

**RE:    CASE ADMINISTRATION - SEC V. STARR**

| | |
|---|---|
| Fees for Professional Services Rendered Through 03/31/12 | $1,035.00 |
| Costs and Expenses Through 03/31/12 | $9.00 |
| **Total Amount of This Invoice** | **$1,044.00** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**

A T T O R N E Y S   A T   L A W

Invoice Date 04/04/12
Invoice Number 1417377
File No. 238379.000005
Page 2

AURORA CASSIRER AS RECEIVER

CASE ADMINISTRATION - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/12**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 02/03/12 | LWS | Meeting with accounting regarding transfer of funds and account files (.3); conference A.Cassirer secretary concerning checks (.1); letter to trustee with checks and files (.2); emails with Robert Wolf re same (.1) | 0.7 | 420.00 |
| 02/03/12 | KPW | Call Shirley Klein regarding Starr mail and arranging pick-up (.2); correspond with trustee regarding mail pick-up (.1) | 0.3 | 81.00 |
| 02/21/12 | LWS | Trustee counsel R.Wolf call re accounts | 0.3 | 180.00 |
| 02/23/12 | KPW | Return client message | 0.2 | 54.00 |
| 02/27/12 | LWS | Sending Scorsese litigation file to trustee counsel R.Wolf; R.Wolf call re 401k Plan and email to former receiver re same | 0.5 | 300.00 |
| | | Totals | 2.0 | 1,035.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 03/31/12**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| LWS | Stremba | 1.5 | 600.00 | 900.00 |
| KPW | Wallace | 0.5 | 270.00 | 135.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 03/31/12**

| Date | Description | Amount |
|------|-------------|--------|
| 02/29/12 | Taxi/Train/Parking | 9.00 |
| | Total: | 9.00 |

| | |
|---|---|
| Total Fees & Costs: | $1,044.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 04/04/12 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1417377 |
| File No. | 238379.000005 |

RE:    **CASE ADMINISTRATION - SEC V. STARR**

**Total Amount of This Invoice**            $1,044.00

**Summary of Additional Outstanding Invoices by Matter as of 04/04/12**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300569 | $55,531.40 | $-20,744.78 | $34,786.62 |
| 08/03/10 | 1300612 | $48,018.62 | $-18,229.17 | $29,789.45 |
| 09/16/10 | 1303244 | $49,778.99 | $-18,904.19 | $30,874.80 |
| 10/11/10 | 1307343 | $23,213.65 | $0.00 | $23,213.65 |
| 11/09/10 | 1313817 | $32,507.48 | $0.00 | $32,507.48 |
| 12/06/10 | 1319431 | $25,042.12 | $0.00 | $25,042.12 |
| 01/12/11 | 1326190 | $17,423.80 | $0.00 | $17,423.80 |
| 02/18/11 | 1335024 | $34,757.90 | $0.00 | $34,757.90 |
| 03/07/11 | 1337795 | $25,656.87 | $0.00 | $25,656.87 |
| 04/06/11 | 1343785 | $11,452.93 | $0.00 | $11,452.93 |
| 05/09/11 | 1350608 | $5,642.73 | $0.00 | $5,642.73 |
| 06/16/11 | 1359104 | $1,286.64 | $0.00 | $1,286.64 |
| 07/11/11 | 1362260 | $1,809.78 | $0.00 | $1,809.78 |
| 08/15/11 | 1370221 | $2,927.43 | $0.00 | $2,927.43 |
| 09/14/11 | 1376056 | $2,114.70 | $0.00 | $2,114.70 |
| 10/10/11 | 1380807 | $1,441.61 | $0.00 | $1,441.61 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**



| Date | Invoice No. | Amount | Credits | Balance |
|------|-------------|--------|---------|---------|
| 12/02/11 | 1392483 | $5,412.00 | $0.00 | $5,412.00 |
| 12/09/11 | 1395641 | $3,890.85 | $0.00 | $3,890.85 |
| 01/24/12 | 1403993 | $3,531.20 | $0.00 | $3,531.20 |
| 02/16/12 | 1408671 | $3,048.00 | $0.00 | $3,048.00 |
| | | $354,488.70 | -57,878.14 | $296,610.56 |

REMITTANCE

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 04/04/12 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1417378 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

Fees for Professional Services Rendered Through 03/31/12                    $125.00

**Total Amount of This Invoice**          **$125.00**

IN ACCOUNT WITH

Invoice Date 04/04/12
Invoice Number 1417378
File No. 238379.000001
Page 2

## TROUTMAN SANDERS LLP
### A T T O R N E Y S  A T  L A W

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/12**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 02/03/12 | AC | Various administrative matters concerning closing out of Wells Fargo accounts | 0.3 | 75.00 |
| 02/07/12 | AC | Email communication from former Starr Employee regarding retirement account | 0.2 | 50.00 |
| | | Totals | 0.5 | 125.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 03/31/12**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cassirer | 0.5 | 250.00 | 125.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 04/04/12 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1417378 |
| File No. | 238379.000001 |

RE:    SEC v. STARR ET AL.

**Total Amount of This Invoice**          $125.00

**Summary of Additional Outstanding Invoices by Matter as of 04/04/12**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300568 | $33,125.00 | $-12,374.46 | $20,750.54 |
| 08/03/10 | 1300609 | $16,823.00 | $-6,284.54 | $10,538.46 |
| 09/16/10 | 1303241 | $10,574.00 | $-3,950.11 | $6,623.89 |
| 10/11/10 | 1307322 | $9,213.55 | $0.00 | $9,213.55 |
| 11/09/10 | 1313529 | $9,175.00 | $0.00 | $9,175.00 |
| 12/06/10 | 1319251 | $11,000.00 | $0.00 | $11,000.00 |
| 01/12/11 | 1326187 | $6,625.00 | $0.00 | $6,625.00 |
| 02/18/11 | 1335022 | $5,225.00 | $0.00 | $5,225.00 |
| 03/07/11 | 1337793 | $4,225.00 | $0.00 | $4,225.00 |
| 04/06/11 | 1343779 | $1,700.00 | $0.00 | $1,700.00 |
| 05/09/11 | 1350607 | $1,425.00 | $0.00 | $1,425.00 |
| 06/16/11 | 1359103 | $975.00 | $0.00 | $975.00 |
| 08/15/11 | 1370220 | $600.00 | $0.00 | $600.00 |
| 09/14/11 | 1376055 | $550.00 | $0.00 | $550.00 |
| 10/10/11 | 1380806 | $275.00 | $0.00 | $275.00 |
| 12/02/11 | 1392481 | $2,100.00 | $0.00 | $2,100.00 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

| Date | Invoice No. | Amount | Credits | Balance |
|------|-------------|--------|---------|---------|
| 12/09/11 | 1395640 | $700.00 | $0.00 | $700.00 |
| 01/24/12 | 1403992 | $75.00 | $0.00 | $75.00 |
| 02/16/12 | 1408670 | $500.00 | $0.00 | $500.00 |
| | | $114,885.55 | -22,609.11 | $92,276.44 |



REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: WFBI US 6S

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 04/04/12 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1417379 |
| File No. | 238379.000004 |

RE:    **BUSINESS OPERATIONS - SEC V. STARR**

**Total Amount of This Invoice**    $0.00

### Summary of Additional Outstanding Invoices by Matter as of 04/04/12

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1290661 | $35,075.85 | $-13,103.23 | $21,972.62 |
| 08/03/10 | 1300613 | $7,289.15 | $-3,270.47 | $4,018.68 |
| 09/16/10 | 1303243 | $13,701.30 | $-5,118.37 | $8,582.93 |
| 10/11/10 | 1307344 | $15,737.68 | $0.00 | $15,737.68 |
| 11/09/10 | 1313811 | $5,016.89 | $0.00 | $5,016.89 |
| 12/06/10 | 1319432 | $6,615.00 | $0.00 | $6,615.00 |
| | | $83,435.87 | -21,492.07 | $61,943.80 |

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 05/16/12 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1425745 |
| New York, NY 10174 | File No. | 238379.000004 |

**RE:    BUSINESS OPERATIONS - SEC V. STARR**

Fees for Professional Services Rendered Through 04/30/12                $297.00

**Total Amount of This Invoice**        **$297.00**

IN ACCOUNT WITH

Invoice Date 05/16/12
Invoice Number 1425745
File No. 238379.000004
Page 2

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/12**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 04/24/12 | KPW | Respond to the Trustee's inquiry regarding service and client addresses (.5); call Harriet Cohen (.2); meet with Lee Stremba (.1); call Shirley Klein (.1) | 0.9 | 243.00 |
| 04/26/12 | KPW | Forward tax material to Trustee | 0.2 | 54.00 |
| | | Totals | 1.1 | 297.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 04/30/12**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| KPW | Wallace | 1.1 | 270.00 | 297.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: WFBI US 6S

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 05/16/12 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1425745 |
| File No. | 238379.000004 |

RE:    **BUSINESS OPERATIONS - SEC V. STARR**

**Total Amount of This Invoice**                    $297.00

**Summary of Additional Outstanding Invoices by Matter as of 05/16/12**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1290661 | $35,075.85 | $-13,103.23 | $21,972.62 |
| 08/03/10 | 1300613 | $7,289.15 | $-3,270.47 | $4,018.68 |
| 09/16/10 | 1303243 | $13,701.30 | $-5,118.37 | $8,582.93 |
| 10/11/10 | 1307344 | $15,737.68 | $0.00 | $15,737.68 |
| 11/09/10 | 1313811 | $5,016.89 | $0.00 | $5,016.89 |
| 12/06/10 | 1319432 | $6,615.00 | $0.00 | $6,615.00 |
| | | $83,435.87 | -21,492.07 | $61,943.80 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 07/13/12 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1436098 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $4,521.00 |
| Costs and Expenses Through 06/30/12 | $8.00 |
| **Total Amount of This Invoice** | **$4,529.00** |

IN ACCOUNT WITH

Invoice Date 07/13/12
Invoice Number 1436098
File No. 238379.000001
Page 2

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 06/06/12 | KPW | Check regarding disposition of Starr computers (.1); call Patricia Bradley regarding same (.2) | 0.3 | 81.00 |
| 06/20/12 | LWS | Per request of trustee counsel, search files for information regarding possible assets | 0.8 | 480.00 |
| 06/21/12 | LWS | Per request of trustee counsel, conference with File Center to retrieve notes; search emails for possible information relating to assets and forward numerous emails to trustee counsel | 2.3 | 1,380.00 |
| 06/22/12 | LWS | Review handwritten notes for information regarding assets and transmit same to trustee counsel in preparation for meeting with trustee's counsel and accountant | 1.2 | 720.00 |
| 06/25/12 | LWS | Review notes of interviews (.6) and meeting with trustee counsel and accountant regarding possible assets (2.5) | 3.1 | 1,860.00 |
| | | Totals | 7.7 | 4,521.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| LWS | Stremba | 7.4 | 600.00 | 4,440.00 |
| KPW | Wallace | 0.3 | 270.00 | 81.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 06/30/12**

| Date | Description | Amount |
|------|-------------|--------|
| 04/02/12 | Outside Courier Services | 8.00 |
| | Total: | 8.00 |
| | Total Fees & Costs: | $4,529.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: WFBI US 6S

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 07/13/12 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1436098 |
| File No. | 238379.000001 |

RE:    SEC v. STARR ET AL.

**Total Amount of This Invoice**         $4,529.00

### Summary of Additional Outstanding Invoices by Matter as of 07/13/12

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300568 | $33,125.00 | $-12,374.46 | $20,750.54 |
| 08/03/10 | 1300609 | $16,823.00 | $-6,284.54 | $10,538.46 |
| 09/16/10 | 1303241 | $10,574.00 | $-3,950.11 | $6,623.89 |
| 10/11/10 | 1307322 | $9,213.55 | $0.00 | $9,213.55 |
| 11/09/10 | 1313529 | $9,175.00 | $0.00 | $9,175.00 |
| 12/06/10 | 1319251 | $11,000.00 | $0.00 | $11,000.00 |
| 01/12/11 | 1326187 | $6,625.00 | $0.00 | $6,625.00 |
| 02/18/11 | 1335022 | $5,225.00 | $0.00 | $5,225.00 |
| 03/07/11 | 1337793 | $4,225.00 | $0.00 | $4,225.00 |
| 04/06/11 | 1343779 | $1,700.00 | $0.00 | $1,700.00 |
| 05/09/11 | 1350607 | $1,425.00 | $0.00 | $1,425.00 |
| 06/16/11 | 1359103 | $975.00 | $0.00 | $975.00 |
| 08/15/11 | 1370220 | $600.00 | $0.00 | $600.00 |
| 09/14/11 | 1376055 | $550.00 | $0.00 | $550.00 |
| 10/10/11 | 1380806 | $275.00 | $0.00 | $275.00 |
| 12/02/11 | 1392481 | $2,100.00 | $0.00 | $2,100.00 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**



| Date | Invoice No. | Amount | Credits | Balance |
|------|-------------|--------|---------|---------|
| 12/09/11 | 1395640 | $700.00 | $0.00 | $700.00 |
| 01/24/12 | 1403992 | $75.00 | $0.00 | $75.00 |
| 02/16/12 | 1408670 | $500.00 | $0.00 | $500.00 |
| 04/04/12 | 1417378 | $125.00 | $0.00 | $125.00 |
| | | $115,010.55 | -22,609.11 | $92,401.44 |

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Office Address**

The Chrysler Building

405 Lexington Ave

New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 12/06/12 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1467421 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 11/30/12 | $14,100.00 |
| **Total Amount of This Invoice** | **$14,100.00** |

IN ACCOUNT WITH

Invoice Date 12/06/12
Invoice Number 1467421
File No. 238379.000001
Page 2

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/12**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 09/05/12 | LWS | Work on proof of claim and supporting fee application | 2.5 | 1,500.00 |
| 09/06/12 | LWS | Drafting work on proof of claim and supporting fee application | 3.0 | 1,800.00 |
| 09/10/12 | LWS | Work on proof of claim and supporting fee application | 7.0 | 4,200.00 |
| 09/11/12 | LWS | Work on proof of claim and supporting fee application | 5.0 | 3,000.00 |
| 09/12/12 | LWS | Work on proof of claim and supporting fee application | 3.0 | 1,800.00 |
| 09/13/12 | LWS | Work on proof of claim and supporting fee application | 1.5 | 900.00 |
| 09/14/12 | LWS | Final work on proof of claim and supporting fee application; email to trustee counsel re receiver/Troutman claim and re Marisa Starr claim and draft complaint against Marisa Starr | 1.5 | 900.00 |
| | | Totals | 23.5 | 14,100.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 11/30/12**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| LWS | Stremba | 23.5 | 600.00 | 14,100.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 12/06/12 |
| Submitted by | A  Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1467421 |
| File No. | 238379.000001 |

RE:    SEC v. STARR ET AL.

**Total Amount of This Invoice**            $14,100.00

**Summary of Additional Outstanding Invoices by Matter as of 12/06/12**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300568 | $33,125.00 | $-12,374.46 | $20,750.54 |
| 08/03/10 | 1300609 | $16,823.00 | $-6,284.54 | $10,538.46 |
| 09/16/10 | 1303241 | $10,574.00 | $-3,950.11 | $6,623.89 |
| 10/11/10 | 1307322 | $9,213.55 | $0.00 | $9,213.55 |
| 11/09/10 | 1313529 | $9,175.00 | $0.00 | $9,175.00 |
| 12/06/10 | 1319251 | $11,000.00 | $0.00 | $11,000.00 |
| 01/12/11 | 1326187 | $6,625.00 | $0.00 | $6,625.00 |
| 02/18/11 | 1335022 | $5,225.00 | $0.00 | $5,225.00 |
| 03/07/11 | 1337793 | $4,225.00 | $0.00 | $4,225.00 |
| 04/06/11 | 1343779 | $1,700.00 | $0.00 | $1,700.00 |
| 05/09/11 | 1350607 | $1,425.00 | $0.00 | $1,425.00 |
| 06/16/11 | 1359103 | $975.00 | $0.00 | $975.00 |
| 08/15/11 | 1370220 | $600.00 | $0.00 | $600.00 |
| 09/14/11 | 1376055 | $550.00 | $0.00 | $550.00 |
| 10/10/11 | 1380806 | $275.00 | $0.00 | $275.00 |
| 12/02/11 | 1392481 | $2,100.00 | $0.00 | $2,100.00 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

REMITTANCE

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 12/09/11 | 1395640 | $700.00 | $0.00 | $700.00 |
| 01/24/12 | 1403992 | $75.00 | $0.00 | $75.00 |
| 02/16/12 | 1408670 | $500.00 | $0.00 | $500.00 |
| 04/04/12 | 1417378 | $125.00 | $0.00 | $125.00 |
| 07/13/12 | 1436098 | $4,529.00 | $0.00 | $4,529.00 |
| | | $119,539.55 | -22,609.11 | $96,930.44 |



# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 12/06/12 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1467422 |
| New York, NY 10174 | File No. | 238379.000004 |

**RE:    BUSINESS OPERATIONS - SEC V. STARR**

Fees for Professional Services Rendered Through 11/30/12                $351.00

**Total Amount of This Invoice**        **$351.00**

IN ACCOUNT WITH

Invoice Date 12/06/12
Invoice Number 1467422
File No. 238379.000004
Page 2

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

BUSINESS OPERATIONS - SEC V. STARR

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/12

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 11/13/12 | KPW | Locate and review documents produced by Citibank at the request of the bankruptcy trustee | 0.7 | 189.00 |
| 11/14/12 | KPW | Locate and review documents produced by Citibank at the request of the bankruptcy trustee (.5); email correspondence with bankruptcy trustee (.1) | 0.6 | 162.00 |
| | | Totals | 1.3 | 351.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 11/30/12

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| KPW | Wallace | 1.3 | 270.00 | 351.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date 12/06/12 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by A  Cassirer |
| Troutman Sanders LLP | Direct Dial 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. 1467422 |
| New York, NY 10174 | File No. 238379.000004 |

RE:   **BUSINESS OPERATIONS - SEC V. STARR**

**Total Amount of This Invoice**                    $351.00

**Summary of Additional Outstanding Invoices by Matter as of 12/06/12**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1290661 | $35,075.85 | $-13,103.23 | $21,972.62 |
| 08/03/10 | 1300613 | $7,289.15 | $-3,270.47 | $4,018.68 |
| 09/16/10 | 1303243 | $13,701.30 | $-5,118.37 | $8,582.93 |
| 10/11/10 | 1307344 | $15,737.68 | $0.00 | $15,737.68 |
| 11/09/10 | 1313811 | $5,016.89 | $0.00 | $5,016.89 |
| 12/06/10 | 1319432 | $6,615.00 | $0.00 | $6,615.00 |
| 05/16/12 | 1425745 | $297.00 | $0.00 | $297.00 |
| | | $83,732.87 | -21,492.07 | $62,240.80 |

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 01/30/13 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1477355 |
| New York, NY 10174 | File No. | 238379.000001 |

RE:    SEC v. STARR ET AL.

Costs and Expenses Through 12/31/12                                     $42.72

**Total Amount of This Invoice**                  **$42.72**

IN ACCOUNT WITH

Invoice Date 01/30/13
Invoice Number 1477355
File No. 238379.000001
Page 2

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FOR COSTS AND EXPENSES INCURRED THROUGH 12/31/12**

| Date | Description | Amount |
|------|-------------|--------|
| 12/20/12 | Filing Fees | 42.72 |
| | Total: | 42.72 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A Cassirer
Reference Client: 238379
From International Locations please add Swift
Address/Code: WFBI US 6S

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 01/30/13 |
| Submitted by | A Cassirer |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1477355 |
| File No. | 238379.000001 |

RE:   SEC v. STARR ET AL.

**Total Amount of This Invoice**         $42.72

### Summary of Additional Outstanding Invoices by Matter as of 01/30/13

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300568 | $33,125.00 | $-12,374.46 | $20,750.54 |
| 08/03/10 | 1300609 | $16,823.00 | $-6,284.54 | $10,538.46 |
| 09/16/10 | 1303241 | $10,574.00 | $-3,950.11 | $6,623.89 |
| 10/11/10 | 1307322 | $9,213.55 | $0.00 | $9,213.55 |
| 11/09/10 | 1313529 | $9,175.00 | $0.00 | $9,175.00 |
| 12/06/10 | 1319251 | $11,000.00 | $0.00 | $11,000.00 |
| 01/12/11 | 1326187 | $6,625.00 | $0.00 | $6,625.00 |
| 02/18/11 | 1335022 | $5,225.00 | $0.00 | $5,225.00 |
| 03/07/11 | 1337793 | $4,225.00 | $0.00 | $4,225.00 |
| 04/06/11 | 1343779 | $1,700.00 | $0.00 | $1,700.00 |
| 05/09/11 | 1350607 | $1,425.00 | $0.00 | $1,425.00 |
| 06/16/11 | 1359103 | $975.00 | $0.00 | $975.00 |
| 08/15/11 | 1370220 | $600.00 | $0.00 | $600.00 |
| 09/14/11 | 1376055 | $550.00 | $0.00 | $550.00 |
| 10/10/11 | 1380806 | $275.00 | $0.00 | $275.00 |
| 12/02/11 | 1392481 | $2,100.00 | $0.00 | $2,100.00 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

| Date | Invoice No. | Amount | Credits | Balance |
|------|-------------|--------|---------|---------|
| 12/09/11 | 1395640 | $700.00 | $0.00 | $700.00 |
| 01/24/12 | 1403992 | $75.00 | $0.00 | $75.00 |
| 02/16/12 | 1408670 | $500.00 | $0.00 | $500.00 |
| 04/04/12 | 1417378 | $125.00 | $0.00 | $125.00 |
| 07/13/12 | 1436098 | $4,529.00 | $0.00 | $4,529.00 |
| 12/06/12 | 1467421 | $14,100.00 | $0.00 | $14,100.00 |
| | | $133,639.55 | -22,609.11 | $111,030.44 |



# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
The Chrysler Building
405 Lexington Ave
New York, NY 10174

| | | |
|---|---|---|
| AURORA CASSIRER AS RECEIVER | Invoice Date | 03/18/13 |
| Attn: AURORA CASSIRER, ESQ, AS RECEIVER | Submitted by | A  Cassirer |
| Troutman Sanders LLP | Direct Dial | 212-704-6249 |
| 405 Lexinton Avenue | Invoice No. | 1486217 |
| New York, NY 10174 | File No. | 238379.000001 |

**RE:    SEC v. STARR ET AL.**

Fees for Professional Services Rendered Through 02/28/13 — $50.00

**Total Amount of This Invoice    $50.00**

IN ACCOUNT WITH

Invoice Date 03/18/13
Invoice Number 1486217
File No. 238379.000001
Page 2

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

AURORA CASSIRER AS RECEIVER

SEC v. STARR ET AL.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 02/04/13 | AC | Communication regarding legal strategy behind Receiver not filing Winston & Strawn lawsuit | 0.2 | 50.00 |
| | | Totals | 0.2 | 50.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/13**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| AC | Cassirer | 0.2 | 250.00 | 50.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: A  Cassiser
Reference Client: 238379
From International Locations please add Swift
Address/Code: WFBI US 6S

AURORA CASSIRER AS RECEIVER
Attn: AURORA CASSIRER, ESQ, AS RECEIVER
Troutman Sanders LLP
405 Lexinton Avenue
New York, NY 10174

| | |
|---|---|
| Invoice Date | 03/18/13 |
| Submitted by | A  Cassiser |
| Direct Dial | 212-704-6249 |
| Invoice No. | 1486217 |
| File No. | 238379.000001 |

RE:    SEC v. STARR ET AL.

**Total Amount of This Invoice**          $50.00

### Summary of Additional Outstanding Invoices by Matter as of 03/18/13

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/19/10 | 1300568 | $33,125.00 | $-12,374.46 | $20,750.54 |
| 08/03/10 | 1300609 | $16,823.00 | $-6,284.54 | $10,538.46 |
| 09/16/10 | 1303241 | $10,574.00 | $-3,950.11 | $6,623.89 |
| 10/11/10 | 1307322 | $9,213.55 | $0.00 | $9,213.55 |
| 11/09/10 | 1313529 | $9,175.00 | $0.00 | $9,175.00 |
| 12/06/10 | 1319251 | $11,000.00 | $0.00 | $11,000.00 |
| 01/12/11 | 1326187 | $6,625.00 | $0.00 | $6,625.00 |
| 02/18/11 | 1335022 | $5,225.00 | $0.00 | $5,225.00 |
| 03/07/11 | 1337793 | $4,225.00 | $0.00 | $4,225.00 |
| 04/06/11 | 1343779 | $1,700.00 | $0.00 | $1,700.00 |
| 05/09/11 | 1350607 | $1,425.00 | $0.00 | $1,425.00 |
| 06/16/11 | 1359103 | $975.00 | $0.00 | $975.00 |
| 08/15/11 | 1370220 | $600.00 | $0.00 | $600.00 |
| 09/14/11 | 1376055 | $550.00 | $0.00 | $550.00 |
| 10/10/11 | 1380806 | $275.00 | $0.00 | $275.00 |
| 12/02/11 | 1392481 | $2,100.00 | $0.00 | $2,100.00 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

| Date | Invoice No. | Amount | Credits | Balance |
|------|-------------|--------|---------|---------|
| 12/09/11 | 1395640 | $700.00 | $0.00 | $700.00 |
| 01/24/12 | 1403992 | $75.00 | $0.00 | $75.00 |
| 02/16/12 | 1408670 | $500.00 | $0.00 | $500.00 |
| 04/04/12 | 1417378 | $125.00 | $0.00 | $125.00 |
| 07/13/12 | 1436098 | $4,529.00 | $0.00 | $4,529.00 |
| 12/06/12 | 1467421 | $14,100.00 | $0.00 | $14,100.00 |
| 01/30/13 | 1477355 | $42.72 | $0.00 | $42.72 |
| | | $133,682.27 | -22,609.11 | $111,073.16 |

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**