Starco Company LLC    Page 1

## CUSTOMER OPEN INVOICE REPORT
### For The Period Ending 12/31/08

| NAME / DATE | TT | REF NO | DUE DATE | DISC DATE | DISC AMOUNT | INV AMOUNT | OPEN BALANCE |
|---|---|---|---|---|---|---|---|

WEINSTEIN2 - Marchesa Holdings, LLC

| NAME / DATE | TT | REF NO | DUE DATE | DISC DATE | DISC AMOUNT | INV AMOUNT | OPEN BALANCE |
|---|---|---|---|---|---|---|---|
| 09/01/07 | CI | 00019629 | 09/01 | 09/01 | | 10,000.00 | 5,000.00 |
| 10/01/07 | CI | 00019802 | 10/01 | 10/01 | | 10,000.00 | 10,000.00 |
| 11/01/07 | CI | 00019992 | 11/01 | 11/01 | | 10,200.00 | 10,200.00 |
| 12/01/07 | CI | 00020159 | 12/01 | 12/01 | | 10,000.00 | 10,000.00 |
| 01/01/08 | CI | 00020169 | 01/01 | 01/01 | | 10,000.00 | 10,000.00 |
| 02/01/08 | CI | 00020359 | 02/01 | 02/01 | | 10,000.00 | 10,000.00 |
| 03/01/08 | CI | 00020546 | 03/01 | 03/01 | | 10,000.00 | 10,000.00 |
| 04/01/08 | CI | 00020719 | 04/01 | 04/01 | | 10,000.00 | 10,000.00 |
| 06/01/08 | CI | 00021118 | 06/01 | 06/01 | | 10,000.00 | 10,000.00 |
| 07/01/08 | CI | 00021284 | 07/01 | 07/01 | | 10,000.00 | 10,000.00 |
| 10/01/08 | CI | 00021851 | 10/01 | 10/01 | | 2,137.50 | 2,137.50 |