The Law Offices of Robert L. Geltzer
1556 Third Avenue, Suite 505
New York, New York 10128
(212) 410-0100
Robert L. Geltzer
Mark E. Bruh

*General Counsel to the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | |
|---|---|
| In Re: | **Chapter 7** |
| **Kenneth Ira Starr,** *et al.*, | **Case No. 11-10219 (MEW)** <br> **Jointly Administered** <br> **Substantively Consolidated** |
| Debtors. | |

-------------------------------------------------------------

**AMENDED NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR MARCH 11, 2015 at 10:00 a.m.**

I. **Bankruptcy Rule 9019 Settlement Motions**

| Adv. Pro. No. | Defendant | Amount in Controversy | Settlement Amount |
|---|---|---|---|
| 14-02059 | Lea Productions, Inc. | $6,371.19 | $3,000.00 |
| 14-02060 | Vigliano Associates | $8,473.66 | $3,000.00 |
| 14-02064 | H.R.D. Productions, Inc. | $24,117.38 | $9,000.00 |
| 14-02405 | Lightyear Capital, LLC et al. | $85,000.00 | $50,187.98 |

II. **Matters Settled in Principal**

These matters have been settled in principal and we are preparing
the Bankruptcy Rule 9019 Motions.

| Adv. Pro. No. | Defendant | Amount in Controversy | Settlement Amount |
|---|---|---|---|
| 14-02398 | William Salomon | $48,646.07 | Bankruptcy Rule 9019 motion is scheduled for March 19, 2015 before Judge Morris. |

| Adv. Pro. No. | Defendant | Amount in Controversy | Comments |
|---|---|---|---|
| 14-02401 | Robert Lieberman | $19,335.00 | Answer was filed on December 18, 2014. This matter has been settled in principal. |

### III. Pre-Trial Conferences

| Adv. Pro. No. | Defendant | Amount in Controversy | Comments |
|---|---|---|---|
| 14-01934 | Maurice Tobin et al. | $100,652.15 | Answer was filed on December 19, 2014. The parties have exchanged various documents, as well as settlement offers. |
| 14-02065 | Fred Hochberg | $49,203.23 | Answer was filed on December 19, 2014. The Trustee replied to Counterclaims on February 12, 2015. The parties have exchanged various documents, as well as settlement offers. |
| 14-02394 | Turnberry Associates | $21,273.30 | Answer was filed on December 19, 2014. The parties have exchanged various documents |
| 14-02395 | Harold Evans | $98,410.19 | Amended Complaint against Harold Evans and Tina Brown was filed on February 25, 2015. |
| 14-02397 | Jacqueline Soffer | $36,093.75 | Answer was filed on December 19, 2014. The parties have exchanged various documents, as well as settlement offers. |
| 14-02399 | Sheldon Fireman et al. | $113,745.45 | Answer was filed on March 6, 2015. The parties have exchanged various documents. |
| 14-02400 | Broadway Video et al. | $37,500.00 | Answer was filed on January 30, 2015. The parties have exchanged various documents. |
| 14-02414 | Moore et al. | $25,456.74 | Amended Summons and Complaint were served on December 17, 2015. The parties have exchanged various documents, as well as settlement offers. |
| 14-02415 | Susan Jaffe Tane | $12,000.00 | On March 9, 2015, Defendant's counsel informed me that he will be filing an Answer. |
| 14-02460 | Harvey Weinstein | $25,000.00 | Defendant's time to Answer has been extended. The parties have exchanged various documents. |

11-10219-mew    Doc 302    Filed 03/10/15    Entered 03/10/15 11:15:57    Main Document
Pg 3 of 3

| Adv. Pro. No. | Defendant | Amount in Controversy | Comments |
|---|---|---|---|
| 14-02446 | Leibovits et al. | $1,035,096.89 | This matter is being handled by the Trustee's special litigation counsel, Tarter Krinsky & Drogin LLP. Defendant has requested an extension of time to Answer the Complaint. A stipulation is being prepared. |

### IV.   Defendants in Default

| Adv. Pro. No. | Defendant | Amount in Controversy | Comments |
|---|---|---|---|
| 14-02067 | Sleepy Hudson LLC | $200,000.00 | On December 5, 2014, the Clerk certified the Defendant's default; preparing Default Judgment. |
| 14-02068 | Linda Wachner | $8,000.00 | On December 5, 2014, the Clerk certified the Defendant's default; preparing Default Judgment. |
| 14-02396 | IM Ready Made LLC | $70,669.63 | Default noted on December 23, 2014. Preparing Affidavit Requesting Entry of Default Judgment. |
| 14-02413 | SRJ, Inc. | $13,184.77 | Summons and Complaint were re-served on December 2, 2014.There has been no Answer. Note Default. |
| 14-02429 | Chop Chop | $37,500.00 | Summons and Complaint were served on December 10, 2014. There has been no Answer. Note Default. |

Dated:    New York, New York
          March 9, 2015

The Law Offices of
ROBERT L. GELTZER
Counsel to the Trustee
ROBERT L. GELTZER, Trustee of
Kenneth Ira Starr et al.,
1556 Third Avenue, Suite 505
New York, New York   10128
(212) 410-0100

By: /s/ Mark E. Bruh
     Mark E. Bruh