Presentment Date: **May 5, 2015 at 10:00 a.m.**
Objection Deadline: **May 1, 2015 at 5:00 p.m.**

TARTER KRINSKY & DROGIN LLP
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Robert A. Wolf, Esq.
(rwolf@tarterkrinsky.com)

*Substitute Special Litigation Counsel
to the Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

––––––––––––––––––––––––––––––––x
**In re**                              : Chapter 7
                                       :
**KENNETH IRA STARR, *et al.*,**       : Case No. 11-10219 (MEW)
                                       :
            Debtors.[1]                : Jointly Administered
                                       : Substantively Consolidated
                                       :
––––––––––––––––––––––––––––––––x

**NOTICE OF PRESENTMENT OF CHAPTER 7 TRUSTEE'S APPLICATION FOR
ORDER DIRECTING JPMORGAN CHASE BANK, N.A. TO REMIT TO THE
TRUSTEE ALL MONIES IN THE ACCOUNT OF DOLMARI, LTD. MAINTAINED AT
SAID BANK PURSUANT TO THIS COURT'S PRIOR ORDER ENTERED ON JUNE 12,
2013 APPROVING A STIPULATION OF SETTLEMENT AMONG THE TRUSTEE,
MARISA STARR AND RELATED PARTIES AND IN ACCORDANCE WITH SECTION
<u>105(a) OF THE BANKRUPTCY CODE</u>**

**PLEASE TAKE NOTICE**, that upon the annexed Application (the "**Application**") of

Robert L. Geltzer, Esq., the Chapter 7 trustee (the "**Trustee**") of the debtors Kenneth Ira Starr,

Starr & Company, LLC and Starr Investment Advisors, LLC (the "**Debtors**"), made pursuant to

Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Trustee

will present for entry to the Honorable Michael E. Wiles, United States Bankruptcy Judge of the

---

[1] The Debtors in these cases and the case number assigned to each of the Debtors are as follows: Kenneth Ira Starr (11-10219 (ALG)); Starr & Company, LLC (11-10637 (ALG)); and Starr Investment Advisors, LLC (11-10639 (ALG)).

{Client/007357/BANK828/00925756.DOCX;1 }

above-captioned Court, One Bowling Green, New York, NY 10004 on May 5, 2015 at 10:00 a.m., that certain Order Directing JPMorgan Chase Bank, N.A. to Remit to the Trustee All Monies in the Account of Dolmari, Ltd. Maintained at Said Bank Pursuant to This Court's Prior Order Entered on June 12, 2013 Approving a Stipulation of Settlement Among the Trustee, Marisa Starr and Related Parties and in Accordance with Section 105(a) of the Bankruptcy Code (the "**Remittance Order**"), which Remittance Order is annexed to the Application as Exhibit 6.

**PLEASE TAKE FURTHER NOTICE,** that, objections, if any, to the Application must (a) comply with the Bankruptcy Rules and the Local Rules of the Bankruptcy Court; (b) set forth in writing the basis therefor; and (c) be filed with the Bankruptcy Court electronically in accordance with the Bankruptcy Court's General Order M-399 In re: Electronic Means for Filing, Signing and Verification of Documents, dated April 23, 2010 ("General Order M-399"), by registered users of the Bankruptcy Court's electronic case filing system and, by all other parties in interest, on a 3 ½ inch disk, compact disc, or USB flash drive, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format(with a hardcopy delivered directly to Chambers) and served in accordance with General Order M-399 or by first class mail upon each of the following: (i) Chambers of the Honorable Michael E. Wiles, United States Bankruptcy Judge, Southern District of New York, One Bowling Green, New York, New York 10004; (ii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick St., Suite 1006, New York, NY 10014; (iii) Robert A. Wolf, Esq., Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018; and (iv) Eric S. Waldman, Esq., Stagg, Terenzi, Confusione & Wabnik, LLP, 401 Franklin Avenue, Suite 300, Garden City, NY 11530; on or before **May 1, 2015 at 5:00 p.m.** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Application, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to Bankruptcy Judge Gerber's Chambers by the Objection Deadline, there will not be a hearing and the Remittance Order may be entered by Bankruptcy Judge Wiles.

**PLEASE TAKE FURTHER NOTICE** that only if objections to the proposed Application are timely served and filed, the Court shall schedule a hearing to consider the Application and any objections thereto.

Dated: New York, New York
April 21, 2015

                              **TARTER KRINSKY & DROGIN LLP**
*Substitute Special Litigation Counsel*
*to the Chapter 7 Trustee*

By:    /s/ *Robert A. Wolf*
      Robert A. Wolf, Esq.
      1350 Broadway, 11th Floor
      New York, New York 10018
      (212) 216-8000
      rwolf@tarterkrinsky.com