**TARTER KRINSKY & DROGIN LLP**
*Substitute Special Litigation Counsel*
*to the Chapter 7 Trustee*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Robert A. Wolf, Esq.
Gregory J. Skiff, Esq.
rwolf@tarterkrinsky.com
gskiff@tarterkrinsky.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re:                                          :        **Case No. 11-10219 (MEW)**
                                                :
**KENNETH IRA STARR,** *et al.*,                :        **Chapter 7**
                                                :
                                                :        **Jointly Administered**
                    Debtors.[1]                 :        **Substantively Consolidated**
-----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                ss.:
COUNTY OF NEW YORK  )

Cecilia Vazquez, being duly sworn, deposes and says:

1. I am not a party to this proceeding, I am over 18 years of age, and I reside in the County of Queens, State of New York.

2. On April 21, 2015, I caused true and correct copies of the following documents to be served upon all parties set forth on the service list attached hereto via First Class Mail by enclosing each document in properly addressed, prepaid envelopes, and causing the same to be deposited into a designated depository maintained by the United States Postal Service:

---

[1]    The Debtors in these cases and the case number assigned to each of the Debtors are as follows: Kenneth Ira Starr (11-10219 (ALG)); Starr & Company, LLC (11-10637 (ALG)); and Starr Investment Advisors, LLC (11-10639 (ALG)).

- NOTICE OF PRESENTMENT OF CHAPTER 7 TRUSTEE' S APPLICATION FOR ORDER DIRECTING JPMORGAN CHASE BANK, N.A. TO REMIT TO THE TRUSTEE ALL MONIES IN THE ACCOUNT OF DOLMARI, LTD. MAINTAINED AT SAID BANK PURSUANT TO THIS COURT' S PRIOR ORDER ENTERED ON JUNE 12, 2013 APPROVING A STIPULATION OF SETTLEMENT AMONG THE TRUSTEE, MARISA STARR AND RELATED PARTIES AND IN ACCORDANCE WITH SECTION 105(a) OF THE BANKRUPTCY CODE

- CHAPTER 7 TRUSTEE' S APPLICATION FOR ORDER DIRECTING JPMORGAN CHASE BANK, N.A. TO REMIT TO THE TRUSTEE ALL MONIES IN THE ACCOUNT OF DOLMARI, LTD. MAINTAINED AT SAID BANK PURSUANT TO THIS COURT' S PRIOR ORDER ENTERED ON JUNE 12, 2013 APPROVING A STIPULATION OF SETTLEMENT AMONG THE TRUSTEE, MARISA STARR AND RELATED PARTIES AND IN ACCORDANCE WITH SECTION 105(a) OF THE BANKRUPTCY CODE

/s/ Cecilia Vazquez
Cecilia Vazquez

Sworn to before me on this
22nd day of April, 2015

/s/ Lisa M. McIntyre
Notary Public

Lisa M. McIntyre
Notary Public, State of New York
No. 02MC6318184
Qualified in New York County
Commission Expires January 20, 2019

**Service List**

Stagg, Terenzi, Confusione & Wabnik, LLP
401 Franklin Avenue, Suite 300
Garden City, New York 11530
Attention: Eric Waldman, Esq.


The Law Office of Anthony A. Capetola
Two Hillside Avenue, Building C
Williston Park, New York 11596-2335


Office of the United States Attorney
Southern District of New York
One St. Andrews Plaza
New York, New York 10004-1415


Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, New York 10281-1022
Attention: Andrew Calamari, Regional Director


Casey & Siegel LLC
780 New York Avenue, Suite 2
Huntington, New York 11743
Attention: Karen Casey, Esq.


Goldberg Weprin Finkel Goldstein LLP
1501 Broadway, 22nd Floor
New York, New York 10036
Attention: Kevin J. Nash, Esq.


Office of the United States Trustee
Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014


{Client/007357/BANK828/00925841.DOCX;1 }