**Law Offices of Robert L. Geltzer**
1556 Third Avenue, Suite 505
New York, New York 10128
(212) 410-0100
Robert L. Geltzer
Mark E. Bruh

*Counsel to Robert L. Geltzer,
as Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------
In Re:

**KENNETH IRA STARR, *et al.*,**

                                           Debtors[1].
---------------------------------------------------------------

**Case No. 11-10219 (MEW)**

**Chapter 7**

**Jointly Administered
Substantively Consolidated**


## NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY

**TO THE CREDITORS AND OTHER PARTIES OF INTEREST:**

**PLEASE TAKE NOTICE**, that pursuant to the Bankruptcy Code 11 U.S.C. Section 554(a), the undersigned, duly qualified and acting Trustee of this estate of the above-captioned debtors, intends to and will abandon personal property listed on the attached schedule, as burdensome and of inconsequential value to the estate, unless, within fifteen (15) days from the date of service of this Notice, a creditor or other interested party files a written objection and requests a hearing with the Clerk of the Bankruptcy Court, at One Bowling Green, New York, New York 10004, and serves a copy of such request on the United States Trustee, and the Trustee herein at the address shown on the back of this Notice.

This notice is given to afford a party the opportunity to file an objection to the proposed abandonment.

Objections, if any, to the proposed abandonment must be in writing, must set forth with reasonable specificity the basis thereof, and must be filed not later than May 13, 2015, in the Office of the Clerk, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, with copies thereof filed not later than such date

---

[1] The Debtors in these cases and the case number assigned to each of the Debtors are as follows: Kenneth Ira Starr (11-10219-MEW); Starr Investment Advisors, LLC (11-10639-MEW); and Starr & Co., LLC (11-10637-MEW).

C:\WPDIRS\BANK.PLE\ABANDON.NOT

and time in the Chambers of Honorable Michael E. Wiles, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004, and served upon and received by the undersigned Trustee and attorneys for the Trustee not later than such date and time.  A hearing on any timely-filed objections will be scheduled before Judge Michael E. Wiles in his Courtroom, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, and the objecting party will be notified of the date and time thereof.  If no objections are timely-filed, no hearing will be held and the abandonment will be effective on May 13, 2015.

Dated: New York, New York
           April 27, 2015

/s/ Robert L. Geltzer
ROBERT L. GELTZER, Trustee
1556 Third Avenue, Suite 505
New York, New York  10128
(212) 410-0100

To:   Creditors and parties in interest pursuant to this Court's June 11, 2013
      Order Limiting Notice
      Office of the United States Trustee
      Kevin J. Nash, Esq., Attorney for Debtors
      Kenneth Ira Starr