# Invoice

**MYC & Associates, Inc.**

1110 South Avenue
Suite 61
Staten Island, N.Y. 10314

| Date | Invoice # |
|---|---|
| 11/1/2015 | 1207 |

| Bill To | Ship To |
|---|---|
| Law Offices of Robert L. Geltzer<br>1556 Third Avenue<br>New York, N.Y. 10128 | R-1085<br>Kenneth Star |

| Due Date |
|---|
| 11/1/2015 |

| Description | Amount |
|---|---|
| Storage of debtor's records for the period (November 3, 2015-December 3, 2015) | 2,484.00 |

| Job Total Balance | $44,064.00 | Balance Due (This Invoice) | $2,484.00 |
|---|---|---|---|